## AFFIDAVIT OF JEFF BAKER, R.N.

**STATE OF MISSISSIPPI**

**COUNTY OF DESOTO**

Personally appeared before me, the undersigned authority, in and for said State and County, JEFF BAKER, R.N., who having been duly sworn on oath, states:

1. My name is Jeff Baker. I am an adult resident citizen of Olive Branch, DeSoto County, Mississippi, and am fully competent to make this Affidavit.

2. I am a registered nurse working in the Emergency Department at Baptist Memorial Hospital-DeSoto, Inc., ("BMH-D") in Southaven, DeSoto County, MS. I was working in the Emergency Department as head nurse and charge nurse during Troy Goode's July 18, 2015, admission. In my position as head nurse and charge nurse, and as one of the nurses who attended to Mr. Goode, I am personally familiar with his admission.

3. The first information BMH-D received concerning Mr. Goode on July 18, 2015, was a call placed by Southaven EMS, which was received by me and during which a report was given from EMS on the patient being transferred to the Emergency Department. At the time of the call I did not know Mr. Goode's name, because that is not information routinely exchanged over the phone between EMS and the Emergency Department. I did not know Mr. Goode's name until he was physically received in the Emergency Department. At no time did I or any Emergency Department nursing personnel at BMH-D enter into any agreement, plan or conspiracy with the City of Southaven, Southaven EMS personnel, Lemuel Oliver, M.D., Southeastern Emergency Physicians, Inc., or anyone, concerning Mr. and Mrs. Goode, including Mr. Goode's care and treatment, or any events following his death.

4. During Mr. Goode's July 18, 2015, admission to the Emergency Department, an officer from the Southaven Police Department remained with him. At no time did I or any Emergency


EXHIBIT "A"

Department nursing personnel at BMH-D enter into any agreement, plan or conspiracy with the City of Southaven, Southaven police officers, Lemuel Oliver, M.D., Southeastern Emergency Physicians, Inc., or anyone, concerning Mr. Goode or Mrs. Goode, including Mr. Goode's care and treatment, or any events following his death.

5. I spoke with Mrs. Goode by telephone on July 18, 2015. I did not tell her that she could not travel to the BMH-D Emergency Department in Southaven, Mississippi. At no time did I or any Emergency Department nursing personnel at BMH-D enter into any agreement, conspiracy or plan with the City of Southaven, Southaven EMS personnel, Southaven police officers, Lemuel Oliver, M.D., Southeastern Emergency Physicians, Inc., or anyone, to attempt to prevent Mrs. Goode from traveling to BMH-D.

Further, Affiant sayeth not.

JEFF BAKER, R.N.

Sworn to and subscribed before me, this the 7th day of April, 2016.

NOTARY PUBLIC

My Commission Expires:
2-27-19

[SEAL]

STATE OF MISSISSIPPI
KRISTEN L. YOUNG
NOTARY PUBLIC
ID # 84376
My Commission Expires
February 27, 2019
LEE COUNTY

2