**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISON**

**KELLI DENISE GOODE, Individually, and also as the Personal Representative of Troy Charlton Goode, Deceased, and as Mother, Natural Guardian, and Next Friend of R.G., a Minor, and also on behalf of all similarly situated persons** **PLAINTIFFS**

**VS.** **CASE NO. 3:17-cv-060-DMB-RP**

**THE CITY OF SOUTHAVEN, CITY OF SOUTHAVEN POLICE DEPARTMENT, TODD BAGGETT, Individually, JEREMY BOND, Individually, TYLER PRICE, Individually, JASON SCALLORN Individually, CITY OF SOUTHAVEN FIRE DEPARTMENT, STACIE J. GRAHAM a/k/a WITTE Individually, MIKE MUELLER Individually, WILLIAM PAINTER, JR. Individually, BRUCE K. SEBRING Individually, JOSEPH SPENCE, Individually, RICHARD A WEATHERFORD Individually, JOHN DOES 1-10, BAPTIST MEMORAL HOSPITAL – DESOTO, a Mississippi Corporation, SOUTHEASTERN EMERGENCY PHYSICIANS, INC., A Tennessee Corporation, And Lemuel Donja Oliver, M.D.** **DEFENDANTS**

---

**SECOND RE-NOTICE OF DEPOSITION**

---

TO: All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and applicable provisions of those rules, at the time and place set forth herein, counsel for the Defendant, Baptist Memorial Hospital-DeSoto, Inc., will take the oral deposition of **MARK W. FOWLER, J.D., M.D.** on **September 8, 2017,** at **10:00 a.m.** in the offices of Ballin, Ballin & Fishman, P.C., 200 Jefferson Avenue, Suite 1250, Memphis, TN 38103.

The deponent is hereby requested to bring with him to the deposition the following materials:

1. The deponent's entire file concerning this litigation, including but not limited to, all data or other information considered by the deponent in forming his anticipated trial opinions;

2. A copy of the deponent's current *curriculum vitae*;

3. Copies of all time records and billings by the deponent concerning his work in this case;

4. Copies of all notes made by the deponent in connection with the review of data or other information considered by the deponent in forming her anticipated trial opinions in this case;

5. Copies of all texts, treatises, and/or journal article reviewed and/or relied upon, or to be relied upon, by the deponent in support of his anticipated trial opinions in this case; and

6. Any and all exhibits to be used by the deponent as a summary of or in support for the deponent's anticipated trial opinions in this case.

The deposition is to be taken before a court reporter or some other official duly authorized to administer oaths and to be adjourned from day to day until the same is completed. The deposition may also be videotaped. You are invited to attend the deposition and examine the witness.

Respectfully submitted, this the 2nd day of August, 2017.

BAPTIST MEMORIAL HOSPITAL-
DESOTO, INC.

By: /s/David W. Upchurch
DAVID W. UPCHURCH, MSB #10558
JOHN M. MCINTOSH BPR # 030260

UPCHURCH & UPCHURCH, P.A.
P.O. DRAWER 2529
TUPELO, MS 38803-2529
TEL: 662-260.6950
FAX: 662-269.3713

*Attorneys for Defendant,*
*Baptist Memorial Hospital-DeSoto, Inc.*

## CERTIFICATE OF SERVICE

I, David W. Upchurch, one of the attorneys for the Defendant, Baptist Memorial Hospital-DeSoto, Inc., hereby certify that on this day I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Hiram C. Eastland, III, Esq.
Eastland and Garrett, PLLC
103 N. Lamar Blvd., suite 204
Oxford, MS 38655
he3@eastlandgarrett.com

Ric Gass, Esq.
Gass Weber Mullins LLC
141 North Broadway, Suite 300
Milwaukee, WI 53202

Joseph B. Baker, Esq.
Loys A. "Trey" Jordan, III, Esq.
McDonald Kuhn
5400 Poplar Avenue, Ste 330
Memphis, TN 38119

L. Bradley Dillard, Esq.
Mitchell, McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, MS 38802

Tim Edwards, Esq.
Kevin M. McCormack, Esq.
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103

Marty R. Phillips, Esq.
Amanda C. Waddell, Esq.
Rainey, Kizer, Reviere & Bell, PLC
50 North Front Street, Ste 610
Memphis TN 38103

Berkley N. Huskison, Esq.
Mitchell, McNutt & Sams, P.A.
P.O. Box 1366
Columbus, MS 39703-1366

Dated this the 2nd day of August, 2017.

/s/David W. Upchurch
DAVID W. UPCHURCH