# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

## CIVIL MINUTES

Case No 3:17CV060-DMB-RP_____    Held:  OXFORD / TELEPHONIC_____
Style:  GOODE     V.   SOUTHAVEN
Date/Time Began 10/16/17 at 2:15 p.m.   Date/Time Ended:  10/16/17 at 3:00 p.m..

Total Time     45 min_____

PRESENT:  Honorable **ROY PERCY, MAGISTRATE JUDGE**

_____Willie Sue Miller_____          _____
        Deputy Clerk                          Court Reporter

Attorneys for Plaintiff(s)                Attorneys for Defendant(s):

 Kevin Michael McCormack            David Walker Upchurch
                                    John Mark McIntosh
                                    Matthew R. Macaw
                                    Marty R. Phillips
                                    Amanda Clearman Waddell

PROCEEDINGS:  Status  Conference
Held    ___X_____ Not Held_____  Canceled  _____  Reset _____

Docket Entry:

Conference held.   Counsel for the parties will notify the court by email within seven days whether court intervention will be necessary to resolve the subject discovery dispute.

DAVID CREWS, CLERK

/s/ Willie Sue Miller
By:_____
        Courtroom Clerk