**In the Matter Of:**

*KELLI DENISE GOODE vs*

*CITY OF SOUTHAVEN, et al.*

*2:16-CV-02029-SHM-cgc*

*TODD BAGGETT*

*December 07, 2016*



*1st in Reporting, 1st in Service, 1st in Technology*

We Bridge the State and Cover the Nation!

**www.alphareporting.com**

800-556-8974

**Todd Baggett - December 07, 2016**

```
1        IN THE UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF TENNESSEE
2                      WESTERN DIVISION

3    ─────────────────────────        ───────────────────

4    KELLI DENISE GOODE, INDIVIDUALLY, AND ALSO AS THE
     PERSONAL REPRESENTATIVE OF TROY CHARLTON GOODE,
     DECEASED, AND AS MOTHER, NATURAL GUARDIAN, AND NEXT
5    FRIEND OF R.G., A MINOR, AND ALSO ON BEHALF OF ALL
     SIMILARLY SITUATED PERSONS,

6

7        Plaintiff,

8    VS.                          NO. 2:16-CV-02029-SHM-cgc

9

10   THE CITY OF SOUTHAVEN, et al.,

11       Defendants.

12   ─────────────────────────        ───────────────────

13

14                  VIDEOTAPED DEPOSITION

15                         OF

16                    TODD BAGGETT

17                  DECEMBER 7, 2016

18

19

20

21

22

23              ALPHA REPORTING CORPORATION
                    236 Adams Avenue
24                  Memphis, TN 38103
                     901-523-8974
25                www.alphareporting.com
```

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

2

1      The videotaped deposition of TODD BAGGETT

2  is taken on this, the 7th day of December 2016, on

3  behalf of the Plaintiff, pursuant to notice and

4  consent of counsel, beginning at approximately

5  9:31 a.m. in the offices of Ballin, Ballin &

6  Fishman, P.C., 200 Jefferson Avenue, Suite 1250,

7  Memphis, Tennessee.

8      This deposition is taken pursuant to the

9  terms and provisions of the Federal Rules of Civil

10  Procedure.

11      All forms and formalities are waived.

12  Objections are reserved, except as to form of the

13  question, to be disposed of at or before the

14  hearing.

15      The signature of the witness is waived.

16

17

18

19

20

21

22

23

24

25

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

3

```
 1              A P P E A R A N C E S

 2   FOR THE PLAINTIFF:
                  TIM EDWARDS, ESQ.
 3                KEVIN McCORMACK, ESQ.
                  Ballin, Ballin & Fishman
 4                200 Jefferson Avenue
                  Suite 1250
 5                Memphis, Tennessee 38103
                  901-525-6278
 6
     FOR THE DEFENDANTS, THE CITY OF SOUTHAVEN AND
 7   INDIVIDUAL SOUTHAVEN DEFENDANTS:
                  BERKLEY N. HUSKISON, ESQ.
 8                Mitchell, McNutt & Sams, P.A.
                  105 South Front Street
 9                Tupelo, Mississippi  38804
                  662-620-6260
10

11   FOR THE DEFENDANT, BAPTIST MEMORIAL HOSPITAL-DESOTO,
     INC.:
12                DAVID WALKER UPCHURCH, ESQ.
                  JOHN MARK McINTOSH, ESQ.
13                Upchurch & Upchurch, P.A.
                  141 S. Commerce Street
14                Suite B
                  Tupelo, Mississippi 38804
15                662-260-6953

16   FOR THE DEFENDANT, DR. DONJA OLIVER:
                  MARTY PHILLIPS, ESQ.
17                Rainey, Kizer,
                  Reviere & Bell, PLC
18                209 E. Main Street
                  Jackson, Tennessee 38301
19                731-423-2414

20

21

22

23

24

25
```

**Alpha Reporting Corporation**

Exhibit "A" page 4 of 180

Todd Baggett - December 07, 2016

**4**

```
1   FOR THE DEFENDANT, SOUTHEASTERN EMERGENCY
    PHYSICIANS, INC.:
2                   LOYS TREY JORDAN, III, ESQ.
                    McDonald Kuhn, PLLC
3                   5400 Poplar Avenue
                    Suite 330
4                   Memphis, Tennessee 38119
                    901-526-0606
5

6

7

8

9

10

11

12

13

14

15  ALSO PRESENT:

16                  JASON ELY, VIDEO SPECIALIST

17

18

19

20

21

22  COURT REPORTING FIRM:
                    ALPHA REPORTING CORPORATION
23                  KORIAN NEAL, RPR, CCR, LCR #402
                    236 Adams Avenue
24                  Memphis, Tennessee 38103
                    901-523-8974
25                  www.alphareporting.com
```

Alpha Reporting Corporation

**Todd Baggett - December 07, 2016**

5

```
 1                    I N D E X

 2                EXAMINATION INDEX

 3   TODD BAGGETT
          BY MR. EDWARDS . . . . . . . . . . . . . . . 6
 4        BY MR. UPCHURCH  . . . . . . . . . . . . . .155
          BY MR. EDWARDS . . . . . . . . . . . . . . .160
 5

 6

                      EXHIBIT INDEX
 7
     EXHIBIT NUMBER    DESCRIPTION                 PAGE
 8
     EXHIBIT NO. 23    Diagram of Figure 1          16
 9                     Restraint in Hog-Tied Position

10   EXHIBIT NO. 24    Photograph                   43

11   EXHIBIT NO. 25    Memo to Lieutenant           44
                       Little from Officer Baggett
12
     EXHIBIT NO. 26    Incident Report              44
13
     EXHIBIT NO. 27    The Dogs of the Navy        101
14                     SEALs Document

15   EXHIBIT NO. 28    Photograph                  102

16   EXHIBIT NO. 29    Photograph                  122

17   EXHIBIT NO. 30    Google Earth Overhead       137

18   EXHIBIT NO. 31    Photograph                  150

19   EXHIBIT NO. 32    Photograph                  151

20   EXHIBIT NO. 33    Photograph                  152

21

22

23

24

25   COURT REPORTER'S CERTIFICATE . . . . . . . 163
```

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

6

```
 1          VIDEO SPECIALIST:  Today is December 7,
 2   2016, and the time is approximately 9:31.  The
 3   deponent today is Todd Baggett.
 4          Will counsel please identify themselves
 5   for the record.
 6          MR. EDWARDS:  Tim Edwards and Kevin
 7   McCormack for Mrs. Goode.
 8          MR. MCINTOSH:  John Mark McIntosh on
 9   behalf of Baptist Memorial Hospital-Desoto, Inc.
10          MR. UPCHURCH:  David Upchurch on behalf of
11   Baptist Memorial Hospital-Desoto, Inc.
12          MR. JORDAN:  Trey Jordan on behalf of
13   Southeast Emergency Physicians, Inc.
14          MR. PHILLIPS:  Marty Phillips for
15   Dr. Oliver.
16          MR. HUSKISON:  Berk Huskison for the City
17   of Southaven and the individual Southaven
18   defendants.
19          VIDEO SPECIALIST:  Will the court reporter
20   please swear in the witness.
21                    TODD BAGGETT,
22   having been first duly sworn, was examined and
23   testified as follows:
24                    EXAMINATION
25   BY MR. EDWARDS:
```

**Alpha Reporting Corporation**

Exhibit "A" page 7 of 180

**Todd Baggett - December 07, 2016**

7

```
 1      Q.    Tell us your name, please, sir.
 2      A.    Todd Baggett.
 3      Q.    Mr. Baggett, you're a police officer?
 4      A.    Yes, sir, I am.
 5      Q.    And are you still employed by the
 6  Southaven Police Department?
 7      A.    Yes, sir.
 8      Q.    What is your rank?
 9      A.    Patrolman.
10      Q.    Okay.  How long have you been with
11  Southaven?
12      A.    Twenty-five months.
13      Q.    So a little over two years?
14      A.    Yes, sir.
15      Q.    All right, sir.  What's your home address?
16      A.    1434 Greencliff Drive in Southaven.
17      Q.    Are you familiar -- well, let me back up.
18  Did you go through the Mississippi State Law
19  Enforcement Training Program?
20      A.    Just a refresher.  I got -- I gained my
21  certificate in Arkansas.
22      Q.    All right.  So when you came over to
23  Mississippi from Arkansas, you had to do a refresher
24  course?
25      A.    Three week -- three-week refresher.  Yes,
```

Exhibit "A" page 8 of 180

Todd Baggett - December 07, 2016

8

1   sir.

2       Q.   And where was that done?

3       A.   At Pearl, Mississippi with MLEOTA.

4       Q.   Who conducted it?

5       A.   I don't recall his name.

6       Q.   Well --

7       A.   There were several different instructors

8   that were there.

9       Q.   Who were they with, let me ask you.

10      A.   The State of Mississippi.

11      Q.   All right.  And so you went through a

12  three-week refresher course.  Right?

13      A.   That's correct.

14      Q.   What was your training in the state of

15  Arkansas?  How long?

16      A.   Twelve weeks.

17      Q.   Where was that conducted?

18      A.   I'm trying to remember the name.  That was

19  14 years ago.

20      Q.   Was it in Little Rock?

21      A.   No.  No, sir.  It was -- I can't remember

22  the name of the city right now.

23      Q.   All right.  In -- in your training in the

24  state of Mississippi, did you -- were you provided

25  with a copy of Ron Crews' book on subject control?

**Alpha Reporting Corporation**

Exhibit "A" page 9 of 180

9

1   And I'm talking about this which we've been provided
2   by your counsel, Police Subject Control.
3       **A.    I wasn't.  No, sir.**
4       Q.    You've never seen this?
5       **A.    It doesn't look familiar to me.**
6       Q.    Did you ever see it in Arkansas?
7       **A.    No, sir.**
8       Q.    All right.
9           MR. EDWARDS:  Well, we're going to mark
10  this as the next exhibit.  And please show me
11  retaining the copy.  I believe everybody was
12  furnished a copy.  Right?
13          MR. HUSKISON:  Tim, I believe that -- or
14  Mr. Edwards, I believe that that's already an
15  exhibit.
16          MR. EDWARDS:  Is this already marked?
17          MR. MCCORMACK:  I think it's already
18  marked the ones we've got marked.
19          MR. HUSKISON:  It should be Number --
20          MR. EDWARDS:  Okay.
21          MR. HUSKISON:  -- 11.
22          MR. EDWARDS:  All right.  Very good.
23  BY MR. EDWARDS:
24      Q.    Well, what was your three-week -- week
25  refresher course?  What did you do?

10

1    A.    Studied basically Mississippi law, the

2  intoxicological machine, a driving course.  That was

3  the biggest part of it.

4    Q.    Did you have any training on tasers?

5    A.    No, sir.  I'm not taser certified.  I

6  don't use one.

7    Q.    Okay.  What do you have to do to become

8  taser certified?

9    A.    You have to be tasered.  Well, it's a --

10  you're -- you're asking me that, and I -- I'm not

11  taser certified.  So I -- I've never been through

12  the course.  I don't know.

13        The -- our city requires you to be tasered

14  to get a taser.

15    Q.    All right.  But I think you're telling me

16  what I'm asking, and that is there's a separate

17  course that you have to --

18    A.    Exactly.  Yes, sir.

19    Q.    Do you know how long that course is?

20    A.    I do not.

21    Q.    Okay.  So this -- this book that we've

22  been provided and which is Exhibit 11, you're not

23  familiar with at all?

24    A.    I mean, just looking at the front cover of

25  it, not -- I don't remember it.

**Todd Baggett - December 07, 2016**

11

1    Q.    Did you have any training at all in

2  subject control?

3    A.    In Arkansas, we did.

4    Q.    But not in Mississippi?

5    A.    I don't remember any at the academy.  I've

6  had some while I was in Horn Lake, also.

7    Q.    Did Arkansas allow -- teach you to hogtie?

8    A.    I -- we used four-point restraints.  We've

9  never hogtied.

10    Q.    Four-point restraints can be when the

11  subject is on his back and his hands and feet are

12  just immobilized.  Right?

13    A.    I would assume.  But that's not the way we

14  do it.

15    Q.    You hogtie by putting hands and feet

16  behind one another?

17    A.    Well, four-point restraints.

18    Q.    I know that's your -- Officer, look, I've

19  been through enough of these depositions, I know

20  that's the spiel you've been taught to say.  But

21  when I'm saying hogtying, I'll show you what I'm

22  talking about.

23          MR. HUSKISON:  Well, object to the form --

24          MR. EDWARDS:  I know you are.

25          MR. HUSKISON:  -- for saying spiel.  I

**Alpha Reporting Corporation**

Exhibit "A" page 12 of 180

12

1  mean, we consider it four-point restraints.  You can

2  consider it whatever you want.

3          MR. EDWARDS:  Well, let's just see if

4  we're on the same page.

5  BY MR. EDWARDS:

6      Q.   What do you consider four-point restraint,

7  Officer?

8      A.   It's where your hands and feet are behind

9  your back, but you still have movement.  You --

10  they're not connected together.  You still have

11  movement.

12      Q.   You can have four-point restraints with

13  hands and feet in front of you.  Right?

14      A.   Can you?  I would imagine so.  But you

15  would have to bend somebody up to get it on there.

16      Q.   Are you saying that Arkansas allowed, as

17  you say, four-point restraints with hands and feet

18  bound behind the back --

19      A.   Uh-huh.  Yes, sir.

20      Q.    -- that they teach you that?  And is this

21  what we're talking about, this position right here?

22      A.   No, sir.  That's not it.

23      Q.   What is it?

24      A.   That -- that is -- that is -- that's where

25  his -- the hands and feet are connected, and he has

**Todd Baggett - December 07, 2016**

13

1   no range of movement whatsoever.

2      Q.   Were Troy Goode's feet, hand -- hands and

3   feet connected?

4      A.   They -- they were connected by a 15-inch

5   chain with two inches on each side of the leg

6   shackles.  So he had movement of his feet.  He could

7   move his feet.

8      Q.   And he was put down prone.  Correct?

9      A.   Yes, sir.

10      Q.   All right.  With the understanding that

11   you say a 15-inch chain, which would have been

12   looped through the handcuffs.  Right?

13      A.   Yes, sir.

14      Q.   All right.  So that would be 7 and a half

15   inches between the wrist and -- I'm sorry.  Between

16   the feet and the handcuff chain.  Right?

17      A.   If it -- if it's in the center, and

18   there's also about two inches for the cuff part,

19   also.

20      Q.   Yeah.  Assuming it's in the center.

21      A.   So we're looking at close to two feet.

22      Q.   You're not looking at two feet once it's

23   looped through?

24      A.   I say close to two feet.

25      Q.   Well, you're not even looking close to two

**Alpha Reporting Corporation**

14

1  feet if it's looped through, are you?

2      A.    That's your opinion.

3      Q.    Because -- well, no.  You cut it in half.

4  Right?

5      A.    Yeah.  You cut it in half.  But when you

6  let one leg all the way down -- he could put one leg

7  all the way down.

8      Q.    Have you ever been taught this in the

9  application of handcuffs:  There are two main areas

10 of concern.  One is positional asphyxia.  Have you

11 ever heard that term?

12     A.    I have.

13     Q.    When a violator has been arrested and

14 handcuffed in a face-down position, officers must

15 get the suspect up to at least the seated position

16 as soon as possible.  You've been taught that?

17     A.    It's -- it's situational.  If you can get

18 them to a seated position.  If they're not allowing

19 you to, you have to -- their reaction is what we

20 have to work off of and what we can let them do.  If

21 they're still trying to kick at us, we can't sit

22 them up.

23     Q.    People who remain on their stomachs for

24 varying periods of time will suffocate due to their

25 own body weight?

15

1    **A.    If you leave them --**

2         MR. HUSKISON:  Object to the form.

3    BY MR. EDWARDS:

4         Q.    Have you been -- have you been taught

5    that?

6    **A.    Uh-huh (affirmative response).**

7         Q.    Yes?

8    **A.    If you -- if you leave them unattended.**

9         Q.    People who remain on their stomach for

10   vary -- varying period of time will suffocate

11   themselves due to their own body weight.  Have you

12   been taught that?

13        MR. HUSKISON:  Object to the form.

14   BY MR. EDWARDS:

15        Q.    That's a quote, by the way, from

16   Mr. Crews's book.  You can answer.

17        MR. HUSKISON:  You can answer.

18   **A.    If you leave them unattended.**

19   BY MR. EDWARDS:

20        Q.    You said that Mr. Goode could put one leg

21   all the way down.  Right?

22   **A.    Yes, sir.**

23        Q.    How could he do that?

24   **A.    The length of the chain.**

25        Q.    Both legs were bound.  Correct?

**Alpha Reporting Corporation**

1    A.    Yes, sir.

2    Q.    And they were bound with hard restraint.

3 Correct?

4    **A.    The leg shackles.  Yes, sir.**

5    Q.    Right.  And so the only way he could put

6 one leg down is by pulling the other leg up so close

7 to the handcuffs that he had more length of chain to

8 lower the opposite leg?

9    **A.    Yeah.**

10    Q.    Yeah.  All right.

11        MR. EDWARDS:  We're -- I'm going to mark

12 this diagram as 23.  Is that -- is that right?

13        THE REPORTER:  Yes, sir.

14        MR. EDWARDS:  Okay.

15        (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT

16 WAS MARKED AS EXHIBIT NO. 23 TO THE DEPOSITION AND

17 IS HERETO ATTACHED.)

18 BY MR. EDWARDS:

19    Q.    Mr. Crew has a warning in his book to use

20 only reasonable force and necessary force.  Is that

21 a policy that you've been taught?

22    **A.    No, sir.  Well, reasonable -- for**

23 **necessary, I -- as far as the four-point restraints**

24 **go, we don't have a policy on that.**

25    Q.    You don't have a policy on four-point

17

1   restraints behind the back?

2        A.    No, sir.

3        Q.    And when you say we, are you talking about

4   the --

5        A.    The city.

6        Q.    -- City of Southaven?

7        A.    The police -- the police department.

8        Q.    Does the state of Mississippi have a

9   policy on it?

10       A.    Not that I'm aware of.

11       Q.    Okay.  So just so we're clear when we

12  later read this to a jury or ask you a question, you

13  are saying the city of Southaven does not have a

14  policy on four-point restraints, using your term,

15  where the hands and feet are shackled behind the

16  back.  Correct?

17       A.    Correct.

18       Q.    Now, when you found out Mr. Goode's name,

19  which would have been at the scene -- first of all,

20  my understanding is -- were you the first officer on

21  the scene?

22       A.    I was.  Yes, sir.

23       Q.    And did you stay with Mr. Goode up till

24  the time of his death?

25       A.    I -- you mean the entire time?

18

1    Q.  Yes, sir.

2    A.  No, sir.  There were -- there were a few

3 times I had to go talk to his wife to find out --

4 that's how I found out what his name was and how I

5 found out he had a inhaler.  And I took that to the

6 hospital with me.

7    Q.  Okay.  Let me re-ask my question.  It was

8 poor.

9         You were on the scene the entire time

10 until Mr. Goode was put in the ambulance and taken

11 to the hospital.  Correct?

12    A.  I rode in the ambulance with him.

13    Q.  And you rode in the ambulance with him to

14 the hospital.  Correct?

15    A.  That's correct.

16    Q.  And then you were in the room with him up

17 until the time of his death?

18    A.  That's correct.

19    Q.  So you were there from A to Z.  Right?

20    A.  Yes, sir.

21    Q.  When you got his name from Mrs. Goode, as

22 you just said, did you call it in to see if he had a

23 record or any --

24    A.  Not -- not at that exact time.

25    Q.  Well, when did you call it in?

19

1    A.    I don't even think we checked on his name

2  until -- because I rode in like the ambulance the

3  whole way, and I stayed at the hospital until we

4  were done, until it was over.

5    Q.    All right.  So when did you call it in?

6    A.    After I got back to the station.

7    Q.    Was Mr. Goode by the time you checked on

8  him?

9    A.    I don't understand your question.

10   Q.    That's fine.  And that's -- that's a good

11 thing to do.  If you don't understand my question,

12 please tell me.

13       Was Mr. Goode dead by the time that you

14 checked to see if he had any criminal record?

15   A.    Yes, sir.

16   Q.    All right.  And what did you find out?

17   A.    I -- nothing really came up of any

18 interest.  He didn't really have one that I can

19 remember.

20       I mean, I -- at that point, the -- you

21 know, I'm not -- you know, we're not -- we don't use

22 his criminal history towards him in any kind of way.

23   Q.    Well, I didn't ask that.  I just asked

24 what you found out.  And you found out he didn't

25 have anything of interest.  Correct?

Todd Baggett - December 07, 2016

1   A.   Not that I can remember.  No, sir.

2   Q.   So at the time that you shackled him with

3   his hands and feet behind his leg, you knew his wife

4   was there with him.  Correct?

5   A.   She was in the parking lot.

6   Q.   Right.  And that -- you said you talked to

7   her.  Correct?

8   A.   I did.  Yes, sir.

9   Q.   And what did she tell you?

10  A.   She was apologizing for what he did, said

11  he's done it before and that she was sorry.  Wanted

12  to know if she could come to the hospital.  I told

13  her she could, but she'd have to wait in the waiting

14  room because he was in custody at the time, and for

15  safety precautions, we -- we don't let family or

16  friends or anybody come to the back while we have

17  them in custody.

18  Q.   You told her that she could come to the

19  hospital?

20  A.   She asked if she could come, and I told

21  her, yes, but she wouldn't be able to see him.

22  Q.   And you told her that it was okay for her

23  to come to the hospital?

24  A.   Yes, sir.

25  Q.   And she didn't come?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

21

1    A.   I -- I can't stop her from coming to the

2  hospital.

3    Q.   She did not come to the hospital after you

4  said she could come.  Right?

5    A.   I have no idea what she did, to be honest

6  with you.

7    Q.   Well, you were at the hospital, weren't

8  you?

9    A.   She -- well, I was back there with him.

10 If she was at the hospital, she was in the waiting

11 room.

12   Q.   Did you see her?

13   A.   I didn't go in the waiting room.  I stayed

14 with him.

15   Q.   Did she seem like she was concerned about

16 her husband?

17   A.   Oh, yes, sir.

18   Q.   And you think that if she were allowed to

19 come to the hospital, she would have not come?  Does

20 that make any sense?

21      MR. HUSKISON:  Object to the form.  You

22 can answer.

23   A.   I -- I -- I can't answer for -- for what

24 she thinks.

25 BY MR. EDWARDS:

**Alpha Reporting Corporation**

Exhibit "A" page 22 of 180

Todd Baggett - December 07, 2016

22

1    Q.    You knew -- what was Mr. Goode's size?

2    A.    I believe he was about 6 foot, maybe 140,

3  145 pounds.

4    Q.    Little man.

5    A.    Six foot's pretty tall.

6    Q.    140, 145 pounds little man?

7    A.    I -- your opinion, I guess.  I wouldn't

8  say he was little.

9    Q.    What's your size?

10    A.    I'm about 5'7 and about 185.

11    Q.    Okay.  How many -- what's the size of the

12  other officers?  Let's talk about Scallorn.  How big

13  a man is he?

14    A.    I -- maybe 6 foot, 200.  I don't -- I

15  never really pay that much attention to him.

16    Q.    And who else was on the scene?

17    A.    Officer Rich.

18    Q.    How big is Officer Rich?

19    A.    Probably about 6 foot, about 170 maybe.

20    Q.    And who else was on the scene?

21    A.    Officer Bond came later.

22    Q.    How --

23    A.    I mean, there was a lot of people on the

24  scene.

25    Q.    How many police officers on the scene?

**Alpha Reporting Corporation**

Exhibit "A" page 23 of 180

23

1    A.    About five, I guess, that were involved.

2    Q.    Were there more than five police officers

3 on the scene?

4    A.    At one point or another, yes, sir.   I

5 believe so.

6    Q.    Mrs. Goode told you that Mr. Goode had

7 asthma.   Correct?

8    A.    She had -- he had breathing problems is

9 what I remember her to say.

10    Q.    And had you had -- in your training, had

11 you had any instruction on subduing suspects with

12 asthma?

13    A.    I mean, this was after the fact.   He was

14 already in the ambulance when she said that.   That's

15 why I got the inhaler and took it with me to the

16 hospital.

17    Q.    And where did you get the inhaler?

18    A.    From his wife.   Well, it was in his

19 pocket.   It went to her and then back to me.

20    Q.    How did it -- how did it get to her?

21    A.    I took it to her when I walked up there

22 and gave her his wallet and the inhaler.

23    Q.    So you got the inhaler out of his pocket?

24    A.    And his wallet.   Yes, sir.

25    Q.    Before he was put in the ambulance?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

24

1    A.   Yes, sir.

2    Q.  So you knew he was -- he -- before you put

3  him in the ambulance, you knew that he had breathing

4  problems?

5    A.  And he was with medical care.  He was with

6  the EMS people.

7    Q.  Before you shackled his hands and feet

8  behind his back, you knew that he had breathing

9  problems.  Correct?

10    A.  No, sir.  We weren't able to check him

11  till after that.

12    Q.  She told you.

13    A.  After the fact.

14    Q.  After the fact?

15    A.  After he was handcuffed and four-point

16  restrained, that's when we checked him.  I found the

17  stuff, the wallet, the inhaler, took it up there to

18  her.  And that's when she told me.

19       And so I took it to the hospital with him.

20    Q.  Okay.  So no police officer was told

21  before he was put in four-point restraints that he

22  had asthma.  Is that what --

23       MR. HUSKISON:  Object to the form.

24  BY MR. EDWARDS:

25    Q.  Is that what you're saying?

**Alpha Reporting Corporation**

Exhibit "A" page 25 of 180

Todd Baggett - December 07, 2016

25

1    A.    Not that I know of.

2    Q.    Okay.

3    A.    If they did, I wasn't there when it
4    happened.

5    Q.    And then after she told you that he had
6    asthma and breathing problems and he was -- after
7    the fact, as you say, he was in the four-point
8    restraint, what did you do to relieve the position
9    he was in, that is, shackled behind his back and on
10   his stomach?

11   A.    I took it to the people that were on the
12   EMS, told them he had the problem, and they -- they
13   were monitoring him.

14   Q.    I see.  How --

15   A.    He was in medical care at that time.

16   Q.    How did they monitor him?

17   A.    You would have to ask them.  That's --
18   that's their medical expertise, not mine.

19   Q.    Were they -- did they check his -- his
20   oxygen saturation?

21   A.    I know she checked -- the female EMS
22   person checked his breathing on his back.

23   Q.    How did she check his breathing on his
24   back?

25   A.    Stethoscope.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

26

1    Q.    Did she check his oxygen saturation?

2    A.    **You would have to ask her.**

3    Q.    Did she put a clip on his finger to check

4  his oxygen saturation?

5    A.    **I don't recall.  We were just there in**

6  **case anything happened, we could either subdue him**

7  **or get him out of the shackles so they could work on**

8  **him.**

9    Q.    Well, you were there, you and who else?

10   A.    **Officer Rich.**

11   Q.    You and Officer Rich were there at the

12  time that he was shackled behind his back and on his

13  stomach.  Correct?

14   A.    **Yes, sir.**

15   Q.    How was he going to cause any problem in

16  that condition?

17   A.    **Well, as far as having any medical issue**

18  **come up.**

19   Q.    Why did you think there might be a medical

20  issue?

21   A.    **I mean, that's what we were riding for, in**

22  **case something like that happened.  And the EMS**

23  **people were also worried, too, because of his**

24  **condition and the way he was acting.**

25   Q.    How was he acting?

**Alpha Reporting Corporation**

27

1    A.    Yelling, kicking his feet, spitting.

2    Q.    And how -- how was he -- how was he

3  kicking his feet if his hands and feet were shackled

4  behind his back?

5    A.    That's -- the space he had on the chain,

6  he was kicking his feet back and forth, back and

7  forth.

8    Q.    I see.  And that was a threat, was it?

9    A.    If we unshackled him, those feet would

10  have been kicking us.

11    Q.    If you un --

12    A.    That's why he was in the four-point

13  restraints, so he couldn't injure us or the EMS

14  people on the scene.

15    Q.    So why didn't you turn him over on his

16  side?

17    A.    He -- actually, one time, they -- he did

18  turn -- if he let his foot down and turned over on

19  his side, he could.

20    Q.    He was strapped down with five straps on

21  to the gurney.  Correct?

22    A.    Like I said, at that one point, I went and

23  talked to his wife.  I wasn't there the whole time

24  when they put him on everything.

25    Q.    You were in the ambulance.

**Alpha Reporting Corporation**

28

1    A.    I was.

2    Q.    He was strapped down with five straps

3 across his body in the ambulance.

4    A.    If that's what they told you.

5    Q.    You saw it.

6    A.    I'm -- I wasn't paying attention to the

7 straps on him.

8    Q.    How was he going to turn over if he had

9 five straps across him in addition to being shackled

10 in the back?

11    A.    Like I said, if he did, that's -- EMS was

12 working on him.  We were -- we were riding to make

13 sure for everybody's safety.

14    Q.    Is Troy Goode the most dangerous person

15 that you've ever encountered in your position in

16 your 25 months on the police department?

17         MR. HUSKISON:  Object to the form.

18    A.    That's 18 years.  I'm not 25 months.

19 BY MR. EDWARDS:

20    Q.    Eighteen years.  Okay.

21    A.    No, sir, he's not.

22    Q.    He was a bean pole, wasn't he?

23    A.    I don't --

24    Q.    Skinny little guy?

25    A.    I don't see where size has anything to do

29

1   with this.

2     Q.  Well, all of your training manual says it

3   does.  So -- and the courts of law says it does.

4     A.  Size does?

5     Q.  Yes, just so you know.  Have you received

6   any martial arts training?

7     A.  Yes, sir, I have.

8     Q.  Tell me about that.

9     A.  Two years of MMA training.

10     Q.  M and A?

11     A.  MMA, mixed martial arts.

12     Q.  Okay.  That's unarmed combat.  Right?

13     A.  Yes, sir, it is.

14     Q.  And where did you get that training?

15     A.  Fred Fisher, Fisher's Bang Gym.

16     Q.  Where is that, please?

17     A.  Horn Lake.

18     Q.  And when you say mixed martial arts,

19   you're talking about a combination of karate,

20   aikido, judo?

21     A.  It's a little bit of everything.  Jujitsu.

22     Q.  Jujitsu?

23     A.  Boxing.

24     Q.  Boxing?  How long were you trained in

25   mixed martial arts?

30

1    A.    About two and a -- two, two and a half

2  years.

3    Q.    Did you achieve a belt?

4    A.    No.  No, sir.  Just the white belt that

5  you start with.  It takes a long period of time to

6  gain any belts in that.

7    Q.    You've talked about Mr. Goode representing

8  a threat to the EMS and the police.  Right?

9    A.    Yes, sir.

10    Q.    Did any police officer on the scene

11  receive a wound of slightest degree from Mr. Goode?

12    A.    Not that I'm aware of.  No, sir.

13    Q.    Did any EMS receive a wound of the

14  slightest degree from Mr. Goode?

15    A.    No, sir.

16    Q.    Do you agree that the severity of the

17  crime influences what level of force is appropriate

18  and reasonable?

19    A.    Yes, sir.

20    Q.    What was Mr. Goode's crime?

21    A.    At the time, it was just disorderly

22  conduct.  But the way -- the scale we work off, if

23  we go up and talk to somebody, they comply, we stop

24  there.  If we have to handcuff and they comply, we

25  stop there.  And the progression just keeps going

Todd Baggett - December 07, 2016

1  up.

2          If they continue to be noncompliant, we

3  have to go to the next level.

4      Q.   Okay.  Well, let's talk about it.  The

5  continuum -- continuum of force.  Right?

6      A.   Yes, sir.

7      Q.   What is your understanding of the

8  continuum of force to be utilized by a Southaven

9  police officer?

10      A.   I mean, it's -- it's totally based on the

11  situation.

12      Q.   Well --

13      A.   You use com -- you use your compliance

14  techniques until they -- until you can get them to

15  comply.

16      Q.   Well, that's what I'm asking you.  What

17  are the compliance techniques?

18      A.   As far as just taking a suspect in

19  custody?

20      Q.   Yes.

21      A.   Speak with them.  If you get compliance

22  from verbal commands, you use the verbal commands.

23  If you have to move to -- when you get them in

24  handcuffs, you know, if they won't comply, you have

25  to go hands on with them sometimes.  And then if

**Alpha Reporting Corporation**

Exhibit "A" page 32 of 180

32

1   they don't comply from there and they start kicking,

2   you just have to keep climbing up the chain till you

3   can get compliance.

4       Q.   Well, if you get them in handcuffs, then

5   you've already had hands on.  Right?

6       A.   Oh, yes, sir, to some extent.  Now, if

7   they turn around and put their hands behind their

8   back, then that's not so much hands on.

9       Q.   And so you had over five or more police

10  officers on the scene.  Right?

11      A.   At one point.  Yes, sir.

12      Q.   Well, at a minimum, you had four at the

13  time that he was shackled.

14      A.   I believe so.  Yes, sir.

15      Q.   In addition to -- let me ask you this:

16  Let me ask you about considerations as to level of

17  force employed.

18          First we talked about serious --

19  seriousness of offense.  Right?

20      A.   Yes, sir.

21      Q.   Okay.  And his offense was he was running

22  around in circles in a parking lot, disorderly

23  conduct?

24      A.   Yes, sir.

25      Q.   That was the offense?

**Alpha Reporting Corporation**

33

1     A.    At the time, yes, sir.  Then when he

2  wouldn't comply to officers' demands, it became

3  resisting arrest.

4     Q.    Okay.  So worst case scenario we had with

5  Mr. Goode was resisting arrest?

6     A.    At one point, yes, sir.

7     Q.    Well, did it ever get to be beyond that?

8     A.    No, sir.  That was the main -- I guess the

9  main charge at the time, that and disorderly

10  conduct.

11     Q.    All right.  Proximity and availability of

12  backup, is that a factor in amount of force used?

13     A.    It can be.  Yes, sir.

14     Q.    And of course, you had plenty of backup on

15  the scene.

16     A.    At one point.  In the beginning, I was

17  there by myself.  And then Officer Scallorn came,

18  and then the rest started coming later.  I'm not

19  exactly sure.

20     Q.    Well, Scallorn got there before

21  Mr. Goode -- while he was still up and running

22  about, it's been described.  Correct?

23     A.    Yeah.  He pulled up down on Goodman,

24  though.  He didn't pull up in the parking lot where

25  I was at.

34

1    Q.    You were -- you were up in the parking
2   lot, and that's where Mr. Goode was?
3    A.    No.   He -- when I first got there, I was
4   talking with his wife.   He ran up.   And I asked him
5   if he was okay.   He said no.   He turned around and
6   just started running around, mumbling and incoherent
7   to himself.
8          And then he ran out into the grass.
9   That's when Officer Scallorn pulled up.   Then he ran
10  down to Officer Scallorn's truck and just opened the
11  K9 door.
12         And then I left there and started running
13  down to where -- where they were, which is about 70
14  yards, I would imagine.
15   Q.    Seventy yards?
16   A.    About 65.   Yeah.   We were up in the
17  parking lot.
18   Q.    All right.   Well, let's do this --
19   A.    It seemed like a long way for having to
20  run to him.
21   Q.    Okay.   I'll tell you what we'll do.   I
22  have an overhead.   You want to acknowledge that's a
23  good shot of the scene?
24   A.    Yes, sir.
25   Q.    All right.   So if you will -- I'm going to

Todd Baggett - December 07, 2016

35

1  give you this Sharpie, Officer.  And I want you to

2  put a 1 and circle it where --

3          MR. EDWARDS:  You guys need a copy of

4  this?

5          MR. JORDAN:  If you don't mind.  Is this

6  going to be -- is this going to be 24 we're up to

7  now?

8          MR. EDWARDS:  Yeah.

9  BY MR. EDWARDS:

10     Q.   Will you put a 1 and circle it where you

11  were initially talking to Mrs. Goode.

12     **A.   (Witness complies).**

13     Q.   All right.  And then --

14         MR. JORDAN:  Mr. Edwards, can you -- can

15  he hold that up real quick before you go to the next

16  mark?  Can you point to where you've drawn the X?

17             (WITNESS INDICATING)

18         MR. JORDAN:  Okay.  Thank you.

19         **THE WITNESS:  Right by that little shadow,**

20  **looks like a little shadow box there.**

21         MR. JORDAN:  Okay.

22         **THE WITNESS:  To the right if you look at**

23  **that.**

24  BY MR. EDWARDS:

25     Q.   Okay.  Now, put a 2 where Officer Scallorn

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

36

1    parked his vehicle and circle that, please.

2         A.   (Witness complies).

3         Q.   And --

4              MR. HUSKISON:  Hold it -- hold it up for

5    them.

6    BY MR. EDWARDS:

7         Q.   All right.  And so the grass that you were

8    referring to where Mr. Goode -- Mr. Goode ran out of

9    the parking, off of the pavement into the grass.  Is

10   that correct?

11        A.   That's correct.

12        Q.   And he was in between where you were with

13   Mrs. Goode and where Officer Scallorn parked his K9

14   unit.  Right?

15        A.   Yes, sir.

16        Q.   Okay.  All right.  Let's just hold on to

17   that for a minute, please, because we're going to

18   add to it here in a minute.

19        A.   All right.

20        Q.   And so Officer Scallorn, of course, as we

21   now know, had a dog with him, police dog.

22        A.   That's correct.

23        Q.   Okay.  And what did you -- what was your

24   perception of the threat, if any, posed by Mr. Goode

25   to you and Officer Scallorn?

**Alpha Reporting Corporation**

37

1    A.   You know, at the point, we didn't know

2 what the threat was. He hadn't been checked. We

3 don't know if he had any weapons on him.

4       We didn't know what his mental state was

5 at the time because of the way he was acting as far

6 as me. Scallorn didn't get in contact with him

7 until he ran down there and opened his door.

8    Q.   Well, it was still daylight. Right?

9    A.   It was.

10    Q.   Because this was July.

11    A.   Yes.

12    Q.   Long days.

13    A.   Yes, sir.

14    Q.   And Mr. Goode was in shorts. Right?

15    A.   Yes, sir.

16    Q.   And a print type short sleeve shirt?

17    A.   Like a white shirt. Yes, sir.

18    Q.   And it was apparent to you that he had no

19 weapons on him. Right?

20    A.   That's not correct.

21    Q.   Not correct?

22    A.   No, sir.

23    Q.   Where would the weapon have been?

24    A.   It could have been in his pocket. It

25 could have been anywhere.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

38

1    Q.    What -- what -- did you -- did you
2  perceive anything that looked like a weapon?
3    A.    That's -- well, I don't perceive whether
4  somebody has one or not because that's when they
5  have one.
6    Q.    Well, have you ever shot a suspect?
7    A.    No, sir, I haven't.  That's not -- go
8  ahead.
9    Q.    That's not what?
10   A.    I don't know...
11   Q.    Pardon?
12   A.    I don't know why you would ask that.
13   Q.    Well, we have certain rules that we have
14 to follow in the court, and I follow those rules.
15 And so I'm asking, have you --
16   A.    That situation has nothing to do with
17 what's going on right here.
18   Q.    Have you ever shot anybody?
19   A.    No, sir.
20   Q.    On or off duty?
21   A.    No, sir.
22   Q.    Troy Goode was not armed, was he?
23   A.    I have no -- after we got him down and was
24 able to check him for weapons, no, sir, he wasn't.
25   Q.    There were no bystanders in close

**Alpha Reporting Corporation**

39

1   proximity to you, were there?

2       A.   Just his -- in between his wife and then

3   the highway, no, sir.

4       Q.   So there was nobody else in close

5   proximity that could have been injured by Mr. Goode.

6   Correct?

7       A.   At the time, we didn't know.

8       Q.   Well, you could see, couldn't you?

9       A.   Well, if he had a weapon, he could just

10  start shooting cars.  You don't -- you can't ever

11  tell.  You don't know.  Until you can check

12  somebody, you never know.

13      Q.   Did you have that fear that he was going

14  to pull out a gun and start shooting cars?

15      A.   With his actions, I had no idea what he --

16  I didn't even know if he was going to run out in

17  front of a car.

18      Q.   His actions that you're referring to were

19  running around and mumbling.  Correct?

20      A.   Incoherently.  Yes, sir.

21      Q.   Incoherently?

22      A.   Uh-huh (affirmative response).

23      Q.   He was running in circles up in the

24  parking lot.  That's the conduct you're talking

25  about?

40

1    A.    He was all -- all over, parking lot, the

2  grass.

3    Q.    Okay.  But he was -- he was running

4  around --

5    A.    Uh-huh (affirmative response).

6    Q.    -- is what he was doing.  Right?

7    A.    Uh-huh (affirmative response).

8    Q.    He was not attacking anybody?

9    A.    No, sir.

10    Q.    And Mrs. Goode told you about the LSD?

11    A.    She did.

12    Q.    Have you ever made an LSD arrest before?

13    A.    No, sir, I haven't.

14    Q.    Do you know anything about how LSD affects

15  a person?

16    A.    It's a hallucinogenic is all I know.

17    Q.    Have you -- in your training, were you

18  instructed on LSD ingestion?

19    A.    Just how -- just the -- LSD's involved,

20  make sure you have some kind of gloves or something

21  else on you.  You can be -- or it will come in

22  contact with your skin.  You can be affected by it.

23    Q.    You prepared two reports?

24    A.    One was a memo to our lieutenant --

25  detective lieutenant.

Todd Baggett - December 07, 2016

41

1    Q.   So that's not -- is that considered part

2  of your report?

3    A.   It's a interdepartmental memo.

4    Q.   Can you identify the people in this photo?

5    A.   I can't tell who any of those people are.

6  It looks like some EMS staff and fire.

7    Q.   So how many fire people are on the scene?

8  Does each one -- let me ask you this.

9    A.   I mean, I can count them on this.  If

10  you're asking me how many was actually there, I

11  couldn't tell you.

12    Q.   Well, I'm asking you in this photo, and

13  the question better put is, the ones with the patch

14  on the left side of their shirts, are those all EMS

15  people or fire people?

16    A.   I believe those are just firemen.

17    Q.   Okay.  And who's the guy in the white

18  shirt who's pointing?

19    A.   That's usually a fire supervisor, I

20  believe.

21    Q.   Who's the guy with the blond hair behind

22  him?

23    A.   I can't tell.

24    Q.   Well, he's a very big guy.

25    A.   I can't see what -- this whole picture is

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

42

1  blurry.  Because I know most of the firemen, but I

2  can't make any of those out.

3      Q.   Okay.  Well, tell me the firemen's name.

4      A.   I can't make them out.

5      Q.   You can't from this photo tell who any of

6  these people are?

7      A.   No, sir.  I don't -- I don't -- I don't

8  know the -- I know the firemen when I see them, but

9  I don't know them.

10     Q.   Those are two police officers behind the

11 fire supervisor, are they not?

12     A.   The one -- I really can't tell.  That one

13 with the blue, I'm not sure what that is -- I'm not

14 sure who that is.

15     Q.   You just --

16     A.   It looks like he has a -- like a blue

17 chest patch or whatever.  I don't know what that is.

18     Q.   So you can't identify any of these people?

19     A.   In this -- no, sir.

20     Q.   All right.  Does that picture depict the

21 bind in which you placed Troy Goode?

22     A.   As far as before the -- being put on the

23 gurney, yes, sir.

24     Q.   All right.  Let me see that.

25          MR. EDWARDS:  We're going to mark this as

**Alpha Reporting Corporation**

43

1   24.

2           (WHEREUPON, THE ABOVE-MENTIONED PHOTOGRAPH

3   WAS MARKED AS EXHIBIT NO. 24 TO THE DEPOSITION AND

4   IS HERETO ATTACHED.)

5           MR. HUSKISON:  I think this is 25.

6           MR. JORDAN:  I don't think the --

7           MR. EDWARDS:  I didn't mark the last one.

8           MR. JORDAN:  Okay.  So the -- so this is

9   24?

10          MR. EDWARDS:  Yeah.

11          MR. HUSKISON:  Which one did you not mark?

12  The over -- overhead?

13          MR. EDWARDS:  That's correct.  We're

14  holding on that.

15          MR. HUSKISON:  Have you got extra of the

16  one you just marked as 24?

17          MR. EDWARDS:  Yeah.  Here you go.

18          MR. HUSKISON:  Thank you.

19  BY MR. EDWARDS:

20      Q.   Here's what we've been provided as the

21  incident report.  Did you prepare this?

22      A.   **Yes, sir, I did.  This is half of it.**

23      Q.   I'm not finished.

24      A.   **Okay.**

25      Q.   We've also been provided this document

**Alpha Reporting Corporation**

44

1   which I believe is the memo you're referring to.

2       A.    It is.

3       Q.    All right.  Did you prepare that?

4       A.    I did.

5       Q.    Okay.  Which was prepared first?

6       A.    The memo.  It was prepared -- right after

7   I left the hospital, they told me to go to the

8   station and do a detailed memo, which is basically

9   our policy in how we do it, a detailed memo and then

10  a basic report.

11      Q.    Okay.  Hand me the memo that you said was

12  prepared first.

13          MR. EDWARDS:  The memo will be 25.

14          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT

15  WAS MARKED AS EXHIBIT NO. 25 TO THE DEPOSITION AND

16  IS HERETO ATTACHED.)

17          MR. EDWARDS:  And the incident report will

18  be 26.

19          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT

20  WAS MARKED AS EXHIBIT NO. 26 TO THE DEPOSITION AND

21  IS HERETO ATTACHED.)

22  BY MR. EDWARDS:

23      Q.    I'll let you have those in case you need

24  to refer to them.

25      A.    Okay.

45

1    Q.   Now, on either one of these documents, did

2  you confer, talk to anyone, before you prepared

3  them?

4    A.   One person, but it was a peers counselor.

5  Right after the incident, I spoke with him.

6    Q.   I'm sorry.  Say that again.

7    A.   Peers counselor.  It's like for when some

8  kind of incident happens with the police such as,

9  you know, another officer gets shot, any kind of

10  traumatic incident, a peer counselor comes and talks

11  to the officer.

12    Q.   What is the word that you're using for the

13  counselor?

14    A.   Peer, P-E-E-R.

15    Q.   Who was that peer counselor?

16    A.   Chris Shelton.

17    Q.   Who's he work for?

18    A.   Southaven.

19    Q.   Is he like internal affairs?

20    A.   No, sir.  He's like our chaplain, and

21  he's -- he's over like the dispatchers.

22    Q.   Why would you have to talk to a peer

23  counselor over this incident?

24    A.   Because it was a traumatic incident.

25    Q.   Because of the death?

46

1      A.    Yes, sir.  It was not -- it was not

2  supposed to happen.

3      Q.    It's not supposed to happen, is it?

4      A.    What's that?

5      Q.    When you take a person into custody for

6  disorderly conduct, they're not supposed to end up

7  dead.  Correct?

8      A.    I would say that's correct.  Yes, sir.

9      Q.    Is the information in what we've marked as

10 those two exhibits all from yourself, or did you

11 have somebody assist you?

12     A.    I did it myself.

13     Q.    Where were you physically when you

14 prepared the first one, the memorandum?

15     A.    At the police station.

16     Q.    Yeah.  Where in the police station?

17     A.    When you walk in to the employee entrance,

18 there's a computer right to the left.  I believe I

19 did this one on that one.  This one, I -- I don't

20 remember which computer I was on exactly the actual

21 one.  Because I came in the next day and did this

22 one.

23     Q.    Is it in a larger room or private room?

24     A.    It's in a big room.  Yes, sir.

25     Q.    Big room.  So you came in and sat down at

Todd Baggett - December 07, 2016

47

1  the computer and began to put down your thoughts.
2  Right?
3      A.    The memo.  Yes, sir.
4      Q.    Okay.  The memo, which is Exhibit 20 --
5      A.    25.
6      Q.    25.  And so that would have been the
7  documentation you prepared closest in time to the
8  death of Troy Goode?
9      A.    Yes, sir.
10     Q.    All right.  Now, I think we've already
11 established, you were the first on the scene at 3451
12 Goodman Road on July 18, 2015.  Right?
13     A.    Yes, sir.
14     Q.    And you've told us that you were -- you
15 went in the ambulance.  Right?
16     A.    That's correct.
17     Q.    Went into -- there's an indication that
18 Mr. Goode was -- you know what I mean by triage?
19     A.    Yeah.  Kind of like the pre before they
20 put them in a room or what have you.
21     Q.    Yeah.  The initial workup by the medical
22 personnel at the hospital.
23     A.    Yes, sir.
24     Q.    Did you go into the room where Mr. Goode
25 was triaged?  It's referred to as the

**Alpha Reporting Corporation**

Exhibit "A" page 48 of 180

Todd Baggett - December 07, 2016

48

1  decontamination room.

2      A.   Oh, yes, sir.  I was in that.

3      Q.   All right.  Who else was in that room

4  during triage?

5      A.   The --

6           MR. HUSKISON:  Hold on just -- I don't

7  know if he said if he was in there during the

8  triage.  He said he was in there.

9      A.   I was in the room, in the decon room.  I

10 don't -- when we take him to them, they -- they have

11 their own set of rules, the things that they do.

12          I don't -- I didn't watch everything they

13 were doing.

14 BY MR. EDWARDS:

15     Q.   Well, we'll deal with them later.  But

16 when you went into the decontamination room --

17     A.   Yes, sir.

18     Q.   -- was Troy Goode in there?

19     A.   Yes, sir.

20     Q.   Were there medical personnel in there?

21     A.   Yes, sir.

22     Q.   Who?

23     A.   The EMS people were still there.  A couple

24 of nurses came in.  The security guard came in.

25     Q.   All right.  Let's -- do you know any names

**Alpha Reporting Corporation**

Exhibit "A" page 49 of 180

Todd Baggett - December 07, 2016

49

1   of medical personnel?
2       A.    You mean the --
3       Q.    Not any --
4       A.    -- from the hospital?
5       Q.    From the hospital.
6       A.    No, sir, I don't.
7       Q.    Were the nurses male or female?
8       A.    The two that I remember were male -- or
9   I'm sorry.  Male.
10      Q.    Okay.  Now, were you in the decon room
11  with this group -- how long did the -- well, first,
12  let me ask you, how long did the EMS from Southaven
13  stay in the decon room?
14      A.    I wish I could remember.  I don't remember
15  how long they were in there.
16      Q.    Who from --
17      A.    Because there were so many people coming
18  in and out, it was getting confusing at times.
19      Q.    Who from Desoto County EMS was in the
20  room, decon room?
21      A.    You mean from Desoto County EMS?
22      Q.    Yes, sir.
23      A.    Nobody that I know of.
24          MR. HUSKISON:  Southaven.  I think he
25  thinks of them as Southaven.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

50

1  BY MR. EDWARDS:

2      Q.   I'm sorry.  I'm used to Desoto County when

3  Burma Hobbs used to beat up everybody from

4  Whitehaven.

5      A.   Lot of -- I understand.

6      Q.   Have you ever heard of Burma Hobbs?

7      A.   Yes, sir, I have.

8      Q.   He's kind of a legend, isn't he?

9      A.   He is.

10     Q.   Okay.

11         MR. EDWARDS:  Yes.  Thank you for the

12  correction.

13  BY MR. EDWARDS:

14     Q.   From -- from Southaven, how many EMS

15  personnel?

16     A.   Two.

17     Q.   And who were they?

18     A.   The one -- one female and the other one

19  was a male.  I don't -- I don't know their names.

20     Q.   All right.  They obviously had been in the

21  ambulance with you?

22     A.   The female was in the back, and the male

23  was driving.

24     Q.   Female's name is Stacie Graham.  Ring a

25  bell?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

51

1    A.    Yes, it does.

2    Q.    All right.

3    A.    Black haired lady?

4    Q.    Yeah.

5    A.    Yes.

6    Q.    Okay.  So did the nurses, the two nurses

7  you've described from the hospital, stay in the room

8  the entire time?

9    A.    In the -- they -- one of them was at

10  one -- there was at least one in the decon room at

11  one point.  The one would leave to go get something

12  and come back, and the other one might go get

13  something and come back.  But there were at least

14  two -- or at least one in there each time while we

15  were in the decon room.

16    Q.    Did they check out Mr. Goode?

17    A.    They -- they were doing stuff with him.  I

18  don't know exactly what they were doing.

19    Q.    Did they check his oxygen saturation?

20    A.    Like I said, I don't -- I have no idea.

21    Q.    Now, when -- was there any police officer

22  other than yourself in the decon room?

23    A.    They came and went.  Officer Scallorn came

24  in and left.  Obviously, Officer Rich was because he

25  was there with me.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

52

1       Scallorn came in to get him to take him
2 back to bring me my -- my car back so I could
3 transport Mr. Goode when they -- the hospital was
4 through.
5       Q.   When Officer Rich left, was Mr. Goode
6 still in the decon room?
7       A.   Yes, sir.
8       Q.   Did that leave you as the sole Southaven
9 police officer in the room?
10      A.   Yes, sir.
11      Q.   Did you stay in the room, the decon room,
12 until Mr. Goode was moved to Room Number 9?
13      A.   Yes, sir.  I followed him to Room 9.
14      Q.   Did any police officer walk with you from
15 decon to Room 9?
16      A.   Not that I recall.  No, sir.
17      Q.   You just don't recall?
18      A.   I don't.  Not that I can recall.  I just
19 remember walking.  I don't remember if anybody else
20 was there.
21      Q.   Mr. Goode was still shackled hands and
22 feet behind his back.  Correct?
23      A.   Yes, sir.
24      Q.   And he was still prone face down on the
25 stretcher?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

53

1    A.    Uh-huh (affirmative response).

2    Q.    Yes?

3    A.    Yes, sir.

4    Q.    Still strapped down?

5    A.    I don't -- I don't -- I'm not sure about

6 that.

7    Q.    All right.  So you walked -- how far did

8 you have to walk to get from the decon room to Room

9 9?

10    A.    I wasn't really -- I mean, I don't

11 remember --

12    Q.    Well --

13    A.    -- how far it is.  I mean, I don't -- I

14 wasn't -- I wasn't putting all this stuff in the

15 back of my head thinking this was going to be the

16 end result of what happened.

17    Q.    The location of Room 9 is in the emergency

18 department.  Correct?

19    A.    It is.  Yes, sir, it is.

20    Q.    And Room 9 wasn't just next door to the

21 decon room, was it?

22    A.    No, sir.

23    Q.    So whatever the distance was, you had to

24 walk some degree of distance in order to get to the

25 room?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

54

1      A.    A short distance.

2      Q.    And when you say you followed, you

3  followed the gurney as it was being rolled?

4      A.    Yes, sir.

5      Q.    Who did the transport?  Who pushed the

6  gurney?

7      A.    I -- I don't recall.

8      Q.    Baptist Hospital personnel?

9      A.    Like I said, I don't recall.  I don't

10 remember.

11     Q.    Was security from Baptist still present?

12     A.    I think they had already left at that

13 point.  I don't -- I don't really remember.

14     Q.    When security -- describe the security

15 officer or officers that came to the decon room.

16     A.    Just a black male.  I can't -- I mean, I

17 don't remember really any details about him.

18     Q.    Did you talk to him?

19     A.    Briefly.

20     Q.    Did he make any suggestions about

21 Mr. Goode's condition?

22     A.    Not that I can recall.  No, sir.

23     Q.    Did he say that Mr. Goode should not be

24 bound in such a fashion?

25     A.    No, sir.  I don't believe that would have

**Alpha Reporting Corporation**

Exhibit "A" page 55 of 180

1  been his call anyway.  It's -- he's in hospital

2  care.

3      Q.    Well, the security guard works for the

4  hospital, doesn't he?

5      A.    Yes, sir.  But he's not a -- he doesn't

6  have any medical expertise.  He's a security guard.

7      Q.    How do you -- how do you know?

8      A.    Or he would -- well, I would hope he

9  didn't if he's working as a security guard.

10      Q.    Does the hospital have restraints

11  available?

12      A.    From when I asked, they said they had soft

13  restraints, but they wouldn't hold.  They wouldn't

14  hold him from all the thrashing and kicking he was

15  doing.

16      Q.    And you asked about restraints?

17      A.    Yes, sir.

18      Q.    Changing restraints?

19      A.    I did.

20      Q.    Why did you ask that question?

21      A.    Because at the time, there were people

22  there that could help me with him.  Because after we

23  got him to a room, it was only going to be me and

24  maybe a security guard or two security guards trying

25  to contain him.  And it -- I mean, he wore us out on

Todd Baggett - December 07, 2016

56

1    scene just trying to get him contained.

2        Q.   He wore out at least four officers on the

3    scene?

4        A.   He sure did.  He never stopped.

5        Q.   Okay.  But my question really was, why did

6    you ask about changing shackles?

7        A.   The main -- the main reason was, like I

8    said, if they wanted to do that, they needed -- we

9    needed to get it done right then while I had people

10   there that could help me.

11       Q.   Doesn't respond to the question.  Why did

12   you bring up the subject of changing shackles?

13       A.   Because I didn't want to have to do it by

14   myself.  That's what I'm telling you.

15       Q.   Well, why change at all?

16       A.   So they could treat him.  If they want

17   to -- if they needed him -- that's what I said, if

18   they needed him turned over to be treated or leave

19   him like he is, whatever they need to do.  But if

20   anything the way it's set up needed to be changed,

21   we needed to do it while I had some people, or I was

22   going to have to call some people up there if they

23   needed it done later.

24       Q.   Well, how would changing the shackles at

25   that point in time have enabled medical treatment?

57

1    A.    Well, if they wanted to put like a monitor

2  on him, you know, they'd have -- they'd have to go

3  on his chest or anything.  You know, that's their --

4  like I said, that's their expertise.  That's why I

5  was asking if they needed anything done, they needed

6  to let me know while I had help there.

7    Q.    Well, he was monitored in the ambulance on

8  his chest.  Correct?

9    A.    Yes, sir.

10   Q.    So why couldn't the hospital do the same

11 thing?

12   A.    Now, that -- that's not a question for me,

13 sir.

14   Q.    Okay.  So let's be real clear here.  You

15 raised -- you personally raised the issue of

16 changing shackles?

17   A.    Of changing his position.

18   Q.    Changing his position?

19   A.    Yes, sir.

20   Q.    All right.  That helps.  About changing

21 his position with hospital personnel?

22   A.    Yes, sir.

23   Q.    Who?

24   A.    It was one of the white male nurses, but

25 he was -- there was a tall one and a short one.  It

Todd Baggett - December 07, 2016

58

1    was the shorter one.  I don't know their names.

2        Q.   Were they both white males?

3        A.   The two nurses.  Yes, sir.

4        Q.   Yes.

5        A.   Yes, sir.

6        Q.   Don't know their names?

7        A.   No, sir.

8        Q.   Did you talk to anybody else at

9    Baptist-Desoto besides -- working for the hospital,

10   hospital representatives, besides these two male

11   nurses about changing the position?

12       A.   No, sir.

13       Q.   And did both of the nurses respond or just

14   one?

15       A.   Just -- I only spoke with the one.

16       Q.   And this -- this was the shorter of the

17   two?

18       A.   Yes, sir.

19       Q.   How -- excuse me.  How old were these men?

20       A.   I don't -- I don't recall.  I don't -- I

21   don't know their ages.  I don't know their names.

22       Q.   Color hair?

23       A.   I want to say it was black or brown.

24       Q.   Both of them?

25       A.   Yes, sir.

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

59

1    Q.    Okay.  So when you raised the issue about
2  changing Mr. Goode's position, what did the male
3  nurse of shorter stature tell you?
4    **A.    That the soft restraints wouldn't hold.**
5    Q.    He told you specifically that the soft
6  restraints would not hold?
7    **A.    With his erratic behavior, it would not --**
8  **would not hold.**
9    Q.    Did you question that?
10    **A.    No, sir.**
11    Q.    But you accepted that at face value?
12    **A.    They were in -- yeah.  We turned them over**
13  **to the hospital.  I was just -- if they wanted to**
14  **facilitate any move, we needed to do it while I had**
15  **people there.**
16    Q.    Well, you've been in situations before
17  where hospitals have -- have unruly patients.
18  Right?
19    **A.    Yes, sir.**
20    Q.    Hospitals have protocols for handling
21  unruly patients?
22         MR. HUSKISON:  Object to the form.
23    **A.    If they do, I don't know.**
24  BY MR. EDWARDS:
25    Q.    Well, you've been there -- you've been in

**Alpha Reporting Corporation**

Exhibit "A" page 60 of 180

Todd Baggett - December 07, 2016

60

1  hospitals before with unruly patients where the
2  hospital subdued them.  Right?
3      A.    Well, if they subdue them, we don't --
4  they don't ever -- they don't call us if their
5  security gets them under control.  It's if they
6  can't, they call us.  And then if they discharge
7  them, they go with us.
8      Q.    Have you ever --
9      A.    If they don't discharge them, they stay at
10  the hospital.
11     Q.    Have you ever used a chemical sedative
12  that was administered through the nose?
13     A.    Have I ever used one?
14     Q.    Uh-huh (affirmative response).
15     A.    Now, what are we speaking --
16     Q.    Not on yourself.
17     A.    What are we speaking of?  I mean, as far
18  as -- no, sir.  I mean, I'm not sure what you're
19  asking me.
20     Q.    I'm asking you if you've ever --
21     A.    I'm -- I'm not a medical personnel.  I
22  don't administer any medication to anybody.
23     Q.    Have you ever seen a chemical sedative
24  administered nasally?
25     A.    Yes, sir.  I have seen it.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

61

1    Q.   Where did you see it?

2    A.   Here recently, it's real common with

3    people that are overdosing on heroin.  They give

4    them that nasal -- what is it?  Whatever the drug

5    is.

6         Like I said, I'm not medical.  So -- they

7    give them that so they'll come back to.

8    Q.   And who is they that you're referring to?

9    A.   Either -- it's usually EMS gives that on

10   the scene.

11   Q.   For patients that are -- for suspects that

12   are really unruly?

13   A.   No.  These people aren't moving.  They're

14   pretty much dead.  They give them the Narcan, and

15   they come back.

16   Q.   I'm talking about a sedative, not a

17   revival agent.

18   A.   Oh, no.  I've never seen any kind of

19   sedative given nasally.

20   Q.   Never seen it used?

21   A.   (Witness shakes head negatively).

22        MR. HUSKISON:  Answer the question.

23   A.   No, sir.

24   BY MR. EDWARDS:

25   Q.   Now, you've already told us you stayed in

**Alpha Reporting Corporation**

Exhibit "A" page 62 of 180

Todd Baggett - December 07, 2016

1   Room 9 with Mr. Goode until he expired.  Correct?

2       A.   Yes, sir.

3       Q.   For the entire period of time, his -- he

4   was shackled behind his back.  Correct?

5       A.   Four-point restraints.  Yes, sir.

6       Q.   Yeah.  And for the entire time, he was

7   face down on the mattress.  Correct?

8       A.   That's correct.  Well, to say face -- he

9   was belly down.  His head was turned to the side.

10      Q.   Have you ever been instructed at all what

11  that position does to the diaphragm?

12      A.   No, sir.

13      Q.   All right.  I want to ask you some

14  questions about what we have marked as Exhibit 26.

15      A.   Okay.

16      Q.   Okay?

17           MR. HUSKISON:  Mr. Edwards, before you get

18  started, I think he said that that was a partial

19  incident report.

20           THE WITNESS:  It's Page 3 and 4.

21           MR. EDWARDS:  Right.

22           MR. HUSKISON:  There are two -- one and

23  two pages.  So --

24           THE WITNESS:  It mainly just has like the

25  address of where it was and --

**Alpha Reporting Corporation**

63

1        MR. HUSKISON:  Okay.

2        THE WITNESS:  -- I  think her name.  It

3  has her name, I believe, as a...

4  BY MR. EDWARDS:

5     Q.   I looked at those.

6     A.   I think that's all I had in it.

7     Q.   Yeah.  I looked at those.  And it really

8  didn't have any substantive information in it.

9     A.   No, sir.

10    Q.   Would that be correct?

11    A.   That would be correct.

12    Q.   The real meat, if you will, of the report

13  is under the narrative information?

14    A.   Yes, sir.

15    Q.   And this narrative information is what you

16  prepared?

17    A.   That's correct.

18    Q.   By yourself?

19    A.   Yes, sir.

20    Q.   All right.  Let's take a look at this.

21  You were dispatched to the scene.  And I guess that

22  was over -- over the radio.  Right?

23    A.   That's correct.

24    Q.   And when you approached the scene on

25  Goodman Road, a white male, which we now know to

**Alpha Reporting Corporation**

Exhibit "A" page 64 of 180

64

1  have been Troy Goode, was walking back towards the

2  parking lot.  Right?

3     A.   Yes, sir.

4     Q.   Okay.  Now --

5     A.   I didn't know it was him at the time.  I

6  assumed it was.  But with the description they gave

7  out of the white shirt and tan shorts...

8     Q.   He was walking back towards the parking

9  lot.  Right?

10    A.   Walking back toward the -- where I was

11 headed, that parking lot.  Yes, sir.

12    Q.   All right.  I want you -- let's go back to

13 what you started working on.  And I'm going to give

14 you this Sharpie again.

15         And I want you to put a Number 3 where

16 Troy Goode was when you first saw him.

17    A.   Circle it?

18    Q.   Please.

19         MR. JORDAN:  Can you point it with the pen

20 so we can see?

21              (WITNESS COMPLIES)

22         MR. JORDAN:  Okay.  Thank you.

23 BY MR. EDWARDS:

24    Q.   Now, going on in the report, you say you

25 arrived on the -- on the scene and spoke with Kelli

Todd Baggett - December 07, 2016

65

1    Denise Goode, white female, date of birth, so, so.
2    Correct?
3        A.    That's correct.
4        Q.    Now, put a Number 4, please, sir, on the
5    overhead of where you and Mrs. Goode were standing.
6        A.    It's the same as Number 1.
7        Q.    Same as Number 1.  All right.  Very good.
8    And Mrs. Goode told you that her husband was Troy
9    Goode.  Right?  That's where you first learned?
10       A.    I believe whether -- I don't -- I can't
11   remember whether I got his name right away.  I was
12   asking her what was wrong with him.
13       Q.    All right.  She -- she said, according to
14   your report --
15       A.    Uh-huh (affirmative response).
16       Q.    -- that Mr. Goode had dropped three to
17   five hits of LSD?
18       A.    That's correct.
19       Q.    You still believe that amount to be
20   correct?
21       A.    Yes, sir.
22       Q.    Have you seen the toxicology report from
23   the state of Mississippi?
24       A.    No, sir.
25       Q.    But you're sure that's what she told you?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

1    A.    That's exactly what she said.

2    Q.    Okay.  Then going on down, you say that

3  Troy began to approach us.  And you mean you and

4  Mrs. Goode?

5    A.    Mrs. Goode.  Yes, sir.

6    Q.    And you asked him if he was okay?

7    A.    Uh-huh (affirmative response).

8    Q.    He said no.  Right?

9    A.    Uh-huh (affirmative response).

10    Q.    What was he -- was he walking towards you

11  when you asked him the question?  Was he standing

12  still?

13    A.    He was just kind of running around in

14  circles and acting really strange.

15    Q.    Well, if he was running around in circles,

16  how was he approaching you?

17    A.    Well, he was coming up to us, and it

18  was -- I say circles, not big circles, like little

19  small -- almost like barely moving one of his feet,

20  just kind of spinning around one way, spinning

21  around the other way.  Then he would just take off

22  running, and he'd come back.  Then he was doing it

23  again.

24        It was kind of like -- best way I can

25  describe it, I guess, without -- it might sound bad.

**Alpha Reporting Corporation**

67

1   But it was kind of like, you know, you have a little
2   puppy.  You call it to you.  It gets up to you.  And
3   when you say something to it, it does a bunch of
4   little circles and takes off running.  That's what
5   he was continually doing.
6         Q.    Okay.  So he didn't run up and threaten
7   you?
8         A.    No, sir.
9         Q.    And then you say he began running around
10  in the parking lot.  Mark where he was running
11  around in the parking lot with a Number 4, I guess
12  is where we are.
13        A.    Use a 4 this time on it?  I mean, it
14  was -- it was all over the bottom part of this
15  parking lot.
16        Q.    Okay.  Well -- well, go ahead and wherever
17  that is, just circle it where he was running around.
18        A.    (Witness complies).
19        Q.    And just put a 5 in there -- or 4.  Right.
20  Okay.
21        A.    (Witness complies).
22        Q.    Now, let me see that.  So --
23        A.    I mean, that was for a short period of
24  time.
25        Q.    I understand.  And so you placed a 4 --

Todd Baggett - December 07, 2016

1    MR. EDWARDS:  Can you guys see it right

2  here?

3  BY MR. EDWARDS:

4    Q.   -- up at the top of the grassy area where

5  the parking lot meets the grass.  Right?  And Number

6  2 is when --

7    **A.   That's Officer Scallorn's --**

8    Q.   Right.

9    **A.   -- Tahoe.**

10   Q.   Was he there by the time that Mr. Goode

11 was running around in --

12   **A.   He was --**

13   Q.   -- Area 4?

14   **A.   From what I remember, he was already in**

15 **the grass by then.  Because I remember getting on**

16 **the radio and telling him he's coming towards you.**

17   Q.   Okay.  So draw an arrow from Number 4 in

18 the direction that Mr. Goode ran, please.

19   **A.   I mean, it's hard to -- there is no**

20 **straight line that he ran from there.**

21   Q.   Okay.  Well, draw a crooked arrow.

22   **A.   I mean --**

23     MR. HUSKISON:  It's an estimate.

24   **A.   It's just an estimate.**

25     MR. HUSKISON:  Do the best you can.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

69

1     A.    You just want to know where the -- pretty

2 much his direction of which way he went?

3 BY MR. EDWARDS:

4     Q.    Yeah, I do.

5     A.    (Witness complies).

6     Q.    Okay.  Let's see.  So with, perhaps, some

7 deviations --

8     A.    Yes.

9     Q.    -- generally, he was headed straight

10 towards Officer Scallorn's K9 vehicle?

11    A.    Yes, sir.

12    Q.    All right.

13    A.    At one point or -- I don't know if he saw

14 it and ran to it or if...

15    Q.    Was he --

16    A.    I'm not sure.

17    Q.    Was he in an all out run, or was he --

18    A.    Like a -- I guess you could say like a

19 little medium jog at that point.

20    Q.    All right.

21    A.    Continually, never stopped.

22    Q.    Okay.  And then you say that he went up to

23 the K9 unit and opened the rear door?

24    A.    That's what I saw.  Yes, sir.

25    Q.    Did he open the door as any person would

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

1  getting into a vehicle?

2      A.    Not -- not the way I -- not that car.  It

3  says caution, K9 inside.  The dog was barking.  I

4  could hear the dog barking from the -- from the --

5  because he was running around like that, and it cued

6  the dog in, and the dog started barking.

7      Q.    Well, what I mean is did he just open the

8  door as one might getting into a vehicle, or did he

9  slam it open?  How did he -- how did he do it?

10     A.    He pulled the handle and opened the door.

11 I mean, there's not too many people open the back

12 door of a police car wanting to get into it.  Most

13 people, that's not the seat they want to be in.

14     Q.    Did you see him hold his hands up before

15 he got into the car?

16     A.    Who?

17     Q.    Who are we talking about?  Troy Goode.

18     A.    Hold it before he got into what car?

19     Q.    Before he opened the door.

20     A.    I don't recall that.  No, sir.

21     Q.    Okay.  All right.  And then so he opened

22 the door, and the K9 got out.  Right?

23     A.    Yes, sir.

24     Q.    What did the dog do?

25     A.    From that -- when he did that, that's when

**Alpha Reporting Corporation**

71

1    Officer Scallorn said, I need some help.  So that's
2    when I took off running down there.
3          Between what happened there, it looked
4    like the dog came out and nipped at him.  Officer
5    Scallorn grabbed his dog back.  I could hear him
6    yelling, get on the ground, get on the ground.  And
7    he took off running again.
8          So Officer -- Officer Scallorn had the dog
9    apprehend him.  And he punched the dog in the head.
10   The dog let go.
11         He continued to run.  I started to chase
12   after him.  I wasn't gaining any ground on the guy
13   whatsoever.
14   Q.   All right.  Well, let's -- let's not go
15   too far.
16   A.   Okay.
17   Q.   I want to take this step at a step.
18   A.   All right.
19   Q.   He -- he -- Troy opened the back door.
20   Did the dog come out of the car?
21   A.   Eventually, yes, sir, it did.
22   Q.   Well, wait a minute.
23   A.   Because the door -- that back door is a
24   bail-out door.
25   Q.   I'm sorry.  What?

Todd Baggett - December 07, 2016

72

1    A.    It's a bail-out door.  It's when -- it's

2  made -- that -- that's not the side -- that's not

3  the door you want to open on a K9 vehicle.

4    Q.    Why?

5    A.    That's the -- that's the bail-out door.

6  In other words, when he hit that -- there is a

7  button you can hit, and that door opens

8  automatically, and the dog comes out.

9    Q.    Okay.  So I'm not getting the significance

10 of why it was of importance that the bail-out door

11 was the one that was opened.

12   A.    It's always on the passenger side, the

13 bail-out door.  And it's usually the one we do to

14 where I -- I was in K9 for seven years.  And when

15 you -- we would use it for training.

16         We would, you know, like get to our

17 position we need to be in.  Then you could hit that

18 button.  The door would open, and you call the dog

19 to you.  And then the dog comes over to you.

20         So what I'm -- what I'm saying is when he

21 opened that door, the dog was coming out and looking

22 for something that -- you know, he was looking for

23 his handler, but it wasn't him.

24   Q.    Did the dog tell you that?

25   A.    Huh?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

73

1    Q.   Did the --
2    A.   I've trained --
3         MR. HUSKISON:  Object to the form.
4    A.   I've been a K9 handler for seven years, or
5    I was.
6    BY MR. EDWARDS:
7    Q.   Okay.  Good.  All right.  But you -- the
8    door opened up.  Did you say the dog did not come
9    out immediately?
10   A.   Like I said, I was running --
11   Q.   You don't --
12   A.   -- at that point.
13   Q.   So -- so is the answer, you don't know?
14   A.   I don't -- yeah.  I was running.  I don't
15   know.  It came out at one point.  I don't know
16   exactly if it was immediately or afterward.  When --
17   when he said get down here, I took off running.
18   Q.   All right.  At the point -- obviously, the
19   K9 vehicle was parallel with Goodman Road?
20   A.   Yeah.  It was the front back east and
21   west.  Yes, sir.
22   Q.   Yeah.  And so Troy, when he opened this
23   door, was -- the K9 vehicle was between him and
24   Goodman Road.  Right?
25   A.   It was.  And he was on the grass side of

Alpha Reporting Corporation

Exhibit "A" page 74 of 180

Todd Baggett - December 07, 2016

74

1    Goodman Road --

2        Q.    Yes.

3        A.    -- when he opened the door.

4        Q.    I understand.  He was -- he was blocked

5    from Goodman Road by the K9 vehicle?

6        A.    At that point, yes, sir.

7        Q.    Yeah.  And so the dog at some point in

8    time came out?

9        A.    Yes, sir.

10       Q.    And what did the dog do?

11       A.    It first looked like it nipped at him.

12   Officer Scallorn grabbed the dog.  Because he was

13   standing behind the Tahoe when all this went down.

14   The guy just run up and opened his door.

15            He ran over there to get his dog.  And

16   when he told him to get on the ground, he wouldn't

17   do it.

18       Q.    When you say the dog nipped at him, what

19   do you mean?

20       A.    I don't know if it got him or not.  I

21   don't know if it -- I don't know if it just got

22   clothes or him.  I'm not sure at that point what

23   he -- like I said, I was running down there.  I

24   could just -- I could see a little bit, but I

25   couldn't see everything.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

1    Nipped just means I heard -- you hear

2  constant barking.  Then you hear like a snap.

3  That's the dog closing his jaws.  You can hear that

4  from a good distance.

5    Q.   Well, nipped seems to be a popular word

6  down there with the police department.  It shows up

7  repeatedly in these statements.  Right?

8    MR. HUSKISON:  Object to the form.

9    A.   I have no idea about that.

10 BY MR. EDWARDS:

11   Q.   Did you guys confer about the terminology

12 to be used before you did the statement?

13   A.   No, sir.

14   Q.   It's just coincidental that nipped shows

15 up at least three times among --

16   A.   I mean, like I said --

17   MR. HUSKISON:  Object to the form.

18   A.   -- I used to be a handler, and that's a

19 term we've used being handlers.

20 BY MR. EDWARDS:

21   Q.   Did -- did the dog contact with Troy

22 Goode?

23   A.   At one point, yes, sir.

24   Q.   When he nipped, did he --

25   A.   I have no idea.  You'll have to ask the

Alpha Reporting Corporation

76

1  handler.

2      Q.    Okay.  So is what you have marked as

3  Number 2 on this overhead the location of where the

4  dog would have exited the vehicle?

5      A.    Yes.  On the grass side.  Yes, sir.

6      Q.    On the grass side.  Now, where was Officer

7  Scallorn at the time that the dog got out of the

8  unit?

9      A.    He was -- from where my viewpoint, he was

10  coming around the back of his Tahoe.  Because he had

11  to -- he had to exit.  Because right when he pulled

12  up, he started running right toward his Tahoe.

13          He had to exit and came around.  And he

14  got to about the back of the Tahoe and came around

15  back of the corner and started like don't -- you

16  know, I couldn't tell what he was saying.  I

17  couldn't tell -- I could see his mouth moving, but I

18  couldn't tell what he was saying at the time.

19      Q.    All right.  So Troy opens the door.  At

20  some point, the dog gets out.

21      A.    Uh-huh (affirmative response).

22      Q.    Officer Scallorn has gotten out on the

23  driver's side, which is next to -- adjacent to

24  Goodman Road.  Right?

25      A.    That's correct.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

77

1    Q.    And he walked around the rear of his K9
2  unit.
3    A.    Uh-huh (affirmative response).
4    Q.    Right?
5    A.    (Witness nods affirmatively).
6    Q.    So he's standing at the back, and you can
7  see Officer Scallorn talking.  Correct?
8    A.    He's yelling something.  You could tell.
9    Q.    What was he yelling?
10   A.    I -- I couldn't hear him.
11   Q.    What was Troy doing when Officer Scallorn
12 was yelling?
13   A.    Reaching for the door handle.
14   Q.    All right.  So Officer Scallorn was
15 already out of the unit by the time -- and at the
16 rear by the time that Troy opened the door?
17   A.    He was coming around the corner.  And
18 that's when he -- he got all the way around the
19 corner.  He was reaching for the door handle.
20   Q.    Was he coming around the corner on the
21 side of the grass?
22   A.    Yeah.  He -- you know, as police officers,
23 you don't cut any corner short.  So he wasn't like
24 hugging the end of his Tahoe.  He was coming out
25 wide.  Because he couldn't see him.  So it was kind

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

78

1   of like a -- you know, they call it slicing the pie.

2   He was trying to move around the Tahoe and use it as

3   cover till he could see him.

4          Then when he saw him, he -- I could tell

5   he was yelling, but I couldn't tell what he was

6   yelling.

7      Q.   By the time that Officer Scallorn was

8   clear of the rear of the vehicle and able to see

9   Troy, was the dog out of the car?

10     A.   No.  No, sir.  Not at that point.  Because

11  I seen him reaching for the handle.

12     Q.   Okay.  So by the time Officer Scallorn got

13  clear of the rear of the vehicle, Troy was just

14  reaching for the handle.  Right?

15     A.   He was in the process of it.

16     Q.   Yeah.

17     A.   He was reaching.

18     Q.   Okay.

19     A.   That's what I recall.

20     Q.   And then Officer Scallorn did what?  What

21  was his next move?

22     A.   Well, I mean, from what I could --

23  that's -- he started -- he was saying something.  I

24  don't know what it was.  And the door came open.

25  And he moved over there to try to get his partner.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

79

1    Q.   And how did Officer Scallorn try to get
2  his partner?  By partner, you're referring to the
3  dog.  Right?
4    A.   Yes, sir.
5    Q.   Okay.  What -- how did Officer Scallorn
6  try to get his partner?
7    A.   He was just trying to get control of him
8  to get him.
9    Q.   Well, that's what I'm asking you.  How do
10 you get control of a police dog?
11   A.   Call them to you and hold them by their
12 either choke chain or leather collar.
13   Q.   Did --
14   A.   -- with one hand, and you hold on to it.
15   Q.   You actually hold on to the --
16   A.   Up underneath --
17   Q.   -- the collar?
18   A.   -- you hold on.
19   Q.   Up -- up underneath the collar on the
20 back --
21   A.   On the back.
22   Q.   -- of the neck?
23   A.   On the back.  On the back side.
24   Q.   Okay.  And is that what Officer Scallorn
25 did?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

80

1    A.    That's what I saw.  Yes, sir.

2    Q.    Okay.  Was Troy still standing there at

3  the point that Officer Scallorn grabbed the dog by

4  the collar?

5    A.    Yeah.  He was still just doing a little

6  running around in circle thing.

7    Q.    Okay.  Did -- did Troy approach Officer

8  Scallorn walking, running in any fashion?

9    A.    Well, at that -- right after he got

10  control of the dog, he told him to get on the

11  ground, and he didn't comply.

12    Q.    Okay.  What did he do, Troy?

13    A.    Took off running.

14    Q.    Okay.  Now, I want you to go back to our

15  exhibit, and I want you to put an arrow in the

16  direction that Troy started running.

17    A.    The first time or the second time?

18    Q.    At the point in time when Officer Scallorn

19  took control of the dog and Troy took off running.

20    A.    (Witness complies).  Just kind of back the

21  way he came, if that makes any sense to y'all.

22    Q.    Well, let's --

23    A.    He only -- he only got like two steps.

24    Q.    That's -- that's -- I appreciate that.

25  But can I do this:  Is this the arrow -- is this

Alpha Reporting Corporation

81

1    little arrow where you're trying to say that --
2        A.    Yes, sir.
3        Q.    -- he started running?
4        A.    Uh-huh (affirmative response).
5        Q.    All right.  I'm going to make this larger.
6        A.    He started running away from Officer
7    Scallorn.
8        Q.    But he was running back towards the
9    parking lot?
10       A.    Yes, sir.
11       Q.    All right.  So I'm going to make that a
12   bit larger.
13       A.    Uh-huh (affirmative response).
14       Q.    And so your first arrow where he ran
15   towards Officer Scallorn, I'm going to mark with an
16   A.  Is that okay?
17       A.    Uh-huh (affirmative response).
18       Q.    All right.  So we've going to make that A.
19   And B will be where Troy began to run away from
20   Officer Scallorn.  Right?
21       A.    That's correct.
22       Q.    Is that good?
23             MR. JORDAN:  Before you go on, will you
24   just circulate that down the table --
25             MR. EDWARDS:  I will.

Todd Baggett - December 07, 2016

82

1          MR. JORDAN:   -- just real quickly?

2          MR. EDWARDS:  Sure.

3          MR. JORDAN:  Just so I can --

4          MR. EDWARDS:  Yeah.  Why don't we -- what

5   time is it?

6          MR. HUSKISON:  Take a short break?

7          MR. EDWARDS:  Yeah.  Let's do.

8          MR. HUSKISON:  Yeah.

9          VIDEO SPECIALIST:  Going off the record.

10  The time is 10:49.

11                     (SHORT BREAK)

12         VIDEO SPECIALIST:  Going back on the

13  record.  The time is 11:01.

14  BY MR. EDWARDS:

15     Q.   All right, Officer.  We were talking about

16  you had just marked the overhead with the direction

17  in which Troy was running after Officer Scallorn

18  came around the rear of the K9 vehicle.

19         What happened next?

20     A.   That's where he -- he was going back that

21  way.  He was like running in like little circles.

22  And officer Scallorn told him to get on the ground.

23  And he just kept doing the same and, you know,

24  heading back in that general direction.

25         And Officer Scallorn apprehended him with

**Alpha Reporting Corporation**

Exhibit "A" page 83 of 180

Todd Baggett - December 07, 2016

83

1    his partner.  And Troy punched the dog in the head.

2    At one point, the dog let go.  When he did, the dog

3    came back to Scallorn, and then Troy started running

4    back the other way.

5        Q.   Now, what other way did he run?

6        A.   Back west.

7        Q.   Back west?

8        A.   Yeah.

9        Q.   All right.  So that would -- as we're

10   looking -- as we're looking at the diagram, that

11   would be to the left.  Right?

12       A.   To the -- yes.

13       Q.   Okay.  Now, how --

14       A.   At an -- at an angle, little bit of an

15   angle.

16       Q.   All right.  How far up -- how far away

17   from the K9 vehicle did Troy get when Officer

18   Scallorn ordered the dog to attack?

19       A.   Just a couple of feet, maybe two, three

20   feet.

21       Q.   And where were you when Officer Scallorn

22   ordered the dog to attack?

23       A.   Coming -- still coming down the hill.

24       Q.   Well, how far away were you?

25       A.   Well, I was -- seeing with him and he had

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

84

1    the dog that way, so I was having to run back west
2    and then go north.  So I -- because if he's giving
3    commands with the dog, you know, I don't want to be
4    in between the dog and whoever he's giving the
5    commands.
6         I don't want to dog key in on me.  So I
7    went back west and then back north.  So it took me a
8    little longer to get there.
9         I would say I was about --
10   Q.   Sounds like you were running around in
11   circles.
12   A.   No.  I was running -- I had a destination.
13   Q.   And your destination was what?
14   A.   To get down there to help Officer Scallorn
15   without getting bit by his dog.
16   Q.   Well, Officer Scallorn was not doing
17   anything personally, was he?
18   A.   How do you mean?
19   Q.   He was not subduing Troy?
20   A.   He -- he was giving him commands to get on
21   the ground.
22   Q.   He was -- yes.  But he was not hands-on
23   Troy?
24   A.   He had -- he had his dog.  He couldn't.
25   Q.   How far away was Officer Scallorn when the

Alpha Reporting Corporation

Todd Baggett - December 07, 2016

85

1   dog first attacked Troy upon order of Officer
2   Scallorn?
3       A.   How far were they apart?
4       Q.   Yes, sir.
5       A.   I'd say maybe five feet.
6       Q.   Okay.  And you were coming down the hill
7   towards this activity.  Right?
8       A.   I was coming running northwest.
9       Q.   Okay.  Were there other officers on the
10  scene at this point?
11      A.   If they were, they were in the parking lot
12  or something.  I didn't see them.
13      Q.   Actually, how many police vehicles
14  ultimately were on the scene?
15      A.   I wish I could tell you.  I don't know.
16      Q.   Well, there were at least --
17      A.   There were fire trucks, ambulances.  The
18  parking lot was full.  There was a concert going on.
19           I don't -- I don't -- I don't know how
20  many cars were there.  I don't know who came and
21  left before I saw it.  I can't give you an accurate
22  number.
23      Q.   All right.  Now, when Mr. Goode was
24  initially attacked by the dog upon order of Officer
25  Scallorn, there was about five feet of distance

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

86

1    between the officer and Mr. Goode.  Correct?

2        A.    In my estimate.  Yes, sir.

3        Q.    Yeah.  And the dog attacked what part of

4    Mr. Goode's body?

5        A.    Arm.

6        Q.    Left or right?

7        A.    I'm trying to -- let's see.

8        Q.    You say apprehended on the left arm.

9        A.    Left arm.  Yes, sir.

10       Q.    Okay.  Did the bite draw blood?

11       A.    I -- even at the -- I didn't -- I didn't

12   see much blood.  No, sir.

13       Q.    Was there any blood?

14       A.    It was very little.

15       Q.    After this first bite?

16       A.    I don't remember seeing much at all.  No,

17   sir.

18       Q.    Not even after the second bite?

19       A.    Not much.  Not -- I didn't really -- I

20   didn't really look at the bite until we got to the

21   hospital.  And there wasn't much blood that I

22   remember.

23       Q.    Okay.  So the dog, upon Officer Scallorn's

24   order, attacks Mr. Goode and grabs his left arm.

25   Correct?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

1     A.    Turned it around the other way but yes,

2  sir.

3     Q.    Pardon?

4     A.    Like this way.

5     Q    Well, did the dog attack from the front or

6  the back?  Was Mr. Goode facing him?

7     A.    Well, he was doing the little -- whatever

8  little dance thing he was doing.  And then the

9  dog -- then he sent the dog.

10       And at the time, he must have been facing

11  toward him if his arm was up, or he tried to block

12  the dog.  I really don't know.

13     Q.    So Mr. Goode was -- at the time that the

14  dog was ordered to attack and did attack, Mr. Goode

15  was facing the dog and put his arm like this?

16     A.    I don't know if he put his arm up.  The

17  dog -- the dogs are trained on the -- on the arms.

18     Q.    Okay.  But no question but that Mr. Goode

19  was facing the dog at the time the dog attacked?

20     A.    I would say it would have to be.

21     Q.    All right.  Now --

22       MR. HUSKISON:  Hold on.  At the time he

23  attacked or at the time he ordered the apprehension?

24  That's two different times.  Because he had to go a

25  ways before he apprehended him.

Alpha Reporting Corporation

Todd Baggett - December 07, 2016

88

1          MR. EDWARDS:  My question was quite clear.
2    Thank you.
3          MR. HUSKISON:  I don't think so --
4          MR. EDWARDS:  Well, you can object to the
5    form.
6          MR. HUSKISON:  -- just for the record.
7    BY MR. EDWARDS:
8      Q.   Okay.  Then you said something about the
9    dog released?
10     A.   Uh-huh (affirmative response).
11     Q.   Yes?
12     A.   It did.
13     Q.   And why did the dog release?
14     A.   You'd have to ask his handler.  I don't
15    know on that one.
16     Q.   Was it on command?
17     A.   I -- like I said, I was still running.  I
18    didn't get down there until he had control back of
19    his dog.  And then Mr. Goode took off running again.
20     Q.   Well, he was -- he was never running away,
21    was he?  He was just running around in circles, as
22    you've described him.
23     A.   The first time -- the second time, he took
24    off running away.
25     Q.   Okay.  Well, after he'd been bitten by the

Alpha Reporting Corporation

Exhibit "A" page 89 of 180

Todd Baggett - December 07, 2016

89

1    dog.  Right?

2        A.    It -- the -- that -- yeah.  That's true.

3    But he had no reaction to the -- the dog bite.

4        Q.    He didn't?

5        A.    He -- he was unfazed by it.

6        Q.    He didn't yell out?

7        A.    He was yelling the whole time.  I mean, he

8    never quit yelling.

9        Q.    So what type of dog was this that did not

10   phase Mr. Goode at this first attack?

11       A.    Belgian or -- yeah.  Belgian Malinois.

12       Q.    And how -- so the Belgian Malinois -- am I

13   pronouncing it correctly?

14       A.    Yes, sir.

15       Q.    Released Mr. Goode upon something that

16   Officer Scallorn did?

17       A.    I'm not sure why he released.  Like I

18   said, I was still running.

19       Q.    Okay.  And so after the dog released the

20   left arm of Mr. Goode, Mr. Goode began to run again?

21       A.    He did.

22       Q.    All right.  Now, let's mark another arrow,

23   which we'll say is C, in the direction in which

24   Mr. Goode began to run from the point of dog attack

25   first.

Alpha Reporting Corporation

Exhibit "A" page 90 of 180

Todd Baggett - December 07, 2016

1    A.   (Witness complies).  I don't know if they

2  can see that or not.

3    Q.  Yeah.  So he started running west on

4  Goodman Road?

5    A.   Kind of north -- northwest, more west than

6  north but northwest.

7    Q.  And by this time, there were two more

8  vehicles behind the K9 unit?

9    A.   I don't remember any other cars being back

10  there.  It's possible.  I wasn't -- I started

11  chasing him.  So I wasn't looking at what car --

12  nobody else was out there.  So obviously, if they

13  were, they were just sitting there.

14    Q.  Well, there were three units back to back

15  along Goodman Road.  Correct?

16    A.   I have no idea.

17    Q.  All right.  Let me have that.  So

18  Mr. Goode takes off running.  How far did he get

19  from the place of the initial attack?

20    A.   You want me to give a distance or draw it

21  on the thing?  I mean, you're --

22    Q.  Yeah.  Give me -- did he take five steps,

23  ten steps?  How far did he get?

24    A.   Well, he -- he was actually running in a

25  direction this time.  So it's hard to say how many

Alpha Reporting Corporation

Todd Baggett - December 07, 2016

```
 1   steps he took.
 2        Q.   How far did he go?
 3        A.   I wasn't counting them.  He ran past the
 4   Tahoe.  I just remember getting to -- you can see on
 5   the little picture where the edge is like kind of
 6   where I said he was at.  He didn't get quite that
 7   far.  And he turned around and started running back
 8   up the little hill.
 9        Q.   So he turned away from Goodman Road and
10   began running up towards the parking lot?
11        A.   At one point.  Yes, sir.  Because the
12   dog -- the second time that he sent the dog, the dog
13   ran right past me because he was running toward
14   Goodman Road.
15        Q.   Okay.  Let's -- let's put another arrow on
16   there where Mr. Goode turned and ran towards the
17   parking lot.
18        A.   Like how far he went?  He went up this
19   little hill, but he turned about like that right
20   there.
21        Q.   So that's going to be -- you've marked an
22   arrow from your previous arrow.  You've extended it.
23   So that will be D.
24             And that's when he took off running after
25   the first dog attack.  Right?
```

Alpha Reporting Corporation

92

1    A.    Yeah.   Yes, sir.

2    Q.    And he had turned headed back up towards

3  the parking lot and his wife.  Correct?

4    A.    He had just turned back in that direction.

5  He real -- he turned back and was basically running

6  east at that point.  He wasn't going back south.

7    Q.    Was his -- was his -- was his wife still

8  up in the area of the parking lot where you --

9    A.    She was still back on that far side of the

10  parking lot.

11    Q.    Okay.  And you started chasing Mr. Goode

12  when he took off after the first dog --

13    A.    Right.  Because I had just got there.  And

14  Officer Scallorn had got his dog, and he took off

15  running.  So I started chasing after him, and...

16    Q.    How close were you to Mr. Goode when you

17  were chasing him?

18    A.    He was pulling away from me.  I couldn't

19  catch him.

20    Q.    How close to you -- how close were you to

21  Mr. Goode at any point in time?

22    A.    Maybe when it first started, about two

23  feet, two and a half feet.

24    Q.    And by this time, there were other

25  officers on the scene?

Todd Baggett - December 07, 2016

93

1    A.   If -- if they were, they weren't down

2  there where we were at.

3    Q.   Were there other officers on the scene?

4    A.   I couldn't tell you.

5    Q.   Okay.  And so when you got within two

6  feet --

7    A.   Well, it was at the very beginning.

8    Q.   So you got close on him?

9    A.   About two feet.  Yeah.  And he was

10  steady -- that's -- right when I got down there when

11  he ran past, I was about two feet.  And then from

12  there, he was -- he was gone.

13    Q.   Just --

14    A.   He's fast.

15    Q.   Really?

16    A.   Oh, yeah.

17    Q.   Okay.  So -- but you continued to pursue.

18  Right?

19    A.   And Officer Scallorn told -- right --

20  right after I started and Officer Scallorn saw that

21  he wasn't gaining no ground on him, he told me to

22  stop.  I stopped.

23        And he was still running toward the road.

24  And then he -- the dog ran toward me.  And I was

25  stopped.  So he ran past me.

Alpha Reporting Corporation

Todd Baggett - December 07, 2016

94

1      And then that's when he cut that little

2 corner and started running back up toward the hill.

3 The dog turned when he turned.

4      Q.   So the dog ran right past you?

5      A.   Yes, sir.

6      Q.   The dog didn't have any problems keeping

7 you straight from Mr. Goode.  Right?

8      A.   No, sir.  It's part of the training.

9      Q.   So your fears about -- that you expressed

10 earlier about running down to help Dr. -- Officer

11 Scallorn were -- were ill founded?

12     A.   No.  That's incorrect.  I was running.

13 The dog goes after the moving -- they get

14 acquisition on a moving target.

15      I was running.  And if the dog got keyed

16 in on me running, he would come after me.  But now

17 that I'm still, he'll go past me if somebody else is

18 running.

19     Q.   Okay.  So the dog passes you.  He attacks

20 Mr. Goode?

21     A.   Yeah, after he gets past me.  Yes, sir.

22     Q.   And how far were you from the point at

23 which the dog attacked Mr. Goode for the second

24 time?

25     A.   Well --

Alpha Reporting Corporation

**Todd Baggett - December 07, 2016**

95

1     MR. HUSKISON:  Object to the form.  When
2  are you talking about the second time?  You're
3  talking about the first time when he opened the door
4  on him?
5     MR. EDWARDS:  No.
6  BY MR. EDWARDS:
7     Q.  He's already been attacked once.  Right?
8  He was attacked once down -- down --
9     **A.   By the truck?**
10    Q.  Yeah.
11    **A.   Uh-huh (affirmative response).**
12    MR. HUSKISON:  When he opened the door?
13    THE WITNESS:  Uh-huh (affirmative
14  response).
15    MR. EDWARDS:  No.
16    **THE WITNESS:  After he had opened the door**
17  **and told him to get on the ground, and he didn't.**
18    MR. HUSKISON:  Okay.  Go ahead.  I just
19  want to make sure I'm clear because it seems
20  unclear.
21    MR. EDWARDS:  Well, that's fine.  But
22  please don't do that in a deposition.  If you want
23  to get clear with your witness, you have the right
24  to do that.  But that's improper.
25    MR. HUSKISON:  Well, if it's unclear --

**Alpha Reporting Corporation**

96

1          MR. EDWARDS:  Let's clear it up.

2          MR. HUSKISON:  -- we can talk about it.  I

3  can -- I can try to get clear on it.

4  BY MR. EDWARDS:

5     Q.  Officer Scallorn ordered an attack down by

6  the car.  Right?

7     **A.  Yes, sir.**

8     Q.  And the dog attacked him -- attalked --

9  attacked Mr. Goode by biting him on the left arm

10  when Mr. Goode was facing the dog.  Correct?

11     **A.  He -- at the time he let go of him, I**

12  **don't know if he was facing him or not.  I don't**

13  **know how his arm got turned around that way.  I was**

14  **running.**

15     Q.  And then Mr. Goode took off after the dog

16  released him and began running again as you've shown

17  us.  Right?

18     **A.  Yes, sir.**

19     Q.  And you were in pursuit.  Correct?

20     **A.  Uh-huh (affirmative response).**

21     Q.  Yes?

22     **A.  Yes.**

23     Q.  And Officer Scallorn told the dog to

24  attack the second time.  Correct?

25     **A.  Yes, sir.**

**Todd Baggett - December 07, 2016**

1     Q.   And my question was, how far were you from

2  the point at which the dog apprehended on the second

3  attack?

4     A.   Well, he -- he had ran and turned.

5     Q.   Right.

6     A.   He had probably got a good 10, 12, 14 feet

7  away from me.  He was pulling away from me quick.

8     Q.   All right.  Let's get you to mark on here

9  as E where the point of the second attack occurred.

10    A.   I'm trying as hard -- this is a small map.

11  It's just an estimate.  I mean, I...

12    Q.   All right.  So what's been marked is --

13  you have marked E just above -- actually, why don't

14  we change that to 5.  And that will be the point of

15  the second attack, okay, what you've marked as E?

16  Is that all right?

17    A.   Yes, sir.

18    Q.   Okay.  And it's just above the D which

19  you've previously marked.

20         So this is where Mr. Goode was apprehended

21  by the K9 on the second time?

22    A.   Approximately.

23    Q.   I understand.  And you were -- what did

24  you say -- 12 or 14 feet to the rear?

25    A.   I did the same -- I was running.  When he

**Alpha Reporting Corporation**

Exhibit "A" page 98 of 180

Todd Baggett - December 07, 2016

98

1    turned that loop, I was turning the loop, too,

2    behind the dog.

3            Because Scallorn had got in front of me at

4    that point.  And since he was in front of me, if the

5    dog came back, it'd come back to him and not at me

6    if it turned around and saw me running.

7        Q.    All right.  Scallorn had passed you during

8    the time that the dog was apprehending Mr. Goode?

9        A.    He sent his dog, and he ran right behind

10   the dog.

11       Q.    Okay.

12       A.    When he got -- when he got past me was

13   when I started running behind Scallorn.

14       Q.    And so Officer Scallorn got in front of

15   you between Mr. Goode and yourself.  Right?

16       A.    Between Mr. Goode, the dog.  Yeah.  He got

17   in between me and the dog.

18       Q.    What did -- did Officer Scallorn arrive at

19   the point of the second attack?

20       A.    He -- the -- when it bit him that time,

21   the guy punched the dog in the head.  The dog let

22   go.

23       Q.    Okay.  So this 155 pound man punched the

24   dog and the dog turned him loose?

25       A.    He hit -- he hit him in the head and the

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

99

1   dog let go.

2       Q.   He did?

3       A.   He did.

4       Q.   So -- so Mr. Goode was able to fight off

5   this Belgian Malinois?

6       A.   Yes, sir.

7       Q.   Are you familiar with those dogs?

8       A.   very much so.

9       Q.   Those are the dogs that the Navy SEALs

10  Seal Team 6 use.  Right?

11      A.   Yes, they do.

12      Q.   As a matter of fact, that's the dog that

13  Seal Team 6 took in to apprehend Osama Bin Ladin?

14           MR. HUSKISON:  Object to the form.

15  BY MR. EDWARDS:

16      Q.   Correct?

17      A.   It could be.  It could have been a Dutch

18  Shepherd.

19      Q.   Well, a --

20      A.   And these -- these are not military dogs.

21  They're police dogs.

22      Q.   Well, that's -- that's interesting.  Is

23  this a picture of one right there?

24      A.   That's a picture of a Belgian Malinois.

25  Yes, sir.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

100

1    Q.    Yeah.  And you see what it says, dogs of

2  the Navy SEALs?

3    A.    That's not -- not every Belgian Malinois

4  makes that cut.  They don't all make that cut.

5    Q.    And they're described as ferocious?

6    A.    Now, you can come to my house and pet

7  mine.  He's fine.

8    Q.    You'll pardon me if I don't do that.

9    A.    You don't have to.

10   Q.    Does this -- does this --

11   A.    I've petted his dog.

12   Q.    Does this accurately -- yeah.  They --

13  they're well trained.  Right?

14   A.    Oh, yeah.  Very much so.

15   Q.    Officer Scallorn's dog was well trained.

16  Correct?

17   A.    Yes, sir.

18   Q.    Okay.  They act on command of their

19  handler.  Correct?

20   A.    They do.

21   Q.    All right.  So -- but this is an accurate

22  depiction of a Belgian Malinois.  Right?

23   A.    It looks like one.  Yes.

24   Q.    This is the type of dog that -- this is

25  the dog that Troy Goode, the 155 pound guy, was able

Alpha Reporting Corporation

Exhibit "A" page 101 of 180

Todd Baggett - December 07, 2016

101

1    to swat off of him?

2        A.    I don't know the weight of that dog or the

3    weight of Officer Scallorn's dog.

4        Q.    This is the type of dog that Mr. Troy

5    Goode was able to swat off of him?

6        A.    A Belgian Malinois.  Yes, sir.

7              MR. EDWARDS:  All right.  27.

8              (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT

9    WAS MARKED AS EXHIBIT NO. 27 TO THE DEPOSITION AND

10   IS HERETO ATTACHED.)

11   BY MR. EDWARDS:

12       Q.    Now, when -- when the dog attacked

13   Mr. Goode for the second time, where did he impact?

14   What part of Mr. Goode's body did he --

15       A.    Left arm.

16       Q.    Same arm again?

17       A.    Same arm.

18       Q.    Okay.  Did he bleed this time?

19       A.    It's -- even at -- at the hospital is when

20   I noticed there wasn't even much blood there.  He

21   didn't bleed very much.

22       Q.    You took some pictures post mortem?

23       A.    I did.

24       Q.    Took pictures of the arm?

25       A.    I did.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

1    Q.   Where the dog attacked.  Right?

2    A.   **Yes, sir, I did.  And I turned them over**

3    **to the detective.**

4    Q.   Is this a picture which you took?

5    A.   **Yes, sir.  I -- well, it's a picture.  I**

6    **don't know if I took it or if the detective take it.**

7    Q.   The detective's name was Rosenberg?

8    A.   **That's correct.**

9    Q.   Is he still down there?

10   A.   **Yes, sir.**

11   Q.   And why did he come up?

12   A.   **He's a -- he's a detective.**

13   Q.   What was his -- his purpose in the Troy

14   Goode situation?

15   A.   **Well, at whatever point, this one went to**

16   **a crime scene log and have to contact a detective.**

17   Q.   Okay.  Does this picture that you have in

18   front of you show the dog bite wound?

19   A.   **Yes, sir.**

20   Q.   That didn't bleed?

21   A.   **You asked if there was a lot of blood.**

22   Q.   Okay.

23        MR. EDWARDS:  We'll mark this as 28.

24        (WHEREUPON, THE ABOVE-MENTIONED PHOTOGRAPH

25   WAS MARKED AS EXHIBIT NO. 28 TO THE DEPOSITION AND

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

103

1  IS HERETO ATTACHED.)

2  BY MR. EDWARDS:

3      Q.   Now, did the dog have hold of Mr. Goode's

4  arm at the point at which Officer Scallorn arrived

5  right there at the attack scene?

6      A.   We were -- we were coming up.  We were

7  running.

8      Q.   Did the dog turn loose of Mr. Goode's left

9  arm before Officer Scallorn arrived?

10      A.   Yes, sir.

11      Q.   Did the dog take Mr. Goode to the ground?

12      A.   No, sir.

13      Q.   So what did Mr. Goode do when the dog

14  released him?

15      A.   He tried to -- he tried to turn around and

16  start running again, but he didn't -- he didn't.

17      Q.   He didn't what?

18      A.   He didn't get the -- Officer Scallorn

19  deployed a taser, but only one probe went in.  And

20  he tripped over the coil wires that come out of the

21  taser, and he fell on the ground.

22      Q.   What's the effective range of the taser?

23      A.   Effective range or the range they give

24  you?

25      Q.   What's the range they give you?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

104

1    A.    The ones -- the cartridge we use are 21

2    feet.

3    Q.    So the taser manual is incorrect when it

4    says 15 feet?

5    A.    It's according to what cartridge you put

6    on the end of it.

7    Q.    And --

8    A.    Now, you're talking -- I told you I'm not

9    taser certified.  You're asking me taser questions.

10   I can't answer them.

11   Q.    Well, you just did.

12   A.    Huh?

13   Q.    You just did.

14   A.    I'm just telling you how long the probes

15   are.  You're asking me the maximum effectiveness of

16   the probe.

17   Q.    How -- how close was Officer Scallorn to

18   Mr. Goode when Officer Scallorn deployed his taser?

19   A.    I don't -- you're asking for all these

20   measurements.  I have no idea.

21   Q.    Well, was he ten feet?  Was he five feet?

22   A.    Approximately 10 to 15 feet.

23   Q.    And there were two of you right there

24   together.  Correct?

25   A.    Yes, sir.

**Alpha Reporting Corporation**

105

1    Q.   By this time, there were other officers on

2  the scene?

3    A.    Not down where we were at.

4    Q.   Were there other officers on the scene?

5    A.    In other places.  We were the only two

6  officers down there with Troy Goode.

7    Q.   There were officers all over around this

8  scene.  Correct?

9    A.    If you say so.  I --

10   Q.   No.  I'm asking you.

11   A.    I -- I don't know.  I was focused on

12  something else at the time.  I wasn't worried about

13  what everybody was doing.

14         I wasn't -- I wasn't looking up trying to

15  count people in the parking lot while we were

16  dealing with a suspect.

17   Q.   My question was, there were officers,

18  other officers, besides you and Scallorn, on the

19  scene by this point in time?

20   A.    I have no idea.  I was -- I -- I was

21  focused on what I had in front of me.  I wasn't

22  looking around to see what everybody else was doing.

23   Q.   And you say that --

24   A.    If I had time to do that, then I had

25  time -- it was -- I didn't have time.

Todd Baggett - December 07, 2016

106

1    Q.    So Officer Scallorn shot Troy as he was
2  running away.   Correct?
3    A.    He deployed his taser on Troy as he turned
4  to run away.
5    Q.    Where did he hit him?
6    A.    Just one probe hit him in the back.   The
7  other one just shot off somewhere else.   Because it
8  was right up there by Officer Scallorn's foot.
9          So he got hit with a probe.   One probe
10 won't tase anybody.   You have to have both.
11   Q.    I thought you didn't know anything about
12 tasers.
13   A.    I've been in between handcuffing somebody
14 when it went off.   And if I touched both wires, I
15 got shocked.   If I didn't, I only touched one wire,
16 I didn't.
17         I know enough to know that I'm not doing
18 it if they're going to pull that trigger again.
19   Q.    So one probe hit Mr. Goode where?
20   A.    Somewhere on his back.
21   Q.    And he went to the ground?
22   A.    He got -- they come out in a coiled wire.
23 And the coiled wire got wrapped around his feet, and
24 he tripped and fell.   Because he was still doing the
25 little run around in circle thing.

**Alpha Reporting Corporation**

107

1    Q.    After he got hit by the taser?

2    A.    After, before.  I mean, it -- his whole --

3  everything he was doing was erratic.  He would take

4  off running at a sprint, run in circles, take off

5  running, run in circles.

6    Q.    So he was running in circles?

7    A.    When I say circles, just like

8  pitty-patting around, just stepping this way, step

9  that way, step this way, step that way.

10    Q.    When he was running in circles is when

11  Officer Scallorn tased him?

12    A.    He was -- he was running.  I don't

13  remember if he was running in a circle or straight

14  line.

15    Q.    He was up in the grass.  Right?

16    A.    He was up in the grassy area.  Yes, sir.

17    Q.    And not threatening anybody.  Correct?

18    A.    Well, at this point, he had already -- we

19  already knew we couldn't out -- we couldn't catch

20  him.  And he -- you know, at that point, you know,

21  what is he going to -- is he going to turn again,

22  run toward the road?  You know, what's he going to

23  do?  We're still having to check for weapons.

24         So at that point, yeah, I -- you know,

25  after he hit his dog in the head and the dog let go,

Todd Baggett - December 07, 2016

108

1  you know, at that point, you know, is when he

2  deployed the taser.

3      Q.   Your report goes on to say that when Troy

4  fell on the ground -- that was after being struck

5  with the taser.  Correct?

6      A.   The one probe.  Yes, sir.  It got wrapped

7  in his feet.  That's why he fell.

8      Q.   Okay.  You placed handcuffs on Troy?

9      A.   I got one on him.  I couldn't get his

10 other arm out from under his -- he was laying on one

11 arm.  I couldn't get it out.  I had to -- Officer

12 Rich came and helped me.

13     Q.   All right.  And so Officer Rich came

14 and --

15     A.   That's when I knew the first officer made

16 our scene down there when he showed up to help me.

17 Because he was running down the till.

18     Q.   So at the point that you handcuffed Troy,

19 it was you, Officer Rich and Officer Scallorn right

20 there in close proximity?

21     A.   Yeah.  Officer Scallorn was taken out of

22 the equation at that point.

23     Q.   And why was he?

24     A.   He had -- because he had to control -- he

25 had his dog.  He couldn't -- he couldn't go and do

Todd Baggett - December 07, 2016

109

1    any -- put hands on.  He had his dog.

2        Q.    The dog wouldn't stand there upon command?

3        A.    While all that strug -- the -- all that

4    struggling's going on?

5        Q.    All right.  So -- so at least we've got

6    you and Officer Rich.  Did you put your knee in his

7    back?

8        A.    No, sir.

9        Q.    Did Officer Rich put his knee in his back?

10       A.    I don't remember him putting his knee in

11   his back.  I think -- because at that point, when we

12   got him down, I got that cuff on him.  He was

13   kicking.  So I got behind him.

14            And I had his -- I got ahold of his feet

15   and got his legs up and had my knee not with any

16   weight, just walked up on him so his legs wouldn't

17   kick out.  And Officer Rich, I believe he -- he just

18   had his -- he either had his hand on his -- like

19   around his butt so he couldn't roll over, some --

20   something of that nature.  I can't remember exactly.

21       Q.    Was he handcuffed behind his back?

22       A.    He was.

23       Q.    At the point that you grabbed his feet --

24       A.    Yes, sir.

25       Q.    -- and bent them up?  Okay.  So you -- you

Alpha Reporting Corporation

Exhibit "A" page 110 of 180

Todd Baggett - December 07, 2016

110

1   had gotten him handcuffed?

2       A.    But he was scooting away from me.  He

3   could get away.  He was turning over and trying to

4   kick all of us.

5           In other words, my knee was sitting there,

6   but it wasn't putting any pressure.  If he pushed

7   with his legs, his body would move forward.  That's

8   how little pressure was being put on him at the

9   time.

10      Q.    And you were afraid he was going to get

11  away from you?

12      A.    I didn't know what he was going to do.  Is

13  he going to stand up and go run in traffic now?  Who

14  knows.

15      Q.    Well, he was on his -- he was on his

16  stomach.  He had two officer there.

17      A.    And we didn't even have a -- we didn't

18  even have a chance there to check him for weapons

19  because he was struggling so much.

20      Q.    I know.  He's a dangerous dude.  I know.

21  You have two officers there on him.  You've gotten

22  him handcuffed behind his back.  Correct?

23      A.    That's correct.

24      Q.    And he was still scooting on the ground.

25  Correct?

**Alpha Reporting Corporation**

Exhibit "A" page 111 of 180

Todd Baggett - December 07, 2016

111

```
1      A.    Uh-huh (affirmative response).

2      Q.    Yes?

3      A.    He started trying to roll like a

4   alligator.

5      Q.    And you grabbed his feet and bent his

6   knees up?

7      A.    Yeah.  I moved his feet up, and I just put

8   my shin up against his -- where the two met right

9   there, just had my shin sitting there.  And he would

10  push forward, and he would slide forward.

11     Q.    But you by yourself bent his feet --

12     A.    No.  Officer Rich was there.

13     Q.    Officer Rich, did he help you bend the

14  feet out?

15     A.    Huh-uh (negative response).  He was

16  holding -- he was keeping him from rolling.

17     Q.    Officer Rich was holding him down on his

18  face on the ground?

19     A.    No, sir.

20     Q.    On his stomach?

21     A.    I already said he either had his hand,

22  from what I can remember, on his back or on his

23  butt.  That keeps you -- your waist controls your

24  body.  If somebody stops your waist from moving, you

25  can't move.  You can't roll over if somebody
```

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

112

1  controls your waist.

2      Q.    Okay.  And so but my question was, you

3  solely went around and got his feet and bent his

4  legs up?

5      A.    Yeah.  He was kicking us.

6      Q.    And -- but you were able to control his

7  feet.  Did you get kicked?

8      A.    Not -- yeah.  I mean, just in the shin and

9  the leg.  It wasn't anything --

10     Q.    Did you take a picture --

11     A.    -- major.

12     Q.    -- of any wound?

13     A.    I didn't have a wound.  I have clothes on.

14  It wasn't...

15     Q.    So he didn't -- what did you have on?  You

16  just had a uniform on.  Right?

17     A.    Yes, sir.  That's correct.

18     Q.    Just a summer uniform?

19     A.    That's correct.  Polyester uniform.

20     Q.    And looking at your report, it says

21  Officer Bond requested leg shackles.

22     A.    Yeah.  He had got there and was up by his

23  head and requested leg shackles.

24     Q.    So now, we've got you, we've got Rich,

25  Bond, and Scallorn is somewhere close.  Right?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

113

1     A.    He's back at his truck putting his dog up.

2     Q.    Okay.   And it was Officer Bond that

3 requested --

4     A.    He said we need some leg shackles.

5     Q.    And it was Scallorn that brought the leg

6 shackles?

7     A.    He did, back from his truck after he put

8 his dog up.

9     Q.    So he -- oh, okay.   So he put his dog up

10 and then came back up there?

11     A.    Uh-huh (affirmative response).   With the

12 leg shackles.

13     Q.    Well, how did he know to bring the leg

14 shackles?

15     A.    Because somebody turned around and yelled

16 bring -- bring some shackles.

17     Q.    Okay.   Was that Officer Bond?

18     A.    From my -- from my recollection, yes, sir.

19     Q.    All right.   So then there are four of you

20 around him at that point in time.   Right?

21     A.    Yeah.   Officer Scallorn just brought the

22 shackles up.   He didn't -- at that point, that was

23 all he did.

24     Q.    How many of you put your knees in Troy

25 Goode's back when you shackled his legs to his

**Alpha Reporting Corporation**

114

1  hand -- hands?

2      A.    I don't remember anybody putting their

3  knee in his back.  I was still behind him.

4      Q.    So who put the leg shackles on him?

5      A.    Officer -- the -- Officer Bond.

6      Q.    And he put -- he clipped those on to one

7  leg and then ran them up through the handcuffs and

8  clipped on the other leg?

9      A.    That's correct.

10     Q.    Okay.  So are you saying that Scallorn did

11  not shackle or handcuff?

12     A.    I know me and Rich handcuffed him.  And I

13  was back there when Bond was doing the shackle part.

14  Scallorn brought the shackles up there.  If he did,

15  I don't remember him doing it.

16          I mean, like I said, I don't -- I don't

17  have a photographic memory of everything that

18  happened that day.

19     Q.    Okay.  So now, you've got him shackled.

20  He's face down on the ground?

21     A.    Uh-huh (affirmative response).

22     Q.    Hands and legs behind him, shackled?

23     A.    Uh-huh (affirmative response).

24     Q.    What happens next?

25     A.    We move back.  He starts kicking his legs,

Todd Baggett - December 07, 2016

115

1   spinning around in circles.  Then EMS comes down.

2   It -- probably within -- you know, because right

3   when his wife had said she thought he was on LSD, I

4   called for EMS.

5        So they got there.  And within five

6   minutes, they had him up on a gurney, rolling him up

7   toward the ambulance.

8        Q.   Did -- did EMS bring the gurney down into

9   the grassy area?

10       A.   They did.

11       Q.   And who from EMS accompanied the gurney

12   down there?

13       A.   Just the fire personnel.

14       Q.   How many?

15       A.   I don't recall how many.

16       Q.   Who placed Mr. Goode on the gurney?

17       A.   I have no idea.

18       Q.   You don't know who picked him up off the

19   ground and put him on the gurney?

20       A.   I assume it was the EMS and the firemen,

21   but I -- I don't know.  At that point, I had had the

22   inhaler and the wallet and was walking over to the

23   wife to give her those items.

24       Q.   Did you tell EMS that Mr. Goode had

25   breathing problems?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

116

1    A.    Yeah.  I took them the inhaler in the
2  ambulance.
3    Q.    Did --
4    A.    And it went to us with the hospital.  I
5  gave it to the hospital in the decon room.  It went
6  from the decon room to Room 9 and sat on that little
7  table back off to the left in his room.
8    Q.    That was not my question.  Did you tell
9  the EMS that you knew that Mr. Goode had breathing
10 problems?
11        MR. HUSKISON:  At what point are
12 you asking?  I think that's what he's asking.
13 BY MR. EDWARDS:
14   Q.    When they arrived down to pick him up.
15   A.    I didn't know when they arrived.  We've
16 already -- we've already been through this.
17        I didn't know until his wife told me after
18 he was being loaded on the ambulance.
19   Q.    You had an inhaler in your hand already?
20   A.    I did.
21   Q.    What did you think that was for?
22   A.    He has kids.  He has a daughter.  Is it
23 for her?  Is it -- is it his wife's inhaler he was
24 carrying?  I don't -- I don't know.  That was my
25 main reason for speaking with her.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

117

1      Q.   And then she told you that he had
2  breathing problems?
3      A.   He had asthma.
4      Q.   And did you go tell the EMS that?
5      A.   I did.
6      Q.   And what exactly did you tell them?
7      A.   I told them this is his inhaler and handed
8  it to them.  They can look at whatever -- you know,
9  they're the ones can look at it.  They know what it
10  is.  When they look at whatever the, you know,
11  chemical compound that's in an inhaler, they'll --
12  they should know what it's for, I would imagine.
13      Q.   All right.  Have we co -- have you already
14  told me everything that you recall about the
15  ambulance ride?
16      A.   Yeah.  The ambulance ride wasn't that
17  lengthy of a ride.
18      Q.   It was not.  But it was not under
19  emergency conditions, either, was it?
20      A.   No, sir.  He -- you know, everybody was
21  saying he was having breathing problems.  But he was
22  yelling, screaming, kicking the whole time up there,
23  the whole time we were at the hospital up until
24  about the last ten minutes or so.
25      Q.   Is that the first time you've ever had a

Alpha Reporting Corporation

Todd Baggett - December 07, 2016

118

1    suspect that yelled and screamed?

2        A.    For that period of time, yes, sir.

3        Q.    You know, he wasn't yelling -- he wasn't

4    kicking and yelling and screaming erratically before

5    he was shackled, was he?

6        A.    Yes, sir, he was.

7        Q.    He --

8        A.    Well, the kicking, that's why we had to

9    shackle him because he was kicking us.

10       Q.    He didn't start kicking until you put the

11   handcuffs behind his back?

12       A.    Because he was standing up.  Yes, sir.

13       Q.    And so it was only after you did a

14   four-point restraint, as you call, that he started

15   all of this kicking and screaming as you're

16   referring to?

17       A.    That's -- if he wouldn't have been kicking

18   and would have complied after being handcuffed and

19   wasn't kicking us, there would have been no reason

20   for the leg shackles because we would have had

21   compliance.  We would have stood him up, took him to

22   a car, tried to find out what was going on with him.

23            But he wasn't compliant.  He was totally

24   incoherent.  He was trying to kick us.  We had to

25   think about the safety of everybody on the scene

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

119

1    including EMS and the fire department.

2           So that's why he was -- we introduced the

3    leg shackles.

4       Q.   And there was no way of lesser force to

5    restrain his legs?  Is that what you're saying?

6       A.   The only other way would have been more

7    force.

8       Q.   You couldn't have -- you couldn't have

9    restricted -- you couldn't have put leg shackles on

10   him --

11      A.   In the front?

12      Q.   -- and kept him from kicking?  Yeah.

13      A.   So he could still kick us?  Now he's got

14   two feet at the same time instead of one foot at a

15   time.

16      Q.   So he was -- he was more dangerous

17   shackled?

18      A.   In the front.

19      Q.   In the front?

20      A.   He could still kick.

21      Q.   All right.  So --

22      A.   He could have kicked the EMS personnel in

23   the ambulance.  He could have -- he could have --

24   with him in the front, he could have got up and

25   started hopping away or trying to move away.

Alpha Reporting Corporation

Exhibit "A" page 120 of 180

120

1    Q.   Before -- would you say his -- his

2  behavior before he was hobbled was as violent as you

3  seem to infer as it was after you hobbled him?

4    A.   I'm not -- I'm not understanding what you

5  mean by hobbled.

6    Q.   I'm talking about hogtie four-point

7  restraint behind his back, whatever you want to call

8  it.

9    A.   I mean, I don't see how you can compare

10  the two.  He was on his feet running.

11    Q.   Before you restrained him, his hands and

12  feet behind his back, did his face look like that?

13    A.   No.  It wasn't blue like that.  No, sir.

14  That...

15    Q.   Before you restricted him the way you did,

16  hands and feet behind his back, did he have these

17  facial wounds?

18    A.   If they did, you couldn't see them.  But

19  he was scurrying on the ground, rubbing his head on

20  the ground, trying to spin and get away, alligator

21  roll.

22    Q.   Alligator roll, tell me what that means.

23    A.   Just trying to roll over and over and over

24  like a little kid rolling down a hill.  That's

25  alligator roll.

**Todd Baggett - December 07, 2016**

121

```
 1      Q.    I see.  And is that a commonly used
 2  term --
 3      A.    Ever since I was little --
 4      Q.    -- in the police department?
 5      A.    No.  Ever since that -- no.  It's -- I
 6  don't know if it's just a police term.  It's
 7  something I've known since I was a little kid.
 8      Q.    Well, I appreciate your remark about the
 9  color of his -- of his skin.  I did understand that.
10  But really, I was more interested in the --
11      A.    Abrasion?
12      Q.    -- facial wounds and the -- did he have
13  those before you -- you placed him in restraints?
14      A.    No, sir.  He was -- he was standing up.
15  When he got on the ground struggling, that's where.
16      Q.    How did he get those?
17      A.    The only thing I can imagine is off the
18  ground.
19      Q.    You're the only one that was in the
20  hospital room, Room 9, for the entire length of
21  time --
22      A.    That's correct.
23      Q.    -- that Troy was there.  Right?
24      A.    That's correct.
25      Q.    You're the sole guy?
```

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

122

1    A.    Other -- police officer.  Yes, sir.

2    Q.    Well --

3    A.    Officer Rich came one time to bring the

4  keys to my car.  He came in, gave me my keys and

5  left.

6    Q.    No.  But medical personnel were not in

7  that room the whole time you were.  Correct?

8    A.    No, sir.

9    Q.    You are the only person in this whole

10  series of events that was in the hospital, Room 9,

11  from beginning to end.  Correct.

12    A.    That's correct.

13        MR. EDWARDS:  This will be 29.

14        (WHEREUPON, THE ABOVE-MENTIONED PHOTOGRAPH

15  WAS MARKED AS EXHIBIT NO. 29 TO THE DEPOSITION AND

16  IS HERETO ATTACHED.)

17  BY MR. EDWARDS:

18    Q.    Continuing with your incident report, on

19  the second -- on Page 4 -- that Bates stamp down at

20  the bottom there is what I'm referring to.  You

21  indicate that Troy was moved to Room 9, continued

22  his behavior, as you put it.  The doctor came in.

23  Who was the doctor?

24    A.    I don't know his name.  He was a black

25  gentleman with like dreads.  I don't know his name.

Alpha Reporting Corporation

123

1    Q.   Okay.  Did you talk to the doctor?

2    **A.   No, sir.**

3    Q.   Did you tell the doctor that Troy was

4 asthmatic?

5    **A.   I told the nurse when we got in the decon**

6 **room, and I followed him to the regular room.**

7    Q.   Okay.  So the nurse who was in the decon

8 room was advised by you at least that Mr. Goode was

9 asthmatic.  Correct?

10    **A.   Yes, sir.**

11    Q.   Okay.  Now, was this one of the male

12 nurses?

13    **A.   Uh-huh (affirmative response).**

14    Q.   Yes?

15    **A.   Yes, sir.**

16    Q.   Did that nurse come in with the doctor

17 into Room 9?

18    **A.   I don't recall which nurse came in there**

19 **with him.  At that point, I'm -- I stay out of their**

20 **way.**

21    Q.   Was there a nurse in the -- in Room 9 with

22 the doctor when he came in?

23    **A.   Yes, sir.**

24    Q.   It was a male nurse?

25    **A.   It was.**

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

124

1    Q.    Now, what did the doctor do when he came
2    in?
3        A.    He tried to talk to him, tried to talk to
4    Troy.   He wouldn't acknowledge him and like nobody
5    was even in the room.
6        Q.    Troy just did not respond?
7        A.    No.   He was still yelling and screaming
8    and kicking.   I mean, that's -- that's why they put
9    him in the decon room in the beginning because he
10   was being so loud, he was disturbing all the other
11   patients.
12       Q.    Well, when the doctor came in, Troy was
13   still struggling against his restraints.   Right?
14       A.    He was still kicking his feet.   Yes, sir.
15       Q.    And he was face down on that hospital bed?
16       A.    He was on his stomach.   His head was
17   turned to the side.
18       Q.    Was he strapped down?
19       A.    In the hospital room?
20       Q.    Yes, sir.
21       A.    No, sir.   The nurse had came in with the
22   kicking and put pillows on each side of the little
23   rails.   So his leg -- his shins were hitting the
24   rail.   So she put those so his shins would quit
25   hitting the rails.

Alpha Reporting Corporation

Todd Baggett - December 07, 2016

125

1    Q.   So the hospital's precaution was -- in

2  Room 9 was to put pillows on either side of him?

3    A.   I -- they just came in.  They put them on

4  there.  I can't tell you what -- I'm sure they were

5  trying to keep him from having any further injuries.

6    Q.   What injuries had he had to that point?

7    A.   Huh?

8    Q.   What injuries had he had to that --

9    A.   He had the dog bite.

10   Q.   Okay.  Anything else?

11   A.   The one probe in his back.

12   Q.   Anything else?

13   A.   Not that -- I mean, you showed me the

14  picture, but all that's him spinning around on the

15  ground.

16   Q.   How do you know?

17   A.   I don't know where else it would have come

18  from.  I was there the whole time with him down

19  there.

20   Q.   And that's the reason I asked.  Yeah.  How

21  soon after you arrived at Room 9 did the doctor come

22  in?

23   A.   I can't really remember exactly when he

24  came in.  I wasn't keeping track of time.

25   Q.   Were you there for some period of time

126

1  where it was just you and Mr. Goode?

2      A.    You know, at different times, it was just

3  me and him in there.

4      Q.    But when he was transported into Room 9 --

5  and you followed.  Correct?

6      A.    Uh-huh (affirmative response).

7      Q.    And you went into Room 9.  Correct?

8      A.    That's correct.

9      Q.    And then did the people who transported

10  him leave the room, just leaving the two of you,

11  Mr. Goode and yourself?

12      A.    Not at that time, I don't believe.  I

13  think when we got there, a nurse followed in.  But I

14  can't -- I can't remember exactly the series of

15  events.

16          They were in and out at times.  Sometimes

17  they were in there; sometimes they weren't in there.

18      Q.    Did -- did the doctor do anything to check

19  out Mr. Goode?

20      A.    From what I saw, he just talked to him.  I

21  really wasn't -- I mean, that's their specialty.

22  It's not mine.  I can't -- I wouldn't know what he

23  was doing anyway if he started doing anything.

24      Q.    Please understand I'm not asking you for a

25  medical opinion.  I was just asking you what you

**Todd Baggett - December 07, 2016**

127

1    observed.

2          Did the doctor put a stethoscope on him?

3      A.   I don't remember if he did or not.

4      Q.   Did they check Mr. Goode's oxygen level by

5    clamping his -- the device on his finger?

6      A.   I -- I didn't see that.  No.  Not to say

7    they didn't do it.  I -- they -- because I know they

8    have the little hand-held ones.  They could have

9    done that in the decon room and I just didn't see

10   it, or they could have done it in that room and I

11   didn't see it.

12     Q.   Well, you know what a heart monitor is,

13   don't you?

14     A.   Yeah.  That -- no.  He didn't have a heart

15   monitor.

16     Q.   Did not have a heart monitor?

17     A.   There was -- I don't know how they -- I

18   don't know how they would have done it.

19     Q.   It was done in the ambulance.  Correct?

20     A.   A what, now?

21     Q.   It was done in the ambulance, his heart

22   was monitored?

23     A.   Only from his -- from what I remember, she

24   had it on his back.

25     Q.   Well, regardless of where it was done, his

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

128

1    heart was monitored in the ambulance.  Correct?

2        A.    She checked breathing sounds.  Yeah.  I'm

3    not sure about the heart.  You're asking me medical

4    stuff.  I don't do medical.

5        Q.    So to your recollection, the doctor did

6    not put hands on Troy?

7        A.    Like I said, I wasn't -- at that point, I

8    was there waiting for him to get medically cleared

9    to take him to Desoto County or back to the station

10   to do a booking.

11       Q.    I'm not --

12       A.    I wasn't paying attention to what the

13   doctor was doing.

14       Q.    Well, what were you doing?

15       A.    I was standing back there minding my own

16   business in the back of the room up against the

17   counter.

18             They came in to work.  They're the

19   doctors.  I'm not a doctor.

20       Q.    Well, your business there was Troy Goode,

21   wasn't it?

22       A.    Huh?

23       Q.    Your business being in the hospital was

24   Troy Goode?

25       A.    That's why he was in the hospital.

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

129

1    Q.    And --

2    A.    His health.

3    Q.    -- all I'm asking you is what you saw the

4    doctor and nurse do when you first came in?

5    A.    And I'm telling you I didn't see what they

6    were doing.  I was not paying attention to

7    everything that they did.  That's their job.

8    Q.    Okay.  But then you -- you say that the

9    nurse left the room and returned and administered

10   some fluids in the IV line.

11   A.    Uh-huh (affirmative response).  They did

12   do that.

13   Q.    Okay.  The IV had been put in by the EMT.

14   Correct?

15   A.    I believe so.

16   Q.    In the ambulance?

17   A.    I believe so.  Yes, sir.

18   Q.    Did you assist the nurse in getting the IV

19   in?

20   A.    No.

21   Q.    Did --

22   A.    No.

23   Q.    -- Officer Rich assist the nurse in

24   getting the IV in?

25   A.    We sat in the ambulance and rode.  We

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

130

1  didn't -- we didn't even touch him, either one of

2  us.

3      Q.   Nether one of you touched him?

4      A.   No, sir.  Not in the ambulance.

5      Q.   Okay.

6      A.   We're not...

7      Q.   Now, after -- after the fluid was put into

8  the IV line by the Baptist nurses, they left the

9  room?

10     A.   Correct.

11     Q.   Between the time that they shot this fluid

12 into the IV line, they being Baptist nurses, was

13 there any medical person there before the time you

14 alerted them that Mr. Goode had stopped breathing?

15     A.   Now, after he gave it, he said he would be

16 back in about ten minutes till it takes effect, and

17 they left.

18     Q.   And by -- they didn't come back before

19 Mr. Goode stopped breathing?

20     A.   No.  I hit the button.

21     Q.   How many -- was it just one nurse that

22 injected the fluid into the IV line?

23     A.   That's correct.

24     Q.   And so when they walked -- when that nurse

25 injected and left, what were you doing?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

131

1    A.    I was just still standing at the back.

2    Q.    Were you -- were you able to sit down

3    somewhere, or were you just standing up?

4    A.    There was a chair, but it was over on the

5    other side, and I was more comfortable standing with

6    all that uniform.  And I didn't really want to sit

7    down.  I was still hot from the chasing him down out

8    there in the middle of July.  So I just stood at the

9    back of the room.

10   Q.    It was very hot, wasn't it?

11   A.    It was hot that day.

12   Q.    Was it --

13   A.    It was cool -- I was able to cool down in

14   the hospital.  Finally, it was cool in there.

15   Q.    Okay.  So while all of the ruckus was

16   going on out there on Goodman Road, the temperature

17   was very -- up around --

18   A.    It was hot.

19   Q.    -- a hundred degrees?

20   A.    It was hot.  Yeah.

21   Q.    All right.  So you're standing in the

22   room, and you reported that you noticed that

23   Mr. Goode had gone still or stopped breathing?

24   A.    He -- he was still yelling.  Feet were

25   still kicking.  And the -- he quit -- at one point,

Alpha Reporting Corporation

1   he had quit yelling, but his feet were still going.

2   And then his feet slowed down. And I -- when it --

3   because you could hear the noise of the chain on

4   the -- you know, the two chains together while

5   they're moving.

6      Q.   Pulling back and forth?

7      A.   Exactly. You could hear that noise. And

8   then when -- when that started slowing down and then

9   it stopped, I'm like I don't -- this don't sound

10   right. So I walked up there. And that's when his

11   face was kind of blue.

12      Q.   So what alerted you was the fact that this

13   grating of the chain had stopped?

14      A.   That and his breathing had changed. He

15   wasn't yelling anymore. So that -- it wasn't -- he

16   just -- he wasn't yelling anymore. His breathing

17   changed kind of erratic a little bit.

18      Q.   What did you do?

19      A.   I walked over to check on him.

20      Q.   How did you check on him?

21      A.   I went over there, and his face was turned

22   to the side. I saw his head, and I put my hand on

23   his head, and it was purple. So I hit the call

24   button for the nurse.

25      Q.   And did the nurse come right away?

Exhibit "A" page 133 of 180

Todd Baggett - December 07, 2016

133

1      A.    No.   I hit the button.   Right away, they
2  didn't answer.   And I went up the hall, went one
3  way, you know, five or six steps, and there wasn't
4  anybody there.   So I went back the other way.   And I
5  went back the other way and looked down that hall,
6  which was right by the door.

7           And then the nurse answered.   And I ran
8  back in there and told her.   And then they came
9  straight over there.

10     Q.    All right.   Let's run back through that.
11     A.    Okay.
12     Q.    You went over to Mr. Goode, and you
13  noticed he was not breathing?
14     A.    Uh-huh (affirmative response).
15     Q.    Yes?
16     A.    Yes.
17     Q.    You, even without medical training, could
18  tell he was not breathing?
19     A.    Well, his face was purple.   I knew
20  something was wrong.
21     Q.    There was a call button in the room?
22     A.    Exactly.
23     Q.    You hit that?
24     A.    I did.
25     Q.    Didn't get a -- is there an intercom?

Todd Baggett - December 07, 2016

134

1  There's an intercom?

2      A.    Yeah.   It's like the little nurse's

3  button.

4      Q.    Yeah.

5      A.    I hit the nurse's button.

6      Q.    So you hit that, didn't get a response.

7  Right?

8      A.    Not -- not immediately.

9      Q.    Well, did you leave the room when you

10  didn't get a response?

11     A.    Yeah.   Yeah.

12     Q.    Because you didn't get a response from the

13  nurse, you went out of the room and went where?

14     A.    I just turned and took a few steps down

15  the hallway this way.  Didn't see anybody walking

16  that way.  So I went back up the other way.  And

17  when I turned and looked that way, they came back on

18  there probably, it seems like forever.  It was

19  probably about eight seconds.

20          It wasn't a large amount of time.  But for

21  what was going on at the time, you know, you wanted

22  somebody to come right on there and say what do you

23  need.  You know, it wasn't immediate, but it was a

24  few seconds.

25     Q.    Where was -- where was the nurse when you

**Alpha Reporting Corporation**

135

1   first alerted that nurse to the fact that Mr. Goode

2   was not breathing?

3       A.   On the intercom.

4       Q.   All right.  So you had --

5       A.   I don't know where she was at in the

6   hospital.

7       Q.   I understand.  You went out in the hall.

8   Went one way, didn't find anybody, turned around and

9   went the other way, didn't find anybody?

10      A.   Uh-huh (affirmative response).

11      Q.   Went back into the room?

12      A.   No.  When -- when I got to the other end

13  of the hall, I looked to the left because that's the

14  way it broke, to the left.

15      Q.   Yeah.

16      A.   And right when I looked to the left, the

17  lady answered on the intercom.  And I ran back in

18  the room.

19      Q.   Okay.  And you told her what?

20      A.   I said the guy in the bed is not

21  breathing.

22      Q.   And did she call the code before she came

23  into the room?

24      A.   No, sir.  But she -- it was -- she came

25  directly over there.  She come out some little

Todd Baggett - December 07, 2016

136

1  doorway and walked over there.  And when she hit a

2  button, and then everybody started coming.

3       Q.   Was that the first time that the female

4  nurse had been in the room?

5       A.   That was the first -- to my knowledge,

6  that's the first time I'd seen that particular lady.

7       Q.   You've told us about the male nurse coming

8  in and the doctor and then the female nurse when the

9  code was called.

10       A.   Uh-huh (affirmative response).

11       Q.   Were there any other Baptist Hospital

12  personnel in that room during the time that you were

13  there?

14       A.   The whole period of time or before I

15  called?

16       Q.   The whole period of time.

17       A.   The -- yeah.  At the very end, the room

18  was full of people.  I had to leave -- I just left

19  out of the room because I had to give them room to

20  do their job.

21       Q.   Now, I'm talking about -- I'm talking

22  about up till the time that the code called.  From

23  the time you went into Room 9 to the time that you

24  hit the button because breathing had stopped, were

25  there any Baptist personnel in that room during that

Alpha Reporting Corporation

Exhibit "A" page 137 of 180

137

1  period of time other than the male nurse, the

2  doctor?

3      A.    The other -- the shorter male nurse was in

4  there at one point.

5      Q.    Two male nurses?

6      A.    Uh-huh (affirmative response).

7      Q.    Yes.  Okay.  Anybody else?

8      A.    Not -- not that I recall.  If somebody

9  came in, I don't remember.

10     Q.    All right.  All right.  Now, Officer,

11  you've been marking on this overhead.  You want to

12  take a look at it again before we mark it and see if

13  there are any changes you want to make?

14     A.    No.  No changes.

15     Q.    All right, sir.

16          MR. EDWARDS:  This will be 30.

17          (WHEREUPON, THE ABOVE-MENTIONED PHOTOGRAPH

18  WAS MARKED AS EXHIBIT NO. 30 TO THE DEPOSITION AND

19  IS HERETO ATTACHED.)

20  BY MR. EDWARDS:

21     Q.    Now, you have your incident report -- what

22  do you call this?  You called it a memo.

23     A.    A memo, interdepartmental memo.  It's just

24  printed off different the way --whatever way they

25  printed it off.  But it would say memo.

Todd Baggett - December 07, 2016

138

1     Q.    Okay.  You previously told us that the
2   contents of this are accurate and true and correct
3   to the best of your knowledge and belief?
4     A.    That's correct.
5     Q.    And you're the one that put in all of the
6   information in this.  Correct?
7     A.    That's correct.
8     Q.    Have you looked at this to compare it with
9   the incident report that you also prepared?  Have
10  you compared the two?
11    A.    Just the other day, I saw both of them
12  again.  Because this -- I didn't keep a copy of the
13  memo.  And the incident was locked in the system.
14  So we couldn't even get in and read it later --
15    Q.    Well --
16    A.    -- after we did it.
17    Q.    Sorry.  You reviewed both of these in
18  preparation for your deposition today, didn't you?
19    A.    I've seen both of them.  Yes, sir.
20    Q.    Yeah.  When did you look at them before
21  today?
22    A.    The day we had a little pre-meeting.  I
23  can't remember the exact day.  I think it might have
24  been Tuesday, Monday or Tuesday.
25    Q.    Okay.  But fairly recent?

Alpha Reporting Corporation

139

1    A.    Oh, yeah.

2    Q.    All right.  Are there any changes that you

3  think need to be made to what we have marked as

4  Exhibit -- excuse me -- 25?

5    A.    Not that I'm aware of.  No, sir.

6    Q.    In this memo, I noticed on the third page,

7  you indicate that you -- and we've talked about

8  this -- asked hospital employees about soft

9  restraints.  And again, that indicates that you

10  asked more than one hospital employee.

11        Would that have been the two male nurses

12  or somebody else?

13    A.    Let me find that right quick.  Employees

14  meant employee of the hospital.  It wasn't like I --

15  I only asked the one nurse.

16    Q.    Well, it's -- you agree that you put in

17  here you asked the hospital employees.  That's

18  plural and I'm asking you who you asked.

19    A.    That -- that one, the shorter white nurse,

20  the male nurse.

21    Q.    Okay.  So you didn't ask hospital

22  employees.  You asked a hospital employee.

23    A.    That's fair.  Yes, sir.

24    Q.    And you say they advised.  But again,

25  that's not correct.  It was he advised, should have

**Todd Baggett - December 07, 2016**

140

1  been.  Right?

2      A.    I guess that's correct.

3      Q.    Well, twice in one sentence, you're

4  indicating that multiple employees were asked about

5  soft restraints.  And I'm asking you if you asked

6  more than one person.

7      A.    I asked one person.  That's why it says --

8  when I say employees of the hospital, I mean people

9  that work for the hospital.  It just happened to be

10  one person.

11          When I say they, I meant they at the

12  hospital.  I didn't mean several people.

13      Q.    Okay.  So where you say they advised --

14      A.    If it's a grammatical error, it's a

15  grammatical error.

16      Q.    Okay.

17      A.    I'm not a English major or anything like

18  that.

19      Q.    You go on to indicate -- how did you know

20  that the restraints they had were soft?

21      A.    No.  That's -- that's what the nurse said,

22  the soft restraints won't -- won't hold him.

23      Q.    And again, you were asking about changing

24  restraints in case medical attention had to be

25  rendered?

**Alpha Reporting Corporation**

1    A.    Or as far as if they wanted to change him

2  at that time while I had people there to help me, I

3  wanted them to go on and get that done while I had

4  people there.

5    Q.    I've heard you say that.  But I don't --

6  I'm not getting why there would need to be a change

7  in restraints while you had people there to help

8  you.

9    A.    For his treatment.  They're the hospital.

10 They know what they need to do.  And I -- do we need

11 to move him?  Do we need to change anything while I

12 have people here?

13   Q.    How would he have been restrained in these

14 soft restraints provided by the hospital?

15   A.    I've never used soft restraints.  I don't

16 know anything about them.

17   Q.    But yet, you knew to ask if they --

18   A.    No.  They --

19   Q.    -- should be changed to soft restraint?

20   A.    No, no.  You're not -- I didn't ask if --

21 can we put soft restraints on this guy.

22   Q.    Tell me what you asked.

23   A.    I said, do we need to change anything.

24 They said soft restraints won't hold him.

25   Q.    So they volun -- they, being -- or he --

Todd Baggett - December 07, 2016

142

1     A.    They -- they mentioned soft restraints, or

2  he did.

3     Q.    The hospital mentioned soft restraints?

4     A.    That nurse did.  Yes, sir.

5     Q.    Not you?

6     A.    No.

7     Q.    And you can't identify the person who made

8  that remark other than a male nurse?

9     A.    Yeah.  He was white, white male nurse.

10     Q.    White male nurse?

11     A.    Uh-huh (affirmative response).  I mean,

12  I -- that's all I know.

13     Q.    Okay.  Then you say two nurses came into

14  the room.  And that's Room Number 9.  Right?

15     A.    Uh-huh (affirmative response).

16     Q.    And -- yes?

17     A.    Yes, sir.

18     Q.    And he -- and put medication in the IV

19  line.  So was it --

20     A.    I don't know what it was.  They put

21  something.

22     Q.    That's okay.  It was a sedative, wasn't

23  it?

24     A.    I have no idea what it was.  I didn't ask.

25  That's not -- that's not my job.

**Alpha Reporting Corporation**

143

1    And plus, there's all -- even though I'm a
2  police officer in our custody there, I know
3  hospitals have a HIPAA law.  They can't just tell me
4  everything they're doing to this guy.
5    Q.   So would it be fair to say that when the
6  transfer to Room 9 was made, as far as you were
7  concerned, the hospital was in charge of care?
8    A.   They were in charge -- when we broke the
9  plain of that door and took him in and he got in
10 there, they were in charge.
11   Q.   And you didn't interfere in any way with
12 what the hospital was doing?
13   A.   No, sir.  Like I said, I was there to make
14 sure he was, you know, rendered help and then to
15 take him either to the station for booking or the
16 booking's already done, take him to the jail.
17   Q.   So two nurses came into the room for
18 administration of the medication, not one nurse?
19   A.   There were two nurses in there.  Only one
20 nurse --
21   Q.   Injected?
22   A.   Exactly.
23   Q.   What did the other do while that was going
24 on?
25   A.   He was on the other side.  I'm not sure

Todd Baggett - December 07, 2016

144

1  what he was doing.

2      Q.   Okay.  So when -- when these two nurses

3  came in, Mr. Goode was still shackled behind his

4  back.  Correct?

5      A.   Uh-huh (affirmative response).

6      Q.   Yes?

7      A.   Four-point restraint.  Yes, sir.

8      Q.   Yeah.  And face down.  Correct?

9      A.   Yes, sir.

10     Q.   And this nurse came in to the room, and

11 without any assistance from the other nurse or

12 yourself, injected the medication into the IV line.

13 Correct?

14     A.   That's correct.

15     Q.   And then before -- -- did the second

16 nurse leave before the medication was injected?

17     A.   I don't recall.

18     Q.   But one nurse left before the other?

19     A.   Like I -- I don't -- I don't recall.  I

20 just know one of them stopped and said I'll be back

21 in about ten minutes after the whatever takes

22 effect.  I don't know what they gave him.

23     Q.   And he never came back?

24     A.   When he started slowing down, that's when

25 I thought, well, I guess this stuff's starting to

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

145

1  work.  But...

2      Q.    The nurse who said he was going to come

3  back never came back before the code was called?

4      A.    No, sir.

5      Q.    All right.  And when -- when the code was

6  called, it was at that point in time that you took

7  the leg shackles and handcuffs off?

8      A.    I got the shackles off and one cuff.  And

9  I just got -- they turned him over.  I got out of

10  the room.

11      Q.    You -- when you took the leg shackles off

12  and the one handcuff, did you turn him?

13      A.    No.  They did.

14      Q.    They turned him from his stomach?

15      A.    They were turning him as I was taking that

16  one cuff off.  And when they turned him, I just -- I

17  just turned around and left.

18          Because they were starting -- there were a

19  lot of people coming in there, had a lot of work to

20  do.

21      Q.    They turned him from his stomach on to his

22  back?

23      A.    Correct.

24      Q.    Okay.  Now, when did you take the post

25  mortem pictures?

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

146

1    A.   Shortly after -- I can't remember who -- I
2  can't remember exactly who told me to do it.  But
3  somebody said get pictures.  And then -- and then
4  the detective made the scene and took his own
5  anyway.
6    Q.   Did you leave the hospital before you made
7  the pictures?
8    A.   No.
9    Q.   What did you make the pictures with?
10   A.   My phone.
11   Q.   What did you do with the pictures?
12   A.   Emailed them to the detective.
13   Q.   And this would be Detective Rosenberg?
14   A.   That's correct.
15   Q.   Did Detective Rosenberg come on the scene
16  while -- come to the hospital while you were still
17  there?
18   A.   Yes, sir.
19   Q.   Did Detective Rosenberg take additional
20  pictures?
21   A.   He did.
22   Q.   Did you have conversations with Detective
23  Rosenberg?
24   A.   Just over -- you know, I told him I'd
25  taken the pictures.  He said, well, send them to me.

**Alpha Reporting Corporation**

Exhibit "A" page 147 of 180

Todd Baggett - December 07, 2016

147

1   So I emailed them to him.  Because he had taken

2   several himself.

3           I think his were a lot more extensive than

4   what mine were.

5       Q.   Did you turn your pictures over to the

6   FBI?

7       A.   I turned them over to Detective Rosenberg.

8       Q.   Were they turned over to the FBI?

9       A.   That's a question you'd have to ask him.

10      Q.   Did you turn your pictures over to the

11  U.S. Attorney's Office?

12      A.   I gave my pictures to Detective Rosenberg.

13      Q.   Di you turn --

14      A.   That's the only person I gave them to.

15      Q.   You didn't give them to the Mississippi

16  Attorney General's Office?

17      A.   I gave them to Detective Rosenberg.

18      Q.   Was the body flipped over post mortem for

19  purposes of taking pictures, any pictures?

20      A.   What do you mean by flipped over?

21      Q.   Did you take pictures with the body on the

22  back and the body on the stomach?

23      A.   On the back.

24      Q.   Just on the back?

25      A.   Uh-huh.  Yes, sir.  That's all I took

**Todd Baggett - December 07, 2016**

148

1　pictures.  I don't know about anybody else.

2　　　Q.　　Were you in the room when Detective

3　Rosenberg took his pictures?

4　　　A.　　He -- he arrived.  And after he arrived, I

5　spoke with my captain.  He told me to go to the

6　station.

7　　　　　　And then on my way there, that's when the

8　chaplain stopped me, and I talked to him, a peers

9　counselor thing.

10　　　Q.　　Is this one of the pictures you took?

11　　　A.　　I -- I couldn't tell you if it was my

12　picture or his picture.

13　　　Q.　　Does this adequately or accurately depict

14　Mr. Goode's condition post mortem?

15　　　A.　　Near as I can tell, yes, sir.

16　　　Q.　　I want to ask you -- so -- so the hospital

17　bracelet was on his left arm?

18　　　A.　　Uh-huh (affirmative response).

19　　　Q.　　Correct?

20　　　A.　　It appears.  Yes, sir.

21　　　Q.　　Hospital put that on. Right?

22　　　A.　　That's correct.

23　　　Q.　　Did they -- where did they put that on?

24　Was that in the decon room or in Room 9?

25　　　A.　　I couldn't answer that.  I have no idea.

**Alpha Reporting Corporation**

Exhibit "A" page 149 of 180

Todd Baggett - December 07, 2016

149

1    Q.   Did you assist the hospital in getting

2  that bracelet on his wrist?

3    A.   No, sir.

4    Q.   Did any police officer assist in getting

5  that bracelet on his wrist?

6    A.   Like I said, that -- no, sir.  I have -- I

7  didn't know -- I didn't know when they put it on

8  there.

9    Q.   Hospital did it, though.  You're sure

10  about that?

11    A.   As far as I -- I know I didn't do it.

12    Q.   Now, if you'll look in -- on this picture

13  that you have in front of you.

14    A.   Uh-huh (affirmative response).

15    Q.   You see up in the upper right-hand corner

16  of the picture?

17    A.   Uh-huh (affirmative response).

18    Q.   That's blood on the bed, isn't it?

19    A.   I have no idea what that is.

20    Q.   Well, you agree it looks like blood, don't

21  you?

22    A.   It kind of looks like throw-up to me.

23    Q.   Did he -- well, did he throw up?

24    A.   I have no idea.  I don't -- this -- I

25  was -- I wasn't in the room when they worked on him.

**Alpha Reporting Corporation**

150

1   I don't know what they did to him or what the

2   lifesaving procedures they took and what it would

3   cause.

4            And it looks like they put a tube in.  If

5   they put a tube in, that could very well be, you

6   know, caused by the tube.  I don't -- I don't have

7   any medical expertise to tell you.

8        Q.   So --

9        A.   It wasn't there before.

10       Q.   Before what?

11       A.   Before the nurses came in and worked on

12   him.

13       Q.   After the code was called?

14       A.   Exactly.  Because his head was turned the

15   other way the whole time.

16       Q.   All right.  I'll take that.

17            MR. EDWARDS:  This will be --

18            MR. HUSKISON:  30, I believe.

19            MR. EDWARDS:  -- 31.

20            MR. HUSKISON:  31?  Yeah.  I'm sorry.

21            (WHEREUPON, THE ABOVE-MENTIONED PHOTOGRAPH

22   WAS MARKED AS EXHIBIT NO. 31 TO THE DEPOSITION AND

23   IS HERETO ATTACHED.)

24   BY MR. EDWARDS:

25       Q.   And so you -- after looking at any of

151

1  these pictures, does that refresh your memory as to

2  where all these facial wounds came from?

3      A.    Him squandering on the ground on the

4  facial wounds trying to spin and alligator roll,

5  which would be rolling on the ground.

6      Q.    Did you take this photo?

7      A.    I have -- I have no idea.

8      Q.    Does the mark just above the wrist

9  indicate where the cuffs were?

10     A.    Yes, sir.

11     Q.    His arm is indented from those cuffs.

12 Correct?

13     A.    It appears to be.

14     Q.    You put the cuffs on pretty tight.

15 Correct?

16     A.    No tighter than any other cuffs.

17     Q.    Okay.

18     A.    However a lot of that was from all the

19 kicking and thrashing he was doing during the

20 period.

21     Q.    After he was shackled?

22     A.    Even before he was shackled, he was doing

23 the same thing.

24           MR. EDWARDS:  All right.  That's 32.

25           (WHEREUPON, THE ABOVE-MENTIONED PHOTOGRAPH

Todd Baggett - December 07, 2016

152

1  WAS MARKED AS EXHIBIT NO. 32 TO THE DEPOSITION AND

2  IS HERETO ATTACHED.)

3  BY MR. EDWARDS:

4      Q.    Another picture of the leg.  Does that

5  show an indentation from the leg shackles?

6      **A.    It appears to.  Yes, sir.**

7            MR. EDWARDS:  This will be 33.

8            (WHEREUPON, THE ABOVE-MENTIONED PHOTOGRAPH

9  WAS MARKED AS EXHIBIT NO. 33 TO THE DEPOSITION AND

10  IS HERETO ATTACHED.)

11            MR. EDWARDS:  Let's take a very short

12  break.

13            VIDEO SPECIALIST:  Going off the record.

14  The time is 12:17.

15                    (SHORT BREAK)

16            VIDEO SPECIALIST:  Going back on the

17  record.  The time is 12:25.

18  BY MR. EDWARDS:

19      Q.    All right.  Officer to wind up, in your

20  incident report, which is marked as Exhibit 26, you

21  indicate on the second page that when the code was

22  called, you were in Room 9 in the emergency

23  department.  You state that you moved his head,

24  being Mr. Goode.  What exactly did you do to move

25  his head?

Alpha Reporting Corporation

Exhibit "A" page 153 of 180

153

1    A.    I just put my hand on the side of his head
2  and moved it.
3    Q.    Well, I don't understand that.  Which way
4  was he facing?  Which way was his head facing?
5    A.    To the left.
6    Q.    And why did you move his head?
7    A.    Just to move his head.  I just moved it.
8    Q.    Why?
9    A.    I mean, he -- his head was purple.  I just
10  moved his head.
11    Q.    How did you move it?
12    A.    I just put my hand on the back of his head
13  and moved it up.
14    Q.    You put your hand on the back of his head?
15    A.    He was laying to the side.  I put my hand
16  like right here and pushed the back of his head.
17  And it tilted up a little bit, and I just hit the
18  button.
19    Q.    Okay.  So he was laying there.  His head
20  was to the side?
21    A.    Right -- the right side of his face was on
22  the side, and he was looking to his left.
23    Q.    Okay.  And so when you indicate in your
24  report that you moved his head, you went over to the
25  bed and placed your hand on the -- show us again,

Todd Baggett - December 07, 2016

154

1  please.

2      A.    Just on the back and just pushed it.  When

3  I did, it -- his head came up a little bit.  And I

4  just hit the button.

5      Q.    Was there any response from him at all --

6      A.    No.

7      Q.    -- when you did that?

8      A.    No, sir.  Not at all.

9      Q.    Have you had a meeting with all of the

10  Southaven employees on this case?  Have you been in

11  a meeting?

12      A.    Just...

13      Q.    Just --

14      A.    The totality of the employees or just --

15      Q.    No, sir.

16      A.    -- with Tom?

17      Q.    Just the ones involved in this case.

18      A.    We've had some.  It's been -- not

19  everybody was there all at the same time.

20      Q.    Okay.  Was Mr. Huskison there the whole

21  time?

22      A.    I believe so.  The last one, he was, I

23  think.

24      Q.    Have you met with any of these other

25  lawyers?

Todd Baggett - December 07, 2016

155

1    A.    No, sir.

2          MR. EDWARDS:   Okay.   That's all I have.

3    Thank you.

4          THE WITNESS:   Yes, sir.

5                    EXAMINATION

6    BY MR. UPCHURCH:

7    Q.    Officer Baggett, my name is David

8    Upchurch.   Our firm represents the hospital in this

9    litigation.   I just have a few follow-up questions

10   for you.

11         When you were ultimately able to search

12   Mr. Goode at the scene to determine whether or not

13   he had a weapon and other items on him, you've told

14   us you found a wallet?

15   A.    That's correct.

16   Q.    The inhaler?

17   A.    That's correct.

18   Q.    Were there any other items that you found

19   or located on the scene such as a phone?

20   A.    I don't remember finding one.   No, sir.

21   Q.    All right, sir.   You took the wallet and

22   the hale -- inhaler back to Mrs. Goode?

23   A.    I did.

24   Q.    Can you describe that inhaler for us in

25   any -- any description?   Do you remember the color

**Alpha Reporting Corporation**

Exhibit "A" page 156 of 180

**Todd Baggett - December 07, 2016**

156

1    of the inhaler perchance?

2        A.    I -- I would hate -- I would hate to

3    guess.  I can't -- I can't remember.

4        Q.    All right, sir.  Some inhalers that I am

5    familiar with stand, I'm going to estimate, about

6    three inches in height.  Is that the type of inhaler

7    that you're referring to, or was it a larger size

8    inhaler?

9        A.    It -- it just looked like one of the ones

10   that, you know, you put the little small little

11   canister in the end of it.

12       Q.    All right.

13       A.    One like that.

14       Q.    And was a canister in that inhaler?

15       A.    Yes, sir.

16       Q.    Do I understand correctly that when you

17   approached Mrs. Goode with the wallet and the

18   inhaler, that's when she indicated to you that

19   Mr. Goode had breathing issues?

20       A.    That's correct.

21       Q.    Did she specifically mention to you

22   asthma?

23       A.    I -- if she did, I can't remember it was

24   exactly asthma.  No, sir.  I can't remember.

25       Q.    All right, sir.  And what did you do with

**Alpha Reporting Corporation**

157

1    that inhaler after you had your conversation with

2    Mrs. Goode at the scene?

3        A.    I took it on the ambulance and gave it to

4    the EMT and told her he has breathing issues and

5    handed her that.

6        Q.    All right.  As I recall from review of the

7    records and previous testimony, there was an EMT

8    basic who was the driver was a male and that the

9    person in the back of the ambulance with you and

10   Officer Rich was a female?  Is that accurate?

11       A.    That's correct.

12       Q.    That female, I understand her name is

13   Stacie Graham?

14       A.    Yes, sir.

15       Q.    Do you know that to be Ms. Graham?

16       A.    That's -- that's what I've been told.

17   Yes, sir.

18       Q.    All right, sir.  Was it the female

19   paramedic in the back of the ambulance to whom you

20   gave the inhaler to?

21       A.    Yes, sir.

22       Q.    And you gave that to her while you were in

23   the ambulance?

24       A.    The driver was already in the front.  They

25   were loading him up.  And I -- that's when I walked

Todd Baggett - December 07, 2016

158

1  up there to the ambulance and said, hey, he's got
2  breathing problems, and I handed it to her.
3      Q.  All right.  Did you see what she did with
4  it?
5      A.  She set it -- where did she put it?  I
6  can't recall where she put it.  But it was right
7  there on his -- right there in his vicinity.
8      Q.  In the back of the ambulance?
9      A.  That's correct.
10     Q.  All right, sir.  Did you ever personally
11  have possession of the inhaler again?
12     A.  I took it into the hospital.
13     Q.  And you've told Mr. Edwards about having a
14  discussion with a nurse in the decontamination room
15  about the inhaler?
16     A.  Yeah.  I told him he -- same thing I told
17  the EMT, this is his inhaler, he's got some kind of
18  breathing issue.
19     Q.  And at that point, did you transfer the
20  inhaler to the nurse?
21     A.  I did.
22     Q.  All right, sir.  You've described to
23  Mr. Edwards two white male nurses, one being taller
24  than the other?
25     A.  That's correct.

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

159

1    Q.   Do you remember if you gave the hand off
2  of the inhaler to the shorter or the taller nurse?
3    **A.   The shorter one, I believe.  And it**
4  **traveled with him to Room 9.  It was in Room 9,**
5  **also, the inhaler was.**
6    Q.   Do you know how it traveled from the decon
7  room to Room 9?
8    **A.   I didn't carry it that time.**
9    Q.   All right, sir.  And I think you told us
10  that in the room, it was actually on a -- on a table
11  in the room?
12    **A.   It's a -- in that particular room with the**
13  **bed, then they have the table over there that has**
14  **like a little computer and the lap drawers.  It was**
15  **sitting on that table.**
16    Q.   All right, sir.  The nurse who you
17  described as placing the pillows on the side rails,
18  I believe you said that was a female nurse?
19    **A.   It was.**
20    Q.   Can you describe her in any way?  African
21  American?  Caucasian?
22    **A.   It was -- it was a white lady.  It was**
23  **Caucasian is all I remember.**
24    Q.   Any age range you can give us?
25    **A.   I -- I would hate to throw a number out**

**Alpha Reporting Corporation**

Todd Baggett - December 07, 2016

160

1    there and it be totally wrong.  So I --

2        Q.   Fair enough.  How about hair color?

3        A.   If I gave you an answer, I would be

4    guessing.

5        Q.   All right, sir.

6        A.   I don't want to do that.

7        Q.   I don't want you to guess.  I accept

8    your -- accept your testimony.

9            Did Mr. Goode continue his yelling,

10   screaming and cursing during the transport from the

11   decon -- decontamination room to Room 9?

12       A.   Yes, sir, he did.

13       Q.   And did he continue that behavior in Room

14   9?

15       A.   Yes, sir, he did.

16           MR. UPCHURCH:  Thank you, sir.  That's all

17   the questions I have for you.

18           MR. BAKER:  No questions.

19           MR. PHILLIPS:  None.

20           MR. EDWARDS:  Two follow-ups.

21                       EXAMINATION

22   BY MR. EDWARDS:

23       Q.   Did Mr. Goode after -- after the

24   medication, whatever it was, was put into his IV in

25   the room, continue to yell and scream?

Alpha Reporting Corporation

Todd Baggett - December 07, 2016

161

1      A.    In the beginning.  Yes, sir.

2      Q.    Well, how long did he yell and scream

3  after that medication went in him?

4      A.    I can't give a time.  You know, he said

5  I'll be back in about ten minutes.  It was within --

6  if he -- if -- I mean, I wasn't watching my clock.

7  But you know, it was before the ten minutes, I would

8  imagine.

9      Q.    Well, it was a very short period of time,

10  wasn't it?

11      A.    Yes.

12      Q.    Because if that was a sedative, it would

13  have knocked him out pretty quickly.  You know that?

14          MR. UPCHURCH:  Object to the form.

15      A.    I would think so.  I don't -- I don't

16  know.  I have no idea.

17  BY MR. EDWARDS:

18      Q.    Okay.  He was -- you said repeatedly that

19  he was yelling and screaming.

20      A.    Uh-huh (affirmative response).

21      Q.    Did he threaten to kill you?

22      A.    He...

23      Q.    Well, listen to my question.

24      A.    Not --

25      Q.    Did he say I'm going to kill you or words

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

162

```
 1   to that effect?
 2        A.    No, sir.
 3        Q.    Did he say that to anyone in your
 4   presence, use the word kill?
 5        A.    He did use the word kill.  Yes, sir.
 6        Q.    What did he say?
 7        A.    He used the word dead, kill.
 8        Q.    In what context?
 9        A.    It -- it was a real -- none of it made any
10   sense.  He said, I'm dead, but I don't know how to
11   die, I'm going to be killed, I'm dead, I don't know
12   how to die.
13        Q.    Okay.  He said that?
14        A.    Like he was in a video game.  It was -- it
15   was -- it was just really strange.  I don't really
16   know how to explain it.
17        Q.    Well, that's good enough.  Did he threaten
18   to kill anybody in your presence?
19        A.    No, sir.
20             MR. EDWARDS:  Nothing further.
21             MR. HUSKISON:  No questions.
22             VIDEO SPECIALIST:  This concludes the
23   videotaped deposition.  The time is 12:36.
24
25
```

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

163

1                    C E R T I F I C A T E

2    STATE OF TENNESSEE        )
                               )
3    COUNTY OF SHELBY          )

4

5          I, Korian Neal, LCR #402, RPR, CCR, Licensed
     Court Reporter and Notary Public, in and for the
6    State of Tennessee, do hereby certify that the above
     1 was reported by me, and the transcript is a true
7    and accurate record to the best of my knowledge,
     skills, and ability.

8          I further certify that I am not related to
     nor an employee of counsel or any of the parties to
9    the action, nor am I in any way financially
     interested in the outcome of this case.

10

11         I further certify that I am duly licensed by
     the Tennessee Board of Court Reporting as a Licensed
12   Court Reporter as evidenced by the LCR number and
     expiration date following my name below.

13         I further certify that this transcript is
     the work product of this court reporting agency and
14   any unauthorized reproduction and/or transfer of it
     will be in violation of Tennessee Code Annotated
15   39-14-104, Theft of Services.

16         IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my notarial seal this 11th day of
17   December 2016.

18

19

20   _____
     Korian Neal, RPR, CCR, LCR #402
21   Expiration Date 06-30-2018
     Notary Public Commission Expires
22   04-25-2018

23

24

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

## Exhibits

**Exhibit 23** 5:8 16:16
**Exhibit 24** 5:10 43:3
**Exhibit 25** 5:11 44:15
**Exhibit 26** 5:12 44:20 62:14 152:20
**Exhibit 27** 5:13 101:9
**Exhibit 28** 5:15 102:25
**Exhibit 29** 5:16 122:15
**Exhibit 30** 5:17 137:18
**Exhibit 31** 5:18 150:22
**Exhibit 32** 5:19 152:1
**Exhibit 33** 5:20 152:9

### -

--whatever 137:24

### 1

1 35:2,10 65:6,7
10 97:6 104:22
10:49 82:10
11 9:21 10:22
11:01 82:13
12 97:6,24
12:17 152:14
12:25 152:17
12:36 162:23
14 8:19 97:6,24
140 22:2,6
1434 7:16
145 22:3,6
15 104:4,22
15-inch 13:4,11
155 98:23 100:25
170 22:19

18 28:18 47:12
185 22:10

### 2

2 35:25 68:6 76:3
20 47:4
200 22:14
2015 47:12
2016 6:2
21 104:1
23 16:12,16
24 35:6 43:1,3,9,16
25 28:16,18 43:5 44:13, 15 47:5,6 139:4
26 44:18,20 62:14 152:20
27 101:7,9
28 102:23,25
29 122:13,15

### 3

3 62:20 64:15
30 137:16,18 150:18
31 150:19,20,22
32 151:24 152:1
33 152:7,9
3451 47:11

### 4

4 62:20 65:4 67:11,13, 19,25 68:13,17 122:19

### 5

5 67:19 97:14
5'7 22:10

### 6

6 22:2,14,19 99:10,13
65 34:16

### 7

7 6:1 13:14
70 34:13

### 9

9 52:12,13,15 53:9,17, 20 62:1 116:6 121:20 122:10,21 123:17,21 125:2,21 126:4,7 136:23 142:14 143:6 148:24 152:22 159:4,7 160:11,14
9:31 6:2

### A

**ABOVE-MENTIONED** 16:15 43:2 44:14,19 101:8 102:24 122:14 137:17 150:21 151:25 152:8
**Abrasion** 121:11
**academy** 11:5
**accept** 160:7,8
**accepted** 59:11
**accompanied** 115:11
**accurate** 85:21 100:21 138:2 157:10
**accurately** 100:12 148:13
**achieve** 30:3
**acknowledge** 34:22 124:4
**acquisition** 94:14
**act** 100:18
**acting** 26:24,25 37:5

66:14
**actions** 39.15,18
**activity** 85:7
**actual** 46:20
**add** 36:18
**addition** 28:9 32:15
**additional** 146:19
**address** 7:15 62:25
**adequately** 148:13
**adjacent** 76:23
**administer** 60:22
**administered** 60:12, 24 129:9
**administration** 143:18
**advised** 123:8 139:24, 25 140:13
**affairs** 45:19
**affected** 40:22
**affects** 40:14
**affirmative** 15:6 39:22 40:5,7 53:1 60:14 65:15 66:7,9 76:21 77:3 81:4,13,17 88:10 95:11,13 96:20 111:1 113:11 114:21,23 123:13 126:6 129:11 133:14 135:10 136:10 137:6 142:11,15 144:5 148:18 149:14,17 161:20
**affirmatively** 77:5
**afraid** 110:10
**African** 159:20
**afterward** 73:16
**age** 159:24
**agent** 61:17
**ages** 58:21
**agree** 30:16 139:16 149:20
**ahead** 38:8 67:16

**Todd Baggett - December 07, 2016**

95:18

**ahold** 109:14

**aikido** 29:20

**alerted** 130:14 132:12 135:1

**alligator** 111:4 120:20, 22,25 151:4

**allowed** 12:16 21:18

**allowing** 14:18

**ambulance** 18:10,12, 13 19:2 23:14,25 24:3 27:25 28:3 47:15 50:21 57:7 115:7 116:2,18 117:15,16 119:23 127:19,21 128:1 129:16,25 130:4 157:3, 9,19,23 158:1,8

**ambulances** 85:17

**American** 159:21

**amount** 33:12 65:19 134:20

**angle** 83:14,15

**anymore** 132:15,16

**apologizing** 20:10

**apparent** 37:18

**appears** 148:20 151:13 152:16

**application** 14:9

**apprehend** 71:9 99:13

**apprehended** 82:25 86:8 87:25 97:2,20

**apprehending** 98:8

**apprehension** 87:23

**approach** 66:3 80:7

**approached** 63:24 156:17

**approaching** 66:16

**approximately** 6:2 97:22 104:22

**area** 68:4,13 92:8 107:16 115:9

**areas** 14:9

**Arkansas** 7:21,23 8:15 9:6 11:3,7 12:16

**arm** 86:5,8,9,24 87:11, 15,16 89:20 96:9,13 101:15,16,17,24 103:4, 9 108:10,11 148:17 151:11

**armed** 38:22

**arms** 87:17

**arrest** 33:3,5 40:12

**arrested** 14:13

**arrive** 98:18

**arrived** 64:25 103:4,9 116:14,15 125:21 148:4

**arrow** 68:17,21 80:15, 25 81:1,14 89:22 91:15,22

**arts** 29:6,11,18,25

**asphyxia** 14:10

**assist** 46:11 129:18,23 149:1,4

**assistance** 144:11

**assume** 11:13 115:20

**assumed** 64:6

**Assuming** 13:20

**asthma** 23:7,12 24:22 25:6 117:3 156:22,24

**asthmatic** 123:4,9

**ATTACHED** 16:17 43:4 44:16,21 101:10 103:1 122:16 137:19 150:23 152:2,10

**attack** 83:18,22 87:5, 14 89:10,24 90:19 91:25 96:5,24 97:3,9, 15 98:19 103:5

**attacked** 85:1,24 86:3 87:19,23 94:23 95:7,8 96:8,9 101:12 102:1

**attacking** 40:8

**attacks** 86:24 94:19

**attalked** 96:8

**attention** 22:15 28:6 128:12 129:6 140:24

**Attorney** 147:16

**Attorney's** 147:11

**automatically** 72:8

**availability** 33:11

**aware** 17:10 30:12 139:5

---

**B**

**back** 7:17 11:11 12:9, 18 17:1,16 19:6 20:16 21:9 23:19 24:8 25:9, 22,24 26:12 27:4,6 28:10 32:8 50:22 51:12,13 52:2,22 53:15 61:7,15 62:4 64:1,8,10, 12 66:22 70:11 71:5, 19,23 73:20 76:10,14, 15 77:6 79:20,21,23 80:14,20 81:8 82:12, 20,24 83:3,4,6,7 84:1,7 87:6 88:18 90:9,14 91:7 92:2,4,5,6,9 94:2 98:5 106:6,20 109:7,9, 11,21 110:22 111:22 113:1,7,10,25 114:3, 13,25 116:7 118:11 120:7,12,16 125:11 127:24 128:9,15,16 130:16,18 131:1,9 132:6 133:4,5,8,10 134:16,17 135:11,17 144:4,20,23 145:3,22 147:22,23,24 152:16 153:12,14,16 154:2 155:22 157:9,19 158:8 161:5

**backup** 33:12,14

**bad** 66:25

**Baggett** 6:3,21 7:2,3 155:7

**bail-out** 71:24 72:1,5, 10,13

**BAKER** 160:18

**Bang** 29:15

**Baptist** 6:9,11 54:8,11 130:8,12 136:11,25

**Baptist-desoto** 58:9

**barely** 66:19

**barking** 70:3,4,6 75:2

**based** 31:10

**basic** 44:10 157:8

**basically** 10:1 44:8 92:5

**Bates** 122:19

**bean** 28:22

**beat** 50:3

**bed** 124:15 135:20 149:18 153:25 159:13

**began** 47:1 66:3 67:9 81:19 89:20,24 91:10 96:16

**beginning** 33:16 93:7 122:11 124:9 161:1

**behalf** 6:9,10,12

**behavior** 59:7 120:2 122:22 160:13

**Belgian** 89:11,12 99:5, 24 100:3,22 101:6

**belief** 138:3

**bell** 50:25

**belly** 62:9

**belt** 30:3,4

**belts** 30:6

**bend** 12:15 111:13

**bent** 109:25 111:5,11 112:3

**Berk** 6:16

**big** 22:12,18 41:24 46:24,25 66:18

**biggest** 10:3

**Bin** 99:13

Todd Baggett - December 07, 2016

bind 42:21

birth 65:1

bit 29:21 74:24 81:12 83:14 84:15 98:20 132:17 153:17 154:3

bite 86:10,15,18,20 89:3 102:18 125:9

biting 96:9

bitten 88:25

black 51:3 54:16 58:23 122:24

bleed 101:18,21 102:20

block 87:11

blocked 74:4

blond 41:21

blood 86:10,12,13,21 101:20 102:21 149:18, 20

blue 42:13,16 120:13 132:11

blurry 42:1

body 14:25 15:11 28:3 86:4 101:14 110:7 111:24 147:18,21,22

Bond 22:21 112:21,25 113:2,17 114:5,13

book 8:25 10:21 15:16 16:19

booking 128:10 143:15

booking's 143:16

bottom 67:14 122:20

bound 12:18 15:25 16:2 54:24

box 35:20

Boxing 29:23,24

bracelet 148:17 149:2, 5

break 82:6,11 152:12, 15

breathing 23:8 24:3,8 25:6,22,23 115:25 116:9 117:2,21 128:2 130:14,19 131:23 132:14,16 133:13,18 135:2,21 136:24 156:19 157:4 158:2,18

Briefly 54:19

bring 52:2 56:12 113:13,16 115:8 122:3

broke 135:14 143:8

brought 113:5,21 114:14

brown 58:23

bunch 67:3

Burma 50:3,6

business 128:16,20, 23

butt 109:19 111:23

button 72:7,18 130:20 132:24 133:1,21 134:3, 5 136:2,24 153:18 154:4

bystanders 38:25

C

call 18:22,25 19:5 55:1 56:22 60:4,6 67:2 72:18 78:1 79:11 118:14 120:7 132:23 133:21 135:22 137:22

called 115:4 136:9,15, 22 137:22 145:3,6 150:13 152:22

canister 156:11,14

captain 148:5

car 39:17 52:2 70:2,12, 15,18 71:20 78:9 90:11 96:6 118:22 122:4

care 24:5 25:15 55:2 143:7

carry 159:8

carrying 116:24

cars 39:10,14 85:20 90:9

cartridge 104:1,5

case 26:6,22 33:4 44:23 140:24 154:10, 17

catch 92:19 107:19

Caucasian 159:21,23

caused 150:6

caution 70:3

center 13:17,20

certificate 7:21

certified 10:5,8,11 104:9

chain 13:5,11,16 15:24 16:7 27:5 32:2 79:12 132:3,13

chains 132:4

chair 131:4

chance 110:18

change 56:15 97:14 141:1,6,11,23

changed 56:20 132:14,17 141:19

changing 55:18 56:6, 12,24 57:16,17,18,20 58:11 59:2 140:23

chaplain 45:20 148:8

charge 33:9 143:7,8,10

chase 71:11

chasing 90:11 92:11, 15,17 131:7

check 24:10 25:19,23 26:1,3 38:24 39:11 51:16,19 107:23 110:18 126:18 127:4 132:19,20

checked 19:1,7,14 24:16 25:21,22 37:2 128:2

chemical 60:11,23 117:11

chest 42:17 57:3,8

choke 79:12

Chris 45:16

circle 35:2,10 36:1 64:17 67:17 80:6 106:25 107:13

circles 32:22 39:23 66:14,15,18 67:4 82:21 84:11 88:21 107:4,5,6, 7,10 115:1

circulate 81:24

city 6:16 8:22 10:13 17:5,6,13

clamping 127:5

clear 17:11 57:14 78:8, 13 88:1 95:19,23 96:1, 3

cleared 128:8

climbing 32:2

clip 26:3

clipped 114:6,8

clock 161:6

close 13:21,24,25 16:6 38:25 39:4 92:16,20 93:8 104:17 108:20 112:25

closest 47:7

closing 75:3

clothes 74:22 112:13

code 135:22 136:9,22 145:3,5 150:13 152:21

coil 103:20

coiled 106:22,23

coincidental 75:14

collar 79:12,17,19 80:4

color 58:22 121:9 155:25 160:2

combat 29:12

combination 29:19

comfortable 131:5

**Todd Baggett - December 07, 2016**

**command** 88:16
100:18 109:2

**commands** 31:22
84:3,5,20

**common** 61:2

**commonly** 121:1

**compare** 120:9 138:8

**compared** 138:10

**compliance** 31:13,17,
21 32:3 118:21

**compliant** 118:23

**complied** 118:18

**complies** 35:12 36:2
64:21 67:18,21 69:5
80:20 90:1

**comply** 30:23,24
31:15,24 32:1 33:2
80:11

**compound** 117:11

**computer** 46:18,20
47:1 159:14

**concern** 14:10

**concerned** 21:15
143:7

**concert** 85:18

**concludes** 162:22

**condition** 26:16,24
54:21 148:14

**conditions** 117:19

**conduct** 30:22 32:23
33:10 39:24 46:6

**conducted** 8:4,17

**confer** 45:2 75:11

**confusing** 49:18

**connected** 12:10,25
13:3,4

**considerations** 32:16

**considered** 41:1

**constant** 75:2

**contact** 37:6 40:22
75:21 102:16

**contained** 56:1

**contents** 138:2

**context** 162:8

**continually** 67:5 69:21

**continue** 31:2 160:9,
13,25

**continued** 71:11 93:17
122:21

**Continuing** 122:18

**continuum** 31:5,8

**control** 8:25 9:2 11:2
60:5 79:7,10 80:10,19
88:18 108:24 112:6

**controls** 111:23 112:1

**conversation** 157:1

**conversations** 146:22

**cool** 131:13,14

**copy** 8:25 9:11,12 35:3
138:12

**corner** 76:15 77:17,19,
20,23 94:2 149:15

**correct** 8:13 13:8
15:25 16:3 17:16,17
18:11,14,15,18 19:25
20:4,7 23:7 24:9 26:13
27:21 33:22 36:10,11,
22 37:20,21 39:6,19
43:13 46:7,8 47:16
52:22 53:18 57:8 62:1,
4,7,8 63:10,11,17,23
65:2,3,18,20 76:25
77:7 81:21 86:1,25
90:15 92:3 96:10,19,24
99:16 100:16,19 102:8
104:24 105:8 106:2
107:17 108:5 110:22,
23,25 112:17,19 114:9
121:22,24 122:7,11,12
123:9 126:5,7,8 127:19
128:1 129:14 130:10,
23 138:2,4,6,7 139:25
140:2 144:4,8,13,14
145:23 146:14 148:19,
22 151:12,15 155:15,
17 156:20 157:11
158:9,25

**correction** 50:12

**correctly** 89:13 156:16

**counsel** 6:4 9:2

**counselor** 45:4,7,10,
13,15,23 148:9

**count** 41:9 105:15

**counter** 128:17

**counting** 91:3

**County** 49:19,21 50:2
128:9

**couple** 48:23 83:19

**court** 6:19 38:14

**courts** 29:3

**cover** 10:24 78:3

**Crew** 16:19

**Crews'** 8:25

**Crews's** 15:16

**crime** 30:17,20 102:16

**criminal** 19:14,22

**crooked** 68:21

**cued** 70:5

**cuff** 13:18 109:12
145:8,16

**cuffs** 151:9,11,14,16

**cursing** 160:10

**custody** 20:14,17
31:19 46:5 143:2

**cut** 14:3,5 77:23 94:1
100:4

---

**D**

---

**dance** 87:8

**dangerous** 28:14
110:20 119:16

**date** 65:1

**daughter** 116:22

**David** 6:10 155:7

**day** 46:21 114:18

131:11 138:11,22,23

**daylight** 37:8

**days** 37:12

**dead** 19:13 46:7 61:14
162:7,10,11

**deal** 48:15

**dealing** 105:16

**death** 17:24 18:17
45:25 47:8

**December** 6:1

**decon** 48:9 49:10,13,
20 51:10,15,22 52:6,
11,15 53:8,21 54:15
116:5,6 123:5,7 124:9
127:9 148:24 159:6
160:11

**decontamination**
48:1,16 158:14 160:11

**defendants** 6:18

**degree** 30:11,14 53:24

**degrees** 131:19

**demands** 33:2

**Denise** 65:1

**department** 7:6 17:7
28:16 53:18 75:6 119:1
121:4 152:23

**depict** 42:20 148:13

**depiction** 100:22

**deployed** 103:19
104:18 106:3 108:2

**deponent** 6:3

**deposition** 16:16 43:3
44:15,20 95:22 101:9
102:25 122:15 137:18
138:18 150:22 152:1,9
162:23

**depositions** 11:19

**describe** 54:14 66:25
155:24 159:20

**description** 64:6
155:25

**Desoto** 49:19,21 50:2

**Todd Baggett - December 07, 2016**

128:9

destination 84:12,13

detailed 44:8,9

details 54:17

detective 40:25 102:3,
6,12,16 146:4,12,13,
15,19,22 147:7,12,17
148:2

detective's 102:7

determine 155:12

deviations 69:7

device 127:5

Di 147:13

diagram 16:12 83:10

diaphragm 62:11

die 162:11,12

direction 68:18 69:2
80:16 82:16,24 89:23
90:25 92:4

directly 135:25

discharge 60:6,9

discussion 158:14

disorderly 30:21
32:22 33:9 46:6

dispatched 63:21

dispatchers 45:21

distance 53:23,24
54:1 75:4 85:25 90:20

disturbing 124:10

doctor 122:22,23
123:1,3,16,22 124:1,12
125:21 126:18 127:2
128:5,13,19 129:4
136:8 137:2

doctors 128:19

document 16:15 43:25
44:14,19 101:8

documentation 47:7

documents 45:1

dog 36:21 70:3,4,6,24
71:4,5,8,9,10,20 72:8,

18,19,21,24 73:8 74:7,
10,12,15,18 75:3,21
76:4,7,20 78:9 79:3,10
80:3,10,19 83:1,2,18,
22 84:1,3,4,6,15,24
85:1,24 86:3,23 87:5,9,
12,14,15,17,19 88:9,
13,19 89:1,3,9,19,24
91:12,25 92:12,14
93:24 94:3,4,6,13,15,
19,23 96:8,10,15,23
97:2 98:2,5,8,9,10,16,
17,21,24 99:1,12
100:11,15,20,22 101:2,
3,4,12 102:1,18 103:3,
8,11,13 107:25 108:25
109:1,2 113:1,8,9
125:9

dogs 87:17 99:7,9,20,
21 100:1

door 34:11 37:7 53:20
69:23,25 70:8,10,12,
19,22 71:19,23,24
72:1,3,5,7,10,13,18,21
73:8,23 74:3,14 76:19
77:13,16,19 78:24
95:3,12,16 133:6 143:9

doorway 136:1

draw 68:17,21 86:10
90:20

drawers 159:14

drawn 35:16

dreads 122:25

Drive 7:16

driver 157:8,24

driver's 76:23

driving 10:2 50:23

dropped 65:16

drug 61:4

dude 110:20

due 14:24 15:11

duly 6:22

Dutch 99:17

duty 38:20

158:17

**E**

earlier 94:10

east 73:20 92:6

edge 91:5

Edwards 6:6,25 9:9,
14,16,20,22,23 11:24
12:3,5 15:3,14,19
16:11,14,18 21:25
24:24 28:19 35:3,8,9,
14,24 36:6 42:25 43:7,
10,13,17,19 44:13,17,
22 48:14 50:1,11,13
59:24 61:24 62:17,21
63:4 64:23 68:1,3 69:3
73:6 75:10,20 81:25
82:2,4,7,14 88:1,4,7
95:5,6,15,21 96:1,4
99:15 101:7,11 102:23
103:2 116:13 122:13,
17 137:16,20 150:17,
19,24 151:24 152:3,7,
11,18 155:2 158:13,23
160:20,22 161:17
162:20

effect 130:16 144:22
162:1

effective 103:22,23

effectiveness 104:15

Eighteen 28:20

emailed 146:12 147:1

emergency 6:13 53:17
117:19 152:22

employed 7:5 32:17

employee 46:17
139:10,14,22

employees 139:8,13,
17,22 140:4,8 154:10,
14

EMS 24:6 25:12,21
26:22 27:13 28:11
30:8,13 41:6,14 48:23
49:12,19,21 50:14 61:9
115:1,4,8,11,20,24
116:9 117:4 119:1,22

EMT 129:13 157:4,7

enabled 56:25

encountered 28:15

end 46:6 53:16 77:24
104:6 122:11 135:12
136:17 156:11

Enforcement 7:19

English 140:17

entire 17:25 18:9 51:8
62:3,6 121:20

entrance 46:17

equation 108:22

erratic 59:7 107:3
132:17

erratically 118:4

error 140:14,15

established 47:11

estimate 68:23,24
86:2 97:11 156:5

events 122:10 126:15

Eventually 71:21

everybody's 28:13

exact 18:24 138:23

EXAMINATION 6:24
155:5 160:21

examined 6:22

excuse 58:19 139:4

exhibit 9:10,15 10:22
16:16 43:3 44:15,20
47:4 62:14 80:15 101:9
102:25 122:15 137:18
139:4 150:22 152:1,9,
20

exhibits 46:10

exit 76:11,13

exited 76:4

expertise 25:18 55:6
57:4 150:7

expired 62:1

explain 162:16

**Todd Baggett - December 07, 2016**

expressed 94:9

extended 91:22

extensive 147:3

extent 32:6

extra 43:15

---

**F**

face 52:24 59:11 62:7,8 111:18 114:20 120:12 124:15 132:11,21 133:19 144:8 153:21

face-down 14:14

facial 120:17 121:12 151:2,4

facilitate 59:14

facing 87:6,10,15,19 96:10,12 153:4

fact 23:13 24:13,14 25:7 99:12 132:12 135:1

factor 33:12

fair 139:23 143:5 160:2

fairly 138:25

familiar 7:17 9:5 10:23 99:7 156:5

family 20:15

fashion 54:24 80:8

fast 93:14

FBI 147:6,8

fear 39:13

fears 94:9

feet 11:11,15 12:8,13, 17,25 13:2,3,6,7,16,21, 22,24 14:1 17:15 20:3 24:7 27:1,3,6,9 52:22 66:19 83:19,20 85:5,25 92:23 93:6,9,11 97:6, 24 104:2,4,21,22 106:23 108:7 109:14, 23 111:5,7,11,14 112:3,7 119:14 120:10, 12,16 124:14 131:24

---

132:1,2

fell 103:21 106:24 108:4,7

female 25:21 49:7 50:18,22 65:1 136:3,8 157:10,12,18 159:18

Female's 50:24

ferocious 100:5

fight 99:4

Finally 131:14

find 18:3 19:16 118:22 135:8,9 139:13

finding 155:20

fine 19:10 95:21 100:7

finger 26:3 127:5

finished 43:23

fire 41:6,7,15,19 42:11 85:17 115:13 119:1

firemen 41:16 42:1,8 115:20

firemen's 42:3

firm 155:8

Fisher 29:15

Fisher's 29:15

flipped 147:18,20

fluid 130:7,11,22

fluids 129:10

focused 105:11,21

follow 38:14

follow-up 155:9

follow-ups 160:20

foot 22:2,14,19 27:18 106:8 119:14

foot's 22:5

force 16:20 30:17 31:5, 8 32:17 33:12 119:4,7

forever 134:18

form 11:23 15:2,13 21:21 24:23 28:17 59:22 73:3 75:8,17

---

88:5 95:1 99:14 161:14

forward 110:7 111:10

found 17:18 18:4,5 19:24 24:16 155:14,18

founded 94:11

four-point 11:8,10,17 12:1,6,12,17 16:23,25 17:14 24:15,21 25:7 27:12 62:5 118:14 120:6 144:7

Fred 29:15

friends 20:16

front 10:24 12:13 39:17 73:20 87:5 98:3,4,14 102:18 105:21 119:11, 18,19,24 149:13 157:24

full 85:18 136:18

furnished 9:12

---

**G**

gain 30:6

gained 7:20

gaining 71:12 93:21

game 162:14

gave 23:22 64:6 116:5 122:4 130:15 144:22 147:12,14,17 157:3,20, 22 159:1 160:3

general 82:24

General's 147:16

generally 69:9

gentleman 122:25

give 35:1 61:3,7,14 64:13 85:21 90:20,22 103:23,25 115:23 136:19 147:15 159:24 161:4

giving 84:2,4,20

gloves 40:20

good 9:22 19:10 34:23 65:7 73:7 75:4 81:22

---

97:6 162:17

Goode 6:7 15:20 17:23 18:10,21 19:7,13 23:6 28:14 30:7,11,14 33:5, 21 34:2 35:11 36:8,13, 24 37:14 38:22 39:5 40:10 42:21 47:8,18,24 48:18 51:16 52:3,5,12, 21 54:23 62:1 64:1,16 65:1,5,8,9,16 66:4,5 68:10,18 70:17 75:22 85:23 86:1,24 87:6,13, 14,18 88:19 89:10,15, 20,24 90:18 91:16 92:11,16,21 94:7,20,23 96:9,10,15 97:20 98:8, 15,16 99:4 100:25 101:5,13 102:14 103:11,13 104:18 105:6 106:19 115:16, 24 116:9 123:8 126:1, 11,19 128:20,24 130:14,19 131:23 133:12 135:1 144:3 152:24 155:12,22 156:17,19 157:2 160:9, 23

Goode's 13:2 17:18 22:1 30:20 54:21 59:2 86:4 101:14 103:3,8 113:25 127:4 148:14

Goodman 33:23 47:12 63:25 73:19,24 74:1,5 76:24 90:4,15 91:9,14 131:16

grabbed 71:5 74:12 80:3 109:23 111:5

grabs 86:24

Graham 50:24 157:13, 15

grammatical 140:14, 15

grass 34:8 36:7,9 40:2 68:5,15 73:25 76:5,6 77:21 107:15

grassy 68:4 107:16 115:9

grating 132:13

---

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

**Greencliff** 7:16

**ground** 71:6,12 74:16 80:11 82:22 84:21 93:21 95:17 103:11,21 106:21 108:4 110:24 111:18 114:20 115:19 120:19,20 121:15,18 125:15 151:3,5

**group** 49:11

**guard** 48:24 55:3,6,9, 24

**guards** 55:24

**guess** 22:7 23:1 33:8 63:21 66:25 67:11 69:18 140:2 144:25 156:3 160:7

**guessing** 160:4

**gun** 39:14

**gurney** 27:21 42:23 54:3,6 115:6,8,11,16, 19

**guy** 28:24 41:17,21,24 71:12 74:14 98:21 100:25 121:25 135:20 141:21 143:4

**guys** 35:3 68:1 75:11

**Gym** 29:15

**H**

**hair** 41:21 58:22 160:2

**haired** 51:3

**hale** 155:22

**half** 13:14 14:3,5 30:1 43:22 92:23

**hall** 133:2,5 135:7,13

**hallucinogenic** 40:16

**hallway** 134:15

**hand** 13:2 44:11 79:14 109:18 111:21 114:1 116:19 132:22 153:1, 12,14,15,25 159:1

**hand-held** 127:8

**handcuff** 13:16 30:24 114:11 145:12

**handcuffed** 14:14 24:15 108:18 109:21 110:1,22 114:12 118:18

**handcuffing** 106:13

**handcuffs** 13:12 14:9 16:7 31:24 32:4 108:8 114:7 118:11 145:7

**handed** 117:7 157:5 158:2

**handle** 70:10 77:13,19 78:11,14

**handler** 72:23 73:4 75:18 76:1 88:14 100:19

**handlers** 75:19

**handling** 59:20

**hands** 11:11,15 12:8, 13,17,25 13:2 17:15 20:3 24:7 27:3 31:25 32:5,7,8 52:21 70:14 109:1 114:1,22 120:11, 16 128:6

**hands-on** 84:22

**happen** 46:2,3

**happened** 25:4 26:6, 22 53:16 71:3 82:19 114:18 140:9

**hard** 16:2 68:19 90:25 97:10

**hate** 156:2 159:25

**he'll** 94:17

**head** 53:15 61:21 62:9 71:9 83:1 98:21,25 107:25 112:23 120:19 124:16 132:22,23 150:14 152:23,25 153:1,4,6,7,9,10,12,14, 16,19,24 154:3

**headed** 64:11 69:9 92:2

**heading** 82:24

**health** 129:2

**hear** 70:4 71:5 75:1,2,3 77:10 132:3,7

**heard** 14:11 50:6 75:1 141:5

**heart** 127:12,14,16,21 128:1,3

**height** 156:6

**helped** 108:12

**helps** 57:20

**HERETO** 16:17 43:4 44:16,21 101:10 103:1 122:16 137:19 150:23 152:2,10

**heroin** 61:3

**hey** 158:1

**highway** 39:3

**hill** 83:23 85:6 91:8,19 94:2 120:24

**HIPAA** 143:3

**history** 19:22

**hit** 72:6,7,17 98:25 106:5,6,9,19 107:1,25 130:20 132:23 133:1, 23 134:5,6 136:1,24 153:17 154:4

**hits** 65:17

**hitting** 124:23,25

**hobbled** 120:2,3,5

**Hobbs** 50:3,6

**hogtie** 11:7,15 120:6

**hogtied** 11:9

**hogtying** 11:21

**hold** 35:15 36:4,16 48:6 55:13,14 59:4,6,8 70:14,18 79:11,14,15, 18 87:22 103:3 140:22 141:24

**holding** 43:14 111:16, 17

**home** 7:15

**health** 129:2

**honest** 21:5

**hope** 55:8

**hopping** 119:25

**Horn** 11:6 29:17

**hospital** 18:6,11,14 19:3 20:12,19,23 21:2, 3,7,10,19 23:16 24:19 44:7 47:22 49:4,5 51:7 52:3 54:8 55:1,4,10 57:10,21 58:9,10 59:13 60:2,10 86:21 101:19 116:4,5 117:23 121:20 122:10 124:15,19 128:23,25 131:14 135:6 136:11 139:8,10, 14,17,21,22 140:8,9,12 141:9,14 142:3 143:7, 12 146:6,16 148:16,21 149:1,9 155:8 158:12

**hospital's** 125:1

**Hospital-desoto** 6:9, 11

**hospitals** 59:17,20 60:1 143:3

**hot** 131:7,10,11,18,20

**house** 100:6

**hugging** 77:24

**Huh-uh** 111:15

**hundred** 131:19

**husband** 21:16 65:8

**Huskison** 6:16 9:13, 19,21 11:23,25 15:2, 13,17 21:21 24:23 28:17 36:4 43:5,11,15, 18 48:6 49:24 59:22 61:22 62:17,22 63:1 68:23,25 73:3 75:8,17 82:6,8 87:22 88:3,6 95:1,12,18,25 96:2 99:14 116:11 150:18, 20 154:20 162:21

**I**

**idea** 21:5 39:15 51:20 75:9,25 90:16 104:20 105:20 115:17 142:24

Todd Baggett - December 07, 2016

148:25 149:19,24
151:7 161:16

**identify** 6:4 41:4 42:18
142:7

**ill** 94:11

**imagine** 12:14 34:14
117:12 121:17 161:8

**immediately** 73:9,16
134:8

**immobilized** 11:12

**impact** 101:13

**importance** 72:10

**improper** 95:24

**inches** 13:5,15,18
156:6

**incident** 43:21 44:17
45:5,8,10,23,24 62:19
122:18 137:21 138:9,
13 152:20

**including** 119:1

**incoherent** 34:6
118:24

**Incoherently** 39:20,21

**incorrect** 94:12 104:3

**indentation** 152:5

**indented** 151:11

**indicating** 35:17 140:4

**indication** 47:17

**individual** 6:17

**infer** 120:3

**influences** 30:17

**information** 46:9 63:8,
13,15 138:6

**ingestion** 40:18

**inhaler** 18:5 23:15,17,
22,23 24:17 115:22
116:1,19,23 117:7,11
155:16,22,24 156:1,6,
8,14,18 157:1,20
158:11,15,17,20 159:2,
5

**inhalers** 156:4

**initial** 47:21 90:19

**initially** 35:11 85:24

**injected** 130:22,25
143:21 144:12,16

**injure** 27:13

**injured** 39:5

**injuries** 125:5,6,8

**inside** 70:3

**instructed** 40:18
62:10

**instruction** 23:11

**instructors** 8:7

**intercom** 133:25 134:1
135:3,17

**interdepartmental**
41:3 137:23

**interest** 19:18,25

**interested** 121:10

**interesting** 99:22

**interfere** 143:11

**internal** 45:19

**intoxicological** 10:2

**introduced** 119:2

**involved** 23:1 40:19
154:17

**issue** 26:17,20 57:15
59:1 158:18

**issues** 156:19 157:4

**items** 115:23 155:13,
18

**IV** 129:10,13,18,24
130:8,12,22 142:18
144:12 160:24

**J**

**jail** 143:16

**jaws** 75:3

**job** 129:7 136:20

142:25

**jog** 69:19

**John** 6:8

**Jordan** 6:12 35:5,14,
18,21 43:6,8 64:19,22
81:23 82:1,3

**judo** 29:20

**Jujitsu** 29:21,22

**July** 37:10 47:12 131:8

**jury** 17:12

**K**

**K9** 34:11 36:13 69:10,
23 70:3,22 72:3,14
73:4,19,23 74:5 77:1
82:18 83:17 90:8 97:21

**karate** 29:19

**keeping** 94:6 111:16
125:24

**Kelli** 64:25

**Kevin** 6:6

**key** 84:6

**keyed** 94:15

**keys** 122:4

**kick** 14:21 109:17
110:4 118:24 119:13,
20

**kicked** 112:7 119:22

**kicking** 27:1,3,6,10
32:1 55:14 109:13
112:5 114:25 117:22
118:4,8,9,10,15,17,19
119:12 124:8,14,22
131:25 151:19

**kid** 120:24 121:7

**kids** 116:22

**kill** 161:21,25 162:4,5,
7,18

**killed** 162:11

**kind** 19:22 40:20 45:8,
9 47:19 50:8 61:18

66:13,20,24 67:1 77:25
80:20 90:5 91:5
132:11,17 149:22
158:17

**knee** 109:6,9,10,15
110:5 114:3

**knees** 111:6 113:24

**knew** 20:3 22:1 24:2,3,
8 107:19 108:15 116:9
133:19 141:17

**knocked** 161:13

**knowledge** 136:5
138:3

**L**

**Ladin** 99:13

**lady** 51:3 135:17 136:6
159:22

**Lake** 11:6 29:17

**lap** 159:14

**large** 134:20

**larger** 46:23 81:5,12
156:7

**law** 7:18 10:1 29:3
143:3

**lawyers** 154:25

**laying** 108:10 153:15,
19

**learned** 65:9

**leather** 79:12

**leave** 15:1,8,18 51:11
52:8 56:18 126:10
134:9 136:18 144:16
146:6

**leaving** 126:10

**left** 34:12 41:14 44:7
46:18 51:24 52:5 54:12
83:11 85:21 86:6,8,9,
24 89:20 96:9 101:15
103:8 116:7 122:5
129:9 130:8,17,25
135:13,14,16 136:18
144:18 145:17 148:17
153:5,22

Alpha Reporting Corporation

**Todd Baggett - December 07, 2016**

leg 13:5 14:6 15:20 16:4,6,8 20:3 112:9,21, 23 113:4,5,12,13 114:4,7,8 118:20 119:3,9 124:23 145:7, 11 152:4,5

legend 50:8

legs 15:25 109:15,16 110:7 112:4 113:25 114:22,25 119:5

length 15:24 16:7 121:20

lengthy 117:17

lesser 119:4

level 30:17 31:3 32:16 127:4

lieutenant 40:24,25

lifesaving 150:2

listen 161:23

litigation 155:9

loaded 116:18

loading 157:25

located 155:19

location 53:17 76:3

locked 138:13

log 102:16

long 7:10 8:15 10:19 29:24 30:5 34:19 37:12 49:11,12,15 104:14 161:2

longer 84:8

looked 38:2 63:5,7 71:3 74:11 133:5 134:17 135:13,16 138:8 156:9

loop 98:1

looped 13:12,23 14:1

loose 98:24 103:8

lot 20:5 22:23 32:22 33:24 34:2,17 39:24 40:1 50:5 64:2,9,11 67:10,11,15 68:5 81:9 85:11,18 91:10,17

92:3,8,10 102:21 105:15 145:19 147:3 151:18

loud 124:10

lower 16:8

LSD 40:10,12,14,18 65:17 115:3

LSD's 40:19

**M**

machine 10:2

made 40:12 72:2 108:15 139:3 142:7 143:6 146:4,6 162:9

main 14:9 33:8,9 56:7 116:25

major 112:11 140:17

make 21:20 28:12 40:20 42:2,4 54:20 81:5,11,18 95:19 100:4 137:13 143:13 146:9

makes 80:21 100:4

male 49:7,8,9 50:19,22 54:16 57:24 58:10 59:2 63:25 123:11,24 136:7 137:1,3,5 139:11,20 142:8,9,10 157:8 158:23

males 58:2

Malinois 89:11,12 99:5,24 100:3,22 101:6

man 22:4,6,13 98:23

manual 29:2 104:3

map 97:10

mark 6:8 9:9 16:11 35:16 42:25 43:7,11 67:10 81:15 89:22 97:8 102:23 137:12 151:8

marked 9:16,18 16:16 43:3,16 44:15,20 46:9 62:14 76:2 82:16 91:21 97:12,13,15,19 101:9 102:25 122:15 137:18 139:3 150:22 152:1,9,

20

marking 137:11

martial 29:6,11,18,25

Marty 6:14

matter 99:12

mattress 62:7

maximum 104:15

Mccormack 6:7 9:17

Mcintosh 6:8

means 75:1 120:22

meant 139:14 140:11

measurements 104:20

meat 63:12

medical 24:5 25:15,18 26:17,19 47:21 48:20 49:1 55:6 56:25 60:21 61:6 122:6 126:25 128:3,4 130:13 133:17 140:24 150:7

medically 128:8

medication 60:22 142:18 143:18 144:12, 16 160:24 161:3

medium 69:19

meeting 154:9,11

meets 68:5

memo 40:24 41:3 44:1, 6,8,9,11,13 47:3,4 137:22,23,25 138:13 139:6

memorandum 46:14

Memorial 6:9,11

memory 114:17 151:1

men 58:19

mental 37:4

mention 156:21

mentioned 142:1,3

met 111:8 154:24

middle 131:8

military 99:20

mind 35:5

minding 128:15

mine 25:18 100:7 126:22 147:4

minimum 32:12

minute 36:17,18 71:22

minutes 115:6 117:24 130:16 144:21 161:5,7

Mississippi 7:18,23 8:3,10,24 10:1 11:4 17:8 65:23 147:15

mixed 29:11,18,25

MLEOTA 8:3

MMA 29:9,11

Monday 138:24

monitor 25:16 57:1 127:12,15,16

monitored 57:7 127:22 128:1

monitoring 25:13

months 7:12 28:16,18

mortem 101:22 145:25 147:18 148:14

mouth 76:17

move 13:7 31:23 59:14 78:2,21 110:7 111:25 114:25 119:25 141:11 152:24 153:6,7,11

moved 52:12 78:25 111:7 122:21 152:23 153:2,7,10,13,24

movement 12:9,11 13:1,6

moving 61:13 66:19 76:17 94:13,14 111:24 132:5

multiple 140:4

mumbling 34:6 39:19

**Todd Baggett - December 07, 2016**

**N**

names 48:25 50:19
58:1,6,21

Narcan 61:14

narrative 63:13,15

nasal 61:4

nasally 60:24 61:19

nature 109:20

Navy 99:9 100:2

neck 79:22

needed 56:8,9,17,18,
20,21,23 57:5 59:14

negative 111:15

negatively 61:21

Nether 130:3

nipped 71:4 74:11,18
75:1,5,14,24

nods 77:5

noise 132:3,7

noncompliant 31:2

north 84:2,7 90:5,6

northwest 85:8 90:5,6

nose 60:12

noticed 101:20 131:22
133:13 139:6

number 9:19 52:12
64:15 65:4,6,7 67:11
68:5,17 76:3 85:22
142:14 159:25

nurse 59:3 123:5,7,16,
18,21,24 124:21
126:13 129:4,9,18,23
130:21,24 132:24,25
133:7 134:13,25 135:1
136:4,7,8 137:1,3
139:15,19,20 140:21
142:4,8,9,10 143:18,20
144:10,11,16,18 145:2
158:14,20 159:2,16,18

nurse's 134:2,5

nurses 48:24 49:7 51:6
57:24 58:3,11,13
123:12 130:8,12 137:5
139:11 142:13 143:17,
19 144:2 150:11
158:23

**O**

object 11:23 15:2,13
21:21 24:23 28:17
59:22 73:3 75:8,17
88:4 95:1 99:14 161:14

observed 127:1

occurred 97:9

offense 32:19,21,25

Office 147:11,16

officer 7:3 11:18 12:7
17:20 22:17,18,21
24:20 26:10,11 30:10
31:9 33:17 34:9,10
35:1,25 36:13,20,25
45:9,11 51:21,23,24
52:5,9,14 54:15 68:7
69:10 71:1,4,8 74:12
76:6,22 77:7,11,14
78:7,12,20 79:1,5,24
80:3,7,18 81:6,15,20
82:15,17,22,25 83:17,
21 84:14,16,25 85:1,24
86:1,23 89:16 92:14
93:19,20 94:10 96:5,23
98:14,18 100:15 101:3
103:4,9,18 104:17,18
106:1,8 107:11 108:11,
13,15,19,21 109:6,9,17
110:16 111:12,13,17
112:21 113:2,17,21
114:5 122:1,3 129:23
137:10 143:2 149:4
152:19 155:7 157:10

officers 14:14 22:12,
25 23:2 32:10 42:10
54:15 56:2 77:22 85:9
92:25 93:3 105:1,4,6,7,
17,18 110:21

officers' 33:2

Oliver 6:15

open 69:25 70:7,9,11

opened 34:10 37:7
69:23 70:10,19,21
71:19 72:11,21 73:8,22
74:3,14 77:16 95:3,12,
16

opens 72:7 76:19

opinion 14:2 22:7
126:25

opposite 16:8

order 53:24 85:1,24
86:24

ordered 83:18,22
87:14,23 96:5

Osama 99:13

overdosing 61:3

overhead 34:22 43:12
65:5 76:3 82:16 137:11

oxygen 25:20 26:1,4
51:19 127:4

**P**

P-E-E-R 45:14

pages 62:23

parallel 73:19

paramedic 157:19

pardon 38:11 87:3
100:8

parked 36:1,13

parking 20:5 32:22
33:24 34:1,17 36:9
39:24 40:1 64:2,8,11
67:10,11,15 68:5 81:9
85:11,18 91:10,17
92:3,8,10 105:15

part 10:3 13:18 41:1
67:14 86:3 94:8 101:14
114:13

partial 62:18

partner 78:25 79:2,6
83:1

passed 98:7

passenger 72:12

passes 94:19

past 91:3,13 93:11,25
94:4,17,21 98:12

patch 41:13 42:17

patients 59:17,21 60:1
61:11 124:11

Patrolman 7:9

pavement 36:9

pay 22:15

paying 28:6 128:12
129:6

Pearl 8:3

peer 45:10,14,15,22

peers 45:4,7 148:8

pen 64:19

people 14:23 15:9
22:23 24:6 25:11 26:23
27:14 41:4,5,7,15 42:6,
18 48:23 49:17 55:21
56:9,21,22 59:15 61:3,
13 70:11,13 105:15
126:9 136:18 140:8,12
141:2,4,7,12 145:19

perceive 38:2,3

perception 36:24

perchance 156:1

period 15:10 30:5 62:3
67:23 118:2 125:25
136:14,16 137:1
151:20 161:9

periods 14:24

person 25:22 28:14
40:15 45:4 46:5 69:25
122:9 130:13 140:6,7,
10 142:7 147:14 157:9

personally 57:15
84:17 158:10

personnel 47:22 48:20
49:1 50:15 54:8 57:21
60:21 115:13 119:22
122:6 136:12,25

pet 100:6

**Todd Baggett - December 07, 2016**

petted 100:11

phase 89:10

Phillips 6:14 160:19

phone 146:10 155:19

photo 41:4,12 42:5
151:6

PHOTOGRAPH 43:2
102:24 122:14 137:17
150:21 151:25 152:8

photographic 114:17

physically 46:13

Physicians 6:13

pick 116:14

picked 115:18

picture 41:25 42:20
91:5 99:23,24 102:4,5,
17 112:10 125:14
148:12 149:12,16
152:4

pictures 101:22,24
145:25 146:3,7,9,11,
20,25 147:5,10,12,19,
21 148:1,3,10 151:1

pie 78:1

pillows 124:22 125:2
159:17

pitty-patting 107:8

place 90:19

places 105:5

placing 159:17

plain 143:9

plenty 33:14

plural 139:18

pocket 23:19,23 37:24

point 19:20 23:4 27:22
32:11 33:6,16 35:16
37:1 51:11 54:13 56:25
64:19 69:13,19 73:12,
15,18 74:6,7,22 75:23
76:20 78:10 80:3,18
83:2 85:10 89:24 91:11
92:6,21 94:22 97:2,9,
14 98:4,19 102:15

103:4 105:19 107:18,
20,24 108:1,18,22
109:11,23 113:20,22
115:21 116:11 123:19
125:6 128:7 131:25
137:4 145:6 158:19

pointing 41:18

pole 28:22

police 7:3,6 9:2 17:7
22:25 23:2 24:20 28:16
30:8,10 31:9 32:9
36:21 42:10 45:8
46:15,16 51:21 52:9,14
70:12 75:6 77:22 79:10
85:13 99:21 121:4,6
122:1 143:2 149:4

policy 16:21,24,25
17:9,14 44:9

Polyester 112:19

poor 18:8

popular 75:5

posed 36:24

position 12:21 14:14,
15,18 25:8 28:15
57:17,18,21 58:11 59:2
62:11 72:17

positional 14:10

possession 158:11

post 101:22 145:24
147:18 148:14

pound 98:23 100:25

pounds 22:3,6

pre 47:19

pre-meeting 138:22

precaution 125:1

precautions 20:15

preparation 138:18

prepare 43:21 44:3

prepared 40:23 44:5,6,
12 45:2 46:14 47:7
63:16 138:9

presence 162:4,18

present 54:11

pressure 110:6,8

pretty 22:5 61:14 69:1
151:14 161:13

previous 91:22 157:7

previously 97:19
138:1

print 37:16

printed 137:24,25

private 46:23

probe 103:19 104:16
106:6,9,19 108:6
125:11

probes 104:14

problem 25:12 26:15

problems 23:8 24:4,9
25:6 94:6 115:25
116:10 117:2,21 158:2

procedures 150:2

process 78:15

Program 7:19

progression 30:25

prone 13:8 52:24

pronouncing 89:13

protocols 59:20

provided 8:24 9:1
10:22 43:20,25 141:14

proximity 33:11 39:1,5
108:20

pull 33:24 39:14 106:18

pulled 33:23 34:9
70:10 76:11

pulling 16:6 92:18 97:7
132:6

punched 71:9 83:1
98:21,23

puppy 67:2

purple 132:23 133:19
153:9

purpose 102:13

purposes 147:19

pursue 93:17

pursuit 96:19

push 111:10

pushed 54:5 110:6
153:16 154:2

put 13:8 14:6 15:20
16:5 18:10 23:25 24:2,
21 26:3 27:24 32:7
35:2,10,25 41:13 42:22
47:1,20 57:1 64:15
65:4 67:19 80:15
87:15,16 91:15 104:5
109:1,6,9 110:8 111:7
113:7,9,24 114:4,6
115:19 118:10 119:9
122:22 124:8,22,24
125:2,3 127:2 128:6
129:13 130:7 132:22
138:5 139:16 141:21
142:18,20 148:21,23
149:7 150:4,5 151:14
153:1,12,14,15 156:10
158:5,6 160:24

putting 11:15 53:14
109:10 110:6 113:1
114:2

**Q**

question 17:12 18:7
19:9,11 41:13 55:20
56:5,11 57:12 59:9
61:22 66:11 87:18 88:1
97:1 105:17 112:2
116:8 147:9 161:23

questions 62:14 104:9
155:9 160:17,18
162:21

quick 35:15 97:7
139:13

quickly 82:1 161:13

quit 89:8 124:24
131:25 132:1

quote 15:15

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

## R

**radio** 63:22 68:16

**rail** 124:24

**rails** 124:23,25 159:17

**raised** 57:15 59:1

**ran** 34:4,8,9 36:8 37:7 68:18,20 69:14 74:15 81:14 91:3,13,16 93:11,24,25 94:4 97:4 98:9 114:7 133:7 135:17

**range** 13:1 103:22,23, 25 159:24

**rank** 7:8

**re-ask** 18:7

**reaching** 77:13,19 78:11,14,17

**reaction** 14:19 89:3

**read** 17:12 138:14

**real** 35:15 57:14 61:2 63:12 82:1 92:5 162:9

**rear** 69:23 77:1,16 78:8,13 82:18 97:24

**reason** 56:7 116:25 118:19 125:20

**reasonable** 16:20,22 30:18

**recall** 8:5 26:5 52:16, 17,18 54:7,9,22 58:20 70:20 78:19 115:15 117:14 123:18 137:8 144:17,19 157:6 158:6

**receive** 30:11,13

**received** 29:5

**recent** 138:25

**recently** 61:2

**recollection** 113:18 128:5

**record** 6:5 18:23 19:14 82:9,13 88:6 152:13,17

**records** 157:7

**refer** 44:24

**referred** 47:25

**referring** 36:8 39:18 44:1 61:8 79:2 118:16 122:20 156:7

**refresh** 151:1

**refresher** 7:20,23,25 8:12 9:25

**regular** 123:6

**release** 88:13

**released** 88:9 89:15, 17,19 96:16 103:14

**relieve** 25:8

**remain** 14:23 15:9

**remark** 121:8 142:8

**remember** 8:18,21 10:25 11:5 19:19 20:1 23:9 46:20 49:8,14 52:19 53:11 54:10,13, 17 65:11 68:14,15 86:16,22 90:9 91:4 107:13 109:10,20 111:22 114:2,15 125:23 126:14 127:3, 23 137:9 138:23 146:1, 2 155:20,25 156:3,23, 24 159:1,23

**rendered** 140:25 143:14

**repeatedly** 75:7 161:18

**report** 41:2 43:21 44:10,17 62:19 63:12 64:24 65:14,22 108:3 112:20 122:18 137:21 138:9 152:20 153:24

**reported** 131:22

**reporter** 6:19 16:13

**reports** 40:23

**revival** 61:17

**representatives** 58:10

**representing** 30:7

**represents** 155:8

**requested** 112:21,23 113:3

**requires** 10:13

**resisting** 33:3,5

**respond** 56:11 58:13 124:6

**response** 15:6 39:22 40:5,7 53:1 60:14 65:15 66:7,9 76:21 77:3 81:4,13,17 88:10 95:11,14 96:20 111:1, 15 113:11 114:21,23 123:13 126:6 129:11 133:14 134:6,10,12 135:10 136:10 137:6 142:11,15 144:5 148:18 149:14,17 154:5 161:20

**rest** 33:18

**restrain** 119:5

**restrained** 24:16 120:11 141:13

**restraint** 12:6 16:2 25:8 118:14 120:7 141:19 144:7

**restraints** 11:8,10,17 12:1,12,17 16:23 17:1, 14 24:21 27:13 55:10, 13,16,18 59:4,6 62:5 121:13 124:13 139:9 140:5,20,22,24 141:7, 14,15,21,24 142:1,3

**restricted** 119:9 120:15

**result** 53:16

**retaining** 9:11

**returned** 129:9

**review** 157:6

**reviewed** 138:17

**revival** 61:17

**Rich** 22:17,18 26:10,11 51:24 52:5 108:12,13, 19 109:6,9,17 111:12, 13,17 112:24 114:12

122:3 129:23 157:10

**ride** 117:15,16,17

**riding** 26:21 28:12

**right-hand** 149:15

**Ring** 50:24

**road** 47:12 63:25 73:19,24 74:1,5 76:24 90:4,15 91:9,14 93:23 107:22 131:16

**Rock** 8:20

**rode** 18:12,13 19:2 129:25

**roll** 109:19 111:3,25 120:21,22,23,25 151:4

**rolled** 54:3

**rolling** 111:16 115:6 120:24 151:5

**Ron** 8:25

**room** 18:16 20:14 21:11,13 46:23,24,25 47:20,24 48:1,3,9,16 49:10,13,20 51:7,10, 15,22 52:6,9,11,12,13, 15 53:8,17,20,21,25 54:15 55:23 62:1 116:5,6,7 121:20 122:7,10,21 123:6,8, 17,21 124:5,9,19 125:2,21 126:4,7,10 127:9,10 128:16 129:9 130:9 131:9,22 133:21 134:9,13 135:11,18,23 136:4,12,17,19,23,25 142:14 143:6,17 144:10 145:10 148:2, 24 149:25 152:22 158:14 159:4,7,10,11, 12 160:11,13,25

**Rosenberg** 102:7 146:13,15,19,23 147:7, 12,17 148:3

**rubbing** 120:19

**ruckus** 131:15

**rules** 38:13,14 48:11

**run** 34:20 39:16 67:6 69:17 71:11 74:14

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

81:19 83:5 84:1 89:20,
24 106:4,25 107:4,5,22
110:13 133:10

**running** 32:21 33:21
34:6,12 39:19,23 40:3
66:13,15,22 67:4,9,10,
17 68:11 70:5 71:2,7
73:10,14,17 74:23
76:12 80:6,8,13,16,19
81:3,6,8 82:17,21 83:3
84:10,12 85:8 88:17,
19,20,21,24 89:18
90:3,18,24 91:7,10,13,
24 92:5,15 93:23 94:2,
10,12,15,16,18 96:14,
16 97:25 98:6,13
103:7,16 106:2 107:4,
5,6,10,12,13 108:17
120:10

**S**

**safety** 20:15 28:13
118:25

**sat** 46:25 116:6 129:25

**saturation** 25:20 26:1,
4 51:19

**scale** 30:22

**Scallorn** 22:12 33:17,
20 34:9 35:25 36:13,
20,25 37:6 51:23 52:1
71:1,5,8 74:12 76:7,22
77:7,11,14 78:7,12,20
79:1,5,24 80:3,8,18
81:7,15,20 82:17,22,25
83:3,18,21 84:14,16,25
85:2,25 89:16 92:14
93:19,20 94:11 96:5,23
98:3,7,13,14,18 103:4,
9,18 104:17,18 105:18
106:1 107:11 108:19,
21 112:25 113:5,21
114:10,14

**Scallorn's** 34:10 68:7
69:10 86:23 100:15
101:3 106:8

**scenario** 33:4

**scene** 17:19,21 18:9
22:16,20,24,25 23:3
27:14 30:10 32:10

33:15 34:23 41:7 47:11
56:1,3 61:10 63:21,24
64:25 85:10,14 92:25
93:3 102:16 103:5
105:2,4,8,19 108:16
118:25 146:4,15
155:12,19 157:2

**scooting** 110:2,24

**scream** 160:25 161:2

**screamed** 118:1

**screaming** 117:22
118:4,15 124:7 160:10
161:19

**scurrying** 120:19

**Seal** 99:10,13

**SEALS** 99:9 100:2

**search** 155:11

**seat** 70:13

**seated** 14:15,18

**seconds** 134:19,24

**security** 48:24 54:11,
14 55:3,6,9,24 60:5

**sedative** 60:11,23
61:16,19 142:22
161:12

**send** 146:25

**sense** 21:20 80:21
162:10

**sentence** 140:3

**separate** 10:16

**series** 122:10 126:14

**seriousness** 32:19

**set** 48:11 56:20 158:5

**Seventy** 34:15

**severity** 30:16

**shackle** 114:11,13
118:9

**shackled** 17:15 20:2
24:7 25:9 26:12 27:3
28:9 32:13 52:21 62:4
113:25 114:19,22
118:5 119:17 144:3

151:21,22

**shackles** 13:6 16:4
26:7 56:6,12,24 57:16
112:21,23 113:4,6,12,
14,16,22 114:4,14
118:20 119:3,9 145:7,
8,11 152:5

**shadow** 35:19,20

**shakes** 61:21

**Sharpie** 35:1 64:14

**she'd** 20:13

**Shelton** 45:16

**Shepherd** 99:18

**shin** 111:8,9 112:8

**shins** 124:23,24

**shirt** 37:16,17 41:18
64:7

**shirts** 41:14

**shocked** 106:15

**shooting** 39:10,14

**short** 37:16 54:1 57:25
67:23 77:23 82:6,11
152:11,15 161:9

**shorter** 58:1,16 59:3
137:3 139:19 159:2,3

**Shortly** 146:1

**shorts** 37:14 64:7

**shot** 34:23 38:6,18
45:9 106:1,7 130:11

**show** 9:10 11:21
102:18 152:5 153:25

**showed** 108:16 125:13

**shown** 96:16

**shows** 75:6,14

**side** 13:5 27:16,19
41:14 62:9 72:2,12
73:25 76:5,6,23 77:21
79:23 92:9 124:17,22
125:2 131:5 132:22
143:25 153:1,15,20,21,
22 159:17

**significance** 72:9

**sir** 7:1,4,7,14,15 8:1,21
9:3,7 10:5,18 12:19,22
13:9,13 15:22 16:1,4,
13,22 17:2,22 18:1,2,
20 19:15 20:1,8,24
21:17 23:4,24 24:1,10
26:14 28:21 29:7,13
30:4,9,12,15,19 31:6
32:6,11,14,20,24 33:1,
6,8,13 34:24 36:15
37:13,15,17,22 38:7,
19,21,24 39:3,20 40:9,
13 42:7,19,23 43:22
45:20 46:1,8,24 47:3,9,
13,23 48:2,17,19,21
49:6,22 50:7 52:7,10,
13,16,23 53:3,19,22
54:4,22,25 55:5,17
57:9,13,19,22 58:3,5,7,
12,18,25 59:10,19
60:18,25 61:23 62:2,5,
12 63:9,14,19 64:3,11
65:4,21,24 66:5 67:8
69:11,24 70:20,23
71:21 73:21 74:6,9
75:13,23 76:5 78:10
79:4 80:1 81:2,10 85:4
86:2,9,12,17 87:2
89:14 91:11 92:1 94:5,
8,21 96:7,18,25 97:17
99:6,25 100:17 101:6
102:2,5,10,19 103:10,
12 104:25 107:16
108:6 109:8,24 111:19
112:17 113:18 117:20
118:2,6,12 120:13
121:14 122:1,8 123:2,
10,15,23 124:14,20,21
129:17 130:4 135:24
137:15 138:19 139:5,
23 142:4,17 143:13
144:7,9 145:4 146:18
147:25 148:15,20
149:3,6 151:10 152:6
154:8,15 155:1,4,20,21
156:4,15,24,25 157:14,
17,18,21 158:10,22
159:9,16 160:5,12,15,
16 161:1 162:2,5,19

**sit** 14:21 131:2,6

**sitting** 90:13 110:5
111:9 159:15

**situation** 31:11 38:16

**Todd Baggett - December 07, 2016**

102:14

situational 14:17

situations 59:16

size 22:1,9,11 28:25
29:4 156:7

skin 40:22 121:9

Skinny 28:24

slam 70:9

sleeve 37:16

slicing 78:1

slide 111:10

slightest 30:11,14

slowed 132:2

slowing 132:8 144:24

small 66:19 97:10
156:10

snap 75:2

soft 55:12 59:4,5 139:8
140:5,20,22 141:14,15,
19,21,24 142:1,3

sole 52:8 121:25

solely 112:3

sound 66:25 132:9

sounds 84:10 128:2

south 92:6

Southaven 6:17 7:6,
11,16 17:6,13 31:8
45:18 49:12,24,25
50:14 52:8 154:10

Southeast 6:13

space 27:5

Speak 31:21

speaking 60:15,17
116:25

SPECIALIST 6:1,19
82:9,12 152:13,16
162:22

specialty 126:21

specifically 59:5
156:21

spiel 11:20,25

spin 120:20 151:4

spinning 66:20 115:1
125:14

spitting 27:1

spoke 45:5 58:15
64:25 148:5

sprint 107:4

squandering 151:3

Stacie 50:24 157:13

staff 41:6

stamp 122:19

stand 109:2 110:13
156:5

standing 65:5 66:11
74:13 77:6 80:2 118:12
121:14 128:15 131:1,3,
5,21

start 30:5 32:1 39:10,
14 103:16 118:10

started 33:18 34:6,12
62:18 64:13 70:6 71:11
76:12,15 78:23 80:16
81:3,6 83:3 90:3,10
91:7 92:11,15,22 93:20
94:2 98:13 111:3
118:14 119:25 126:23
132:8 136:2 144:24

starting 144:25 145:18

starts 114:25

state 7:18 8:10,14,24
17:8 37:4 65:23 152:23

statement 75:12

statements 75:7

station 19:6 44:8
46:15,16 128:9 143:15
148:6

stature 59:3

stay 17:23 49:13 51:7
52:11 60:9 123:19

stayed 19:3 21:13
61:25

steady 93:10

step 71:17 107:8,9

stepping 107:8

steps 80:23 90:22,23
91:1 133:3 134:14

stethoscope 25:25
127:2

stomach 15:9 25:10
26:13 110:16 111:20
124:16 145:14,21
147:22

stomachs 14:23

stood 118:21 131:8

stop 21:1 30:23,25
93:22

stopped 56:4 69:21
93:22,25 130:14,19
131:23 132:9,13
136:24 144:20 148:8

stops 111:24

straight 68:20 69:9
94:7 107:13 133:9

strange 66:14 162:15

strapped 27:20 28:2
53:4 124:18

straps 27:20 28:2,7,9

stretcher 52:25

struck 108:4

strug 109:3

struggling 110:19
121:15 124:13

struggling's 109:4

Studied 10:1

stuff 24:17 51:17 53:14
128:4

stuff's 144:25

subdue 26:6 60:3

subdued 60:2

subduing 23:11 84:19

subject 8:25 9:2 11:2,
11 56:12

substantive 63:8

suffocate 14:24 15:10

suggestions 54:20

summer 112:18

supervisor 41:19
42:11

supposed 46:2,3,6

suspect 14:15 31:18
38:6 105:16 118:1

suspects 23:11 61:11

swat 101:1,5

swear 6:20

sworn 6:22

system 138:13

---

**T**

table 81:24 116:7
159:10,13,15

Tahoe 68:9 74:13
76:10,12,14 77:24 78:2
91:4

takes 30:5 67:4 90:18
130:16 144:21

taking 31:18 145:15
147:19

talk 18:3 22:12 30:23
31:4 45:2,22 54:18
58:8 96:2 123:1 124:3

talked 20:6 27:23 30:7
32:18 126:20 139:7
148:8

talking 9:1 11:22 12:21
17:3 29:19 34:4 35:11
39:24 61:16 70:17 77:7
82:15 95:2,3 104:8
120:6 136:21

talks 45:10

tall 22:5 57:25

taller 158:23 159:2

tan 64:7

target 94:14

---

**Alpha Reporting Corporation**

**Todd Baggett - December 07, 2016**

tase 106:10

tased 107:11

taser 10:5,8,11,14
103:19,21,22 104:3,9,
18 106:3 107:1 108:2,5

tasered 10:9,13

tasers 10:4 106:12

taught 11:20 14:8,16
15:4,12 16:21

teach 11:7 12:20

Team 99:10,13

techniques 31:14,17

telling 10:15 56:14
68:16 104:14 129:5

temperature 131:16

ten 90:23 104:21
117:24 130:16 144:21
161:5,7

term 14:11 17:14 75:19
121:2,6

terminology 75:11

testified 6:23

testimony 157:7 160:8

thing 19:11 57:11 80:6
87:8 90:21 106:25
121:17 148:9 151:23
158:16

things 48:11

thinking 53:15

thinks 21:24 49:25

thought 106:11 115:3
144:25

thoughts 47:1

thrashing 55:14
151:19

threat 27:8 30:8 36:24
37:2

threaten 67:6 161:21
162:17

threatening 107:17

three-week 7:25 8:12

9:24

throw 149:23 159:25

throw-up 149:22

tight 151:14

tighter 151:16

till 17:23 24:11 32:2
78:3 108:17 130:16
136:22

tilted 153:17

Tim 6:6 9:13

time 6:2 14:24 15:10
17:24,25 18:9,17,24
19:7,13 20:2,14 25:15
26:12 27:17,23 30:5,21
32:13 33:1,9 37:5 39:7
47:7 51:8,14 55:21
56:25 62:3,6 64:5
67:13,24 68:10 74:8
76:7,18 77:15,16 78:7,
12 80:17,18 82:5,10,13
87:10,13,19,22,23
88:23 89:7 90:7,25
91:12 92:21,24 94:24
95:2,3 96:11,24 97:21
98:8,20 101:13,18
105:1,12,19,24,25
110:9 113:20 117:22,
23,25 118:2 119:14,15
121:21 122:3,7 125:18,
24,25 126:12 130:11,
13 134:20,21 136:3,6,
12,14,16,22,23 137:1
141:2 145:6 150:15
152:14,17 154:19,21
159:8 161:4,9 162:23

times 18:3 49:18 75:15
87:24 126:2,16

today 6:1,3 138:18,21

Todd 6:3,21 7:2

told 20:12,18,20,22
23:6 24:12,18,20 25:5,
12 28:4 40:10 44:7
47:14 59:5 61:25 65:8,
25 74:16 80:10 82:22
93:19,21 95:17 96:23
104:8 116:17 117:1,7,
14 123:5 133:8 135:19
136:7 138:1 146:2,24

148:5 155:13 157:4,16
158:13,16 159:9

Tom 154:16

top 68:4

totality 154:14

totally 31:10 118:23
160:1

touch 130:1

touched 106:14,15
130:3

toxicology 65:22

track 125:24

traffic 110:13

trained 29:24 73:2
87:17 100:13,15

training 7:19 8:14,23
10:4 11:1 23:10 29:2,6,
9,14 40:17 72:15 94:8
133:17

transfer 143:6 158:19

transport 52:3 54:5
160:10

transported 126:4,9

traumatic 45:10,24

traveled 159:4,6

treat 56:16

treated 56:18

treatment 56:25 141:9

Trey 6:12

triage 47:18 48:4,8

triaged 47:25

trigger 106:18

tripped 103:20 106:24

Troy 13:2 28:14 38:22
42:21 47:8 48:18 64:1,
16 65:8 66:3 70:17
71:19 73:22 75:21
76:19 77:11,16 78:9,13
80:2,7,12,16,19 81:19
82:17 83:1,3,17 84:19,
23 85:1 100:25 101:4
102:13 105:6 106:1,3

108:3,8,18 113:24
121:23 122:21 123:3
124:4,6,12 128:6,20,24

truck 34:10 95:9 113:1,
7

trucks 85:17

true 89:2 138:2

tube 150:4,5,6

Tuesday 138:24

turn 27:15,18 28:8 32:7
103:8,15 107:21
145:12 147:5,10,13

turned 27:18 34:5
56:18 59:12 62:9 87:1
91:7,9,16,19 92:2,4,5
94:3 96:13 97:4 98:1,6,
24 102:2 106:3 113:15
124:17 132:21 134:14,
17 135:8 145:9,14,16,
17,21 147:7,8 150:14

turning 98:1 110:3
145:15

Twelve 8:16

Twenty-five 7:12

type 37:16 89:9 100:24
101:4 156:6

- - - - - - - - - - - - - - - - - - - - - -

U

U.S. 147:11

Uh-huh 12:19 15:6
39:22 40:5,7 53:1
60:14 65:15 66:7,9
76:21 77:3 81:4,13,17
88:10 95:11,13 96:20
111:1 113:11 114:21,
23 123:13 126:6
129:11 133:14 135:10
136:10 137:6 142:11,
15 144:5 147:25
148:18 149:14,17
161:20

ultimately 85:14
155:11

un 27:11

unarmed 29:12

**Todd Baggett - December 07, 2016**

unattended 15:8,18

unclear 95:20,25

underneath 79:16,19

understand 19:9,11 50:5 67:25 74:4 97:23 121:9 126:24 135:7 153:3 156:16 157:12

understanding 13:10 17:20 31:7 120:4

unfazed 89:5

uniform 112:16,18,19 131:6

unit 36:14 69:23 76:8 77:2,15 90:8

units 90:14

unruly 59:17,21 60:1 61:12

unshackled 27:9

Upchurch 6:10 155:6, 8 160:16 161:14

upper 149:15

utilized 31:8

**V**

vary 15:10

varying 14:24 15:10

vehicle 36:1 69:10 70:1,8 72:3 73:19,23 74:5 76:4 78:8,13 82:18 83:17

vehicles 85:13 90:8

verbal 31:22

vicinity 158:7

video 6:1,19 82:9,12 152:13,16 162:14,22

viewpoint 76:9

violator 14:13

violent 120:2

volun 141:25

**W**

waist 111:23,24 112:1

wait 20:13 71:22

waiting 20:13 21:10,13 128:8

walk 46:17 52:14 53:8, 24

walked 23:21 53:7 77:1 109:16 130:24 132:10,19 136:1 157:25

walking 52:19 64:1,8, 10 66:10 80:8 115:22 134:15

wallet 23:22,24 24:17 115:22 155:14,21 156:17

wanted 20:11 56:8 57:1 59:13 134:21 141:1,3

wanting 70:12

warning 16:19

watch 48:12

watching 161:6

ways 87:25

weapon 37:23 38:2 39:9 155:13

weapons 37:3,19 38:24 107:23 110:18

week 7:25 9:24

weeks 8:16

weight 14:25 15:11 101:2,3 109:16

west 73:21 83:6,7 84:1, 7 90:3,5

whatsoever 13:1 71:13

white 30:4 37:17 41:17 57:24 58:2 63:25 64:7 65:1 139:19 142:9,10 158:23 159:22

Whitehaven 50:4

wide 77:25

wife 18:3 20:3 23:18 27:23 34:4 39:2 92:3,7 115:3,23 116:17

wife's 116:23

wind 152:19

wire 106:15,22,23

wires 103:20 106:14

word 45:12 75:5 162:4, 5,7

words 72:6 110:5 161:25

wore 55:25 56:2

work 14:20 26:7 30:22 45:17 128:18 140:9 145:1,19

worked 149:25 150:11

working 28:12 55:9 58:9 64:13

works 55:3

workup 47:21

worried 26:23 105:12

worst 33:4

wound 30:11,13 102:18 112:12,13

wounds 120:17 121:12 151:2,4

wrapped 106:23 108:6

wrist 13:15 149:2,5 151:8

wrong 65:12 133:20 160:1

**Y**

y'all 80:21

yards 34:14,15

years 7:13 8:19 28:18, 20 29:9 30:2 72:14 73:4

yell 89:6 160:25 161:2

yelled 113:15 118:1

yelling 27:1 71:6 77:8, 9,12 78:5,6 89:7,8 117:22 118:3,4 124:7 131:24 132:1,15,16 160:9 161:19