Atkinson-Baker Court Reporters
www.depo.com

```
 1                    IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF MISSISSIPPI
 2                         OXFORD DIVISION
                                              ORIGINAL
 3
      KELLI DENISE GOODE, Individually,
 4    and also as the Personal Representative
      Of Troy Charlton Goode, Deceased, and
 5    as Mother, Natural Guardian,and Next
      Friend of R.G., a Minor, and also on behalf
 6    Of all similarly situated persons,

 7                    Plaintiff,
                                CIVIL ACTION NO.3:17-cv-060-DMB-RP
 8    vs.

 9    THE CITY OF SOUTHAVEN,
      TODD BAGGETT, individually, JEREMY BOND,
10    Individually, TYLER PRICE, Individually,
      JOEL RICH, Individually, JASON SCALLORN,
11    Individually, STACIE J. GRAHAM a/k/a
      WITTE, Individually, MIKE MUELLER,
12    Individually, WILLIAM PAINTER, JR.,
      Individually, BRUCE K. SEBRING, Individually,
13    JOSEPH SPENCE, Individually, RICHARD A.
      WEATHERFORD, Individually, JOHN DOES 1-10,
14    BAPTIST MEMORIAL HOSPITAL - DESOTO,
      A Mississippi Corporation, SOUTHEASTERN
15    EMERGENCY PHYSICIANS, INC., a Tennessee
      Corporation, and LEMUEL DONJA OLIVER, M.D.,
16
                      Defendants
17    _____

18
                   WEB CONFERENCE GO TO MEETING
19          DEPOSITION OF DAVID E. NICHOLS, Ph.D.

20                    (Taken by Defendants)
                       Chapel Hill, NC 27517
21                     September 1, 2017

22    ATKINSON-BAKER, INC.
      COURT REPORTERS                    The deponent read
23                       (800) 288-3376       and signed
                         Www.depo.com      this deposition
24    REPORTED BY: JOAN COMPARATO        transcript.
      FILE NO: AB088A9
25
```

1

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1
     On Behalf of the Plaintiffs:
 2   Kevin M. McCormack
     Ballin, Ballin & Fishman, P.C.
 3   200 Jefferson Avenue
     Suite 1250
 4   Memphis, TN 38103

 5   On Behalf of the Defendants:

 6   David W. Upchurch, Esquire (Via Phone)
     Upchurch & Upchurch
 7   141 South Commerce Street
     Suite B
 8   Tupelo, MS 38804
     dupchurch@dupchurchpa.com
 9
     On Behalf of the Defendants:
10
     J. Ric Gass, Esquire (Via Phone)
11   Gass, Weber, Mullins, LLC
     241 North Broadway
12   Milwaukee, WI 53202

13   On Behalf of the Defendants:

14   L. Bradley Dillard, Esquire (Via Phone)
     Mitchell, McNutt & Sams, P.A.
15   105 South Front Street
     Tupelo, MS 38802
16
     On Behalf of the Defendants:
17
     Stephen P. Miller, Esquire
18   McDonald Kuhn
     5400 Poplar Avenue
19   Suite 330
     Memphis, TN 38119
20
     On Behalf of the Defendants:
21
     Marry R. Phillips, Esquire
22   Rainey, Kizer, Reviere & Bell, PLC
     50 North Front Street
23   Suite 610
     Memphis, TN 38103

24

25
```

2

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   behalf of Defendant, before Joan Comparato, Court

 2   Reporter and Notary Public in and for the State of North

 3   Carolina, at Hampton Inn of Chapel Hill 6121 Farrington

 4   Road, Boardroom, Chapel Hill, NC, on September 1, 2017

 5   commencing at 9:19 a.m. (EST).

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   INDEX OF EXAMINATION
```

3

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   EXAMINATION BY MR. PHILLIPS              5
 2   EXAMINATION BY MR. UPCHURCH             70
 3   EXAMINATION BY MR. DILLARD              84
 4   EXAMINATION BY MR. PHILLIPS             88
 5   EXAMINATION BY MR. MCCORMACK            90
 6   EXAMINATION BY MR. PHILLIPS            112
 7   EXAMINATION BY MR. MCCORMICK           113
 8   EXAMINATION BY MR. DILLARD             160
 9
10
11
12
13
14
15                   INDEX OF EXHIBITS
16
17   NUMBER           DESCRIPTION                 PAGE
18   Exhibit 1        Letter (Dr. Wecht)            12
19   Exhibit 2        Clinical Summary              13
20   Exhibit 3        Autopsy Report                23
21   Exhibit 4        Depo Notice                   27
22   Exhibit 5        Billing                       27
23   Exhibit 6        Color Bar Graph               29
24
25                   EXHIBITS (Cont)
```

4

David E. Nichols, Ph.D.
September 1, 2017

```
 1   NUMBER          DESCRIPTION                        PAGE
 2   Exhibit 7       Blood Level of LSD                 32
 3   Exhibit 8       CV                                 36
 4   Exhibit 9       Medical Literature                 36
 5   Exhibit 10      Goodman & Gilman 8th Edition       38
 6   Exhibit 11      Late Filed E-mail Huffington Post  62
 7           (Referred to and not provided to Court Reporter)
 8
 9           (Exhibit One Marked Confidential)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   (Whereupon, the following proceedings were had:)
```

5

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1    WHEREUPON:
 2              THE REPORTER:  Doctor, can I ask you to
 3       raise your right hand, please?
 4       Do you solemnly swear to tell the truth, the whole
 5       truth, and nothing but the truth, so help you God?
 6          THE WITNESS:  I do.
 7                  DAVID E. NICHOLS, PH.D.,
 8    having been duly sworn, was examined and testified under
 9    oath as follows:
10                   DIRECT EXAMINATION
11    BY MR. PHILLIPS:
12       Q.  Tell us your name, please.
13       A.  David Earl Nichols.
14       Q.  Dr. Nichols, we meet a little while ago.  I'm
15    Marty Phillips and in this case I'm one of the lawyers
16    who represents Dr. Oliver, one of the defendants in this
17    case.
18          As you're aware, you've been identified as an
19    expert on behalf of the plaintiff, somebody who may be
20    called to testify to give opinions in the case.
21          You understand that?
22       A.  Yes.
23       Q.  And you understand we're here to ask you some
24    questions about the opinions that you hold in the case,
25    right?
```

6

David E. Nichols. Ph.D.
September 1, 2017

1      A.   Right.

2      Q.   All right.  You have given depositions before,

3   have you?

4      A.   I have.

5      Q.   So you understand how the process works and I

6   need not explain the importance of communicating clearly

7   and telling me if you don't understand my question and

8   we'll move on?

9      A.   Exactly.

10     Q.   Okay.  Good.  Is LSD an illegal drug?

11     A.   Yes, it is.

12     Q.   Is it illegal in all 50 states?

13     A.   I believe it is, yes.

14     Q.   Is it illegal under Federal law, too?

15     A.   Yes.

16     Q.   Do you know why it is classified as an illegal

17  drug?

18     A.   That's a determination that Congress made.

19     Q.   Understood.  But do you know what goes into

20  determining weather a drug is legal or illegal?

21     A.   LSD is in Schedule 1.  To be in Schedule 1, there

22  are three prongs.  It's a three-prong test.  First it

23  has to have high potential for abuse which basically

24  means people take it without a prescription.

25          Secondly, it has no recognized medical utility,

1   and third, it's not recognized to be safe when

2   administered by a physician.

3       Q.   And LSD is, in fact, a Scheduled 1 drug?

4       A.   It is.

5       Q.   The scheduled status of a drug is determined by

6   who?

7       A.   The Drug Enforcement Administration.  There are

8   guidelines.  The head of the DEA, in conjunction with

9   people in the Drug Enforcement Administration do that.

10  The determination of whether something has medical

11  utility or not would be done by the Food and Drug

12  Administration.  So these are all the drugs that have

13  not been certified by FDA to have a medical use.

14      Q.   Are you aware how LSD impacts or can impact an

15  individual negatively?

16      A.   Negatively, someone can have what's called a bad

17  trip.  Those generally are characterized by high levels

18  of anxiety, disorientation, panic sometimes, on occasion

19  paranoid thinking.  Those are the typical adverse

20  effects and they're psychological with LSD.

21      Q.   Okay.  Are those inclusive of the psychological

22  effects, or are there other psychological effects?

23      A.   You mean adverse effects?

24      Q.   Yes.

25      A.   I mean, that covers a broad range of things.

1   Anxiety, broad levels of anxiety, panic disorder,

2   disorganized thinking, some hallucinations.  Those are

3   pretty broad categories.

4       Q.  A lot of conductive reaction can fall within

5   those broad categories, is that what you indicated?

6       A.  With a -- with a bad trip, it depends.  Most of

7   those people are safely handled by friends or by trained

8   personnel.  Usually the standard treatment would be put

9   them into an area with low stimulus, no noise, and

10  reassurance that it's the drug, that it'll pass.

11  Sometimes a benzodiazepine might be given.  So basically

12  they are just calmed down.  So normally that would be

13  the outcome.

14          There are cases where people having a bad trip

15  can try to rock climb or drive a car, try to swim,

16  things like that, that would be endangering to their

17  health.  So those would be outcomes.  You might see some

18  bizarre behavior, but usually it's -- it's not really

19  greatly exaggerated.

20      Q.  In looking at the materials that you have

21  provided in response to the deposition notice before we

22  went on the record, I noticed that it appears you have

23  not reviewed any medical records in this case or any

24  depositions in this case.  Am I right about that?

25      A.  I have the -- the report by the PharmD.  What was

1  his name?  Farr, I think.  I didn't -- and I don't have
2  copies of that, so I did look at that.
3       There's another one that I didn't copy because it
4  was really long and I thought I would check with you to
5  find out whether you needed copies of those.
6  Q.  Okay.
7       MR. UPCHURCH:  Would the doctor keep his voice
8  up, please?
9       THE WITNESS:  Okay.  Sorry.
10       MR. PHILLIPS:  We're going to adjust the position
11  of the microphone a little bit.  Let me know if you
12  have trouble hearing me.
13       THE WITNESS:  You should be able to hear me now.
14  Is that better?
15       MR. UPCHURCH:  It is.  Before you get started
16  back.  I just received an e-mail from Matt Macaw in
17  Trey's office.  He said that Steve from their office
18  should be there in person.  He said that was the plan,
19  anyway.  So you might have someone joining you
20  shortly.
21       MR. PHILLIPS:  All right.  We'll be on the
22  look-out.  Thank you.
23  BY MR. PHILLIPS:
24  Q.  Dr. Farr is an expert identified by Baptist
25  Hospital, and I think what you're telling me is you have

                                                          10

Atkinson-Baker Court Reporters
www.depo.com

1   read his expert report in this case?

2       A.   That's the PharmD?

3       Q.   Yes, sir.

4       A.   Yes.

5       Q.   Okay.  What I was asking about is whether you had

6   read medical records of treatment provided to Troy

7   Goode, and I didn't see any of those among the

8   materials.

9       A.   There -- there should be a description of the

10  clinical situation, what happened to him, how he was

11  treated, when he was picked up, and where he was taken.

12      Q.   I saw a letter --

13      A.   Right.  That's probably --

14      Q.   It appears to be a letter from Dr. Wecht to

15  Mr. Tim Edwards dated September 28, 2015.

16      A.   Right.

17      Q.   Is that what you're referring to?

18      A.   Yes.

19      Q.   Okay.  This is not a medical record describing

20  Mr. Goode's treatment, though, is it?

21      A.   No, that's an interpretation of his treatment,

22  yes.

23      Q.   Have you reviewed any medical records pertaining

24  to Mr. Goode's treatment?

25      A.   Other than that, I don't think so.

11

1    Q.  Okay.  Since we've referred to it, I want to mark

2    as Exhibit One the letter from Dr. Wecht to Mr. Edwards

3    dated September 28th, 2015.

4         (Whereupon, the document was marked as

5         Defendant's Exhibit One for Identification.)

6    BY MR. PHILLIPS:

7    Q.  We don't have any depositions here among the

8    materials you've reviewed, do we?

9    A.  No.

10   Q.  And am I to take it, then, that you have not

11   reviewed any depositions in this case?

12   A.  No, I -- well, the one from -- depositions?

13   Q.  Yes.

14   A.  No, no depositions.

15   Q.  Other than this letter which we've marked as

16   Exhibit One, have you been provided with any other

17   factual summary or information about the events of July

18   18, 2015?

19   A.  I thought there was one other short clinical

20   report.  Look at the middle page there.  Summary of

21   clinical history, yes.  This is the other one.

22   Q.  Okay.

23   A.  That's the only other one I've seen.

24   Q.  Do you know who prepared this summary?

25   A.  No, I don't.

1    Q.   We'll mark this clinical summary as Exhibit Two.

2         (Whereupon, the document was marked as

3    Defendant's Exhibit Two for Identification.)

4         MR. PHILLIPS:   Somebody's at the door.   We're

5    going to pause a minute.

6         (Discussion held off the record.)

7    BY MR. PHILLIPS:

8    Q.   The report that you authored in this case is

9    dated January 11, 2016, right?

10   A.   Right.

11   Q.   Did you receive Exhibits One and Two before or

12   after you drafted your report?

13   A.   I honestly couldn't say at this time.

14   Q.   It's true, isn't it, that your report doesn't

15   make reference to any of the facts set forth in Exhibit

16   One or Exhibit Two?

17   A.   Yeah, I just refer to the forensic reports of his

18   LSD concentration, that's true.

19   Q.   That's right, but none of the events of July 18,

20   2015 leading up to his death?

21   A.   That didn't factor into my report, yes.

22   Q.   I'm sorry?

23   A.   That did not factor into my report, that's true.

24   Q.   Did the information in Exhibit One or Exhibit Two

25   have any impact on your opinions in the case?

13

Atkinson-Baker Court Reporters
www.depo.com

1    A.   Subsequent to my report, I don't think I cited
2    those in my report.
3         Q.   That's right.
4         A.   Yeah.
5         Q.   We established that.  So am I correct to say that
6    because you didn't reference it in the report or because
7    you didn't supplement your report to refer to it, they
8    had no impact and were not part of your consideration?
9         A.   With respect to the report, yes.
10        Q.   Okay.  Do you know Dr. Wecht?
11        A.   No, I don't.
12        Q.   I think you told me that you don't even know who
13   drafted Exhibit Two.
14        A.   That's correct.
15        Q.   Do you have any opinions about how LSD impacted
16   Troy Goode's conduct on July 18, 2015, or is that
17   information beyond what you know about this case?
18        A.   Well, my impression is that he had a bad --
19   essentially had a bad trip, and as a result of his
20   behavior he had an encounter with the police use of
21   force.
22        Q.   Is it your opinion that LSD ingestion caused the
23   erratic and unusual behavior of Troy Goode on July 18,
24   2015?
25        A.   That would be consistent with the idea of having

14

1    a bad trip, yes.

2        Q.   And did you assume the details describing his

3    behavior as noted in Exhibits One and Two to be true?

4        A.   Did I -- I assumed they were true, yes.

5        Q.   Okay.  You accept the fact that he took LSD on

6    July 18, 2015?

7        A.   Well, the forensic lab tested his blood and found

8    LSD, so obviously he had LSD in his system.

9        Q.   So you have information by history that he had

10   taken it and you have proof at the time of his death

11   because it's in his system, right?

12       A.   Yes.

13       Q.   Exhibit Two makes reference to the fact that

14   after he took the LSD he became frightened and

15   claustrophobic.  Do you attribute those conditions to

16   his LSD ingestion?

17       A.   Those would be -- could be components of a bad

18   trip, yes.

19       Q.   Exhibit One makes reference to the fact that

20   Mr. Goode told his wife, quote, I think I took too much,

21   end quote.  Do you understand that to refer to LSD?

22       A.   In that context I would think that's what he's

23   referring to.

24       Q.   Exhibit One makes reference to the fact that

25   Mrs. Goode got Mr. Goode in the car and they started to

```
 1   leave the area where they had planned to attend a
 2   concert and he began feeling claustrophobic and then got
 3   out of the car.  Do you attribute that behavior to LSD?
 4      A.   That would be logical.
 5      Q.   Exhibit One further says that Mr. Goode paced in
 6   circles saying, I don't know what to do, I don't know
 7   what to do.  Do you attribute that to LSD?
 8      A.   That would be consistent with him having a bad
 9   trip.
10      Q.   Is it your understanding that Mr. Goode ingested
11   three to five drops of LSD?
12      A.   It's hard to know what that means because without
13   quantification you wouldn't know how much was in the
14   solution.  Typically doses of LSD are lower than have
15   been in the past, and based upon the analysis of his
16   blood post-mortem, he would not have had that many doses
17   in the system.
18      Q.   Do you remember seeing reference to the history
19   that he had taken three to five drops?
20      A.   I don't know that I saw that before I wrote my
21   report, but I've seen it in these.
22      Q.   Would it be fair to say that irrespective of the
23   amount he took, he took enough to make him have a bad
24   trip?
25      A.   Yes.
```

16

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    Q.   I notice, Dr. Nichols, that attached to Exhibit

2    One, which is the letter from Dr. Wecht to Mr. Edwards,

3    there are some materials about LSD contained in here and

4    then there is a picture with some information about LSD.

5         Did you read all this material and consider it

6    pertaining to LSD in the letter from Dr. Wecht?

7    A.   I started to scan it, but it was all information

8    that I basically knew, so I didn't read it carefully.

9    Q.   Is this all information with which you agree?

10   A.   Well, now I'd have to read through and see if I

11   agree with everything in there.

12   Q.   There is a section above a picture of a man from

13   the waist up that's labeled physical effects of LSD.  Do

14   you see that?

15   A.   Yes.

16   Q.   Do you agree with those physical effects listed

17   there?

18   A.   Some of these are exaggerated.  For example,

19   increased temperature.  There's only a slight increase

20   in temperature.  Mouth, there may or may not be dryness.

21   High blood pressure is usually trivial.  It's not

22   significant.  Profuse sweating is typically not

23   something you would see necessarily in someone who had a

24   bad trip.  Heart rate is usually not increased that

25   much.  So these are like the maximal, kind of

17

1    exaggerated.

2         Muscle numbness, weakness, tremors.  There might

3    be some weakness.  LSD has an analgesic effect, so there

4    would be an insensitivity to maybe pain.  Gastric

5    nausea, you don't see that very often.  So some of these

6    are exaggerated.

7         A lot of this kind of information that's out

8    there is not -- is not really completely correct, but

9    some of these would generally talk about some of the

10   symptoms.

11        Q.  You understand this is information that

12   Dr. Wecht, another one of the plaintiff's experts, has

13   provided about LSD?

14        A.  It's attached to his, yeah, his letter.

15        Q.  Okay.  When I was asking you about the negative

16   effects of LSD earlier, you didn't mention any physical

17   effects, did you?

18        A.  Physiologically there really aren't many

19   significant effects.

20        Q.  Are there physical effects that LSD causes as

21   indicated in Dr. Wecht's materials we've marked as

22   Exhibit One?

23        A.  They're very minor.

24        Q.  Well, are there some physical effects of LSD?

25        A.  There are some mentioned, but they are not

                                                          18

Atkinson-Baker Court Reporters
www.depo.com

1　considered medically relevant.

2　　Q.　Are there physical effects of a bad trip on LSD

3　distinguished from LSD use that does not result in a bad

4　trip?

5　　A.　A bad trip would involve panic, anxiety,

6　sometimes fear, paranoia.　So you would see activation

7　of what we would call the fight or flight reflex.

8　Increase of release of adrenaline, for example,

9　epinephrine.　Those would lead to maybe increased heart

10　rate, increased blood pressure, confusion, sweating.　So

11　they would be a little different than the typical effect

12　of LSD.

13　　Q.　Is it generally correct, then, that the physical

14　effects of LSD would be different if an individual were

15　experiencing a bad trip from LSD?

16　　A.　Yes, I would say that's probably true.

17　　Q.　Did you conclude also in your review that

18　Mr. Goode had used marijuana on July 18, 2015?

19　　A.　Yeah, I saw that in the forensic analysis.

20　　Q.　Do you recommend that people use LSD?

21　　A.　Recommend that they use it?

22　　Q.　Yes.

23　　A.　Recreationally?　No.

24　　Q.　Do you recommend that people use LSD for any

25　purpose?

Atkinson-Baker Court Reporters
www.depo.com

1    A.    People being the general population?

2    Q.    Yes.

3    A.    Yeah, I don't recommend that.

4    Q.    And if someone were using LSD recreationally and

5    they sought your advice about that, you would tell them

6    to stop using it, wouldn't you?

7    A.    I would say, yes, it's -- there are a lot of

8    problems associated with it.

9    Q.    And why would you give the advice to some

10   inquiring person that he should stop using LSD

11   recreationally?

12   A.    Well, there are two reasons.  One would be that

13   he might get caught by the police, which is probably

14   more damaging than LSD in most cases, and the other

15   would be that he would have a chance of having a bad

16   trip.

17        That's sort of the thing that people worry about

18   because you could have a bad trip at any time.  Even

19   people who have taken hundreds of doses of LSD can take

20   a dose and have a bad trip.  So those could be very

21   psychologically challenging.

22   Q.    I have addressed you as Dr. Nichols and that is

23   appropriate because you hold a Ph.D., right?

24   A.    Yes.

25   Q.    And you're not, however, a medical doctor?

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    A.  No, I'm not.

2    Q.  If the records indicate that Mr. Goode was

3  talking out of his head on July 18, 2015, would that,

4  too, be consistent with a bad trip from LSD?

5    A.  Yes, I think so.

6    Q.  If the records indicate that he was yelling,

7  screaming, and cussing, would that be consistent with a

8  bad trip from LSD?

9    A.  I think it could be.

10    Q.  If the records indicate that he was combative,

11  would that be consistent with a bad trip from LSD?

12    A.  Combative implies that he's fighting with

13  someone.

14    Q.  Right.

15    A.  If he wasn't -- if there was no one to fight

16  with, he wouldn't necessarily be combative.  You're

17  anxious, you're afraid, you're paranoid.  Unless there's

18  someone to fight, you wouldn't be combative.  So if you

19  were -- if someone was interacting with you, you might

20  be combative.

21    Q.  Okay.  In part because of a bad trip from LSD?

22    A.  Well, you know, this is a complex question.  If

23  the bad trip from LSD involved, for example, paranoia

24  and fear that someone was, say, trying to kill you, then

25  any kind of an interaction with someone else might be

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   taken as their attempt to actually kill you, to carry
 2   out -- this is paranoid thinking, to carry out an attack
 3   on you and kill you.  So then you could become very
 4   violent in that case because you would be probably
 5   trying to defend your life.
 6        We don't know what is in the person's mind who
 7   has a bad trip, but it's quite possible that if they
 8   perceive that they were being assaulted and there was a
 9   threat on their life, that they could be combative and
10   assaultive.
11   Q.  Does LSD cause psychosis?
12   A.  In individuals who are predisposed to psychotic
13   illness, it can precipitate psychosis.
14   Q.  What is psychosis?
15   A.  It's a disconnection basically from reality, an
16   inability to distinguish reality from imagination,
17   thought disorder.
18   Q.  Is delirium different from psychosis?
19   A.  I'm not a psychiatrist, but I would say that it
20   is different.  It would be a different categorization in
21   the DSM category.
22   Q.  Does LSD cause delirium?
23   A.  In a bad trip it could, I think.
24   Q.  Does LSD cause hallucination?
25   A.  It can.
```

22

Atkinson-Baker Court Reporters
www.depo.com

```
 1      Q.   Does LSD impact the heart rhythm?
 2      A.   Generally there's only very minor effects on the
 3   heart.
 4      Q.   Does LSD impact the heart rhythm?
 5      A.   Can it in general?
 6      Q.   Yes.
 7      A.   I suppose you could find cases where it had some
 8   effect on the heart.
 9      Q.   Particularly if a person is having a bad trip?
10      A.   Well, if you're having a bad trip, their nervous
11   system and simplex system is activated, so you're going
12   to see increased heart rate and blood pressure.
13      Q.   You have reviewed the autopsy report and the
14   toxicology studies done in conjunction with the autopsy,
15   haven't you?
16      A.   Yes.
17      Q.   And you have there in your hand those materials,
18   the tox screen and the autopsy report?
19      A.   Yes.
20      Q.   Let's mark those collectively as Exhibit Three.
21           (Whereupon, the document was marked as
22      Defendant's Exhibit Three for Identification.)
23      BY MR. PHILLIPS:
24      Q.   On the tox screen, Dr. Nichols, I'm going to turn
25   to this for your convenience, on this page that says at
```

23

David E. Nichols, Ph.D.
September 1, 2017

1    the top page 3 of 5, there's a section that says

2    reference comments, and No. 5 pertains to LSD.

3         Let me hand you the document so you can look at

4    that particular section, please, sir.

5         A.   Okay.

6         Q.   Do you agree with those comments in the tox

7    screen document which I just referenced to you?

8         A.   So it says physiological effects are primarily

9    sympathomimetic and may include mydriasis, hypothermia,

10   seizures are very rare, so it may include and may be

11   very rare, panic and paranoid reactions would

12   specifically apply to bad trips.  That wouldn't be

13   normally what would happen.  Flashback reactions are not

14   uncommon.  They're not called flashbacks now.  It's

15   HPPD.  Hallucination persisting perceptual disorder.

16   They're -- they're not common.  It says they're not

17   uncommon, but they're not common.

18        Q.   Do you agree with the sentence that you read

19   describing the physiological effects of LSD?

20        A.   Sympathomimetic mydriasis is usually pretty

21   marked.  Hypothermia, there's, you know, hypothermia,

22   you don't think of a half a degree, but, yes, you know,

23   it would be hypothermia.  Seizures, I -- that would be

24   very rare.  You don't see seizures typically with LSD.

25   Panic and paranoid reactions you can see with a bad

24

Atkinson-Baker Court Reporters
www.depo.com

1    trip.

2          So they've collected everything here, whether

3    it's ordinary doses or doses that produce adverse

4    effects.

5        Q.    So you agree with that sentence pertaining to --

6        A.    Generally.

7        Q.    -- physiological effects?

8        A.    Generally.

9        Q.    If the records, and I'm speaking now the medical

10   records and deposition testimony state that Mr. Goode

11   appeared floridly psychotic on July 18, 2015, would that

12   be consistent with a bad trip from LSD?

13       A.    Yes, I think so.

14       Q.    If the records attributed statements to him such

15   as, I don't know how to explode, would that be

16   consistent with a bad trip from LSD?

17       A.    In my opinion, yes.

18       Q.    You don't have any information about Mr. Goode's

19   prior use of LSD?

20       A.    I think I saw a reference somewhere that he had

21   had prior experience and had gone to the hospital, but I

22   don't know anything more than that.

23       Q.    Do you understand that he had had at least two

24   prior bad trips from LSD?

25       A.    I'm not aware of that.

```
 1      Q.  If a person has a bad trip from LSD, can one
 2   reasonably expect to have additional bad trips if he
 3   uses LSD again?
 4      A.  Well, if he had two previous bad trips, I think
 5   it would be unwise of him to take LSD again because, you
 6   know, having one bad trip wouldn't mean that you would
 7   have another one necessarily, but if you had two, I
 8   think it would be unwise to take LSD again.
 9      Q.  And it would be unwise because of the likelihood
10   of another bad trip.
11      A.  Another bad trip, yeah, in my opinion.
12      Q.  Which can lead to destructive behavior and
13   harmful behavior, right?
14      A.  Well, it could lead to.  It wouldn't necessarily.
15          MR. PHILLIPS:  We're pausing.  Steve Miller just
16      joined us, so we'll give him a minute to set up.
17          (Short recess taken.)
18   BY MR. PHILLIPS:
19      Q.  Okay.  Doctor, for the benefit of those attending
20   remotely, we're going to change topics just a minute
21   here to identify some of these other documents that you
22   have.
23          You brought with you what you were requested to
24   bring in response to the deposition notice, correct?
25      A.  I tried to, yes.
```

26

Atkinson-Baker Court Reporters
www.depo.com

```
 1        Q.   Let's mark the deposition notice as Exhibit Four.
 2             (Whereupon, the document was marked as
 3        Defendant's Exhibit Four for Identification.)
 4        BY MR. PHILLIPS:
 5        Q.   Is this collection of documents information about
 6   your income and serving as an expert as well as your
 7   billings for this particular case?
 8        A.   Yes.
 9        Q.   Let's mark this material as Exhibit Five.
10             (Whereupon, the document was marked as
11        Defendant's Exhibit Five for Identification.)
12        BY MR. PHILLIPS:
13        Q.   Does Exhibit Five include all of your bills for
14   your work in this particular case up until the time the
15   deposition started today?
16        A.   Yes.
17        Q.   I see an invoice dated here February 26, 2016,
18   listing four-and-a-half hours of work.
19        A.   Yes.
20        Q.   Would that be the work that you performed in
21   order to draft your report, which was done in January of
22   2016?
23        A.   Yes.
24        Q.   Do you know how much of that four-and-a-half
25   hours you spent actually preparing your report?
```

27

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    A.   Reading papers, researching papers, writing, I
2  mean, basically all of it.
3    Q.   So there wasn't much time spent reviewing
4  case-specific materials in arriving at your opinion,
5  most of the time was spent fashioning the report; is
6  that right?
7    A.   No, I mean, I couldn't write the report without
8  doing some research, looking at his blood level of LSD,
9  finding papers that talked about blood levels of other
10  studies that have been done, epidemiology of how many
11  people have taken LSD, so I did some library research.
12    Q.   Okay.  So that wasn't information that you
13  readily knew, you had to do some research to ferret out
14  that information?
15    A.   Well, I knew a lot of that, but you have to
16  document it.  I can't -- if I just say, well, I know
17  that this many people have taken LSD, well, how do you
18  know that?  So I had to find the references, the actual
19  references.
20    Q.   Would it be true that the only factual
21  information that you needed to prepare your report
22  pertaining specifically to Troy Goode was the level of
23  LSD in his blood at the time the tox screens were done?
24    A.   That, and the conclusion that he had died of
25  indirect LSD toxicity.

28

1    Q.   Okay.  I'm going to refer to this document as a

2   colored bar graph.

3    A.   Yeah.

4    Q.   Is that descriptive enough for our purposes?

5    A.   Sure.

6    Q.   I'm going to mark it as Exhibit Six.

7         (Whereupon, the document was marked as

8   Defendant's Exhibit Six for Identification.)

9   BY MR. PHILLIPS:

10   Q.   Would you tell us why you brought that to the

11   deposition?

12   A.   I hadn't thought about a court trial, and when

13   the request was for any potential demonstratives in my

14   views, one issue that I would probably address was the

15   relative safety of LSD.

16        This was a comprehensive report done by the drug

17   czar in England for Queen Elizabeth, which illustrates

18   based on a big survey, the relative harms of LSD

19   compared with other types of drugs and abuse.  So this

20   is something I would use to demonstrate LSD's weight

21   over here.  It's not a harmful drug so that would be a

22   reason for that.

23   Q.   When you characterize LSD as a safe drug, you're

24   not saying it's good for you?

25   A.   Under conditions where it's administered by a

29

Atkinson-Baker Court Reporters
www.depo.com

1  trained therapist, it probably would be good for you.

2     Q.   Just from the lay person's perspective, there

3  seems to be, from my seat, some disparity between a drug

4  that's illegal that can lead to destructive and

5  injurious consequences and also characterizing that drug

6  as a safe drug.

7          Do you understand that --

8     A.   Yeah.

9     Q.   -- the issue there?

10    A.   Physiologically LSD is probably one of the safest

11  drugs that's ever been discovered.  The incidents of bad

12  trips is relatively small.  They usually resolve fairly

13  readily, but LSD has been used to improve outlook on

14  life.  It's been used to treat depression in cancer

15  patients.

16         It's been used to decrease alcohol intake in

17  alcoholics.  It increases appreciation of music.  These

18  are -- a lot of clinical studies have been done in the

19  last few years.

20         In general, it also increases the personality

21  trait of openness.  People become more open, more

22  forgiving, more humanitarian.  So under the conditions

23  where its administered in a controlled setting by a

24  trained therapist, LSD would have -- usually would have

25  a positive effect on someone.  Not recreational,

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1   necessarily.

2     Q. Okay. Of course, in this case we're dealing with

3   someone who was recreationally using LSD, not some

4   supervised administration like you're describing, right?

5     A. Right.

6     Q. And in the context of a person using the drug

7   recreationally and having a bad trip, would you still

8   characterize the drug as being safe?

9     A. Well, it certainly wasn't safe for Mr. Goode.

10     Q. And Exhibit Seven is another graph. How would

11   you describe that?

12     A. So there was a study done of blood levels of LSD.

13   There was an earlier study that was published. This was

14   a much better one published in 2015. They actually have

15   a study out in 2017, and what they did is measure blood

16   levels of LSD after an oral dose.

17       In this case it's about two-and-a-half doses of

18   LSD and it shows blood levels at various times, and so

19   what this was is his -- Mr. Goode's blood level was

20   measured approximately five hours after he had ingested

21   the LSD to show where that would lie, and given the

22   two-dose administration, he would expect to see about

23   two nanograms per milliliter, and actually he was about

24   one nanogram. So he's much lower.

25       The updated reference from these people in 2017

31

David E. Nichols, Ph.D.
September 1, 2017

1  has both a plot for two dose and one dose, and I don't

2  have that.  This one I didn't have at the time.  I was

3  getting ready for this but.  I would probably use that

4  one, but it's the same thing.

5       It would be to illustrate here's where his blood

6  level was just to show that he hadn't taken an

7  unreasonable amount of LSD.

8       (Whereupon, the document was marked as

9    Defendant's Exhibit Seven for Identification

10     Q.  What we see, then, in Exhibit Seven is a graph

11  that you have adapted --

12     A.  Right.

13     Q.  -- from Dolder, but the information in here is

14  the amount actually in Troy Goode's system as

15  demonstrated by the tox screens?

16     A.  No.  So this represents 16 individuals who were

17  given about 246 micrograms of LSD orally and then they

18  took samples of their blood at various times.

19     Q.  I see.

20     A.  So Mr. Goode, his blood sample was approximately

21  five hours old, and so what I've done is just show five

22  hours.  That's the concentration you would expect to see

23  if he had taken in this case two doses.  His blood level

24  is about half of that.

25       So just to show that he had not taken an

Atkinson-Baker Court Reporters
www.depo.com

1   unreasonable amount.  He was well within.  You might see

2   a huge dose and then you can say, you know, he

3   overdosed.

4       Q.  If I understand correctly, the information on

5   Exhibit Seven is not specific to Mr. Goode, but

6   something you may use to illustrate a point with regard

7   to Mr. Goode?

8       A.  Right.  Right.  If he had taken a large dose, you

9   wouldn't expect to see it on the curve where I marked it

10  there.  It would be off that curve above.

11      Q.  The dose here was obviously large enough to cause

12  a bad trip, right?

13      A.  Well, not -- these are all volunteers.  None of

14  them had bad trips.

15      Q.  When I'm saying here, I'm speaking about

16  Mr. Goode.

17      A.  Yeah, yeah.

18      Q.  Is that right?

19      A.  Yeah, he had a reaction.

20      Q.  Okay.  In looking at Exhibit Seven, you have put

21  the five-hour mark down lower because that's the time at

22  which his blood was drawn, five hours after ingestion.

23  Is that your estimate?

24      A.  That's what I believe was estimated of the blood

25  draw time.

David E. Nichols, Ph.D.
September 1, 2017

1     Q.  All right.  So what this graph would also tell us

2    is that the level of LSD in Mr. Goode's body had been

3    dropping and had reached its peak and was dissipating by

4    the time the level was taken?

5     A.  Right.

6     Q.  So that at the time of his encounter with the

7    police and his encounter with the folks at the hospital,

8    his LSD level was higher than what the tox screen

9    indicated; would that be accurate?

10    A.  No, immediately upon his death, if they drew

11   blood samples, or whenever they drew them, that would

12   reflect the concentration.  It was higher when he first

13   took the LSD, but it wouldn't have been as high as this

14   because at the five hours he was still down at -- he was

15   down at one.

16        What I'm showing here as of five hours if he had

17   taken this dose you would expect to see it up here.

18   But, in fact, it was down here at one.

19    Q.  I think we're saying the same thing, but let me

20   see if I can narrow my question a bit.

21        This left-hand column indicates the dose.

22    A.  Nanograms per mill blood plasma.

23    Q.  And the bottom indicates the time.

24    A.  Hours after dose.

25    Q.  Irrespective of the dose taken, five hours after

34

Atkinson-Baker Court Reporters
www.depo.com

1  ingestion the level in the body would be lower than

2  within an hour or two of ingestion?

3      A.   Correct.

4      Q.   So that at the time Mr. Goode was in the

5  hospital, the level of LSD in his body would have been

6  higher than the tox screens measured later, right?

7      A.   Right.

8      Q.   Okay.

9      A.   But they wouldn't have been as high as this

10 curve.

11     Q.   Understood.

12     A.   Okay.

13     Q.   The point is that the effect -- the level of LSD

14 in his body would have been peaking about the time he's

15 in the hospital emergency room and then after that the

16 level is dissipating and going down to the level it is

17 five hours later when the blood is drawn from the tox

18 sticks?

19     A.   Right.  The maximum level is about one-and-a-half

20 hours.

21     Q.   Right.  Okay.  I think the other material that

22 you brought would be your CV, and while we're in the

23 marking mode, let's go ahead and do that.  Exhibit Eight

24 will be the CV.  I think everybody has that.

25          (Whereupon, the document was marked as

David E. Nichols, Ph.D.
September 1, 2017

```
 1      Defendant's Exhibit Eight for Identification.)
 2      BY MR. PHILLIPS:
 3      Q.   This CV is up to date and accurate?
 4      A.   Yes.
 5      Q.   Now, you had on the table earlier some medical
 6   literature.  Here it is.  With this binder clip you have
 7   provided for us that medical literature which you cited
 8   in the report from January 2016?
 9      A.   Right, with the exception of the chapter in
10   Goodman Gilman, yes.
11      Q.   We'll mark your medical literature that you
12   brought as Exhibit Nine.
13          (Whereupon, the document was marked as
14      Defendant's Exhibit Nine for Identification.)
15      BY MR. PHILLIPS:
16      Q.   Is this the only medical literature that you
17   referenced for your work in this case?
18      A.   I believe that's everything I referenced in my
19   report.
20      Q.   Okay.  And it's the only literature you plan to
21   cite in your testimony in this case?
22      A.   Yes.
23      Q.   Now, you have a textbook, so explain for us how
24   the textbook here, the Goodman and Gilman's, the
25   "Pharmacological Basis of Therapeutics," 8th edition,
```

36

1   tell us how that plays a part here.

2      A.   Okay.  So Goodman and Gilman's "Pharmacological

3   Basis of Therapeutics" is kind of the pharmacologist's

4   Bible, so everything you want to know about almost every

5   drug is in here.

6        So Joan Jaffe wrote chapters in the 7th and 8th

7   edition, and what I'm citing is the chapter that Joan

8   Jaffe wrote, chapter 22, on psychedelics, hallucinogens,

9   psychotics and psychotogens, and this is a general

10   description.  Heightened awareness sensory input, often

11   accompanied by an enhanced sense of clarity, but a

12   diminished control over what's experienced, etc., and

13   they have structures.  LSD related compounds.  History,

14   chemistry, mechanism of action.

15      Q.   Would you give us the pages from that text

16   that --

17      A.   Yes.

18      Q.   -- that is on point?  That are on point, I should

19   say.

20      A.   Page 553 through 557.

21      Q.   In the material that you've provided, which we've

22   marked as Exhibit Nine, third from the bottom is a

23   reference to Goodman and Gilman.

24      A.   Right.

25      Q.   And the difference between what you've cited in

1  Exhibit Nine and the textbook, which is also Goodman and

2  Gilman, which you hold in your hand, is what?

3      A.   That was the earlier edition, the 7th edition

4  from 1985.  This is the more recent, the 8th edition,

5  and I had discarded the 7th edition.  That's a reference

6  I had cited as a general reference, and so I have the

7  8th edition.  It's written by the same author, and

8  basically the content is the same.

9          I can't verify that it's word for word exactly

10  the same, but basically this would be the description

11  that a -- if a pharmacologist were looking for a general

12  description of hallucinogens and pick this up, this is

13  what they would read about hallucinogens.

14     Q.   I want to mark those pages from the 8th edition

15  of Goodman and Gilman pages 553 through 557 as Exhibit

16  Ten, and we can substitute a copy from the text.

17          Let's just be sure we copy the cover page,

18  including the Library of Congress information when we

19  make that copy.

20          (Whereupon, the document was marked as

21     Defendant's Exhibit Ten for Identification.)

22          THE WITNESS:  Yeah, I apologize.  I don't have a

23     copy machine really at home, so --

24  BY MR. PHILLIPS:

25     Q.   Are all of the sources cited in Exhibit Nine

Atkinson-Baker Court Reporters
www.depo.com

1  reliable authorities in your opinion?

2      A.  They're all peer-reviewed journals or book

3  chapters.

4      Q.  Are they all reliable authorities in your

5  opinion?

6      A.  Yes, in my opinion.

7      Q.  And the material that you have written or

8  participated in pertaining to LSD and other drugs, are

9  all of those reliable authorities as well?

10     A.  I certainly hope so.

11     Q.  You think they are?

12     A.  I think they are.  Most people think they are.

13     Q.  Have we now identified, Doctor, everything that

14  you brought in response to the deposition notice?

15     A.  I believe so, other than the report of Mr. Farr.

16     Q.  Dr. Farr?

17     A.  Dr. Farr at PharmD.

18     Q.  That's right.

19     A.  Mr. Farr.  I'm a pharmacy school.  We didn't

20  really go for the PharmD stuff very much.

21         Then there was another report and it was 90-some

22  pages.  It was a long CV.  I didn't copy that because I

23  thought you probably had it.

24     Q.  Do you know whose report that was?

25     A.  Let me see if I can tell you.

David E. Nichols, Ph.D.
September 1, 2017

1      MR. MCCORMACK: Is that Dr. Davis or Jones?  Does

2   one of those ring a bell?

3      THE WITNESS: It's not ringing a bell.  I just

4   scanned through it.

5      MR. MCCORMACK: I don't have a copy of those with

6   me.

7   BY MR. PHILLIPS:

8   Q.  Was the other report also the report of another

9   defense expert?

10  A.  I believe so, yes.

11  Q.  As opposed to another plaintiff expert?

12  A.  Yes.  Yeah.

13  Q.  And you say you just kind of scanned through it?

14  A.  I did.

15  Q.  You didn't carefully read it or consider it?

16  A.  No, I can't tell you that I did.  I looked -- I

17  scanned through it and it was a lot of -- his CV was at

18  the end, and so I just didn't copy it all.

19  Q.  Have you ever advertised your services as an

20  expert witness?

21  A.  No.

22  Q.  Have you ever been affiliated with any expert

23  referral service?

24  A.  Not to my knowledge.

25  Q.  All right.  I think we're at a good point to take

Atkinson-Baker Court Reporters
www.depo.com

1    a break and see what we can do about copying these new

2    materials and providing them to other counsel.  So we'll

3    go off the record and see what we can do.

4           (Short recess taken.)

5    BY MR. PHILLIPS:

6       Q.  Plaintiff filed expert disclosures in the

7    United States District Court for the Western District of

8    Tennessee, and those disclosures included listing you as

9    one of six experts.  There is a section of that called

10   factual predicate.

11          Are you familiar with that document, the factual

12   predicate that was set forth before the various experts

13   were listed?

14      A.  No, I don't remember what that is.

15      Q.  Have you read and considered that document, the

16   factual predicate that was part of the disclosure that

17   included you?

18      A.  I don't know if I've ever seen that.

19      Q.  The factual predicate says that after ingesting

20   the LSD, Mr. Goode became paranoid and claustrophobic.

21          Do you agree with that statement?

22      A.  That's in the record, yes.  We talked about that

23   earlier, yes.

24      Q.  And that's related to LSD?

25      A.  Most likely, yeah.

41

1    Q.  And then it says that after Mr. Goode was put in

2    the automobile, he could not stand the confines of the

3    automobile.  Do you accept that as true?

4    A.  They stated he was claustrophobic, so that would

5    be --

6    Q.  Is that consistent -- that, as we discussed, is

7    related to LSD ingestion in your opinion?

8    A.  Probably.

9    Q.  It says further that his actions appeared erratic

10   and without purpose and he was running in circles.  Do

11   you accept those facts as true?

12   A.  I would accept that as true, yes.

13   Q.  And related to the LSD?

14   A.  Yes.

15   Q.  Can LSD indirectly cause death?

16   A.  Well, people can commit suicide.  They can do

17   dangerous things like rock climbing, trying to swim,

18   things that normally would be safe, but because of this

19   disorientation they can injure or kill themselves.  So

20   that would be an indirect cause of death.

21   Q.  So one way that one might talk about death is

22   whether a level of the drug was high enough that it's

23   effectively an overdose that resulted in death?

24   A.  That would be a direct death.

25   Q.  Right.  But even if there's not a direct link to

42

Atkinson-Baker Court Reporters
www.depo.com

1    a drug and death such as we just described, there still

2    can be an indirect link, can't there?

3        A.   Indirect death, yes.

4        Q.   And a drug like LSD could make someone engage in

5    behavior that leads or contributes to his death, right?

6        A.   That's true.

7        Q.   Had you personally done research regarding LSD?

8        A.   Yes, scientific research in animals in

9    biochemical preparations, yes.

10       Q.   None of that testing would be on humans, would

11   it?

12       A.   No.

13       Q.   It would be rats --

14       A.   Biochemical preparations, yeah.

15       Q.   How do you get the LSD used for research and

16   testing since it's illegal?

17       A.   We synthesize it.  I have a Schedule 1 license.

18       Q.   So you make it?

19       A.   Yes, we do.

20       Q.   And you have permission, so to speak, to do that?

21       A.   I have a Schedule 1 license, yes.

22       Q.   And there are obviously safeguards on that so

23   that you can't use it, you can't give it to anybody

24   else, it's strictly used for testing purposes in the

25   laboratory?

43

1    A.    They -- yeah, those were the studies we had

2    approved, yes.    I did -- I wasn't an M.D., we didn't

3    have a clinical operation, so it all had to be that kind

4    of work.    And we had protocols approved by the DEA.

5    Q.    Do you have any -- outside of your research, do

6    you have any personal experience with LSD?

7    A.    Over the years I've spoken with lots of people

8    who have taken LSD because they recognize that I had

9    expertise and published a lot, so I've had conversations

10   over the last 30 years with people who have taken it,

11   heard a lot of first-hand accounts, that sort of thing.

12   Q.    Have you ever observed people after they've taken

13   LSD?

14   A.    I can't recall that I have.

15   Q.    You've never used it yourself, have you?

16   A.    Well, I was a student in the '60s.

17   Q.    So you have?

18   A.    Like most people who went to college in the '60s,

19   I have some minor experience.

20   Q.    But not since then?

21   A.    No.

22   Q.    Can the effects of a bad trip persist for days

23   after the ingestion has taken place?

24   A.    I would say in a really severe bad trip there

25   could be persisting effects.

1    Q.   And can there be persisting effects that are
2    permanent?
3    A.   Generally in persons who are emotionally
4    predisposed, it can catalyze the onset of long-lasting
5    psychiatric disorders.  The consensus is that for people
6    who are emotionally healthy, that doesn't happen.  It
7    doesn't actually cause psychosis, but for patients who
8    have -- are predisposed, it can catalyze the onset of a
9    long-term psychosis.
10   Q.   Would it be more likely in a patient or person
11   who has had several bad trips to have lasting effects,
12   lasting psychiatric effects?
13   A.   That -- that would just be speculation.  It would
14   be hard to say.  There are people that have -- I have
15   talked to people that have had bad trips and then
16   they've taken it again and everything was fine, so it
17   wouldn't necessarily be an indicator that things would
18   go bad in the future.
19   Q.   Let me show you page -- see if you recognize
20   this.  It's entitled Psychedelics.  I think it's
21   something that you authored.
22   A.   Oh, yeah, mm-hmm.
23   Q.   Is that a book, or is it a chapter within a book?
24   A.   This is a journal, "Pharmacological Reviews."
25   Basically it has -- it's about yeah thick and it has

45

1    maybe two or three review articles in it.  So it would
2    be comparable to like a book chapter.
3        Q.  And it's in the -- what journal?
4        A.  "Pharmacological Reviews."  And that's peer --
5    that's peer reviewed.
6        Q.  And you consider this to be a reliable authority?
7        A.  I do.
8        Q.  You made the statement in part on page 273 that
9    LSD and other psychedelics can lead to serious
10   psychologic consequences.  Is that a true statement?
11       A.  Yes.
12       Q.  On page 275 you state in part that the judgment
13   of users is impaired while under the influence of these
14   drugs, including LSD, correct?
15       A.  That's true.
16       Q.  This is a particular concern when the
17   hallucinogens are used in unsupervised settings.
18       A.  True.
19       Q.  Troy Goode's use of LSD was in an unsupervised
20   setting, true?
21       A.  Yes.
22       Q.  You continue on page 275, users may believe that
23   they are invincible or possess super powers and may do
24   things that they would not normally consider.  Is that
25   true?

46

1    A.  True.

2    Q.  You quoted another source on page 279 that says,

3  LSD is a powerful, non-specific amplifier of the

4  unconscious.

5    A.  Right.

6    Q.  Is that a statement with which you agree?

7    A.  Yes.

8    Q.  What does that mean, it's a non-specific

9  amplifier of the unconscious?

10    A.  That probably -- that's a statement that Stan

11  Groff made who had supervised 2,000 LSD's -- clinical

12  LSD sessions and in trying to determine what these drugs

13  actually do, it's still controversial how they work.

14      What happens when people take LSD is like things

15  that normally are not in the -- in conscious processes

16  or unconscious dreams, fears, wishes, etc., are brought

17  to the surface so that they become conscious.  So LSD

18  amplifies those unconscious feelings, thoughts, etc.,

19  brings them into consciousness, so things that you

20  normally wouldn't be aware of.

21    Q.  You continue on page 279, and I'm quoting, I

22  think Barr from 1972, the phenomenon induced by LSD

23  cannot be predicted or understood in purely

24  pharmacological terms.  Is that true?

25    A.  True.

47

Atkinson-Baker Court Reporters
www.depo.com

1    Q.   The personality of the drug-taker plays an

2    enormous and critical role in determining how much

3    effect there will be and what particular type.  Is that

4    true?

5    A.   True.

6    Q.   On page 79 you also -- page 279, I should say,

7    you also state, once you keep in mind that the effects

8    of psychedelics are highly variable and not necessarily

9    dose dependent.  Is that a true statement?

10   A.   True.

11   Q.   LSD can have a major impact on an individual even

12   if the dose is considered to be a low dose, right?

13   A.   Yeah, individual susceptibility and role playing.

14   Q.   You were previously affiliated with Purdue

15   University; is that right?

16   A.   Yes, I was.

17   Q.   It looks like from your materials you left there

18   in 2012?

19   A.   2010, 2012.

20   Q.   Why did you leave Purdue?

21   A.   I had been there for 38 years and I got tired of

22   writing grants and being on committees and just the

23   paperwork.  I was on the institutional review board, the

24   animal care committee, all kinds of committees in the

25   department, and it just wasn't that much fun anymore.

48

Atkinson-Baker Court Reporters
www.depo.com

```
 1   So I just decided to bail out.
 2        That was also coupled with a really nasty divorce
 3   that had occurred a couple years earlier that sort of
 4   took the wind out of my sails.
 5   Q.   You weren't asked to leave Purdue?
 6   A.   No, no.  In fact, they had people -- they had
 7   people come in who wanted to work for me after I retired
 8   that didn't know I was gone.
 9   Q.   Was it your departure from Purdue that resulted
10   in your retirement?
11   A.   Yes.
12   Q.   I noticed that your report, which was January of
13   2016, is actually on Purdue University letterhead.
14   A.   Yes.
15   Q.   Did you have any affiliation with Purdue in
16   January of 2016?
17   A.   I was emeritus professor.
18   Q.   Were you at UNC in 2016?
19   A.   Yes.
20   Q.   Why would your report not be on UNC letterhead
21   instead of Purdue letterhead if you were working at UNC?
22   A.   Because at Purdue I was a distinguished professor
23   and also a named professor in pharmacology and an
24   adjunct professor, and at UNC I'm just an adjunct
25   professor.
```

49

1    So in terms of my reputation it seemed more

2  propitious to use the credentials that I had at Purdue.

3    Q.  At the University of North Carolina are you

4  employed full-time or do you work part-time?

5    A.  I voluntarily work, but I have a laboratory and I

6  do chemistry and pharmacology that benefits the group

7  that I'm in.  I synthesize things that are either too

8  expensive for them to buy or that are not available, and

9  I'm generally a chemistry consultant.  That's a

10  pharmacology group.  They don't know much chemistry, so

11  I participate and I help some of the graduate students

12  understand the results.

13    Q.  When you say you're a volunteer, does that mean

14  you're not paid --

15    A.  Right.

16    Q.  -- through the university?

17    A.  Right.

18    Q.  So other than your volunteer work at the

19  university, is there anything you do that's sponsored or

20  sanctioned by the University of North Carolina?

21    A.  No.

22    Q.  You don't do any research for the University of

23  North Carolina?

24    A.  What research I do is for the group I'm in.

25    Q.  Okay.  And what group is that?

50

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1     A.   It's Bryan Roth's group.

2     Q.   Bryan Roth?

3     A.   Bryan L. Roth.

4     Q.   What does that group do?

5     A.   He's a pharmacologist that looks at the

6   pharmacology of what are called G-protein coupled

7   receptors.  They publish crystal structures of drugs

8   bound in receptors.  They study the signaling properties

9   of drugs.

10        He actually invited me to go to his -- I was at a

11  meeting the summer before I retired.  I said I was going

12  to retire.  He basically said, how can you do that?

13  You're the top guy in your field.  I said, I'm just

14  getting tired of what I told you of all the grants and

15  da, da, da, da.  He said, why don't you come and do an

16  indefinite sabbatical in my laboratory, which I never

17  thought about it?

18        I was just going to retire.  I said, what does

19  that mean?  He said, well, I'll give you some lab space

20  and hood and buy whatever chemicals you want.  Just come

21  in and work.  I said, what are your expectations of me?

22  He said, just have fun.

23        I had a big reputation, so for him it was like a

24  coup for me to be in his lab to say, hey, yeah, Dave

25  Nichols is working in my lab, and I did teach some

51

David E. Nichols, Ph.D.
September 1, 2017

1   courses.  Three springs I was there.  I taught a

2   pharmacy course.  I wasn't paid for that, but I did do

3   some teaching.  Then they changed the curriculum, so I

4   haven't taught.

5      Q.  And this is a private group, the Bryan Roth

6   Group?

7      A.  It's a university laboratory.  I mean, he's --

8   he's the University of North Carolina, Chapel Hill.  He

9   has a big pharmacology lab with 20 or 22 scientists.

10      Q.  Is there a particular reason that you didn't try

11   to get on the faculty of UNC?

12      A.  You know, Bryan -- when I started working, he

13   said, you know, if you want to write a grant, you could

14   get a technician to work for you, and I said, Bryan, I

15   retired so I didn't have to write grants anymore.  I

16   probably could if I was welcomed by the faculty there.

17   I didn't have any trouble there.  I taught some courses

18   in the spring.

19         I don't know what their salary structure is, but

20   academically if I said, I want to get paid, they would

21   have worked something out and I would have had to take

22   on additional responsibilities and I was, as my wife

23   says, semi-retired.  But I was retired and I did not

24   want to jack up my effort again.

25      Q.  When you were at Purdue before you retired, how

1  would you spend your time?  You mentioned writing grants

2  and other stuff.  Just give us some general idea of how

3  your time would be allocated.

4      A.   So I had an active research group that was as

5  large as 14 to 16 students at one point in time.  Then I

6  scaled it back.  So I would direct their research.  We

7  would have weekly research meetings.  They would talk.

8  I would attend seminars once or twice a week, writing

9  grants to get support for my research group.  That took

10  time.

11       Writing publications.  That would take time as

12  well.  Working with the students who write publications.

13  Giving seminars at other institutions.  I think that

14  could cover the general things I did.  It was more than

15  a 40-hour week.

16      Q.   If you were picking and were to describe your

17  profession, would you call yourself a pharmacologist?  A

18  toxicologist?  What would you say?

19      A.   Well, I was a distinguished professor of

20  medicinal chemistry and molecular pharmacology, but I

21  also was a Robert C. and Charlie P. Anderson chair of

22  pharmacology.

23       So I really was a pharmacologist and a chemist

24  and my consulting work in the drug industry and patent

25  infringements has only been possible because I knew both

53

1  pharmacology and chemistry.  I could relate a structure

2  to pharmacology, whereas a chemist wouldn't understand

3  the pharmacology and the pharmacologist wouldn't

4  understand the chemistry.  I could stitch those both

5  together.  So there weren't many people like me.

6      Q.  Did you have any clinical work at Purdue?

7      A.  No, I taught in the medical curriculum.  I taught

8  antipsychotics, antidepressants, and angiolithics in the

9  second year of medical curriculum, but I didn't do any

10 clinical work.

11     Q.  You didn't have any direct patient contact --

12     A.  No.

13     Q.  -- nor did you consult with physicians about

14 patient care?

15     A.  No.

16     Q.  And you have not done that at North Carolina

17 either?

18     A.  No.

19     Q.  You wouldn't normally, in Indiana or

20 North Carolina, complete a death certificate, would you?

21     A.  No.

22     Q.  You've never completed a death certificate, have

23 you?

24     A.  No.

25     Q.  You're not the one who determines the cause of

1   death in any official capacity for any individual; is

2   that right?

3       A.   That's right.

4       Q.   Outside of death certificates, sometimes there

5   are documents created in hospitals called discharge

6   summaries where a cause of death is listed.

7            You're not involved in formulating or drafting

8   those documents either, are you?

9       A.   No.

10      Q.   You cannot make a medical diagnosis, can you,

11  since you're not a medical doctor?

12      A.   That's correct.

13      Q.   Would it be correct to say that Troy Goode had

14  LSD intoxication?

15      A.   Yes, I think that's a fair statement.

16      Q.   Would it be correct to say that he was under the

17  influence of LSD and marijuana?

18      A.   I think the forensic lab test would support that,

19  yes.

20      Q.   Let's talk a little bit about your expert witness

21  work.  Have you been involved as an expert witness in a

22  case where you were giving opinions about LSD other than

23  this case?

24      A.   Yes.

25      Q.   How many times?

Atkinson-Baker Court Reporters
www.depo.com

1      A.   Once.

2      Q.   Did you give any testimony in that case?

3      A.   Yes.

4      Q.   By deposition, at trial, or both?

5      A.   At trial.

6      Q.   Where was the trial?

7      A.   New Jersey.  State court.

8      Q.   I seem to remember some reference to a New Jersey

9   case in some of the materials you provided.

10     A.   Yes, that was the State of New Jersey vs.

11  Campbell.

12     Q.   Criminal case?

13     A.   Yes.

14     Q.   And do you have a copy of the transcript of any

15  of your testimony?

16     A.   I don't believe I do.

17     Q.   Are you able to obtain that?

18     A.   I probably could.

19     Q.   Is that something you could check to see if

20  you're able to do and let Mr. McCormack know if you're

21  able to --

22     A.   Yeah, sure.

23     Q.   -- get a copy so it would be public information

24  if it's in the court?

25     A.   Sure.

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    Q.  And I would request that we be provided a copy of

2  that if you're able to locate it.

3        And that is the one and only time you've served

4  as an expert in a court case involving LSD?

5    A.  Yes, I believe so.

6    Q.  Were you retained by the State or by the

7  defendant?

8    A.  The defendant.

9    Q.  And what was the gist of your opinion in that

10  case?

11    A.  The defendant and his co-defendant were arrested

12  for possession and possible distribution of LSD.  How

13  they came to be arrested is kind of controversial, but

14  anyway, they found a bottle of eye drops, CVS eye drops

15  that had 1.8 milliliters and that was analyzed

16  qualitatively and found to contain LSD.

17        So in the -- I don't know whether it was a

18  grand -- maybe it was a grand jury, but they had an

19  expert from the State DEA who came in and was really not

20  knowledgeable at all about LSD and said, oh, that's

21  thousands of doses.  1.8 grams is thousands of doses.

22        They also had blotter sheets in the car.  I don't

23  remember.  There were quite a few.  Thousands of

24  potential doses.  He said, well, this is obvious that

25  they were going to distribute this LSD in these blotter

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    sheets.

2         And I said to defense counsel, I said, well, they

3    detected the presence of LSD, but what was the

4    quantitative analysis? How much was actually in there?

5    So they requested a re-analysis for actual percentage

6    LSD. And some of the solution had mysteriously

7    disappeared in the lab, which was never cleared up, but

8    based on their calculations of analysis, the original

9    1.8 milliliters had contained 34 doses of LSD, 3.4

10   milligrams.

11        I said, well, obviously they weren't going to

12   distribute LSD on these blotters if they only had 34

13   doses. So I testified as to the fact that this expert

14   was incorrect. He called it liquid LSD and that it was

15   thousands of doses, and I said there's no such thing as

16   liquid LSD. LSD is a solid crystal material that's

17   dissolved in the solution. It was the solution that

18   contained 34 doses.

19        Furthermore, the blotters are not proof that they

20   were claiming to distribute because a blotter is a

21   collectible. You see it all the time in people that

22   collect these pictures. They're cut up like sheets of

23   blotter for LSD, but they're just pictures and they're

24   art and people sign and pay money for them.

25        So I said, so that's not proof. So I said they

Atkinson-Baker Court Reporters
www.depo.com

1   did not have an amount that was compatible with

2   distribution of LSD.  34 doses.  You don't make any

3   money with 34 doses.

4        The judge ultimately ruled that, well -- and the

5   defense attorney said, well, so we have a bottle of 1.8

6   milliliters and it actually only contains 34 doses, but

7   you're going to claim that it has thousands of doses.

8   So if we dissolve that in a 50 gallon drum of water, do

9   we have 50 gallons of LSD?  Or if we dissolve that in

10  the ocean, do we have an ocean full of LSD?  That was

11  kind of the argument that he was providing.

12       The judge was not really very perceptive.  She

13  eventually ruled and said, well, all they had to do was

14  dilute it in more water and have as many doses as they

15  wanted.

16       I said -- I wrote -- I saw that and I wrote to

17  the attorney, I said, that's stupid.  A dose is defined

18  as an amount that has a physiological effect.  You

19  dilute it to an infinite dilution, it doesn't -- it's

20  not a dose.  They're not doses anymore.

21       I don't know how it was settled.  I don't think

22  he went to prison, but things got taken down a bit

23  because -- but that was the gist of the testimony, how

24  much he actually had, what the actual doses of the LSD

25  was, that they couldn't have been involved in a

1   conspiracy to distribute because they didn't have

2   sufficient material to do that.

3       Q.  Did the court permit your testimony or was there

4   any issue about whether your testimony should be

5   excluded?

6       A.  No, they allowed it.

7       Q.  Did a jury actually decide the case?

8       A.  No, it was a judge trial.  A bench trial.

9       Q.  Was the defendant convicted of some LSD-related

10  offense?

11      A.  I believe he was.

12      Q.  Do you know what it was?

13      A.  No, but I can find all that out.

14      Q.  Did it pertain to manufacturing LSD or just

15  distributing LSD?

16      A.  It would have been possession or distribution,

17  not manufacturing.

18      Q.  Before this case did you know Mr. Kevin McCormack

19  or Mr. Tim Edwards?

20      A.  No.

21      Q.  Do you know how they located you?

22      A.  I'm not completely sure, but a writer from the

23  Huffington Post contacted me after Mr. Goode died and

24  said, you know, there's some controversy over why he

25  died and here's some information and what do you think?

Atkinson-Baker Court Reporters
www.depo.com

1      I said, based on what you told me, he didn't die

2  of LSD toxicity.  And that story, I believe, was

3  published, and I wouldn't swear to it, but I believe

4  that's -- the attorney saw that story and then contacted

5  me.

6      Q.  Do you know the name of the reporter from the

7  Huffington Post who first contacted you?

8      A.  Not offhand, but I can get it.

9      Q.  So your first contact about Troy Goode came from

10  a Huffington Post reporter?

11      A.  Right.

12      Q.  Who provided certain information to you about the

13  matter; is that right?

14      A.  Correct.

15      Q.  What information was provided?

16      A.  I'd have to go back and look at his e-mail, but I

17  think it concerned the amount of LSD he had in his body

18  and the fact that they said he had died of LSD toxicity.

19      Q.  Do you still have those e-mails from the

20  Huffington Post report about Troy Goode?

21      A.  Probably.

22      Q.  And do you have a copy of the article that was

23  ultimately written?

24      A.  I don't believe I ever got a copy of that.

25      Q.  I want to mark a copy of your e-mails with the

61

Atkinson-Baker Court Reporters
www.depo.com

```
 1    Huffington Post reporter pertaining to Troy Goode as
 2    late filed Exhibit 11.  If you can provide those e-mails
 3    to Mr. McCormack --
 4        A.   Sure.
 5        Q.   -- and he can get them to the court reporter.
 6             You can do that?
 7        A.   Mm-hmm.
 8        Q.   Yes?
 9        A.   Yes.  Yes.
10        Q.   Thank you.
11             (Whereupon, the document was marked as
12        Defendant's Exhibit 11 for Identification.)
13        BY MR. PHILLIPS:
14        Q.   And based upon your conversations or
15    communications with the Huffington Post reporter, you
16    were able to reach the conclusion about LSD in Troy
17    Goode's death, right?
18        A.   I basically said that LSD doesn't kill people.
19    So this was not correct that he died of LSD toxicity.
20        Q.   So you really were able to reach the conclusion
21    about which you've been disclosed to testify based upon
22    communications with a Huffington Post reporter?
23        A.   Based upon what he told me.
24        Q.   Right.
25        A.   Yes.
```

62

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1    Q.   Is LSD toxicity another way of saying overdose or

2  too much LSD in the system that would result in death?

3    A.   People generally don't overdose, even at very

4  high doses.  So LSD toxicity would imply there was

5  some -- LSD had caused death through some physiological

6  mechanism.  That is not known to occur at anywhere near

7  doses.

8    Q.   Do you understand that term to be talking about a

9  direct cause from LSD as opposed to an indirect cause?

10    A.   That was my impression; that they were claiming

11  he died of LSD toxicity.

12    Q.   A direct cause?

13    A.   Yes.

14    Q.   And so you're disagreeing with that position

15  based upon your interpretation that it means his LSD was

16  listed as a direct cause of death --

17    A.   Yes.

18    Q.   -- as opposed to an indirect cause?

19    A.   Yes.

20    Q.   Other than the communications with the Huffington

21  Post reporter about Mr. Goode, have you had

22  communications with anyone else?

23    A.   With respect to this case?

24    Q.   Or Mr. Goode in general.

25    A.   No, just the communications I've had with the

63

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1   attorneys.

2       Q.   Mr. McCormack or Mr. Edwards?

3       A.   Yes.

4       Q.   Have you consulted any other professional, some

5   colleague, some medical doctor, anybody about this case

6   or your opinions in the case?

7       A.   No, not as a consultation.  I mentioned to a

8   colleague of mine who is a physician that I was retained

9   to work on a case where they had claimed that someone

10  had died of LSD toxicity.  His reply was, that's

11  outrageous.

12      Q.   You've not relied upon any information from any

13  other colleague or physician as a basis for any opinion

14  you told in the case, have you?

15      A.   No.

16      Q.   Have you done all of the research relative to

17  your opinions in the case, or somebody aided you during

18  that?

19      A.   No, I've done all the research.

20      Q.   Has Mr. McCormack or Mr. Edwards or their office

21  provided any information about LSD to you?

22      A.   Not -- no, not specifically.  Just these reports

23  that you have.

24      Q.   That we marked as an exhibit?

25      A.   Yeah.  No.

64

Atkinson-Baker Court Reporters
www.depo.com

1   Q.  Let's expand our discussion about your expert

2   work and I'll ask you a narrow question about whether

3   you've had other LSD cases.  We've talked about that.

4       Have you done other expert witness work

5   pertaining to any subject matter?

6   A.  Outside of patent infringement?

7   Q.  I'm trying to be broad.  If you've worked as an

8   expert in any capacity in any kind of case.  That's what

9   I'm asking you.

10  A.  Yes, I've been -- I've been an expert in patent

11  infringement cases, defending a major PhRMA, big PhRMA.

12  Q.  What pharmaceutical companies have you worked

13  for?

14  A.  Merck, Bristol-Myers Squibb, Eli Lilly.  There

15  are several others.  I've done about a dozen cases over

16  the last decade.

17  Q.  Always testifying for the drug manufacturer --

18  A.  Yes.

19  Q.  -- about prescription medications that they had

20  developed?

21  A.  Yes.

22  Q.  Other than patent work, any other kind of expert

23  work?

24  A.  You know, not recently.  I mean, I did -- I did

25  do a case in Atlanta, which was an animal case and I

David E. Nichols, Ph.D.
September 1, 2017

1  testified for the defense there.

2      Q.  What was the gist of your opinion in that case?

3      A.  It was a young fellow who was working in his

4  father's food supplement store and was selling the

5  substance called 1,4-butanediol and he had weightlifters

6  taking it to build muscle mass.  I didn't know it could

7  do that.  It turns out you can also use it to make GHB

8  as a starting material.

9          He wasn't aware of that, and so he had been

10  buying it from a supplier in Miami, Florida.  The DEA

11  had got the supplier in Miami, who was sending out GHB

12  all over the country to different people.

13          They got him to roll over and all the people he

14  was supplying things to and brought him into a

15  conspiracy charge.  This fellow had no clue what this

16  stuff was used for.  It's not actually -- it's now

17  controlled, but it wasn't then.

18          He even had a policeman who was one of his

19  customers.  So they were charging him as part of this

20  conspiracy.

21          So the public defender brought me down.  Karl

22  Leets, and another professor, I think Ernest Dileo

23  [phonetic], from the University of Georgia, to testify

24  with respect to whether butanediol was an analogue of

25  GHB.

66

```
 1        We testified that it was not an analogue, and
 2   that resulted in a hung jury.  It was ten to two for
 3   acquittal, and he -- after he debriefed the jury, they
 4   found that the two that wanted to convict said, well,
 5   you know, where there's smoke, there's fire, they
 6   wouldn't charge this guy if there wasn't something to it
 7   and they bring in these professors to try and confuse us
 8   so we won't believe it.
 9        So it was settled for a misdemeanor, mislabeling
10   charge against the guy.
11   Q.   So that obviously was a criminal matter --
12   A.   Yes.
13   Q.   -- where were you testifying --
14   A.   Right.
15   Q.   -- on behalf of someone accused of misusing
16   drugs.
17   A.   And distributing a drug, which they claim was an
18   analogue, yes.
19   Q.   Illegal distribution is the claim.
20   A.   Yeah.  It hadn't been -- it hadn't been
21   determined that it was actually a controlled substance
22   analogue, and so it wasn't strictly speaking illegal,
23   but they were claiming it was an analogue.
24        Had they been able to say -- convince the jury
25   that it was an analogue, then they would have charged
```

67

Atkinson-Baker Court Reporters
www.depo.com

1    him with a controlled substance analogue.

2        Q.  Have we covered the expert work that you've done

3    previously, whether it just be case reviews or

4    testimony?

5        A.  I believe so.

6        Q.  You've described research and other professional

7    activities that you've done.  Obviously you have

8    interest other than LSD and psychedelics and how much of

9    your focus has been on LSD and psychedelics as opposed

10   to other kinds of drugs or substances?

11       A.  I would say about half of my research program at

12   Purdue was funded at the same level and for the same

13   length of time to study drugs for treating schizophrenia

14   and Parkinson's disease.

15           Early on I had 10 or 12 years of funding for

16   studying MDMA ecstasy, and those analogues to understand

17   their chemistry.  So those were like the three areas

18   that I really worked in.  Anti-Parkinson's,

19   anti-schizophrenia, dopamine agonist, and then the other

20   side was the psychedelic hallucinogens.

21       Q.  What is your charge for your expert work?

22       A.  For drug industries I charge $500 an hour.  For

23   cases like this it's $350 an hour.

24       Q.  Why do you make a distinction?

25       A.  Because pharmaceutical industries have billions

Atkinson-Baker Court Reporters
www.depo.com

 1 | of dollars and I can get $500 an hour. In these cases
 2 | usually -- I assume in a case like this that they don't
 3 | have unlimited funds, and I don't usually do these kinds
 4 | of cases unless I think there's been some kind of a
 5 | miscarriage of justice.
 6 |    Q.  In this case you charged 350 an hour for what
 7 | work?
 8 |    A.  All my research work, the time I spent on the
 9 | computer looking up references, typing, writing, etc.
10 |    Q.  How about for depositions?
11 |    A.  The charge is the same.
12 |    Q.  If you testify at trial, how will you charge for
13 | that time?
14 |    A.  I think actually I may have said -- I may charge
15 | $500 an hour, plus travel costs for trial testimony. I
16 | consider that to be a little more stressful.
17 |    Q.  You have been prepaid $1,050 for your deposition
18 | today, correct?
19 |    A.  I haven't seen the check.
20 |    Q.  You have not? Are you being serious?
21 |    A.  Yeah. I think they said they were going to pay
22 | me for three hours, but I haven't gotten the check.
23 |    Q.  Did you request to be paid $1,050 in advance of
24 | the deposition?
25 |    A.  No.

David E. Nichols, Ph.D.
September 1, 2017

1    Q.   That was the information relayed to us.   I think
2    we sent a check.   We'll need to look into that if you
3    say you have not received it.
4    A.   No, I haven't gotten a check.
5    Q.   Okay.
6    A.   Maybe the check's in the mail, as they say.
7    Q.   Dr. Nichols, others have been waiting patiently
8    to ask you questions, so at this point I'm going to
9    yield to them, and when they finish, I may or may not
10   have additional questions, but while others are asking
11   questions, I can ponder whether I have any additional
12   questions for you.   I appreciate your time, sir.
13        MR. MILLER:   I have no questions.   This is Steve
14   Miller.   I have no questions for the Doctor.
15                 CROSS-EXAMINATION
16   BY MR. UPCHURCH:
17   Q.   Doctor, this is David Upchurch.   I am
18   participating via teleconference.
19        Can you hear me okay?
20   A.   I can hear you fine.
21   Q.   All right, sir.   I just have a few questions in
22   follow-up to those that have been posed to you by
23   Mr. Phillips.
24        Do you have any understanding as to how Mr. Troy
25   Goode ingested the LSD in this case on July 18, 2015?

70

Atkinson-Baker Court Reporters
www.depo.com

1    A.  I believe I saw that he had taken some drops of
2   LSD solution, and I don't know whether he had taken
3   blotters prior to that.  I'm not really sure.
4    Q.  Is the response that you just gave based upon the
5   clinical summaries that were provided to you that have
6   been marked as an exhibit to your testimony?
7    A.  Let me -- just give me a minute to look at these.
8    Q.  Certainly.
9    A.  According to this one report it says the group
10  subsequently took liquid LSD while gathered in a circle.
11   Q.  All right, sir.  But you don't know how that was
12  ingested, if that was placed on blotter paper or not?
13   A.  Well, if he took liquid LSD there would be no
14  reason to put it on blotter paper.
15   Q.  How does one take liquid LSD?
16   A.  Just put it in a drink or drop it on your tongue.
17   Q.  All right, sir.  Do you have any understanding
18  from any source as to how Mr. Goode obtained the LSD
19  that he ingested on July 18, 2015?
20   A.  No, I have no knowledge of that.
21   Q.  Have you been provided the vial from which the
22  LSD was obtained on July 18, 2015?
23   A.  No, I have not and I haven't seen that.
24   Q.  Throughout your testimony this morning you have
25  used the term, quote, bad trip, close quote.  And I

David E. Nichols, Ph.D.
September 1, 2017

1  think we all understand what you mean by that.  But for
2  purposes of clarity, define what you mean when you use
3  the term bad trip with respect to LSD usage.
4     A.  Well, there would be -- it would be a
5  constellation of potential symptoms that would include
6  intense anxiety, sometimes leading to panic, sometimes
7  paranoid thinking, agitation, confusion, hallucinations.
8  That would sort of cover the waterfront.
9     Q.  And it's your opinion based upon the materials
10 that you're -- that you have reviewed and your knowledge
11 about this case that Mr. Goode experienced such a,
12 quote, bad trip, unquote, on July 18, 2015 from the LSD
13 that he ingested?
14    A.  That's what the description sounded like to me,
15 yes.
16    Q.  Is there an expected time period, Doctor, after
17 one ingests LSD that one would expect to begin
18 experiencing the pharmacological effects of that illegal
19 drug?
20    A.  The onset of effects could vary depending on how
21 much food they had in their stomach.  Anywhere from 15
22 to 40 minutes would be typical.
23    Q.  A similar question:  Is there a time period
24 following ingestion of LSD that one would expect to have
25 the peak pharmacological effects of LSD?

Atkinson-Baker Court Reporters
www.depo.com

```
 1      A.   Probably around three to four hours.
 2      Q.   Does that peak time period depend in any way on
 3  the method of ingestion?
 4      A.   That would be for oral administration.  If LSD
 5  has been given by injection, that peak would be
 6  different.  With an injection of LSD solution you'd see
 7  the peak much more quickly.  You know, maybe within an
 8  hour or so, but for oral ingestion it would be -- three
 9  to four hours would be the maximum.
10          I guess LSD solution could also be given rectally
11  or theoretically insufflated up the nose, and either of
12  those would be a much faster onset and faster peak than
13  if it was taken orally.
14      Q.   But the peak is where, discussing it in this case
15  and involving Mr. Goode, would be within that three to
16  four hour time period?
17      A.   Yeah, taken orally that's where you expect to see
18  the peak of effects.
19      Q.   Can one who has been a habitual user of LSD
20  develop a tolerance to LSD such that an increased dose
21  is required to produce the desired pharmacological
22  effect?
23      A.   So LSD has a very unique chronic pharmacology.
24  It causes a very rapid tolerance that's called
25  tachyphylaxis.  If you take, say, 100 micrograms of LSD
```

73

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1   on a Monday, on a Tuesday you would have to take, say,

2   200 or 300 micrograms to achieve the same effect.  On a

3   Wednesday you might have to take 600 or 700 micrograms

4   to achieve the same effect.  By Thursday, by four days,

5   it would be almost impossible to have the effect.

6        So LSD cannot produce the kind of dependence you

7   see with opioids or methamphetamines, heroin, etc.  You

8   build up a rapid tolerance.  So it loses its effect.

9   And you can take more, but if you do it every day, it

10  just doesn't have any effect.  That's what happens.

11      Q.  Does that rapid tolerance build-up, does it have

12  to involve sequential use, or does that statement hold

13  true if one uses LSD in early January and then uses LSD

14  in early February?

15      A.  No, there wouldn't be any tolerance in that

16  situation.

17      Q.  All right, sir.  If one has a bad trip from LSD,

18  does that increase one's risk for a bad trip with LSD on

19  subsequent usage?

20      A.  Not necessarily.  There are many people that have

21  a bad trip and go back and just have a fine trip.  It's

22  kind of unpredictable, but it wouldn't necessarily

23  predispose you to having a bad trip on subsequent

24  occasions.

25      Q.  I guess the converse is that -- of that is

Atkinson-Baker Court Reporters
www.depo.com

1  likewise true, is it not, that simply because one has

2  had a good trip, so to speak with LSD in the past, one

3  cannot predict that one's next usage will result in that

4  same good trip?

5      A.  That's true.

6      Q.  You told Mr. Phillips in discussing psychosis

7  that could be related to LSD usage that there are people

8  who are emotionally predisposed to having that psychosis

9  develop.

10      Identify for us the predisposition that you were

11  referring to, please, sir.

12      A.  So if they've had any kind of a psychiatric

13  illness, depression, anxiety, if they're bipolar,

14  sometimes if they have first-degree relatives who are

15  schizophrenic or who have bipolar disorder, they may

16  have the genetics for that.  It's generally difficult to

17  determine, but it would be things like that.

18      Q.  Based upon the bar graph or the graph that you

19  discussed with Mr. Phillips referencing the level of LSD

20  at the time it was drawn, do you have an opinion as to

21  the amount of LSD that Mr. Goode likely ingested on July

22  18, 2015?

23      A.  That curve was for ingestion of about 250

24  micrograms.  At the five-hour time point Mr. Goode's

25  level was about one nanogram on that left side.  So you

75

Atkinson-Baker Court Reporters
www.depo.com

```
 1   could -- you could estimate that he had probably not
 2   taken more than about 100 micrograms.  About one
 3   standard dose.
 4       Q.  Would you pull out, please, sir, the report of
 5   Dr. Farr that you had reviewed?
 6       A.  I don't have that with me.
 7       Q.  Has that been taken to be copied, or did you just
 8   not bring a copy of that report with you?
 9       A.  I failed to bring a copy of that report.
10       Q.  All right, sir.
11           MR. UPCHURCH:  Mr. Phillips, do you happen to
12       have a copy of that report that we can allow the
13       witness to see?
14           MR. PHILLIPS:  I'm sorry, I don't.  I did not
15       bring it with me either in my travel periods.
16           MR. UPCHURCH:  Thank you, Marty.
17   BY MR UPCHURCH:
18       Q.  I have it in front of me, and just let me ask you
19   a couple of questions about it.  Understanding that you
20   don't have it in front of you, I'll try to read the
21   sentence that I'm asking you about to be fair to you,
22   okay?
23       A.  Sure.
24       Q.  Dr. Farr writes that a moderate oral dose, 75 to
25   150 micrograms of LSD, will significantly alter state of
```

76

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   consciousness.
 2        Do you agree or disagree with that statement?
 3   A.  I agree.
 4   Q.  He further writes, this alteration is
 5   characterized by a stimulation of affect, mostly
 6   experienced as euphoria, enhanced capacity for
 7   introspection and altered psychological functioning in
 8   the direction of Freudian primary processes known
 9   otherwise as hypnogenic experience and dreams often
10   referred to as a trip.
11        Do you agree with that statement?
12   A.  I would say it's generally correct.
13   Q.  Is there anything in that sentence that I read to
14   you, Doctor, that you take exception to or disagree
15   with?
16   A.  Well, his -- his comment about Freudian stuff,
17   I'm not a Freudian psychoanalyst, so he's copied that
18   out of a reference someplace, but I'm not sure what he
19   means by that.
20   Q.  Fair enough.  You don't overtly disagree with it.
21   Just based on your background, training, and experience
22   you're not prepared to discuss it, true?
23   A.  Yes.  It's generally correct, but I would have to
24   look at it a little more.
25   Q.  All right, sir.  He writes, especially noteworthy
```

77

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

1  are perceptual changes --

2     A.   Yes?

3          MR. PHILLIPS:  Mr. Upchurch, are you still there?

4          THE WITNESS:  Are you still there?

5          MR. PHILLIPS:  Anybody else on the line?  Okay,

6     we lost everybody.

7          (Short pause).

8          Discussion held off the record.)

9          MR. UPCHURCH:  Doctor?

10         THE WITNESS:  Yes.  You're back.

11         MR. UPCHURCH:  Yes, sir.  For reasons that are

12    unknown to me, those of us on the conference call, it

13    appears that we were dropped from the call.  We could

14    hear each other, but not you.

15         So can you hear us okay now?

16         THE WITNESS:  I can hear you fine.

17         MR. PHILLIPS:  Do we also have Rick and Brad on

18    the line, David?

19         MR. UPCHURCH:  Brad is here.  Rick?

20         MR. GASS:  I'm here.

21         MR. PHILLIPS:  Good.  Let's resume.

22    BY MR. UPCHURCH:

23     Q.  All right, sir.  Doctor, I think I was asking you

24    about Dr. Farr's statement where he says, especially

25    noteworthy are perceptual changes such as illusions,

78

David E. Nichols, Ph.D.
September 1, 2017

1    pseudo hallucinations, then there's this word,

2    s-y-n-e-s-t-h-e-s-i-a-s-.  What is that?

3        A.  Synesthesias are mixing of senses.  So people

4    that take LSD, for example, if they go to a music

5    concert and close their eyes, they'll see colorful

6    kaleidoscopic patterns and things playing out to the

7    music.  So it's a mixing of the senses.

8        Q.  All right.  And he concludes by, and alterations

9    of thinking and time experience.

10        You would agree with that statement, would you

11   not?

12       A.  Yes.

13       Q.  Dr. Farr writes, changes of body image and ego

14   function also often occur.  Do you agree with that?

15       A.  Yes.

16       Q.  Dr. Farr writes, the acute physiological effects

17   of LSD last between six and ten hours, depending on the

18   dose taken.  Do you agree with that assessment?

19       A.  Yes.

20       Q.  Dr. Farr writes, autonomic changes reflect a

21   stimulation of both branches of the autonomic nervous

22   system.  Do you agree with that?

23       A.  Weak -- weak affects on the sympathetic nervous

24   system.  I'm not sure about pair synthetic nervous

25   system.

Atkinson-Baker Court Reporters
www.depo.com

1    Q.   Did you say weak as in terms of w-e-a-k effects?

2    A.   Yes.

3    Q.   Why did you describe those effects as weak?

4    A.   You don't see dramatic changes in physiology.  So

5    activation of the sympathetic division of the autonomic

6    nervous system will produce slight increases in heart

7    rate, very slight increases in body temperature, slight

8    increases in blood pressure, but they're not very -- not

9    very great.

10   Q.   Are you speaking in terms of the pharmacological

11   effects of LSD itself and/or the activities which LSD

12   can produce in terms of the paranoia, anxiety, and so

13   forth?

14   A.   I'm not sure I understand your question.  If you

15   could restate it.

16   Q.   Yes, sir.  When you're addressing the autonomic

17   changes, are you speaking of the LSD itself or are you

18   including in that the psychological effects of LSD such

19   as hallucinations, delusions, anxiety, and psychosis?

20   A.   No, those are the physiologic consequences.  You

21   previously quoted his text with respect to the

22   psychological effects.

23   Q.   Fair enough.  I understand the distinction.

24        He writes, effects on the sympathetic branch of

25   the autonomic nervous system is the predominant system

80

David E. Nichols, Ph.D.
September 1, 2017

1    that leads to the release of catecholamines and

2    dopamine.  I think you testified earlier that some of

3    the effects of LSD can lead to the fight or flight

4    response that we have?

5        A.  Yes.  That would be in -- in the bad trips, so to

6    speak.

7        Q.  And so if one has a bad trip such as Mr. Goode

8    had on July 18, 2015, then that can lead to the release

9    of the catecholamines and the dopamine that Dr. Farr was

10   describing?

11       A.  Well, not dopamine per se.  The catecholamines

12   would be epinephrine and norepinephrine.

13       Q.  Dr. Farr writes that LSD is known to cause

14   hallucinatory effects that can lead to and/or relate to

15   paranoia, panic attacks, and claustrophobia.

16           You've testified previously that you agree with

17   that statement?

18       A.  Yes, that would be a bad trip.

19       Q.  Dr. Farr writes, these effects -- referring to

20   the paranoia, panic attacks, claustrophobia are

21   consistent with Mr. Goode's behavior, including exiting

22   the car and resisting the restraints.

23           Again, you have told Mr. Phillips that

24   Mr. Goode's behavior is erratic behavior, as has been

25   described to you or related to you, is consistent with

81

1  his LSD usage and a bad trip, correct?

2      A.  Correct.

3      Q.  Dr. Farr writes, although death directly

4  attributable to LSD toxicity is rare, indirectly it can

5  and does cause death due to agitation, paranoia,

6  hallucinations, and other complications attributable to

7  LSD.

8          Do you agree with that statement?

9      A.  Well, the indirect death would be due to carrying

10  out dangerous activities.  You know, the paranoia and

11  anxiety and so forth would not -- that would not kill

12  you, but if you engage in dangerous activities; rock

13  climbing, swimming, walking down the highways, etc.,

14  because you were disoriented, that would be an indirect

15  cause.

16      Q.  Sir, I believe you referred to those indirect

17  fatalities on page 2 of your January 11, 2016 report, do

18  you not?  About the third paragraph down, Doctor, on

19  page 2.

20      A.  Yeah, and so the paragraph that starts, although

21  fatalities after LSD use can occur?

22      Q.  Yes, sir.

23      A.  Yes.  So what is your question?

24      Q.  Do you cite in your report to the cases in which

25  LSD intoxication led to death?

1    A.   Direct or indirect?

2    Q.   Indirect.

3    A.   I don't think I cite specific reports of users

4    attempting to swim, rock climbing, trying to fly, etc.

5    I don't have any citations for those.

6    Q.   Do you recall from which publication or research

7    you would have derived those statements there in that

8    paragraph we're looking at?

9    A.   Well, I talk about two documented cases where LSD

10   presumably directly led to fatality, and that I do cite

11   in my report those references.

12   Q.   Yes, sir.  Those are the Fysh and the Gable

13   reports that you cite, but my question goes to the

14   indirect.

15         Can you tell us by recollection or otherwise the

16   source of the indirect deaths that you mention in the

17   paragraph beginning, although fatalities?

18   A.   I didn't -- I didn't research those, so I don't

19   have a reference for that.

20   Q.   Do you know from what source you would have

21   derived that statement?

22   A.   There would have been multiple sources.  I can

23   recall a report in a medical journal where an individual

24   who had taken mescaline climbed up to the top of a cliff

25   and did a swan dive off the cliff thinking he could fly.

```
 1    That would be typical.  You know, I could -- I could
 2    look for things like that, but those -- those reports
 3    are few and far between.
 4       Q.  Doctor, that's all the questions I have for you.
 5    Thank you, sir.
 6       A.  Sure.
 7                        CROSS-EXAMINATION
 8    BY MR. DILLARD:
 9       Q.  Doctor, this is Brad Dillard.  I'm one of the
10    attorneys for the Southaven defendants in this case.  I
11    have just a few follow-up questions for you.
12           Can you hear me okay?
13       A.  I hear you fine.
14       Q.  Good.  Thank you.
15           I think you testified earlier under questioning
16    by Mr. Phillips that you do believe that Troy Goode was
17    undergoing a bad trip on the day in question; is that
18    correct?
19       A.  That's correct.
20       Q.  And did I understand your testimony earlier to be
21    that a bad trip or an individual who is in the process
22    of undergoing a bad trip may be uncooperative to other
23    people?
24       A.  That's certainly possible.
25       Q.  Would it make someone -- do the effects of LSD
```

84

Atkinson-Baker Court Reporters
www.depo.com

1   make someone undergoing a bad trip perhaps unwilling to
2   follow the commands of law enforcement or medical
3   providers or other similar individuals?
4       A.   They might be unable to even understand the
5   commands they were given.  So, yes, they wouldn't --
6       Q.   And if they were --
7       A.   They wouldn't necessarily comply.  They might not
8   even understand what was going on, who was saying what.
9       Q.   Okay.  So they may not understand.
10          And if they did understand, they may be unwilling
11  to comply due to the effects of the bad trip, would that
12  be correct?
13      A.   You know, I think they would be so disoriented in
14  a bad trip.  Unwilling to comply I think would be a
15  mischaracterization.  They might be unable to comply.
16  It might not be within their capacity, being disoriented
17  like that, to even understand what the situation was.
18  So complying really would not have any relevance to
19  their understanding at that moment.
20      Q.   Are you rendering any opinion in this case that
21  on the night in question Troy Goode was not able to
22  understand the commands or instructions provided to him
23  by law enforcement or medical personnel?
24      A.   I think it's a reasonable assumption that he
25  didn't understand.

85

1  Q.  And what would the basis of that assumption be?

2  A.  Well, having a bad trip, you would have paranoid

3  ideations, paranoid thinking, disorientation, possibly

4  hallucinations.  You're not in a normal mode of

5  consciousness, so being able to interpret what's

6  happening, your whole sensory processing system is out

7  of whack.

8       If he was having a paranoid delusion that someone

9  was attacking him, for example, and the police tried to

10  get him to comply, he might hallucinate that they were

11  actually Nazi agents or somebody out to kill him.  You

12  can't really know, but I don't think it's reasonable to

13  think that he would understand necessarily what they

14  were telling him to do if he was having a bad trip.

15  Q.  You just stated that a bad LSD trip can cause

16  paranoia and psychosis; is that correct?

17  A.  It could cause psychosis.  Definitely paranoid

18  thinking.

19  Q.  Do you have any opinion as to whether or not

20  Mr. Troy Goode was undergoing paranoia or developed any

21  type of psychosis due to his LSD usage?

22  A.  It's hard to know that.  I mean, all you can say

23  is that you look at his behavior and clearly he was not

24  in his normal behavior.  We'd have to question --

25  Q.  In your experience --

1    A.   Yeah, we'd have to question --

2    Q.   Pardon?

3    A.   We'd have to question to know what the actual

4    nature of his experience was.  It's impossible to know.

5    Q.   In your experience may a bad trip from LSD usage

6    make an individual less careful or less mindful of their

7    own personal safety?

8    A.   Yes, definitely.

9    Q.   In the questioning between Mr. Phillips,

10   Mr. Upchurch, and I, have you fully explained and

11   disclosed to us all of the opinions that you hold in

12   this case and which you may offer at trial?

13   A.   I think so.

14   Q.   And have you fully discussed with us the basis

15   for all of your opinions?

16   A.   I believe so.

17   Q.   Thank you, sir.  I'll tender the witness.

18        MR. GASS:  Kevin, this is Rick.  I have just one

19   small question and I would make it more efficient if I

20   could ask it even though rather than pass it through

21   Marty.  Do you have any problem with that?

22        MR. MCCORMACK:  I prefer that it goes through

23   Marty.

24        MR. GASS:  Marty, would you then ask the witness

25   whether he has described, quote, LSD as the closest to

Atkinson-Baker Court Reporters
www.depo.com

```
 1       a pyro technique molecule in the brain, end of quotes?
 2                      REDIRECT EXAMINATION
 3   BY MR. PHILLIPS:
 4       Q.   Doctor, do I need to repeat that, or can you
 5   answer the question as if I posed it?
 6       A.   He's found something that I said once.
 7       Q.   Did you say that?
 8       A.   When I was a kid --
 9       Q.   First, did you say that?  Did you make the
10   statement that was just repeated?
11       A.   It sounds like something I said.  I'd have to
12   see, but when I was a kid, like many kids interested in
13   chemistry, I made pyrotechnics.  So firecrackers and
14   little flash pots and things like that.  So someone
15   asked me in some relationship to what I did as a kid and
16   I said, I guess what I'm working on now are pyro
17   techniques for the brain.  So that was probably the
18   context of where he got that.
19       Q.   Okay.
20            MR. PHILLIPS:  I have an additional question.  Do
21       you want to ask yours before I ask mine?
22            MR. MCCORMICK:  You can go ahead.
23   BY MR. PHILLIPS:
24       Q.   You were asked about whether you have the vial
25   from which the LSD that Mr. Goode ingested came from
```

David E. Nichols, Ph.D.
September 1, 2017

1   and, of course, you do not, and that means that the LSD

2   that he took has not been and cannot be tested in any

3   way for purity, right?

4       A.   Yeah, if the vial is missing and they don't have

5   it, that's true.

6       Q.   Sometimes LSD can be contaminated with other

7   things that can be harmful to people, can't it?

8       A.   In -- yes, it could be.

9       Q.   And there's no way to determine whether this were

10  purely manufactured LSD or whether it had some other

11  harmful agent in it without the ability to test the vial

12  of the LSD itself; is that right?

13      A.   Yes, but the caveat to that is that the forensic

14  lab tested his blood and they routinely screen for lots

15  of different dangerous drugs, and if there had been

16  something in there that was dangerous, I would think

17  they would have found it in their screen.

18      Q.   But there certainly are things that can be

19  present that would not be detected in that tox screen,

20  right?

21      A.   I'm not sure what they would be.

22      Q.   But there could be some that would be undetected

23  in a tox screen?

24           MR. MCCORMACK:   Are you asking theoretically?

25           MR. PHILLIPS:    Yeah.

David E. Nichols, Ph.D.
September 1, 2017

```
 1          THE WITNESS:  Yeah, hypothetically, I mean, yeah,
 2     you could have botulinum toxin or something in there.
 3                    CROSS-EXAMINATION
 4   BY MR. MCCORMACK:
 5     Q.  I'll follow up on that first.  Dr. Nichols, as
 6   you know, I represent Kelli Goode, who is the widow of
 7   Troy Goode.
 8          Based on the toxicological screenings that you
 9   were provided, are the common adulterants or common
10   substances that would be passed off as LSD tested for?
11     A.  The most common one that is passed off as LSD are
12   compounds called endo compounds, and they have killed
13   people, and the tox screen indicates that they did
14   screen for those and didn't find any.
15     Q.  Other drugs that would potentially mimic LSD --
16   were others drugs that would potentially mimic LSD also
17   tested for?
18     A.  From the list of -- their list of drugs that they
19   tested for, it seems to me they tested for anything that
20   would have been problematic other than LSD.
21     Q.  So except for a strange hypothetical, would there
22   be any common drug that you could think of that was not
23   tested for?
24     A.  No.
25     Q.  I want to talk to you a little bit about your
```

David E. Nichols, Ph.D.
September 1, 2017

1  experience.  You studied LSD for a long time, haven't
2  you?
3     A.  Yes.
4     Q.  Could you tell us how long you studied LSD?
5     A.  Well, actually, when I was a graduate student I
6  started working on what would be called mescaline.  That
7  was 1969.  So my history in the field goes back to 1969.
8        Then I got an appointment at Purdue in 1974 and
9  continued working on those drugs.  We started working
10 LSD, I couldn't tell you the exact year, but spent a lot
11 of time working on mescaline before we started with LSD,
12 but then we started working LSD because no one was
13 working on it and I thought this was an area where we
14 could make some progress and understand about the
15 molecule.
16       So a total history of 38 years at Purdue, plus my
17 time as a graduate student would put it in more than
18 four decades.
19    Q.  You mentioned that your work has been funded.
20 Who has funded your research?
21    A.  The National Institute on -- on Drug Abuse funded
22 for most of my career.
23    Q.  That's with the U.S. government?
24    A.  Yes, indeed.  Yeah.  NIDA.
25    Q.  In your 40 years of continuous study, have you

91

David E. Nichols. Ph.D.
September 1, 2017

1    seen anyone else who's done that kind of extent of study
2    funded by the U.S. government in the area of
3    hallucinogens?
4        A.   No.
5        Q.   Is that nationwide?
6        A.   That's internationally.
7        Q.   So would it be fair to say you might be the
8    longest-running researcher on LSD in the entire world?
9        A.   Probably.
10       Q.   I want to talk to you a little bit about the
11   basics of LSD, just speaking in terms of its effect on
12   the brain.  I know there's serotonin and dopamine.
13           How does LSD affect those systems?
14       A.   I'm not sure it would be a fairly simple --
15       Q.   Well, let's -- let's do --
16       A.   Okay.  So the main neurons in the cortex, which
17   is what makes, you know -- gives us our humanity,
18   really, are called the cortical parameter cells.
19   They're actually shaped like pyramids.  And they run
20   mostly layer five in the cortex, and these are the cells
21   where all the information comes in.
22           All your sensory information and things you hear,
23   sight, etc., they all get processed through a gate
24   that's called a thalamus.  It sort of decides what's
25   relevant, and so that gets processed up to the cortex.

David E. Nichols. Ph.D.
September 1, 2017

1   And these cortical granule cells are a part of the cell

2   that leads into the cell by itself, it has receptors

3   that are called serotonin 5-HT, 2A receptors, and they

4   govern the sensitivity of the membranes of those

5   cortical parameter cells.

6        So if you imagine that this is like a giant

7   parallel processor and all these parameter cells are

8   like central processing units, the activation of those

9   receptors changes the way they process information.  It

10  increases their sensitivity.

11       So everything that you think and feel, etc., you

12  can imagine it's magnified to a certain extent because

13  these cells are -- they're assetized and they react much

14  more easily to any kind of information.

15       Now, that's in the cortex.  That's where you make

16  your executive decisions.  So we put together what we

17  see and feel and everything.

18       But leading up to that, these same serotonin 2A

19  receptors are located in lots of different areas of the

20  brain.  They affect serotonin cell bodies in the brain

21  stem that generally produce serotonin throughout the

22  whole body, through the whole brain.  They're on what is

23  called the locus coeruleus, which is called the search

24  light of attention, or a nullity detector.  So they

25  amplify that.  So things that normally don't seem novel

David E. Nichols, Ph.D.
September 1, 2017

1   would seem novel under LSD.  They do activate dopamine
2   cell bodies in the brain stem which activates and send
3   signals to the cortical cells.  The locus coeruleus
4   sends signals to those cortical cells.  So you have all
5   of these subcortical structures that determine what gets
6   sent to the higher centers.  They're all affected and
7   sensitized.

8           So basically really it's like -- they say
9   psychedelics are a mind expansion.  Really, you've
10  expanded the capacity of the mind.  So people just are
11  overflowing with information.  Normally you have a
12  damper on that.  So we're sitting here in ICU and him
13  and him and him, but under a psychedelic it expands.
14  You know, I would see you and I would be thinking all
15  kinds of thoughts that happened and other things.  So it
16  really is kind of literally mind expansion, which is
17  what people say.

18          Globally what we know now from recent experiments
19  is that normally your brain has different areas that
20  sort of communicate within themselves, intra
21  connectivity, and where they connect with other parts of
22  the brain.  But under LSD and other psychedelics, what
23  happens is intra-opt connections break down and they all
24  connect with other parts of the brain, so you have a
25  dramatic increase in brain activity, which is related to

1    this sort of mind expansion, if you will.

2       Q.   You mentioned that mostly speaking about the

3    serotonin in the system.  Let's compare that with a drug

4    like cocaine.  What's the difference between LSD and

5    cocaine in terms of its effect on the brain?

6       A.   Yeah, so the effects of LSD can be blocked by a

7    drug that blocks the serotonin to an extent.  So you can

8    block the effects of LSD.

9            Cocaine or methamphetamine is very similar.

10   Cocaine is -- it blocks the re-uptake of norepinephrine,

11   serotonin, and dopamine.  So after neuron releases the

12   transmitters, they're taken back up into the transmitter

13   through re-uptake pumps.  So cocaine blocks those

14   re-uptake pumps, so your synapsis get clogged with

15   serotonin, dopamine, norepinephrine.

16           Methamphetamine is similar.  It doesn't block the

17   re-uptake.  It's actually taken up itself and displaces

18   the transmitter inside the neuron, which is then

19   released.  So you have increased synaptic levels of

20   serotonin, dopamine, and norepinephrine.

21           With the psychostimulants like cocaine or

22   methamphetamine, principally their effect is mediated by

23   dopamine urgent action.  So, in fact, all drugs that are

24   addictive and use dependency, even heroin, activates

25   dopamine in those areas of the brain where reward is --

Atkinson-Baker Court Reporters
www.depo.com

1   is responsible for reward.

2         So fundamentally it's a different mechanism of

3   action.  It's intense dopamine release and activation of

4   dopamine circuits versus the cortical, so it is

5   principally through serotonin 2A receptors.

6     Q.  You were asked a lot of questions about potential

7   effects of a bad trip.  Generally, is a bad trip fatal?

8     A.  No, people don't die of bad trips.

9     Q.  You were also asked about a distinction between

10  direct versus indirect deaths.

11        Do you remember talking about that?

12    A.  Yes.

13    Q.  Is an indirect death from LSD -- can a person

14  have an indirect death from LSD without a -- scratch

15  that.

16        In your research is there any sign that a person

17  would have an indirect death from LSD without some sort

18  of external cause to that?

19    A.  Well, if you call external cause like trying to

20  rock climb or swim or drive a car, walking into an

21  interstate or something like that, those would be

22  indirect deaths, where the person was disoriented and

23  there was some trauma.

24    Q.  So a direct death, would that include not just an

25  overdose, but side effects?  Would that fit into your

David E. Nichols, Ph.D.
September 1, 2017

1 | definition of a direct death?

2 | A.  Well, direct death would be directly attributable

3 | to the effect of LSD on the body itself; its

4 | physiological system.  LSD is a very safe drug in that

5 | respect.  So there are no direct deaths other than

6 | massive overdoses.

7 | Q.  I guess the simplest way I can ask this question

8 | is, did Troy Goode die because of LSD?  Did the LSD kill

9 | him?

10 | A.  No, I don't think the LSD killed him.  I think --

11 | well, his encounter with the police in his state, that's

12 | what led to his death.  I think my opinion is if he

13 | hadn't encountered the police he wouldn't -- he would

14 | still be alive.  The bad trip doesn't kill people.  Lots

15 | of people have bad trips.  Emergency rooms have seen

16 | them.  They don't die on a bad trip.

17 | Q.  You were asked about things that were consistent

18 | with a bad trip.  Would an oxygen saturation of 90

19 | percent be consistent with a bad trip?

20 | MR. PHILLIPS:  Let me note an objection.  Lack of

21 | foundation and qualification for this witness and also

22 | beyond the scope of the expert report disclosure.

23 | MR. UPCHURCH:  Join the objection on behalf of

24 | the hospital.

25 | MR. DILLARD:  This is Brad Dillard.  I join on

```
 1      behalf of Southaven.
 2          MR. UPCHURCH:  Kevin, can we have the agreement
 3      that an objection by one defendant is good as to all
 4      defendants?
 5          MR. MCCORMACK:  We can.
 6          MR. UPCHURCH:  Thank you.
 7          THE WITNESS: Can you restate that question?
 8  BY MR. MCCORMACK:
 9      Q.  Sure.  Would an oxygen saturation of 90 percent
10  be consistent with a bad trip?  Would that be caused by
11  a LSD bad trip?
12          MR. PHILLIPS:  Same objection.
13          THE WITNESS: If the person were flailing around
14      and heavily exercising and really stressed, I would
15      expect you might see a decrease in oxygenation.
16  BY MR. MCCORMACK:
17      Q.  Would someone being -- stating that they're
18  unable to breathe be consistent with a bad trip?
19          MR. PHILLIPS: I'll lodge the same objection.
20          Do you want me to object to every question or
21      will you agree I can have a continuing objection to
22      this line of questioning?
23          MR. MCCORMACK:  You can have a continuing on this
24      line.
25          MR. PHILLIPS:  Thank you.
```

David E. Nichols, Ph.D.
September 1, 2017

1   BY MR. MCCORMACK:

2       Q.   Would someone saying that they're having trouble

3   breathing be consistent with a bad trip?

4            MR. MCCORMACK:   Your objection is noted.

5            MR. PHILLIPS:   Thank you.

6            THE WITNESS:   If their bad trip involves somehow

7       being compressed or wedged in a tight place or having

8       force placed on them or whatever, yeah, you would --

9       if you are having a bad trip you could say I can't

10      breathe.

11  BY MR. MCCORMACK:

12      Q.   Assume that someone said that Troy Goode's eyes

13  looked like they were bulging out of his head.   Would

14  that be an effect of LSD?

15      A.   I haven't heard that one before.

16      Q.   If a witness said that she looked at Troy and it

17  looked like he couldn't breathe, would that be an effect

18  of LSD?

19      A.   Just someone having a bad trip?

20      Q.   Yes.

21      A.   He looked like he couldn't breathe?   Well, in an

22  anxiety attack, anxiety and panic attacks are often

23  misdiagnosed as heart attacks.   People think they're

24  having a heart attack and can't breathe.   Panic

25  disorder.   So that could be something you would have

1  with a bad trip.

2      Q.   You said earlier that LSD wasn't safe for

3  Mr. Goode.  Can you explain what you meant by that?

4      A.   Well, in the context of the question I was asked

5  earlier, they said he had had two prior bad trips, and I

6  think if you have -- you know, one bad trip doesn't

7  necessarily mean that you're going to have more bad

8  trips, but I think if you had two bad trips it would be

9  very unwise to take a third dose.  You know, that is not

10 a wise decision.

11     Q.   But you said the LSD wasn't safe for Mr. Goode.

12          Did you mean to imply that the LSD here could

13 have caused his death directly?

14     A.   No, he would have just had another bad trip.

15     Q.   And as you said earlier, a bad trip isn't fatal.

16     A.   No, bad trips don't kill people.

17     Q.   You were asked some questions about literature

18 you plan to cite in this case.  Obviously you've written

19 a lot of papers.  Is that a fair statement?

20     A.   Yes.

21     Q.   If you're asked questions that you haven't been

22 asked here today, is it possible there could be some

23 literature you would have to cite to in support of your

24 answers to those questions?

25     A.   Yes.

1    Q.  You were also asked if you have offered all of

2    the opinions you plan to offer, if you've talked about

3    all of those today.  If you're asked questions other

4    than the ones that you're asked here today, is it

5    possible you would have an opinion on those questions?

6    A.  Certainly it's possible I could have an opinion.

7    Q.  Mr. Phillips asked you if LSD can cause delirium

8    and I think your answer was it can.

9    A.  It can, yes.

10   Q.  Are you familiar with the hypothesis of excited

11   delirium?

12   A.  I have heard of that.

13   Q.  Based on pharmacology of LSD, can LSD cause

14   excited delirium?

15       MR. PHILLIPS:  I still have my continuing

16   objection.  Lack of foundation, qualification, beyond

17   the scope of the disclosure.

18       THE WITNESS: You know, it's -- it's a term that's

19   been developed in forensic medicine to describe these

20   people that -- especially with respect to cocaine.

21       You know, if you think about somebody having a

22   bad trip, whatever that is, I suppose people could say

23   a bad trip is excited delirium.  I don't know.  If you

24   think about people having a bad trip and then being --

25   and a bad trip could involve paranoid thinking.  LSD

```
 1    is an illegal drug.  People that have encounters with
 2    police while they're having a paranoid bad trip, it's
 3    magnified.  Everything's magnified.  So in the context
 4    of a bad trip with that kind of thinking, then having
 5    an encounter with authorities or being attacked by
 6    dogs or things like that, I think you would -- normal
 7    people would probably try to resist that.
 8        If he's not aware of police instructions, if he
 9    can't comprehend those, I mean, I think calling it
10    excited delirium, you know, I -- I don't know really
11    what that means.  It doesn't -- it doesn't fit the
12    profile that you would see with cocaine and
13    methamphetamine, which are more typically that type of
14    problem.
15  BY MR. MCCORMACK:
16    Q.  Okay.  In your report you mention that LSD is a
17  weak partial agonist of serotonin and dopamine.  Is that
18  a true statement?
19    A.  Yes.
20    Q.  Okay.  How does cocaine affect dopamine?
21    A.  Cocaine blocks the re-uptake of dopamine into the
22  terminals that releases dopamine, which in -- so the
23  synapsis of the dopamine go way up.  Dopamine is a full
24  agonist, of course, and so that activates all these
25  circuits, these reward circuits and can produce
```

David E. Nichols, Ph.D.
September 1, 2017

1   euphoria.  Psychosis, schizophrenia, psychosis is

2   thought to be an overactivation of WD2 receptors.  So

3   LSD -- the work that we did indicated that it activated

4   dopamine before receptors, which are different than a D2

5   or D3 receptors that you would see with cocaine and

6   psycho stimulant activation.

7      Q.  Okay.  I want to go a little further into that.

8   Assume that the theory, this hypothesis of excited

9   delirium relies on a lack of dopamine transporters in

10  the brains of chronic drug users.

11       Based on all the research that you've done, do

12  you see any reason that LSD would cause the changes in

13  brain chemistry that cocaine does that would lead to

14  that hypothesis of excited delirium?

15       MR. PHILLIPS:  I have my continuing objection,

16    right?

17       MR. MCCORMACK:  You do.

18       MR. PHILLIPS:  Okay.  Thank you.

19       THE WITNESS: Yeah, there -- there's no basis to

20    think that there would be an effect of LSD on those

21    dopamine transporters.  So that -- if that's the

22    hypothetical mechanism, that wouldn't apply to LSD in

23    my opinion.

24  BY MR. MCCORMACK:

25     Q.  You mentioned in your report, unlike any other

David E. Nichols. Ph.D.
September 1, 2017

1  controlled substances use of LSD does not produce
2  cardiotoxic levels of catecholamines.
3       Is that a true statement?
4     A.  Yes.
5     Q.  Would cocaine cause cardiotoxic levels of
6  catecholamines?
7     A.  Yes, it could, and cocaine also blocks the
8  re-uptake of norepinephrine and also as a local
9  anesthetic effects that you can have.  You can have
10 cardiac arrest or from the direct effects of cocaine.
11    Q.  Assuming for the sake of the hypothetical that
12 excited delirium is caused by a cardiotoxic level of
13 catecholamines accumulating in the body.
14       Is there any reason to believe that LSD could
15 cause a similar effect?
16    A.  Not by itself.  In the context of a bad trip and
17 being -- perceiving maybe that he was being attacked or
18 whatever, you would have a fight or flight response
19 because he could be perceiving that his life was in
20 danger, and so then you would have ever -- you know,
21 everything would be mobilized.
22       Your heart rate would go up, you try to breathe
23 more, etc., to try to fight off the attack.  So it's --
24 you know, without being in his mind, it's hard to know.
25    Q.  Assuming that somebody's having a bad trip, is

1   there a proper way to help the person work through a bad
2   trip?

3       A.   The general recommendation with someone with a
4   bad trip is to take them to an area where there's
5   reduced sensory stimuli, reduced lighting, a quiet place
6   and quiet reassurance.  So in this case if he had
7   friends that had been able to get him and talk to him or
8   his wife, I don't know whether she could, but if they
9   could talk to him, generally a talk-down like that would
10  be an appropriate way for people that have bad trips
11  that go to emergency departments, and there are some
12  that are basically talked down, reassured, this is not
13  threatening, you're not going to die, and often give
14  them a benzodiazepine to calm them down or something
15  like ketamine, which is an anesthetic which would calm
16  them really quickly.

17      Q.   If someone was having a bad trip, would --
18  something that would ordinarily be frightening to a
19  person, would that be something that could cause the
20  trip to get even worse?  Cause the bad trip to continue?

21      A.   Yeah, it could become terrifying.

22      Q.   Would that include something like being attacked
23  by a police dog?

24      A.   Oh, yeah.  I don't think somebody on LSD being
25  attacked by a police dog being really -- that would be a

1    bad trip.

2        Q.   How about being Tazed?

3        A.   Yeah, these are all -- you know, if you -- if

4    you -- if you had paranoid thinking and you believe you

5    were being attacked, the police show up and a dog sics

6    you and they Taze you and hogtie you, whatever, I mean,

7    you might believe that your life is in danger.  You

8    would fight very hard to protect yourself.

9        Q.   Mr. Phillips asked you a few questions about your

10   qualifications and we figured you're not an M.D.,

11   correct?

12       A.   Correct.

13       Q.   Have you ever worked with M.D.s in a professional

14   capacity?

15       A.   Other than just e-mails and going to meetings and

16   things, I have acquaintances who are physicians.

17       Q.   As a professor, did you ever teach M.D.s?

18       A.   Yeah, I taught in the medical curriculum.

19   Indiana University has a regional medical school.  So

20   they have two-year didactic work before they go to the

21   medical center at Indianapolis.  So I taught in the

22   medical curriculum for about ten years.

23            It was antipsychotics, psychostimulants, and

24   angiolithics.

25       Q.   So would you have been the one teaching M.D.s

1    about the effects of LSD?

2        A.   If -- yeah, if that was part of the curriculum, I

3    would have been the one teaching it.

4        Q.   You were asked a little bit about your article on

5    psychedelics and you were asked some quotes and asked if

6    they were accurate.  I want to do the same thing here.

7            You state that Jaffe in 1985 stated, in man

8    deaths attributable to direct effects of LSD are unknown

9    and this statement remains true even today.

10       A.   That's true.

11       Q.   Is that true even still today?

12       A.   Yes.

13       Q.   You also mentioned that some people have

14   potentially fatal reactions to psychedelics.

15           Would that be something of the indirect deaths

16   that you talked about?

17       A.   Yeah, that would be an indirect death.

18       Q.   You mention in here that it should be emphasized

19   that these latter fatalities, which are rare, have

20   occurred after the use of newer synthetic compounds and

21   not as a result of the ingestion of LSD, mescaline and

22   DMT.

23           Is that also true?

24       A.   Yes.

25       Q.   Is it fair to say that medical research -- that

David E. Nichols, Ph.D.
September 1, 2017

1    based on the medical research, the amount of LSD that

2    Troy Goode took is not lethal?

3        A.    In my experience that would not be a lethal

4    level.

5        Q.    Do you have any doubt on that conclusion?

6        A.    No.

7        Q.    You mentioned briefly that the potency of LSD has

8    changed over time.  Could you explain to us how has the

9    potency of LSD changed since the '60s?

10       A.    In the '60s, the mid '60s, the LSD that was

11   available then was very potent.  For example, there was

12   one that was called Orange Sunshine, which is certainly

13   legendary, and it had about -- around 300 micrograms of

14   LSD.

15            After that period of time the amount of LSD and

16   the doses started dropping.  I heard speculation that

17   the dealers and distributors, because at 300 micrograms

18   is such a big dose and people were having bad trips, so

19   many bad trips, that they lowered the dose because they

20   were getting bad press, and I have no idea whether

21   that's true or not but the dose did lower, and today

22   more typically a dose might be 60 to 70 micrograms.  So

23   it's a lower dose down than it was in the past.

24       Q.    You mentioned earlier that not having the vial we

25   can't know exactly how much LSD Troy Goode took.  Is

1   that an accurate statement?

2       A.   Well, even if you had the vial, you don't know

3   how much he actually took, even if you had a

4   concentration of LSD in there.  So you wouldn't know how

5   much of a liquid he actually ingested.  So you wouldn't

6   know.  The only thing you have to go on is his plasma

7   levels.

8       Q.   Based on those plasma levels, are you able to

9   reach a conclusion as to how much LSD Troy Goode took?

10      A.   Less than 200 micrograms.

11      Q.   And put that in context.  How many hits or doses

12  would that be?

13      A.   Depending on, you know, how many doses he took,

14  if we say an average dose is, say, 60 or 70 micrograms,

15  maybe three of the -- you know, it's just a guess.

16      Q.   In order for this to be a toxic overdose of LSD,

17  approximately how many hits would Troy Goode have had to

18  have taken?

19      A.   No one knows the actual lethal dose of LSD, but

20  it would be on the order of hundreds of doses, probably.

21      Q.   You just said that nobody knows the lethal dose.

22      A.   They're estimated between 14 milligrams and 100

23  milligrams, and so we don't really know.  So 14

24  milligrams is, you know, 140 doses, and a tenth of a

25  milligram.  Then 100 milligrams would be, you know,

1    1,000 doses. So they're just estimates because you

2    can't do them on some people. You'd kill them.

3        Q. Is it fair to say that Troy Goode took

4    substantially less than the amount of LSD that would

5    have been required for a lethal overdose?

6        A. Oh, yeah. Yeah. From based on his plasma

7    levels, he was way under anything like that.

8        Q. And is it fair to say that conclusion holds true

9    both for a straight overdose and for complications of

10   LSD toxicity?

11       A. Well, there are -- I don't know what

12   complications of LSD toxicity would be. You don't have

13   physiological toxic effects until you get to hundreds of

14   doses of LSD.

15       Q. You mentioned that LSD does have some impact on

16   the dopamine system, a secondary effect, I think you

17   said, on D4 receptors.

18       A. Right.

19       Q. If a person was given an antipsychotic drug such

20   as haloperidol, what effect would that have on the

21   dopamine systems and the person having the effects of

22   LSD?

23           MR. PHILLIPS: I continue my objection.

24           MR. UPCHURCH: Objection to form.

25           MR. PHILLIPS: Same objection I articulated

Atkinson-Baker Court Reporters
www.depo.com

1    before.  This is clearly beyond the scope of the
2    report.
3    BY MR. MCCORMACK:
4        Q.  You can answer.
5        A.  It's hard to know.  I mean, in a -- in a cocaine
6    or methamphetamine where it's principally a dopamine
7    urgent effect, and the LSD I don't think would have much
8    of an effect.  That's just my opinion.
9            I think you really would need to use a  serotonin
10   2 antagonist or an atypical anti-psychiatric that would
11   be a mixed effect, and with Psilocybin in clinical
12   studies when they give them haloperidol, it actually
13   makes the intoxication worse.  It's not LSD but
14   Psilocybin related compound.
15       Q.  All right, Doctor.  Thank you for answering the
16   questions.  I'll pass you back over to Marty.
17       A.  I knew I'd get some more from Marty.
18           MR. PHILLIPS:  I'll try not to disappoint you.
19           I want to make it clear for the record that I am
20       reserving the objections that I made to your
21       questions, and by asking my follow-ups, I'm not
22       waiving any of those objections, but here we are
23       without a judge to rule so I've got to reserve the
24       objection and pose these questions without waiving it.
25                    FURTHER REDIRECT EXAMINATION

111

David E. Nichols, Ph.D.
September 1, 2017

```
 1   BY MR. PHILLIPS:
 2       Q.   If LSD makes a person combative and makes a
 3   person thrash around, then that person would have a
 4   catecholamine release, right?
 5       A.   Probably epinephrine or norepinephrine, but not
 6   necessarily dopamine.
 7       Q.   But those are catecholamines, too, aren't they?
 8       A.   Yes.
 9       Q.   And if LSD caused a person to be combative and
10   thrash around and resist restraints, then that person
11   would, too, have a physiological response, right?
12       A.   Yes.
13       Q.   Maybe not directly from the LSD, but from the
14   behavior that the LSD is causing, right?
15       A.   Well, the LSD would magnify their perceptions,
16   and so if I can sort of infer what you're trying to ask,
17   it would magnify their perceptions of what was
18   happening.  So anything that they did would probably be
19   exaggerated.
20            So if they were thrashing around or trying to
21   thrash around or if they were in restraints, they could
22   be fighting because they might see it as a
23   life-threatening situation.
24       Q.   And that behavior, that conduct on the part of
25   the person would result in a physiological impact on the
```

112

```
 1   person, right?
 2       A.   Yes.
 3       Q.   If Troy Goode had not taken LSD, he probably
 4   would not have died, true?
 5       A.   True.
 6       Q.   Are you aware that in the medical literature,
 7   including literature in the emergency medicine field, it
 8   has been reported that LSD has precipitated excited
 9   delirium?
10       A.   I can only recall one publications -- one
11   publication where they -- where they speculate on that.
12   It's a 1993 publication.
13       Q.   Are you aware of some medical literature that
14   says LSD can precipitate excited delirium?
15       A.   One publication.
16       Q.   You are aware of some literature that says that,
17   and the answer is yes?
18       A.   Yes.
19       Q.   I think that's it, Dr. Nichols.  I'm grateful for
20   the time you've given us.
21                    RECROSS-EXAMINATION
22   BY MR. MCCORMACK:
23       Q.   I have some follow-ups based on that.  You
24   mentioned that there was one article you know of that
25   discusses LSD being connected to excited delirium.
```

113

David E. Nichols, Ph.D.
September 1, 2017

1    Was that a study; a case study?  What form of

2 publication was that?

3    A.   That was O'Halloran, 1993.  It was a case study

4 of a young boy who ingested LSD, had a bad trip, broke

5 or jumped out of a window, was very agitated, combative,

6 and they tried to catch him to suture -- if I remember,

7 to suture his lacerations and they couldn't restrain

8 him.  So then they restrained him and essentially

9 hogtied him to get him under control and then he died.

10    The paper had to do with -- the topic was

11 restraint asphyxiation.  So there were several case

12 reports now where they were talking about how

13 restraining him had caused his asphyxiation and that was

14 the case that they used, but that was the only one where

15 they had -- that one seems to be the one case that

16 people cite back to when they talk about LSD producing

17 excited delirium.

18    It's not something that you see.  You see what's

19 thrown out, what's cocaine, methamphetamine, also PCP

20 and LSD, but that, as far as I can tell, is the only

21 case.

22    Q.   You were asked a question about restraints and

23 you were asked rather bluntly if Troy Goode had not

24 taken LSD would he have died.

25    If Troy Goode had not been restrained in the

114

David E. Nichols, Ph.D.
September 1, 2017

```
 1   hogtied position, do you believe he would have died from
 2   the LSD?
 3       A.  No.
 4       Q.  If Troy Goode had --
 5           MR. UPCHURCH:  Object to form.  Object to the
 6       form.  Outside the scope and also foundation.
 7   BY MR. MCCORMACK:
 8       Q.  If Troy Goode had not been restrained, do you
 9   believe that the LSD that he had taken was toxic in any
10   way?
11       A.  Other than --
12           MR. UPCHURCH:  Same objection.
13           THE WITNESS:  Other than the bad trip, no.
14   BY MR. MCCORMACK:
15       Q.  Do you believe that the bad trip that he was
16   having would have killed him in the absence of his
17   interactions with the defendants in this case?
18       A.  No.  I think if he hadn't had his interaction
19   with the police, he'd still be alive.
20       Q.  Is that your opinion to a reasonable degree of
21   scientific certainty?
22       A.  Well, no one else had a bad --
23           MR. UPCHURCH:  Same objection.
24           THE WITNESS:  No one else having a bad trip has
25       ever died.  I mean, a bad trip doesn't kill people.
```

1  BY MR. MCCORMACK:

2      Q.  You said no one else having a bad trip has ever

3  died.  How many people have taken LSD?

4      A.  The estimate is more than 30 million people.

5      Q.  And of those, how many deaths have been

6  attributed -- that could be contributed to a person

7  having a bad trip?

8      A.  Other than injuring themselves physically, trying

9  to climb, etc., there -- there are none people having a

10  bad trip.  Not from the direct effects.

11      Q.  Thank you, Doctor.  That's all I've got.

12          MR. MCCORMACK:  Any follow-ups to that, Marty?

13          MR. PHILLIPS:  No more questions.

14          MR. MCCORMACK:  We will read.

15          MR. DILLARD:  This is Brad.  I do have a couple

16      follow-ups based on the doctor's testimony.

17          MR. MCCORMACK:  Go ahead, Brad.

18                       RECROSS-EXAMINATION

19  BY MR. DILLARD:

20      Q.  Dr. Nichols, you made a statement that

21  Mr. Goode's encounter with the police led to his death

22  and I just want to be clear.

23          You would agree that his usage of LSD on the

24  night in question led to his encounter with the police

25  department, correct?

1       A.   Yes.

2       Q.   It also led to his encounter with emergency

3   personnel, EMTs, that night, correct?

4       A.   Yes.

5       Q.   It also led to his encounter with physicians and

6   nurses at Baptist Hospital, correct?

7       A.   Yes.

8       Q.   Would you agree with me that you are not

9   qualified by virtue of your education, training, and

10  experience to render any criticism of the Southaven

11  Police Department or EMTs in regard to their

12  interactions with Mr. Goode on the night in question?

13      A.   All I can opine on is the fact that the LSD would

14  not have killed him, and so whatever interactions he had

15  beyond that must have been responsible for his death.

16      Q.   The question, though, is, do you have any

17  specific training, education, or experience in regard to

18  police procedures, EMS, administration of care, issues

19  such as that?

20      A.   No, I'm not trained in that area.

21      Q.   And you're not rendering any opinions in regard

22  to any of those types of areas, correct?

23      A.   Nothing other than what I've stated already.

24      Q.   Thank you.

25           MR. MILLER:  Counsel, I've got a couple of

```
 1    housekeeping.  Did you-all get the e-mail I sent with
 2    the exhibits?
 3         MR. DILLARD:  I did not.
 4         MR. UPCHURCH:  I did.
 5         MR. MILLER:  All right.  Ric got it, Brad got it.
 6    Ric didn't?
 7         MR. GASS:  Ric did not.  Brad did.
 8         MR. MILLER:  All right.  I've got your Gass at
 9    GWMlaw.com.  I'll try to send that again to you, Ric.
10         MR. GASS:  Okay.  Thank you.
11         MR. MILLER:  And also everyone, Joseph Baker in
12    our office is not licensed in Mississippi.  He's not
13    on this case.  So there's no need to e-mail, copy him
14    on letters, put him on a certificate of service.  Just
15    so that will help out.  That's Joseph Baker.  He can
16    be taken off.
17         MR. DILLARD:  I just forward the documents to Ric
18    and to David.
19         MR. MILLER:  Thank you so much, friend.
20         MR. UPCHURCH:  Thanks, Brad.
21         MR. DILLARD:  You're welcome.
22         MR. PHILLIPS:  Okay, gentlemen, we're going to
23    disconnect.  Thanks, everybody.  Have a good Labor Day
24    weekend.
25         MR. UPCHURCH:  Thank you.  Appreciate it.
```

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com



1          (Deposition concluded at 12:16 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                    REPORTER'S CERTIFICATE

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1   I, JOAN COMPARATO, Court Reporter and Notary
 2   Public in and for the State of North Carolina at Large,
 3   do hereby certify that the foregoing proceedings were
 4   taken before me at the time and place therein set forth,
 5   at which time the witness was put under oath by me; that
 6   the testimony of the witness, the questions propounded,
 7   and all objections and statements made at the time of
 8                   The examination were recorded
 9   stenographically by me and were thereafter transcribed;
10   that the foregoing is a true and correct transcript of
11   my shorthand notes so taken.
12                   I further certify that I am not a
13   relative or employee of any attorney of the parties, nor
14   am I financially interested in the action.
15   I declare under penalty of perjury under the
16   Laws of North Carolina that the foregoing is true and
17   correct.
18           DATED this 13th day of September, 2017.
19   _____
20           JOAN COMPARATO
21           Commission #20162030000
22
23           (Review and Signature was requested)
24
25
```

120

David E. Nichols, Ph.D.
September 1, 2017

A6088A9

1   STATE OF ___NC___ )
                        ) SS.
2   COUNTY OF _Chatham_ )

3

4

5

6

7              I, the undersigned, declare under penalty

8   of perjury that I have read the foregoing transcript,

9   and I have made any corrections, additions or

10  deletions that I was desirous of making; that the

11  foregoing is a true and correct transcript of

12  my testimony contained therein.

13             EXECUTED this __2nd__ day of _October_ ,

14  _2017_ , at _Chapel Hill_ , ___NC___ .
                    (City)              (State)

15

16             **AMANDA LEDFORD**
                 Notary Public
17          Clay Co., North Carolina
         My Commission Expires May 28, 2020

18                         _David E Nichols_

19
                        David E. Nichols, Ph.D.
20

21

22

23

24

25

## G.S. § 10B-43 NOTARIAL CERTIFICATE FOR AN OATH OR AFFIRMATION

Chatham County, North Carolina

Signed and sworn to before me this day by David E. Nichols
*Name of principal*

Date: 10/2/17

(Official Seal)

_Amanda Ledford_
*Official Signature of Notary*

Amanda Ledford Notary Public
*Notary's printed or typed name*

My commission expires: 5/28/2020

AMANDA LEDFORD
Notary Public
Clay Co., North Carolina
My Commission Expires May 28, 2020

AB088A9                                      SEPTEMBER 25, 2017

LETTER TO DEPOSITION OFFICER/ERRATA SHEET

DEPOSITION OF:                          DAVID E. NICHOLS, PH.D.

DATE OF DEPOSITION:                     SEPTEMBER 1, 2017

CASE:                                   KELLI DENISE GOODE, ETC. VS. THE CITY OF
                                        SOUTHAVEN, ET AL.

The following are the corrections which I have made to my transcript:

| PAGE# | LINE# | CORRECTION | REASON FOR CORRECTION |
|-------|-------|------------|----------------------|
| 8 | 3 | Schedule | NOT SCHEDULED |
| 16 | 14 | insert "they" after than | missing word |
| 23 | 11 | Simplex should be sympathetic | |
| 24 | 14 | UNCOMMON should be COMMON | |
| 24 | 15 | Hallucination should be Hallucinogen | |
| 24 | 21,21,23 | Hypothermia should be hyper thermia | |
| 30 | 11 | incidents should be incidence | |
| 36 | 10 | Goodman and Gilman | |
| 37 | 6,7 | Joan should be Gerome | |

Please sign your name and date it on the below line. As needed, use additional paper to note corrections,
dating and signing each page. If you have no corrections, please write the word "None" above and sign,
date, and return this page.

EXECUTED this  2ⁿᵈ  day of  October , 20 17 .

at  Chapel Hill ,  NC ,
        (City)                    (State)

Danial E. Nichols
                    (Signature)

AMANDA LEDFORD
Notary Public
Clay Co., North Carolina
My Commission Expires May 28, 2020

Nichols Deposition Corrections, continued.

| PAGE# | LINE# | Correction | Reason |
|-------|-------|------------|--------|
| 38 | 12 | pick should be picked | wrong tense |
| 39 | 19 | Insert "from" after I'm | Missing word |
| 48 | 13 | "role playing" is wrong but I don't know what was actually said | |
| 53 | 21 | "Charlie" should be "Charlotte" | |
| 63 | 7 | Insert "recreational" before doses | Missing word |
| 64 | 25 | The word "no" should be deleted | I answered in the affirmative |
| 65 | 25 | Change "animal" to "analogue" | Reported misunderstood |
| 66 | 13 | The word "and" should be "on" | Misunderstood |
| 66 | 21&22 | The name is Carl Lietz | |
| 66 | 22 | The name is Eliel | |
| 79 | 24 | "pair synthetic" should be parasympathetic | |
| 90 | 12 | "endo" should be NBOMe | |
| 91 | 9 | Insert the word "on" after working | |
| 91 | 12 | Insert the word "on" after working | |
| 92 | 18 | The word parameter should be pyramidal | |
| 92 | 20 | Insert the word "in" after mostly | |
| 93 | 1 | Cortical granule cell should be apical dendrite | This is the only phrase consistent with the context of the answer |
| 93 | 5&7 | The word parameter should be pyramidal | |
| 93 | 13 | assetized should be sensitized | |
| 93 | 24 | nullity should be novelty | |
| 94 | 12&13 | "*So we're sitting here in ICU and him and him and him*" I would have to hear the tape to know what was actually said here | |
| 94 | 23 | Intra-opt should be intra-module | |
| 95 | 14 | Synapsis should be synapses | |
| 95 | 23 | "Dopamine urgent" should be dopaminergic | |
| 95 | 24 | The word "use" should be changed to cause | |
| 102 | 23 | synapsis should be synapses | |
| 103 | 2 | WD2 should be D2 | |
| 103 | 4 | "before" should be D4 | |
| 103 | 6 | psycho stimulant should be one word | |
| 104 | 8 | the word "as" should be "has" | |
| 106 | 24 | angiolithics should be anxiolytics | |
| 108 | 23 | the word "down" should be "now" | |
| 109 | 24 | the word "and" should be "at" | |
| 111 | 10 | "anti-psychiatric" should be "antipsychotic" | |
| 111 | 14 | insert "is a" before "related" | |

EXECUTED this ___2nd___ day of _October_, 20_17_

at _Chapel Hill_ , _NC_
       (City)             (State)

_David E Nichols_
      (Signature)

**AMANDA LEDFORD**
Notary Public
Clay Co., North Carolina
My Commission Expires May 28, 2020

Atkinson-Baker Court Reporters
www.depo.com

---

**A**

a.m 3:5
a/k/a 1:11
AB088A9 1:24
ability 89:11
able 10:13 56:17,20,21
57:2 62:16,20 67:24
85:21 86:5 105:7 109:8
absence 115:16
abuse 7:23 29:19 91:21
academically 52:20
accept 15:5 42:3.11,12
accompanied 37:11
accounts 44:11
accumulating 104:13
accurate 34:9 36:3 107:6
109:1
accused 67:15
achieve 74:2.4
acquaintances 106:16
acquittal 67:3
action 1:7 37:14 95:23
96:3 120:14
actions 42:9
activate 94:1
activated 23:11 103:3
activates 94:2 95:24
102:24
activation 19:6 80:5 93:8
96:3 103:6
active 53:4
activities 68:7 80:11
82:10,12
activity 94:25
actual 28:18 58:5 59:24
87:3 109:19
acute 79:16
adapted 32:11
addictive 95:24
additional 26:2 52:22
70:10,11 88:20
address 29:14
addressed 20:22
addressing 80:16
adjunct 49:24,24
adjust 10:10
administered 8:2 29:25
30:23
administration 8:7,9,12
31:4,22 73:4 117:18
adrenaline 19:8
adulterants 90:9
advance 69:23
adverse 8:19,23 25:3
advertised 40:19
advice 20:5,9
affect 77:5 92:13 93:20
102:20
affiliated 40:22 48:14
affiliation 49:15
afraid 21:17
agent 89:11
agents 86:11
agitated 114:5
agitation 72:7 82:5
ago 6:14
agonist 68:19 102:17,24
agree 17:9,11,16 24:6,18

25:5 41:21 47:6 77:2,3
77:11 79:10.14,18,22
81:16 82:8 98:21
116:23 117:8
agreement 98:2
ahead 35:23 88:22
116:17
aided 64:17
alcohol 30:16
alcoholics 30:17
alive 97:14 115:19
allocated 53:3
allow 76:12
allowed 60:6
alter 76:25
alteration 77:4
alterations 79:8
altered 77:7
amount 16:23 32:7,14
33:1 59:1,18 61:17
75:21 108:1,15 110:4
amplifier 47:3,9
amplifies 47:18
amplify 93:25
analgesic 18:3
analogue 66:24 67:1,18
67:22,23,25 68:1
analogues 68:16
analysis 16:15 19:19
58:4,8
analyzed 57:15
and/or 80:11 81:14
Anderson 53:21
anesthetic 104:9 105:15
angiolithics 54:8 106:24
animal 48:24 65:25
animals 43:8
answer 88:5 101:8 111:4
113:17
answering 111:15
answers 100:24
antagonist 111:10
Anti-Parkinson's 68:18
anti-psychiatric 111:10
anti-schizophrenia
68:19
antidepressants 54:8
antipsychotic 110:19
antipsychotics 54:8
106:23
anxiety 8:18 9:1.1 19:5
72:6 75:13 80:12.19
82:11 99:22,22
anxious 21:17
anybody 43:23 64:5 78:5
anymore 48:25 52:15
59:20
anyway 10:19 57:14
apologize 38:10
appeared 25:11 42:9
appears 9:22 11:14
78:13
apply 24:12 103:22
appointment 91:8
appreciate 70:12 118:25
appreciation 30:17
appropriate 20:23
105:10

approved 44:2,4
approximately 31:20
32:20 109:17
area 9:9 16:1 91:13 92:2
105:4 117:20
areas 68:17 93:19 94:19
95:25 117:22
argument 59:11
arrest 104:10
arrested 57:11,13
arriving 28:4
art 58:24
article 61:22 107:4
113:24
articles 46:1
articulated 110:25
asked 49:5 88:15,24 96:6
96:9 97:17 100:4,17,21
100:22 101:1,3,4.7
106:9 107:4,5,5 114:22
114:23
asking 11:5 18:15 65:9
70:10 76:21 78:23
89:24 111:21
asphyxiation 114:11.13
assaulted 22:10
assaultive 22:10
assessment 79:18
assetized 93:13
associated 20:8
assume 15:2 69:2 99:12
103:8
assumed 15:4
Assuming 104:11,25
assumption 85:24 86:1
ATKINSON-BAKER 1:22
Atlanta 65:25
attached 17:1 18:14
attack 22:2 99:22,24
104:23
attacked 102:5 104:17
105:22.25 106:5
attacking 86:9
attacks 81:15,20 99:22
99:23
attempt 22:1
attempting 83:4
attend 16:1 53:8
attending 26:19
attention 93:24
attorney 59:5.17 61:4
120:13
attorneys 64:1 84:10
attributable 82:4.6 97:2
107:8
attribute 15:15 16:3.7
attributed 25:14 116:6
atypical 111:10
author 38:7
authored 13:8 45:21
authorities 39:1.4,9
102:5
authority 46:6
automobile 42:2,3
autonomic 79:20,21 80:5
80:16,25
autopsy 4:20 23:13,14
23:18

available 50:8 108:11
Avenue 2:3,18
average 109:14
aware 6:18 8:14 25:25
47:20 66:9 102:8 113:6
113:13,16
awareness 37:10

---

**B**

B 2:7
back 10:16 53:6 61:16
74:21 78:10 91:7 95:12
111:16 114:16
background 77:21
bad 8:16 9:6.14 14:18,19
15:1.17 16:8,23 17:24
19:2,3,5,15 20:15,18
20:20 21:4,8.11,21,23
22:7,23 23:9,10 24:12
24:25 25:12,16,24 26:1
26:2,4,6,10,11 30:11
31:7 33:12,14 44:22,24
45:11,15,18 71:25 72:3
72:12 74:17,18,21,23
81:5,7,18 82:1 84:17
84:21,22 85:1,11,14
86:2.14,15 87:5 96:7.7
96:8 97:14,15,16,18,19
98:10,11,18 99:3,6,9
99:19 100:1,5,6,7,8,14
100:15,16 101:22,23
101:24,25 102:2,4
104:16,25 105:1,4,10
105:17,20 106:1
108:18,19,20 114:4
115:13,15,22,24,25
116:2,7,10
BAGGETT 1:9
bail 49:1
Baker 118:11,15
Ballin 2:2,2
Baptist 1:14 10:24 117:6
bar 4:23 29:2 75:18
Barr 47:22
based 16:15 29:18 58:8
61:1 62:14,21,23 63:15
71:4 72:9 75:18 77:21
90:8 101:13 103:11
108:1 109:8 110:6
113:23 116:16
basically 7:23 9:11 17:8
22:15 28:2 38:8.10
45:25 51:12 62:18 94:8
105:12
basics 92:11
basis 36:25 37:3 64:13
86:1 87:14 103:19
began 16:2
beginning 83:17
behalf 1:5 2:1.5,9,13,16
2:20 3:1 6:19 67:15
97:23 98:1
behavior 9:18 14:20,23
15:3 16:3 26:12.13
43:5 81:21,24,24 86:23
86:24 112:14,24
believe 7:13 33:24 36:18
39:15 40:10 46:22

56:16 57:5 60:11 61:2
61:3,24 67:8 68:5 71:1
82:16 84:16 87:16
104:14 106:4.7 115:1,9
115:15
bell 2:22 40:2,3
bench 60:8
benefit 26:19
benefits 50:6
benzodiazepine 9:11
105:14
better 10:14 31:14
beyond 14:17 97:22
101:16 111:1 117:15
Bible 37:4
big 29:18 51:23 52:9
65:11 108:18
Billing 4:22
billings 27:7
billions 68:25
bills 27:13
binder 36:6
biochemical 43:9,14
bipolar 75:13,15
bit 10:11 34:20 55:20
59:22 90:25 92:10
107:4
bizarre 9:18
block 95:8,16
blocked 95:6
blocks 95:7,10,13
102:21 104:7
blood 5:2 15:7 16:16
17:21 19:10 23:12 28:8
28:9,23 31:12,15,18,19
32:5,18,20,23 33:22,24
34:11.22 35:17 80:8
89:14
blotter 57:22,25 58:20,23
71:12,14
blotters 58:12,19 71:3
bluntly 114:23
board 48:23
Boardroom 3:4
bodies 93:20 94:2
body 34:2 35:1,5,14
61:17 79:13 80:7 93:22
97:3 104:13
BOND 1:9
book 39:2 45:23,23 46:2
bottle 57:14 59:15
bottom 34:23 37:22
botulinum 90:2
bound 51:8
boy 114:4
Brad 78:17.19 84:9 97:25
116:15,17 118:5.7,20
Bradley 2:14
brain 88:1,17 92:12
93:20,20,22 94:2,19,22
94:24,25 95:5,25
103:13
brains 103:10
branch 80:24
branches 79:21
break 41:1 94:23
breathe 98:18 99:10,17
99:21,24 104:22

breathing 99:3
briefly 108:7
bring 26:24 67:7 76:8,9
    76:15
brings 47:19
Bristol-Myers 65:14
broad 8:25 9:1,3,5 65:7
Broadway 2:11
broke 114:4
brought 26:23 29:10
    35:22 36:12 39:14
    47:16 66:14,21
BRUCE 1:12
Bryan 51:1,2,3 52:5,12
    52:14
build 66:6 74:8
build-up 74:11
bulging 99:13
butanediol 66:24
buy 50:8 51:20
buying 66:10

**C**

C 53:21
calculations 58:8
call 19:7 53:17 78:12,13
    96:19
called 6:20 8:16 24:14
    41:9 51:6 55:5 58:14
    66:5 73:24 90:12 91:6
    92:18,24 93:3,23,23
    108:12
calling 102:9
calm 105:14,15
calmed 9:12
Campbell 56:11
cancer 30:14
capacity 55:1 65:8 77:6
    85:16 94:10 106:14
car 9:15 15:25 16:3
    57:22 81:22 96:20
cardiac 104:10
cardiotoxic 104:2,5,12
care 48:24 54:14 117:18
career 91:22
careful 87:6
carefully 17:8 40:15
Carolina 3:3 50:3,20,23
    52:8 54:16,20 120:2,16
carry 22:1,2
carrying 82:9
case 6:15,17,20,24 9:23
    9:24 11:1 12:11 13:8
    13:25 14:17 22:4 27:7
    27:14 31:2,17 32:23
    36:17,21 55:22,23 56:2
    56:9,12 57:4,10 60:7
    60:18 63:23 64:5,6,9
    64:14,17 65:8,25,25
    66:2 68:3 69:2,6 70:25
    72:11 73:14 84:10
    85:20 87:12 100:18
    105:6 114:1,3,11,14,15
    114:21 115:17 118:13
case-specific 28:4
cases 9:14 20:14 23:7
    65:3,11,15 68:23 69:1
    69:4 82:24 83:9

catalyze 45:4,8
catch 114:6
catecholamine 112:4
catecholamines 81:1,9
    81:11 104:2,6,13 112:7
categories 9:3,5
categorization 22:20
category 22:21
caught 20:13
cause 22:11,22,24 33:11
    42:15,20 45:7 54:25
    55:6 63:9,9,12,16,18
    81:13 82:5,15 86:15,17
    96:18,19 101:7,13
    103:12 104:5,15
    105:19,20
caused 14:22 63:5 98:10
    100:13 104:12 112:9
    114:13
causes 18:20 73:24
causing 112:14
caveat 89:13
cell 93:1,2,20 94:2
cells 92:18,20 93:1,5,7
    93:13 94:3,4
center 106:21
centers 94:6
central 93:8
certain 61:12 93:12
certainly 31:9 39:10 71:8
    84:24 89:18 101:6
    108:12
certainty 115:21
certificate 54:20,22
    118:14 119:25
certificates 55:4
certified 8:13
certify 120:3,12
chair 53:21
challenging 20:21
chance 20:15
change 26:20
changed 52:3 108:8,9
changes 78:1,25 79:13
    79:20 80:4,17 93:9
    103:12
Chapel 1:20 3:3,4 52:8
chapter 36:9 37:7,8
    45:23 46:2
chapters 37:6 39:3
characterize 29:23 31:8
characterized 8:17 77:5
characterizing 30:5
charge 66:15 67:6,10
    68:21,22 69:11,12,14
charged 67:25 69:6
charging 66:19
Charlie 53:21
Charlton 1:4
check 10:4 56:19 69:19
    69:22 70:2,4
check's 70:6
chemicals 51:20
chemist 53:23 54:2
chemistry 37:14 50:6,9
    50:10 53:20 54:1,4
    68:17 88:13 103:13
chronic 73:23 103:10

circle 71:10
circles 16:6 42:10
circuits 96:4 102:25,25
citations 83:5
cite 36:21 82:24 83:3,10
    83:13 100:18,23
    114:16
cited 14:1 36:7 37:25
    38:6,25
citing 37:7
CITY 1:9
CIVIL 1:7
claim 59:7 67:17,19
claimed 64:9
claiming 58:20 63:10
    67:23
clarity 37:11 72:2
classified 7:16
claustrophobia 81:15,20
claustrophobic 15:15
    16:2 41:20 42:4
clear 111:19 116:22
cleared 58:7
clearly 7:6 86:23 111:1
cliff 83:24,25
climb 9:15 96:20 116:9
climbed 83:24
climbing 42:17 82:13
    83:4
clinical 4:19 11:10 12:19
    12:21 13:1 30:18 44:3
    47:11 54:6,10 71:5
    111:11
clip 36:6
clogged 95:14
close 71:25 79:5
closest 87:25
clue 66:15
co-defendant 57:11
cocaine 95:4,5,9,10,13
    95:21 101:20 102:12
    102:20,21 103:5,13
    104:5,7,10 111:5
    114:19
coeruleus 93:23 94:3
colleague 64:5,8,13
collect 58:22
collected 25:2
collectible 58:21
collection 27:5
collectively 23:20
college 44:18
Color 4:23
colored 29:2
colorful 79:5
column 34:21
combative 21:10,12,16
    21:18,20 22:9 112:2,9
    114:5
come 49:7 51:15,20
comes 92:21
commands 85:2,5,22
commencing 3:5
comment 77:16
comments 24:2,6
Commerce 2:7
Commission 120:21
commit 42:16

committee 48:24
committees 48:22,24
common 24:16,17 90:9,9
    90:11,22
communicate 94:20
communicating 7:6
communications 62:15
    62:22 63:20,22,25
companies 65:12
comparable 46:2
Comparato 1:24 3:1
    120:1,20
compare 95:3
compared 29:19
compatible 59:1
complete 54:20
completed 54:22
completely 18:8 60:22
complex 21:22
complications 82:6
    110:9,12
comply 85:7,11,14,15
    86:10
complying 85:18
components 15:17
compound 111:14
compounds 37:13 90:12
    90:12 107:20
comprehend 102:9
comprehensive 29:16
compressed 99:7
computer 69:9
concentration 13:18
    32:22 34:12 109:4
concern 46:16
concerned 61:17
concert 16:2 79:5
conclude 19:17
concluded 119:1
concludes 79:8
conclusion 28:24 62:16
    62:20 108:5 109:9
    110:8
conditions 15:15 29:25
    30:22
conduct 14:16 112:24
conductive 9:4
conference 1:18 78:12
connect 94:21,24
connected 113:25
connections 94:23
connectivity 94:21
conscious 47:15,17
consciousness 47:19
    77:1 86:5
consensus 45:5
consequences 30:5
    46:10 80:20
consider 17:5 40:15 46:6
    46:24 69:16
consideration 14:8
considered 19:1 41:15
    48:12

consistent 14:25 16:8
    21:4,7,11 25:12,16
    42:6 81:21,25 97:17,19
    98:10,18 99:3
conspiracy 60:1 66:15
    66:20
constellation 72:5
consult 54:13
consultant 50:9
consultation 64:7
consulted 64:4
consulting 53:24
Cont 4:25
contact 54:11 61:9
contacted 60:23 61:4,7
contain 57:16
contained 17:3 58:9,18
contains 59:6
contaminated 89:6
content 38:8
context 15:22 31:6 88:18
    100:4 102:3 104:16
    109:11
continue 46:22 47:21
    105:20 110:23
continued 91:9
continuing 98:21,23
    101:15 103:15
continuous 91:25
contributed 116:6
contributes 43:5
control 37:12 114:9
controlled 30:23 66:17
    67:21 68:1 104:1
controversial 47:13
    57:13
controversy 60:24
convenience 23:25
conversations 44:9
    62:14
converse 74:25
convict 67:4
convicted 60:9
convince 67:24
copied 76:7 77:17
copies 10:2,5
copy 10:3 38:16,17,19,23
    39:22 40:5,18 56:14,23
    57:1 61:22,24,25 76:8
    76:9,12 118:13
copying 41:1
Corporation 1:14,15
correct 14:5,14 18:8
    19:13 26:24 35:3 46:14
    55:12,13,16 61:14
    62:19 69:18 77:12,23
    82:1,2 84:18,19 85:12
    86:16 106:11,12
    116:25 117:3,6,22
    120:10,17
correctly 33:4
cortex 92:16,20,25 93:15
cortical 92:18 93:1,5
    94:3,4 96:4
costs 69:15
counsel 41:2 58:2
    117:25
country 66:12

Page 3

Atkinson-Baker Court Reporters
www.depo.com

coup 51:24
couple 49:3 76:19
  116:15 117:25
coupled 49:2 51:6
course 31:2 52:2 89:1
  102:24
courses 52:1,17
court 1:1,22 3:1 5:7
  29:12 41:7 56:7,24
  57:4 60:3 62:5 120:1
cover 38:17 53:14 72:8
covered 68:2
covers 8:25
created 55:5
credentials 50:2
criminal 56:12 67:11
critical 48:2
criticism 117:10
CROSS-EXAMINATION
  70:15 84:7 90:3
crystal 51:7 58:16
cussing 21:7
customers 66:19
cut 58:22
CV 5:3 35:22,24 36:3
  39:22 40:17
CVS 57:14
czar 29:17

**D**

D2 103:4
D3 103:5
D4 110:17
da 51:15,15,15,15
damaging 20:14
damper 94:12
danger 104:20 106:7
dangerous 42:17 82:10
  82:12 89:15,16
date 36:3
dated 11:15 12:3 13:9
  27:17 120:18
Dave 51:24
David 1:19 2:6 6:7,13
  70:17 78:18 118:18
Davis 40:1
day 74:9 84:17 118:23
  120:18
days 44:22 74:4
DEA 8:8 44:4 57:19
  66:10
dealers 108:17
dealing 31:2
death 13:20 15:10 34:10
  42:15,20,21,23,24 43:1
  43:3,5 54:20,22 55:1,4
  55:6 62:17 63:2,5,16
  82:3,5,9,25 96:13,14
  96:17,24 97:1,2,12
  100:13 107:17 116:21
  117:15
deaths 83:16 96:10,22
  97:5 107:8,15 116:5
debriefed 67:3

decade 65:16
decades 91:18
Deceased 1:4
decide 60:7
decided 49:1
decides 92:24
decision 100:10
decisions 93:16
declare 120:15
decrease 30:16 98:15
defend 22:5
defendant 3:1 57:7,8,11
  60:9 98:3
Defendant's 12:5 13:3
  23:22 27:3,11 29:8
  32:9 36:1,14 38:21
  62:12
defendants 1:16,20 2:5,9
  2:13,16,20 6:16 84:10
  98:4 115:17
defender 66:21
defending 65:11
defense 40:9 58:2 59:5
  66:1
define 72:2
defined 59:17
definitely 86:17 87:8
definition 97:1
degree 24:22 115:20
delirium 22:18,22 101:7
  101:11,14,23 102:10
  103:9,14 104:12 113:9
  113:14,25 114:17
delusion 86:8
delusions 80:19
demonstrate 29:20
demonstrated 32:15
demonstratives 29:13
DENISE 1:3
department 48:25
  116:25 117:11
departments 105:11
departure 49:9
depend 73:2
dependence 74:6
dependency 95:24
dependent 48:9
depending 72:20 79:17
  109:13
depends 9:6
Depo 4:21
deposition 1:19 9:21
  25:10 26:24 27:1,15
  29:11 39:14 56:4 69:17
  69:24 119:1
depositions 7:2 9:24
  12:7,11,12,14 69:10
depression 30:14 75:13
derived 83:7,21
describe 31:11 53:16
  80:3 101:19
described 43:1 68:6
  81:25 87:25
describing 11:19 15:2
  24:19 31:4 81:10
description 4:17 5:1
  11:9 37:10 38:10,12
  72:14

descriptive 29:4
desired 73:21
DESOTO 1:14
destructive 26:12 30:4
details 15:2
detected 58:3 89:19
detector 93:24
determination 7:18 8:10
determine 47:12 75:17
  89:9 94:5
determined 8:5 67:21
determines 54:25
determining 7:20 48:2
develop 73:20 75:9
developed 65:20 86:20
  101:19
diagnosis 55:10
didactic 106:20
die 61:1 96:8 97:8,16
  105:13
died 28:24 60:23,25
  61:18 62:19 63:11
  64:10 113:4 114:9,24
  115:1,25 116:3
difference 37:25 95:4
different 19:11,14 22:18
  22:20,20 66:12 73:6
  89:15 93:19 94:19 96:2
  103:4
difficult 75:16
Dileo 66:22
Dillard 2:14 4:3,8 84:8,9
  97:25,25 116:15,19
  118:3,17,21
dilute 59:14,19
dilution 59:19
diminished 37:12
direct 6:10 42:24,25 53:6
  54:11 63:9,12,16 83:1
  96:10,24 97:1,2,5
  104:10 107:8 116:10
direction 77:8
directly 82:3 83:10 97:2
  100:13 112:13
disagree 77:2,14,20
disagreeing 63:14
disappeared 58:7
disappoint 111:18
discarded 38:5
discharge 55:5
disclosed 62:21 87:11
disclosure 41:16 97:22
  101:17
disclosures 41:6,8
disconnect 118:23
disconnection 22:15
discovered 30:11
discuss 77:22
discussed 42:6 75:19
  87:14
discusses 113:25
discussing 73:14 75:6
discussion 13:6 65:1
  78:8
disease 68:14
disorder 9:1 22:17 24:15
  75:15 99:25
disorders 45:5

disorganized 9:2
disorientation 8:18
  42:19 86:3
disoriented 82:14 85:13
  85:16 96:22
disparity 30:3
displaces 95:17
dissipating 34:3 35:16
dissolve 59:8,9
dissolved 58:17
distinction 68:24 80:23
  96:9
distinguish 22:16
distinguished 19:3 49:22
  53:19
distribute 57:25 58:12
  58:20 60:1
distributing 60:15 67:17
distribution 57:12 59:2
  60:16 67:19
distributors 108:17
District 1:1,1 41:7,7
dive 83:25
division 1:2 80:5
divorce 49:2
DMT 107:22
doctor 6:2 10:7 20:25
  26:19 39:13 55:11 64:5
  70:14,17 72:16 77:14
  78:9,23 82:18 84:4,9
  88:4 111:15 116:11
doctor's 116:16
document 12:4 13:2
  23:21 24:3,7 27:2,10
  28:16 29:1,7 32:8
  35:25 36:13 38:20
  41:11,15 62:11
documented 83:9
documents 26:21 27:5
  55:5,8 118:17
dog 105:23,25 106:5
dogs 102:6
doing 28:8
Dolder 32:13
dollars 69:1
DONJA 1:15
door 13:4
dopamine 68:19 81:2,9
  81:11 92:12 94:1 95:11
  95:15,20,23,25 96:3,4
  102:17,20,21,22,23,23
  103:4,9,21 110:16,21
  111:6 112:6
dose 20:20 31:16 32:1,1
  33:2,8,11 34:17,21,24
  34:25 48:9,12,12 59:17
  59:20 73:20 76:3,24
  79:18 100:9 108:18,19
  108:21,22,23 109:14
  109:19,21
doses 16:14,16 20:19
  25:3,3 31:17 32:23
  57:21,21,24 58:9,13,15
  58:18 59:2,3,6,7,14,20
  59:24 63:4,7 108:16
  109:11,13,20,24 110:1
  110:14
doubt 108:5

disorganized 9:2
dozen 65:15
Dr 4:18 6:14,16 10:24
  11:14 12:2 14:10 17:1
  17:2,6 18:12,21 20:22
  23:24 39:16,17 40:1
  70:7 76:5,24 78:24
  79:13,16,20 81:9,13,19
  82:3 90:5 113:19
  116:20
draft 27:21
drafted 13:12 14:13
drafting 55:7
dramatic 80:4 94:25
draw 33:25
drawn 33:22 35:17 75:20
dreams 47:16 77:9
drew 34:10,11
drink 71:16
drive 9:15 96:20
drop 71:16
dropped 78:13
dropping 34:3 108:16
drops 16:11,19 57:14,14
  71:1
drug 7:10,17,20 8:3,5,7,9
  8:11 9:10 29:16,21,23
  30:3,5,6 31:6,8 37:5
  42:22 43:1,4 53:24
  65:17 67:17 68:22
  72:19 90:22 91:21 95:3
  95:7 97:4 102:1 103:10
  110:19
drug-taker 48:1
drugs 8:12 29:19 30:11
  39:8 46:14 47:12 51:7
  51:9 67:16 68:10,13
  89:15 90:15,16,18 91:9
  95:23
drum 59:8
dryness 17:20
DSM 22:21
due 82:5,9 85:11 86:21
duly 6:8
dupchurch@dupchurc...
  2:8

**E**

E 1:19 6:7
e-mail 5:6 10:16 61:16
  118:1,13
e-mails 61:19,25 62:2
  106:15
Earl 6:13
earlier 18:16 31:13 36:5
  38:3 41:23 49:3 81:2
  84:15,20 100:2,5,15
  108:24
early 68:15 74:13,14
easily 93:14
ecstasy 68:16
edition 5:5 36:25 37:7
  38:3,3,4,5,7,14
education 117:9,17
Edwards 11:15 12:2 17:2
  60:19 64:2,20
effect 18:3 19:11 23:8
  30:25 35:13 48:3 59:18
  73:22 74:2,4,5,8,10

Atkinson-Baker Court Reporters
www.depo.com

92:11 95:5,22 97:3
99:14,17 103:20
104:15 110:16,20
111:7,8,11
efficiently 42:23
effects 8:20,22,22,23
17:13,16 18:16,17,19
18:20,24 19:2,14 23:2
24:8,19 25:4,7 44:22
44:25 45:1,11,12 48:7
72:18,20,25 73:18
79:16 80:1,3,11,18,22
80:24 81:3,14,19 84:25
85:11 95:6,8 96:7,25
104:9,10 107:1,8
110:13,21 116:10
efficient 87:19
effort 52:24
ego 79:13
Eight 35:23 36:1
either 50:7 54:17 55:8
73:11 76:15
Eli 65:14
Elizabeth 29:17
emergency 1:15 35:15
97:15 105:11 113:7
117:2
emeritus 49:17
emotionally 45:3,6 75:8
emphasized 107:16
employed 50:4
employee 120:13
EMS 117:18
EMTs 117:3,11
encounter 14:20 34:6,7
97:11 102:5 116:21,24
117:2,5
encountered 97:13
encounters 102:1
endangering 9:16
endo 90:12
enforcement 8:7,9 85:2
85:23
engage 43:4 82:12
England 29:17
enhanced 37:11 77:6
enormous 48:2
entire 92:8
entitled 45:20
epidemiology 28:10
epinephrine 19:9 81:12
112:5
Ernest 66:22
erratic 14:23 42:9 81:24
especially 77:25 78:24
101:20
Esquire 2:6,10,14,17,21
essentially 14:19 114:8
EST 3:5
established 14:5
estimate 33:23 76:1
116:4
estimated 33:24 109:22
estimates 110:1
euphoria 77:6 103:1
events 12:17 13:19
eventually 59:13
everybody 35:24 78:6
118:23

Everything's 102:3
exact 91:10
exactly 7:9 38:9 108:25
exaggerated 9:19 17:18
18:1,6 112:19
examination 3:25 4:1,2,3
4:4,5,6,7,8 6:10 88:2
111:25 120:8
examined 6:8
example 17:18 19:8
21:23 79:4 86:9 108:11
exception 36:9 77:14
excited 101:10,14,23
102:10 103:8,14
104:12 113:8,14,25
114:17
excluded 60:5
executive 93:16
exercising 98:14
exhibit 4:18,19,20,21,22
4:23 5:2,3,4,5,6,9 12:2
12:5,16 13:1,3,15,16
13:24,24 14:13 15:13
15:19,24 16:5 17:1
18:22 23:20,22 27:1,3
27:9,11,13 29:6,8
31:10 32:9,10 33:5,20
35:23 36:1,12,14 37:22
38:1,15,21,25 62:2,12
64:24 71:6
exhibits 4:15,25 13:11
15:3 118:2
exiting 81:21
expand 65:1
expanded 94:10
expands 94:13
expansion 94:9,16 95:1
expect 26:2 31:22 32:22
33:9 34:17 72:17,24
73:17 98:15
expectations 51:21
expected 72:16
expensive 50:8
experience 25:21 44:6
44:19 77:9,21 79:9
86:25 87:4,5 91:1
108:3 117:10,17
experienced 37:12 72:11
77:6
experiencing 19:15
72:18
experiments 94:18
expert 6:19 10:24 11:1
27:6 40:9,11,20,22
41:6 55:20,21 57:4,19
58:13 65:1,4,8,10,22
68:2,21 97:22
expertise 44:9
experts 18:12 41:9,12
explain 7:6 36:23 100:3
108:8
explained 87:10
explode 25:15
extent 92:1 93:12 95:7
external 96:18,19
eye 57:14,14
eyes 79:5 99:12

F

fact 8:3 15:5,13,19,24
34:18 49:6 58:13 61:18
95:23 117:13
factor 13:21,23
facts 13:15 42:11
factual 12:17 28:20
41:10,11,16,19
faculty 52:11,16
failed 76:9
fair 16:22 55:15 76:21
77:20 80:23 92:7
100:19 107:25 110:3,8
fairly 30:12 92:14
fall 9:4
familiar 41:11 101:10
far 84:3 114:20
Farr 10:1,24 39:15,16,17
39:19 76:5,24 79:13,16
79:20 81:9,13,19 82:3
Farr's 78:24
Farrington 3:3
fashioning 28:5
faster 73:12,12
fatal 96:7 100:15 107:14
fatalities 82:17,21 83:17
107:19
fatality 83:10
father's 66:4
FDA 8:13
fear 19:6 21:24
fears 47:16
February 27:17 74:14
Federal 7:14
feel 93:11,17
feeling 16:2
feelings 47:18
fellow 66:3,15
ferret 28:13
field 51:13 91:7 113:7
fight 19:7 21:15,18 81:3
104:18,23 106:8
fighting 21:12 112:22
figured 106:10
FILE 1:24
filed 5:6 41:6 62:2
financially 120:14
find 10:5 23:7 28:18
60:13 90:14
finding 28:9
fine 45:16 70:20 74:21
78:16 84:13
finish 70:9
fire 67:5
firecrackers 88:13
first 7:22 34:12 61:7,9
88:9 90:5
first-degree 75:14
first-hand 44:11
Fishman 2:2
fit 96:25 102:11
five 16:11,19 27:9,11,13
31:20 32:21,21 33:22
34:14,16,25 35:17
92:20
five-hour 33:21 75:24
flailing 98:13
flash 88:14

Flashback 24:13
flashbacks 24:14
flight 19:7 81:3 104:18
Florida 66:10
floridly 25:11
fly 83:4,25
focus 68:9
folks 34:7
follow 85:2 90:5
follow-up 70:22 84:11
follow-ups 111:21
113:23 116:12,16
following 5:25 72:24
follows 6:9
food 8:11 66:4 72:21
force 14:21 99:8
foregoing 120:3,10,16
forensic 13:17 15:7
19:19 55:18 89:13
101:19
forgiving 30:22
form 110:24 114:1 115:5
115:6
formulating 55:7
forth 13:15 41:12 80:13
82:11 120:4
forward 118:17
found 15:7 57:14,16 67:4
88:6 89:17
foundation 97:21 101:16
115:6
four 27:1,3 73:1,9,16
74:4 91:18
four-and-a-half 27:18,24
Freudian 77:8,16,17
friend 1:5 118:19
friends 9:7 105:7
frightened 15:14
frightening 105:18
front 2:15,22 76:18,20
full 59:10 102:23
full-time 50:4
fully 87:10,14
fun 48:25 51:22
function 79:14
functioning 77:7
fundamentally 96:2
funded 68:12 91:19,20
91:21 92:2
funding 68:15
funds 69:3
further 16:5 42:9 77:4
103:7 111:25 120:12
Furthermore 58:19
future 45:18
Fysh 83:12

G

G-protein 51:6
Gable 83:12
gallon 59:8
gallons 59:9
Gass 2:10,11 78:20
87:18,24 118:7,8,10
Gastric 18:4
gate 92:23
gathered 71:10
general 20:1 23:5 30:20

37:9 38:6,11 53:2,14
63:24 105:3
generally 8:17 18:9
19:13 23:2 25:6,8 45:3
50:9 63:3 75:16 77:12
77:23 93:21 96:7 105:9
genetics 75:16
gentlemen 118:22
Georgia 66:23
getting 32:3 51:14
108:20
GHB 66:7,11,25
giant 93:6
Gilman 5:5 36:10 37:23
38:2,15
Gilman's 36:24 37:2
gist 57:9 59:23 66:2
give 6:20 20:9 26:16
37:15 43:23 51:19 53:2
56:2 71:7 105:13
111:12
given 7:2 9:11 31:21
32:17 73:5,10 85:5
110:19 113:20
gives 92:17
giving 53:13 55:22
Globally 94:18
go 1:18 35:23 39:20 41:3
45:18 51:10 61:16
74:21 79:4 88:22
102:23 103:7 104:22
105:11 106:20 109:6
116:17
God 6:5
goes 7:19 83:13 87:22
91:7
going 10:10 13:5 23:11
23:24 26:20 29:1,6
35:16 51:11,18 57:25
58:11 59:7 69:21 70:8
85:8 100:7 105:13
106:15 118:22
good 7:10 29:24 30:1
40:25 75:2,4 78:21
84:14 98:3 118:23
Goode 1:3,4 11:7 14:23
15:20,25,25 16:5,10
19:18 21:2 25:10 28:22
31:9 32:20 33:5,7,16
35:4 41:20 42:1 55:13
60:23 61:9,20 62:1
63:21,24 70:25 71:18
72:11 73:15 75:21 81:7
84:16 85:21 86:20
88:25 90:6,7 97:8
100:3,11 108:2,25
109:9,17 110:3 113:3
114:23,25 115:4,8
117:12
Goode's 11:20,24 14:16
25:18 31:19 32:14 34:2
46:19 62:17 75:24
81:21,24 99:12 116:21
Goodman 5:5 36:10,24
37:2,23 38:1,15
gotten 69:22 70:4
govern 93:4
government 91:23 92:2

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

graduate 50:11 91:5,17
GRAHAM 1:11
grams 57:21
grand 57:18,18
grant 52:13
grants 48:22 51:14 52:15
53:1,9
granule 93:1
graph 4:23 29:2 31:10
32:10 34:1 75:18,18
grateful 113:19
great 80:9
greatly 9:19
Groff 41:11
group 50:6,10,24,25 51:1
51:4 52:5,6 53:4,9 71:9
Guardian,and 1:5
guess 73:10 74:25 88:16
97:7 109:15
guidelines 8:8
guy 51:13 67:6,10
GWMlaw.com 118:9

H
habitual 73:19
half 22:4 32:24 68:11
hallucinate 86:10
hallucination 22:24
24:15
hallucinations 9:2 72:7
79:1 80:19 82:6 86:4
hallucinatory 81:14
hallucinogens 37:8
38:12,13 46:17 68:20
92:3
haloperidol 110:20
111:12
Hampton 3:3
hand 6:3 23:17 24:3 38:2
handled 9:7
happen 24:13 45:6 76:11
happened 11:10 94:15
happening 86:6 112:18
happens 47:14 74:10
94:23
hard 16:12 45:14 86:22
104:24 106:8 111:5
harmful 26:13 29:21 89:7
89:11
harms 29:18
head 8:8 21:3 99:13
health 9:17
healthy 45:6
hear 10:13 70:19,20
78:14,15,16 84:12,13
92:22
heard 44:11 99:15
101:12 108:16
hearing 10:12
heart 17:24 19:9 23:1,3,4
23:8,12 80:6 99:23,24
104:22
heavily 98:14
Heightened 37:10
held 13:6 78:8
help 6:5 50:11 105:1
118:15
heroin 74:7 95:24

hey 51:24
high 7:23 8:17 17:21
34:13 35:9 42:22 63:4
higher 34:8,12 35:6 94:6
highly 48:8
highways 82:13
Hill 1:20 3:3,4 52:8
history 12:21 15:9 16:18
37:13 91:7,16
hits 109:11,17
hogtie 106:6
hogtied 114:9 115:1
hold 6:24 20:23 38:2
74:12 87:11
holds 110:8
home 38:23
honestly 13:13
hood 51:20
hope 39:10
hospital 1:14 10:25
25:21 34:7 35:5,15
97:24 117:6
hospitals 55:5
hour 35:2 68:22,23 69:1
69:6,15 73:8,16
hours 27:18,25 31:20
32:21,22 33:22 34:14
34:16,24,25 35:9,21,20
69:22 73:1,9 79:17
housekeeping 118:1
HPPD 24:15
Huffington 5:6 60:23
61:7,10,20 62:1,15,22
63:20
huge 33:2
humanitarian 30:22
humanity 92:17
humans 43:10
hundreds 20:19 109:20
110:13
hung 67:2
hypnogenic 77:9
hypothermia 24:9,21,21
24:23
hypothesis 101:10 103:8
103:14
hypothetical 90:21
103:22 104:11
hypothetically 90:1

I
ICU 94:12
idea 14:25 53:2 108:20
ideations 86:3
Identification 12:5 13:3
23:22 27:3,11 29:8
32:9 36:1,14 38:21
62:12
identified 6:18 10:24
39:13
identify 26:21 75:10
illegal 7:10,12,14,16,20
30:4 43:16 67:19,22
72:18 102:1
illness 22:13 75:13
illusions 78:25
illustrate 32:5 33:6
illustrates 29:17

image 79:13
imagination 22:16
imagine 93:6.12
immediately 34:10
impact 8:14 13:25 14:8
23:1,4 48:11 110:15
112:25
impacted 14:15
impacts 8:14
impaired 46:13
implies 21:12
imply 63:4 100:12
importance 7:6
impossible 74:5 87:4
impression 14:18 63:10
improve 30:13
inability 22:16
incidents 30:11
include 24:9,10 27:13
72:5 96:24 105:22
included 41:8,17
including 38:18 46:14
80:18 81:21 113:7
inclusive 8:21
income 27:6
incorrect 58:14
increase 17:19 19:8
74:18 94:25
increased 17:19,24 19:9
19:10 23:12 73:20
95:19
increases 30:17,20 80:6
80:7,8 93:10
indefinite 51:16
INDEX 3:25 4:15
Indiana 54:19 106:19
Indianapolis 106:21
indicate 21:2,6,10
indicated 9:5 18:21 34:9
103:3
indicates 34:21,23 90:13
indicator 45:17
indirect 28:25 42:20 43:2
43:3 63:9,18 82:9,14
82:16 83:1,2,14,16
96:10,13,14,17,22
107:15,17
indirectly 42:15 82:4
individual 8:15 19:14
48:11,13 55:1 83:23
84:21 87:6
individually 1:3,9,10,10
1:10,11,11,12,12,12,13
1:13
individuals 22:12 32:16
85:3
induced 47:22
industries 68:22,25
industry 53:24
infer 112:16
infinite 59:19
influence 46:13 55:17
information 12:17 13:24
14:17 15:9 17:4,7,9
18:7,11 25:18 27:5
28:12,14,21 32:13 33:4
38:18 56:23 60:25
61:12,15 64:12,21 70:1
92:21,22 93:9,14 94:11

infringement 65:6.11
infringements 53:25
ingested 16:10 31:20
70:25 71:12,19 72:13
75:21 88:25 109:5
114:4
ingesting 41:19
ingestion 14:22 15:16
33:22 35:1,2 42:7
44:23 72:24 73:3,8
75:23 107:21
ingests 72:17
injection 73:5,6
injure 42:19
injuring 116:8
injurious 30:5
Inn 3:3
input 37:10
inquiring 20:10
insensitivity 18:4
inside 95:18
Institute 91:21
institutional 48:23
institutions 53:13
instructions 85:22 102:8
insufflated 73:11
intake 30:16
intense 72:6 96:3
interacting 21:19
interaction 21:25 115:18
117:12.14
interactions 115:17
117:12.14
interest 68:8
interested 88:12 120:14
internationally 92:6
interpret 86:5
interpretation 11:21
63:15
interstate 96:21
intoxication 55:14 82:25
111:13
intra 94:20
intra-opt 94:23
introspection 77:7
invincible 46:23
invited 51:10
invoice 27:17
involve 19:5 74:12
101:25
involved 21:23 55:7,21
59:25
involves 99:6
Involving 57:4 73:15
irrespective 16:22 34:25
issue 29:14 30:9 60:4
issues 117:18
it'll 9:10

J
J 1:11 2:10
jack 52:24
Jaffe 37:6,8 107:7
January 13:9 27:21 36:8
49:12.16 74:13 82:17
JASON 1:10
Jefferson 2:3
JEREMY 1:9
Jersey 56:7,8,10

Joan 1:24 3:1 37:6,7
120:1.20
JOEL 1:10
JOHN 1:13
join 97:23,25
joined 26:16
joining 10:19
Jones 40:1
Joseph 1:13 118:11,15
journal 45:24 46:3 83:23
journals 39:2
JR 1:12
judge 59:4.12 60:8
111:23
judgment 46:12
July 12:17 13:19 14:16
14:23 15:6 19:18 21:3
25:11 70:25 71:19,22
72:12 75:21 81:8
jumped 114:5
jury 57:18 60:7 67:2,3,24
justice 69:5

K
K 1:12
kaleidoscopic 79:6
Karl 66:21
keep 10:7 48:7
Kelli 1:3 90:6
ketamine 105:15
Kevin 2:2 60:18 87:18
98:2
kid 88:8,12,15
kids 88:12
kill 21:24 22:1,3 42:19
62:18 82:11 86:11 97:8
97:14 100:16 110:2
115:25
killed 90:12 97:10 115:16
117:14
kind 17:25 18:7 21:25
37:3 40:13 44:3 57:13
59:11 65:8,22 69:4
74:6.22 75:12 92:1
93:14 94:16 102:4
kinds 48:24 68:10 69:3
94:15
Kizer 2:22
knew 17:8 28:13,15
53:25 111:17
know 7:16,19 10:11
12:24 14:10,12,17 16:6
16:6,12,13,20 21:22
22:6 24:21,22 25:15,22
26:6 27:24 28:16,18
33:2 37:4 39:24 41:18
49:8 50:10 52:12,13,19
56:20 57:17 59:21
60:12,18,21,24 61:6
65:24 66:6 67:5 71:2
71:11 73:7 82:10 83:20
84:1 85:13 86:12,22
87:3,4 90:6 92:12,17
94:14,18 100:6,9
101:18,21,23 102:10
102:10 104:20.24,24
105:8 106:3 108:25
109:2,4,6,13,15,23,24

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

109:25 110:11 111:5
113:24
**knowledge** 40:24 71:20
72:10
**knowledgeable** 57:20
**known** 63:6 77:8 81:13
**knows** 109:19,21
**Kuhn** 2:18

**L**

**L** 2:14 51:3
**lab** 15:7 51:19,24,25 52:9
55:18 58:7 89:14
**labeled** 17:13
**Labor** 118:23
**laboratory** 43:25 50:5
51:16 52:7
**lacerations** 114:7
**lack** 97:20 101:16 103:9
**large** 33:8,11 53:5 120:2
**lasting** 45:11,12
**late** 5:6 62:2
**law** 7:14 85:2,23
**Laws** 120:16
**lawyers** 6:15
**lay** 30:2
**layer** 92:20
**lead** 19:9 26:12,14 30:4
46:9 81:3,8,14 103:13
**leading** 13:20 72:6 93:18
**leads** 43:5 81:1 93:2
**leave** 16:1 48:20 49:5
**led** 82:25 83:10 97:12
116:21,24 117:2,5
**Leets** 66:22
**left** 48:17 75:25
**left-hand** 34:21
**legal** 7:20
**legendary** 108:13
**LEMUEL** 1:15
**length** 68:13
**let's** 23:20 27:1,9 35:23
38:17 55:20 65:1 78:21
92:15,15 95:3
**lethal** 108:2,3 109:19,21
110:5
**letter** 4:18 11:12,14 12:2
12:15 17:2,6 18:14
**letterhead** 49:13,20,21
**letters** 118:14
**level** 5:2 28:8,22 31:19
32:6,23 34:2,4,8 35:1,5
35:13,16,16,19 42:22
68:12 75:19,25 104:12
108:4
**levels** 8:17 9:1 28:9
31:12,16,18 95:19
104:2,5 109:7,8 110:7
**library** 28:11 38:18
**license** 43:17,21
**licensed** 118:12
**lie** 31:21
**life** 22:5,9 30:14 104:19
106:7
**life-threatening** 112:23
**light** 93:24
**lighting** 105:5
**likelihood** 26:9

**likewise** 75:1
**Lilly** 65:14
**line** 78:5,18 98:22,24
**link** 42:25 43:2
**liquid** 58:14,16 71:10,13
71:15 109:5
**list** 90:18,18
**listed** 17:16 41:13 55:6
63:16
**listing** 27:18 41:8
**literally** 94:16
**literature** 5:4 36:6,7,11
36:16,20 100:17,23
113:6,7,13,16
**little** 6:14 10:11 19:11
55:20 69:16 77:24
88:14 90:25 92:10
103:7 107:4
**LLC** 2:11
**local** 104:8
**locate** 57:2
**located** 60:21 93:19
**locus** 93:23 94:3
**lodge** 98:19
**logical** 16:4
**long** 10:4 39:22 91:1,4
**long-lasting** 45:4
**long-term** 45:9
**longest-running** 92:8
**look** 10:2 12:20 24:3
61:16 70:2 71:7 77:24
84:2 86:23
**look-out** 10:22
**looked** 40:16 99:13,16
99:17,21
**looking** 9:20 28:8 33:20
38:11 69:9 83:8
**looks** 48:17 51:5
**loses** 74:8
**lost** 78:6
**lot** 9:4 18:7 20:7 28:15
30:18 40:17 44:9,11
91:10 96:6 100:19
**lots** 44:7 89:14 93:19
97:14
**low** 9:9 48:12
**lower** 16:14 31:24 33:21
35:1 108:21,23
**lowered** 108:19
**LSD** 5:2 7:10,21 8:3,14
8:20 13:18 14:15,22
15:5,8,8,14,16,21 16:3
16:7,11,14 17:3,4,6,13
18:3,13,16,20,24 19:2
19:3,12,14,15,20,24
20:4,10,14,19 21:4,8
21:11,21,23 22:11,22
22:24 23:1,4 24:2,19
24:24 25:12,16,19,24
26:1,3,5,8 28:8,11,17
28:23,25 29:15,18,23
30:10,13,24 31:3,12,16
31:18,21 32:7,17 34:2
34:8,13 35:5,13 37:13
39:8 41:20,24 42:7,13
42:15 43:4,7,15 44:6,8
44:13 46:9,14,19 47:3
47:12,14,17,22 48:11
55:14,17,22 57:4,12,16

57:20,25 58:3,6,9,12
58:14,16,16,23 59:2,9
59:10,24 60:14,15 61:2
61:17,18 62:16,18,19
63:1,2,4,5,9,11,15
64:10,21 65:3 68:8,9
70:25 71:2,10,13,15,18
71:22 72:3,12,17,24,25
73:4,6,10,19,20,23,25
74:6,13,13,17,18 75:2
75:7,19,21 76:25 79:4
79:17 80:11,11,17,18
81:3,13 82:1,4,7,21,25
83:9 84:25 86:15,21
87:5,25 88:25 89:1,6
89:10,12 90:10,11,15
90:16,20 91:1,4,10,11
91:12 92:8,11,13 94:1
94:22 95:4,6,8 96:13
96:14,17 97:3,4,8,8,10
98:11 99:14,18 100:2
100:11,12 101:7,13,13
101:25 102:16 103:3
103:12,20,22 104:1,14
105:24 107:1,8,21
108:1,7,9,10,14,15,25
109:4,9,16,19 110:4,10
110:12,14,15,22 111:7
111:13 112:2,9,13,14
112:15 113:3,8,14,25
114:4,16,20,24 115:2,9
116:3,23 117:13
**LSD's** 29:20 47:11
**LSD-related** 60:9

**M**

**M** 2:2
**M.D** 1:15 44:2 106:10
**M.D.s** 106:13,17,25
**Macaw** 10:16
**machine** 38:23
**magnified** 93:12 102:3,3
**magnify** 112:15,17
**mail** 70:6
**main** 92:16
**major** 48:11 65:11
**man** 17:12 107:7
**manufactured** 89:10
**manufacturer** 65:17
**manufacturing** 60:14,17
**marijuana** 19:18 55:17
**mark** 12:1 13:1 23:20
27:1,9 29:6 33:21
36:11 38:14 61:25
**marked** 5:9 12:4,15 13:2
18:21 23:21 24:21 27:2
27:10 29:7 32:8 33:9
35:25 36:13 37:22
38:20 62:11 64:24 71:6
**marking** 35:23
**Marry** 2:21
**Marty** 6:15 76:16 87:21
87:23,24 111:16,17
116:12
**mass** 66:6
**massive** 97:6
**material** 17:5 27:9 35:21
37:21 39:7 58:16 60:2

66:8
**materials** 9:20 11:8 12:8
17:3 18:21 23:17 28:4
41:2 48:17 56:9 72:9
**Matt** 10:16
**matter** 61:13 65:5 67:11
**maximal** 17:25
**maximum** 35:19 73:9
**McCormack** 2:2 4:5 40:1
40:5 56:20 60:18 62:3
64:2,20 87:22 89:24
90:4 98:5,8,16,23 99:1
99:4,11 102:15 103:17
103:24 111:3 113:22
115:7,14 116:1,12,14
116:17
**MCCORMICK** 4:7 88:22
**McDonald** 2:18
**McNutt** 2:14
**MDMA** 68:16
**mean** 8:23,25 26:6 28:2
28:7 47:8 50:13 51:19
52:7 65:24 72:1,2
86:22 90:1 100:7,12
102:9 106:6 111:5
115:25
**means** 7:24 16:12 63:15
77:19 89:1 102:11
**meant** 100:3
**measure** 31:15
**measured** 31:20 35:6
**mechanism** 37:14 63:6
96:2 103:22
**mediated** 95:22
**medical** 5:4 7:25 8:10,13
9:23 11:6,19,23 20:25
25:9 36:5,7,11,16 54:7
54:9 55:10,11 64:5
83:23 85:2,23 106:18
106:19,21,22 107:25
108:1 113:6,13
**medically** 19:1
**medications** 65:19
**medicinal** 53:20
**medicine** 101:19 113:7
**meet** 6:14
**meeting** 1:18 51:11
**meetings** 53:7 106:15
**membranes** 93:4
**MEMORIAL** 1:14
**Memphis** 2:4,19,23
**mention** 18:16 83:16
102:16 107:18
**mentioned** 18:25 53:1
64:7 91:19 95:2 103:25
107:13 108:7,24
110:15 113:24
**Merck** 65:14
**mescaline** 83:24 91:6,11
107:21
**methamphetamine** 95:9
95:16,22 102:13 111:6
114:19
**methamphetamines**
74:7
**method** 73:3
**Miami** 66:10,11
**micrograms** 32:17 73:25
74:2,3 75:24 76:2,25

108:13,17,22 109:10
109:14
**microphone** 10:11
**mid** 108:10
**middle** 12:20
**MIKE** 1:11
**mill** 34:22
**Miller** 2:17 26:15 70:13
70:14 117:25 118:5,8
118:11,19
**milligram** 109:25
**milligrams** 58:10 109:22
109:23,24,25
**milliliter** 31:23
**milliliters** 57:15 58:9
59:6
**million** 116:4
**Milwaukee** 2:12
**mimic** 90:15,16
**mind** 22:6 48:7 94:9,10
94:16 95:1 104:24
**mindful** 87:6
**mine** 64:8 88:21
**minor** 1:5 18:23 23:2
44:19
**minute** 13:5 26:16,20
71:7
**minutes** 72:22
**miscarriage** 69:5
**mischaracterization**
85:15
**misdemeanor** 67:9
**misdiagnosed** 99:23
**mislabeling** 67:9
**missing** 89:4
**Mississippi** 1:1,14
118:12
**misusing** 67:15
**Mitchell** 2:14
**mixed** 111:11
**mixing** 79:3,7
**mm-hmm** 45:22 62:7
**mobilized** 104:21
**mode** 35:23 86:4
**moderate** 76:24
**molecular** 53:20
**molecule** 88:1 91:15
**moment** 85:19
**Monday** 74:1
**money** 58:24 59:3
**morning** 71:24
**Mother** 1:5
**Mouth** 17:20
**move** 7:8
**MUELLER** 1:11
**Mullins** 2:11
**multiple** 83:22
**muscle** 18:2 66:6
**music** 30:17 79:4,7
**mydriasis** 24:9,20
**mysteriously** 58:6

**N**

**name** 6:12 10:1 61:6
**named** 49:23
**nanogram** 31:24 75:25
**nanograms** 31:23 34:22
**narrow** 34:20 65:2

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

nasty 49:2
National 91:21
nationwide 92:5
Natural 1:5
nature 87:4
nausea 18:5
Nazi 86:11
NC 1:20
NC,on 3:4
near 63:6
necessarily 17:23 21:16
26:7,14 31:1 45:17
48:8 74:20,22 85:7
86:13 100:7 112:6
need 7:6 70:2 88:4 111:9
118:13
needed 10:5 28:21
negative 18:15
negatively 8:15,16
nervous 23:10 79:21,23
79:24 80:6,25
neuron 95:11,18
neurons 92:16
never 44:15 51:16 54:22
58:7
new 41:1 56:7,8,10
newer 107:20
Nichols 1:19 6:7,13,14
17:1 20:22 23:24 51:25
70:7 90:5 113:19
116:20
NIDA 91:24
night 85:21 116:24 117:3
117:12
Nine 36:12,14 37:22 38:1
38:25
NO.3:17-cv-060-DMB-...
1:7
noise 9:9
non-specific 47:3,8
norepinephrine 81:12
95:10,15,20 104:8
112:5
normal 86:4,24 102:6
normally 9:12 24:13
42:18 46:24 47:15,20
54:19 93:25 94:11,19
North 2:11,22 3:2 50:3
50:20,23 52:8 54:16,20
120:2,16
NORTHERN 1:1
nose 73:11
Notary 3:2 120:1
note 97:20
noted 15:3 99:4
notes 120:11
noteworthy 77:25 78:25
notice 4:21 9:21 17:1
26:24 27:1 39:14
noticed 9:22 49:12
novel 93:25 94:1
nullity 93:24
NUMBER 4:17 5:1
numbness 18:2
nurses 117:6

O

O'Halloran 114:3

oath 6:9 120:5
object 98:20 115:5,5
objection 97:20,23 98:3
98:12,19,21 99:4
101:16 103:15 110:23
110:24,25 111:24
115:12,23
objections 111:20,22
120:7
observed 44:12
obtain 56:17
obtained 71:18,22
obvious 57:24
obviously 15:8 33:11
43:22 58:11 67:11 68:7
100:18
occasion 8:18
occasions 74:24
occur 63:6 79:14 82:21
occurred 49:3 107:20
ocean 59:10,10
offense 60:10
offer 87:12 101:2
offered 101:1
offhand 61:8
office 10:17,17 64:20
118:12
official 55:1
oh 45:22 57:20 105:24
110:6
okay 7:10 8:21 10:6,9
11:5,19 12:1,22 14:10
15:5 18:15 21:21 24:5
26:19 28:12 29:1 31:2
33:20 35:8,12,21 36:20
37:2 50:25 70:5,19
76:22 78:5,15 84:12
85:9 88:19 92:16
102:16,20 103:7,18
118:10,22
old 32:21
Oliver 1:15 6:16
once 48:7 53:8 56:1 88:6
one's 74:18 75:3
one-and-a-half 35:19
ones 101:4
onset 45:4,8 72:20 73:12
open 30:21
openness 30:21
operation 44:3
opine 117:13
opinion 14:22 25:17
26:11 28:4 39:1,5,6
42:7 57:9 64:13 66:2
72:9 75:20 85:20 86:19
97:12 101:5,6 103:23
111:8 115:20
opinions 6:20,24 13:25
14:15 55:22 64:6,17
87:11,15 101:2 117:21
opioids 74:7
opposed 40:11 63:9,18
68:9
oral 31:16 73:4,8 76:24
orally 32:17 73:13,17
Orange 108:12
order 27:21 109:16,20
ordinarily 105:18

ordinary 25:3
original 58:8
outcome 9:13
outcomes 9:17
outlook 30:13
outrageous 64:11
outside 44:5 55:4 65:6
115:6
overactivation 103:2
overdose 42:23 63:1,3
96:25 109:16 110:5,9
overdosed 33:3
overdoses 97:6
overflowing 94:11
overtly 77:20
OXFORD 1:2
oxygen 97:18 98:9
oxygenation 98:15

P

P 2:17 53:21
P.A 2:14
P.C 2:2
p.m 119:1
paced 16:5
page 4:17 5:1 12:20
23:25 24:1 37:20 38:17
45:19 46:8,12,22 47:2
47:21 48:6,6 82:17,19
pages 37:15 38:14,15
39:22
paid 50:14 52:2,20 69:23
pain 18:4
PAINTER 1:12
pair 79:24
panic 8:19 9:1 19:5
24:11,25 72:6 81:15,20
99:22,24
paper 71:12,14 114:10
papers 28:1,1,9 100:19
paperwork 48:23
paragraph 82:18,20 83:8
83:17
parallel 93:7
parameter 92:18 93:5,7
paranoia 19:6 21:23
80:12 81:15,20 82:5,10
86:16,20
paranoid 8:19 21:17 22:2
24:11,25 41:20 72:7
86:2,3,8,17 101:25
102:2 106:4
Pardon 87:2
Parkinson's 68:14
part 14:8 21:21 37:1
41:16 46:8,12 66:19
93:1 107:2 112:24
part-time 50:4
partial 102:17
participate 50:11
participated 39:8
participating 70:18
particular 24:4 27:7,14
46:16 48:3 52:10
Particularly 23:9
parties 120:13
parts 94:21,24
pass 9:10 87:20 111:16

passed 90:10.11
patent 53:24 65:6,10,22
patient 45:10 54:11,14
patiently 70:7
patients 30:15 45:7
patterns 79:6
pause 13:5 78:7
pausing 26:15
pay 58:24 69:21
PCP 114:19
peak 34:3 72:25 73:2,5,7
73:12,14,18
peaking 35:14
peer 46:4,5
peer-reviewed 39:2
penalty 120:15
people 7:24 8:9 9:7,14
19:20,24 20:1,17,19
28:11,17 30:21 31:25
39:12 42:16 44:7,10,12
44:18 45:5,14,15 47:14
49:6,7 54:5 58:21,24
62:18 63:3 66:12,13
74:20 75:7 79:3 84:23
89:7 90:13 94:10,17
96:8 97:14,15 99:23
100:16 101:20,22,24
102:1,7 105:10 107:13
108:18 110:2 114:16
115:25 116:3,4,9
perceive 22:8
perceiving 104:17,19
percent 97:19 98:9
percentage 58:5
perceptions 112:15,17
perceptive 59:12
perceptual 24:15 78:1,25
performed 27:20
period 72:16,23 73:2.16
108:15
periods 76:15
perjury 120:15
permanent 45:2
permission 43:20
permit 60:3
persist 44:22
persisting 24:15 44:25
45:1
person 10:18 20:10 23:9
26:1 31:6 45:10 96:13
96:16,22 98:13 105:1
105:19 110:19,21
112:2,3,3,9,10,25
113:1 116:6
person's 22:6 30:2
personal 1:4 44:6 87:7
personality 30:20 48:1
personally 43:7
personnel 9:8 85:23
117:3
persons 1:6 45:3
perspective 30:2
pertain 60:14
pertaining 11:23 17:6
25:5 28:22 39:8 62:1
65:5
pertains 24:2
Ph.D 1:19 6:7 20:23

pharmaceutical 65:12
68:25
pharmacological 36:25
37:2 45:24 46:4 47:24
72:18,25 73:21 80:10
pharmacologist 38:11
51:5 53:17,23 54:3
pharmacologists 37:3
pharmacology 49:23
50:6,10 51:6 52:9
53:20,22 54:1,2,3
73:23 101:13
pharmacy 39:19 52:2
PharmD 9:25 11:2 39:17
39:20
phenomenon 47:22
Phillips 2:21 4:1,4,6 6:11
6:15 10:10,21,23 12:6
13:4,7 23:23 26:15,18
27:4,12 29:9 36:2,15
38:24 40:7 41:5 62:13
70:23 75:6,19 76:11,14
78:3,5,17,21 81:23
84:16 87:9 88:3,20,23
89:25 97:20 98:12,19
98:25 99:5 101:7,15
103:15,18 106:9
110:23,25 111:18
112:1 116:13 118:22
Phone 2:6,10,14
phonetic 66:23
PhRMA 65:11,11
physical 17:13,16 18:16
18:20,24 19:2,13
physically 116:8
physician 8:2 64:8,13
physicians 1:15 54:13
106:16 117:5
physiologic 80:20
physiological 24:8,19
25:7 59:18 63:5 79:16
97:4 110:13 112:11,25
Physiologically 18:18
30:10
physiology 80:4
pick 38:12
picked 11:11
picking 53:16
picture 17:4,12
pictures 58:22,23
120:4
placed 71:12 99:8
plaintiff 1:7 6:19 40:11
41:6
plaintiff's 18:12
Plaintiffs 2:1
plan 10:18 36:20 100:18
101:2
planned 16:1
plasma 34:22 109:6,8
110:6
playing 48:13 79:6
plays 37:1 48:1
PLC 2:22
please 6:3,12 10:8 24:4
75:11 76:4
plot 32:1

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

**plus** 69:15 91:16
**point** 33:6 35:13 37:18
37:18 40:25 53:5 70:8
75:24
**police** 14:20 20:13 34:7
86:9 97:11,13 102:2,8
105:23,25 106:5
115:19 116:21,24
117:11,18
**policeman** 66:18
**ponder** 70:11
**Poplar** 2:18
**population** 20:1
**pose** 111:24
**posed** 70:22 88:5
**position** 10:10 63:14
115:1
**positive** 30:25
**possess** 46:23
**possession** 57:12 60:16
**possible** 22:7 53:25
57:12 84:24 100:22
101:5,6
**possibly** 86:3
**Post** 5:6 60:23 61:7,10
61:20 62:1,15,22 63:21
**post-mortem** 16:16
**potency** 108:7,9
**potent** 108:11
**potential** 7:23 29:13
57:24 72:5 96:6
**potentially** 90:15,16
107:14
**pots** 88:14
**powerful** 47:3
**powers** 46:23
**precipitate** 22:13 113:14
**precipitated** 113:8
**predicate** 41:10,12,16,19
**predict** 75:3
**predicted** 47:23
**predispose** 74:23
**predisposed** 22:12 45:4
45:8 75:8
**predisposition** 75:10
**predominant** 80:25
**prefer** 87:22
**prepaid** 69:17
**preparations** 43:9,14
**prepare** 28:21
**prepared** 12:24 77:22
**preparing** 27:25
**prescription** 7:24 65:19
**presence** 58:3
**present** 89:19
**press** 108:20
**pressure** 17:21 19:10
23:12 80:8
**presumably** 83:10
**pretty** 9:3 24:20
**previous** 26:4
**previously** 48:14 68:3
80:21 81:16
**PRICE** 1:10
**primarily** 24:8
**primary** 77:8
**principally** 95:22 96:5
111:6

**prior** 25:19,21,24 71:3
100:5
**prison** 59:22
**private** 52:5
**probably** 11:13 19:16
20:13 22:4 29:14 30:1
30:10 32:3 39:23 42:8
47:10 52:16 56:18
61:21 73:1 76:1 88:17
92:9 102:7 109:20
112:5,18 113:3
**problem** 87:21 102:14
**problematic** 90:20
**problems** 20:8
**procedures** 117:18
**proceedings** 5:25 120:3
**process** 7:5 84:21 93:9
**processed** 92:23,25
**processes** 47:15 77:8
**processing** 86:6 93:8
**processor** 93:7
**produce** 25:3 73:21 74:6
80:6,12 93:21 102:25
104:1
**producing** 114:16
**profession** 53:17
**professional** 64:4 68:6
106:13
**professor** 49:17,22,23
49:24,25 53:19 66:22
106:17
**professors** 67:7
**profile** 102:12
**Profuse** 17:22
**program** 68:11
**progress** 91:14
**prongs** 7:22
**proof** 15:10 58:19,25
**proper** 105:1
**properties** 51:8
**propitious** 50:2
**propounded** 120:6
**protect** 106:8
**protocols** 44:4
**provide** 62:2
**provided** 5:7 9:21 11:6
12:16 18:13 36:7 37:21
56:9 57:1 61:12,15
64:21 71:5,21 85:22
90:9
**providers** 85:3
**providing** 41:2 59:11
**pseudo** 79:1
**Psilocybin** 111:11,14
**psychedelic** 68:20 94:13
**psychedelics** 37:8 45:20
46:9 48:8 68:8,9 94:9
94:22 107:5,14
**psychiatric** 45:5,12
75:12
**psychiatrist** 22:19
**psycho** 103:6
**psychoanalyst** 77:17
**psychologic** 46:10
**psychological** 8:20,21
8:22 77:7 80:18,22
**psychologically** 20:21
**psychosis** 22:11,13,14
22:18 45:7,9 75:6,8

80:19 86:16,17,21
103:1,1
**psychostimulants** 95:21
106:23
**psychotic** 22:12 25:11
**psychotics** 37:9
**psychotogens** 37:9
**public** 3:2 56:23 66:21
120:2
**publication** 83:6 113:11
113:12,15 114:2
**publications** 53:11,12
113:10
**publish** 51:7
**published** 31:13,14 44:9
61:3
**pull** 76:4
**pumps** 95:13,14
**Purdue** 48:14,20 49:5,9
49:13,15,21,22 50:2
52:25 54:6 68:12 91:8
91:16
**purely** 47:23 89:10
**purity** 89:3
**purpose** 19:25 42:10
**purposes** 29:4 43:24
72:2
**put** 9:8 33:20 42:1 71:14
71:16 91:17 93:16
109:11 118:14 120:5
**pyramids** 92:19
**pyro** 88:1,16
**pyrotechnics** 88:13

---

**Q**

**qualification** 97:21
101:16
**qualifications** 106:10
**qualified** 117:9
**qualitatively** 57:16
**quantification** 16:13
**quantitative** 58:4
**Queen** 29:17
**question** 7:7 21:22 34:20
65:2 72:23 80:14 82:23
83:13 84:17 85:21
86:24 87:1,3,19 88:5
88:20 97:7 98:7,20
100:4 114:22 116:24
117:12,16
**questioning** 84:15 87:9
98:22
**questions** 6:24 70:8,10
70:11,12,13,14,21
76:19 84:4,11 96:6
100:17,21,24 101:3,5
106:9 111:16,21,24
116:13 120:6
**quickly** 73:7 105:16
**quiet** 105:5,6
**quite** 22:7 57:23
**quote** 15:20,21 71:25,25
72:12 87:25
**quoted** 47:2 80:21
**quotes** 88:1 107:5
**quoting** 47:21

---

**R**

**R** 2:21
**R.G** 1:5
**Rainey** 2:22
**raise** 6:3
**range** 8:25
**rapid** 73:24 74:8,11
**rare** 24:10,11,24 82:4
107:19
**rate** 17:24 19:10 23:12
80:7 104:22
**rats** 43:13
**re-analysis** 58:5
**re-uptake** 95:10,13,14,17
102:21 104:8
**reach** 62:16,20 109:9
**reached** 34:3
**react** 93:13
**reaction** 9:4 33:19
**reactions** 24:11,13,25
107:14
**read** 11:1,6 17:5,8,10
24:18 38:13 40:15
41:15 76:20 77:13
116:14
**readily** 28:13 30:13
**Reading** 28:1
**ready** 32:3
**reality** 22:15,16
**really** 9:18 10:4 18:8,18
38:23 39:20 44:24 49:2
53:23 57:19 59:12
62:20 68:18 71:3 85:18
86:12 92:18 94:8,9,16
98:14 102:10 105:16
105:25 109:23 111:9
**reason** 29:22 52:10
71:14 103:12 104:14
**reasonable** 85:24 86:12
115:20
**reasonably** 26:2
**reasons** 20:12 78:11
**reassurance** 9:10 105:6
**reassured** 105:12
**recall** 44:14 83:6,23
113:10
**receive** 13:11
**received** 10:16 70:3
**receptors** 51:7,8 93:2,3
93:9,19 96:5 103:2,4,5
110:17
**recess** 26:17 41:4
**recognize** 44:8 45:19
**recognized** 7:25 8:1
**recollection** 83:15
**recommend** 19:20,21,24
20:3
**recommendation** 105:3
**record** 9:22 11:19 13:6
41:3,22 78:8 111:19
**recorded** 120:8
**records** 9:23 11:6,23
21:2,6,10 25:9,10,14
**recreational** 30:25
**recreationally** 19:23 20:4
20:11 31:3,7
**RECROSS-EXAMINAT...**
113:21 116:18
**rectally** 73:10

**REDIRECT** 88:2 111:25
**reduced** 105:5,5
**refer** 13:17 14:7 15:21
29:1
**reference** 13:15 14:6
15:13,19,24 16:18 24:2
25:20 31:25 37:23 38:5
38:6 56:8 77:18 83:19
**referenced** 24:7 36:17
36:18
**references** 28:18,19
69:9 83:11
**referencing** 75:19
**referral** 40:23
**referred** 5:7 12:1 77:10
82:16
**referring** 11:17 15:23
75:11 81:19
**reflect** 34:12 79:20
**reflex** 19:7
**regard** 33:6 117:11,17,21
**regarding** 43:7
**regional** 106:19
**relate** 54:1 81:14
**related** 37:13 41:24 42:7
42:13 75:7 81:25 94:25
111:14
**relationship** 88:15
**relative** 29:15,18 64:16
120:13
**relatively** 30:12
**relatives** 75:14
**relayed** 70:1
**release** 19:8 81:1,8 96:3
112:4
**released** 95:19
**releases** 95:11 102:22
**relevance** 85:18
**relevant** 19:1 92:25
**reliable** 39:1,4,9 46:6
**relied** 64:12
**relies** 103:9
**remains** 107:9
**remember** 16:18 41:14
56:8 57:23 96:11 114:6
**remotely** 26:20
**render** 117:10
**rendering** 85:20 117:21
**repeat** 88:4
**repeated** 88:10
**reply** 64:10
**report** 4:20 9:25 11:1
12:20 13:8,12,14,21,23
14:1,2,6,7,9 16:21
23:13,18 27:21,25 28:5
28:7,21 29:16 36:8,19
39:15,21,24 40:8,8
49:12,20 61:20 71:9
76:4,8,9,12 82:17,24
83:11,23 97:22 102:16
103:25 111:2
**reported** 1:24 113:8
**reporter** 3:2 5:7 6:2 61:6
61:10 62:1,5,15,22
63:21 120:1
**REPORTER'S** 119:25
**REPORTERS** 1:22
**reports** 13:17 64:22 83:3
83:13 84:2 114:12

---

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

represent 90:6
Representative 1:4
represents 6:16 32:16
reputation 50:1 51:23
request 29:13 57:1 69:23
requested 26:23 58:5
120:23
required 73:21 110:5
research 28:8,11,13 43:7
43:8,15 44:5 50:22,24
53:4,6,7,9 64:16,19
68:6.11 69:8 83:6,18
91:20 96:16 103:11
107:25 108:1
researcher 92:8
researching 28:1
reserve 111:23
reserving 111:20
resist 102:7 112:10
resisting 81:22
resolve 30:12
respect 14:9 63:23 66:24
72:3 80:21 97:5 101:20
response 9:21 26:24
39:14 71:4 81:4 104:18
112:11
responsibilities 52:22
responsible 96:1 117:15
restate 80:15 98:7
restrain 114:7
restrained 114:8,25
115:8
restraining 114:13
restraint 114:11
restraints 81:22 112:10
112:21 114:22
result 14:19 19:3 63:2
75:3 107:21 112:25
resulted 42:23 49:9 67:2
results 50:12
resume 78:21
retained 57:6 64:8
retire 51:12,18
retired 49:7 51:11 52:15
52:23,25
retirement 49:10
Reviere 2:22
review 19:17 46:1 48:23
120:23
reviewed 9:23 11:23
12:8,11 23:13 46:5
72:10 76:5
reviewing 28:3
reviews 45:24 46:4 68:3
reward 95:25 96:1
102:25
rhythm 23:1,4
Ric 2:10 118:5,6,7,9,17
RICH 1:10
RICHARD 1:13
Rick 78:17,19 87:18
right 6:3,25 7:1,2 9:24
10:21 11:13,16 13:9,10
13:19 14:3 15:11 20:23
21:14 26:13 28:6 31:4
31:5 32:12 33:8,8,12
33:18 34:1,5 35:6,7,19
35:21 36:9 37:24 39:18
40:25 42:25 43:5 47:5

48:12,15 50:15,17 55:2
55:3 61:11,13 62:17,24
67:14 70:21 71:11,17
74:17 76:10 77:25
78:23 79:8 89:3,12,20
103:16 110:18 111:15
112:4,11,14 113:1
118:5.8
ring 40:2
ringing 40:3
risk 74:18
Road 3:4
Robert 53:21
rock 9:15 42:17 82:12
83:4 96:20
role 48:2,13
roll 66:13
room 35:15
rooms 97:15
Roth 51:2.3 52:5
Roth's 51:1
routinely 89:14
rule 111:23
ruled 59:4.13
run 92:19
running 42:10

S
s-y-n-e-s-t-h-e-s-i-a-s-
79:2
sabbatical 51:16
safe 8:1 29:23 30:6 31:8
31:9 42:18 97:4 100:2
100:11
safeguards 43:22
safely 9:7
safest 30:10
safety 29:15 87:7
sails 49:4
sake 104:11
salary 52:19
sample 32:20
samples 32:18 34:11
Sams 2:14
sanctioned 50:20
saturation 97:18 98:9
saw 11:12 16:20 19:19
25:20 59:16 61:4 71:1
saying 16:6 29:24 33:15
34:19 63:1 85:8 99:2
says 16:5 23:25 24:1,8
24:16 41:19 42:1,9
47:2 52:23 71:9 78:24
113:14,16
scaled 53:6
SCALLORN 1:10
scan 17:7
scanned 40:4,13,17
Schedule 7:21,21 43:17
43:21
scheduled 8:3.5
schizophrenia 68:13
103:1
schizophrenic 75:15
school 39:19 106:19
scientific 43:8 115:21
scientists 52:9
scope 97:22 101:17

111:1 115:6
scratch 96:14
screaming 21:7
screen 23:18,24 24:7
34:8 89:14,17,19,23
90:13,14
screenings 90:8
screens 28:23 32:15
35:6
se 81:11
search 93:23
seat 30:3
SEBRING 1:12
second 54:9
secondary 110:16
Secondly 7:25
section 17:12 24:1.4
41:9
see 9:17 11:7 17:10,14
17:23 18:5 19:6 23:12
24:24,25 27:17 31:22
32:10,19,22 33:1.9
34:17,20 39:25 41:1,3
45:19 56:19 58:21 73:6
73:17 74:7 76:13 79:5
80:4 88:12 93:17 94:14
98:15 102:12 103:5,12
112:22 114:18,18,18
seeing 16:18
seen 12:23 16:21 41:18
69:19 71:23 92:1 97:15
seizures 24:10,23,24
selling 66:4
semi-retired 52:23
seminars 53:8,13
send 94:2 118:9
sending 66:11
sends 94:4
sense 37:11
senses 79:3,7
sensitivity 93:4,10
sensitized 94:7
sensory 37:10 86:6
92:22 105:5
sent 70:2 94:6 118:1
sentence 24:18 25:5
76:21 77:13
September 1:21 3:4
11:15 12:3 120:18
sequential 74:12
serious 46:9 69:20
serotonin 92:12 93:3,18
93:20,21 95:3,7,11,15
95:20 96:5 102:17
111:9
served 57:3
service 40:23 118:14
services 40:19
serving 27:6
sessions 47:12
set 13:15 26:16 41:12
120:4
setting 30:23 46:20
settings 46:17
settled 59:21 67:9
Seven 31:10 32:9.10
33:5,20
severe 44:24

shaped 92:19
sheets 57:22 58:1,22
short 12:19 26:17 41:4
78:7
shorthand 120:11
shortly 10:20
show 31:21 32:6.21,25
45:19 106:5
showing 34:16
shows 31:18
sics 106:5
side 68:20 75:25 96:25
sight 92:23
sign 58:24 96:16
signaling 51:8
signals 94:3.4
Signature 120:23
significant 17:22 18:19
significantly 76:25
similar 72:23 85:3 95:9
95:16 104:15
similarly 1:6
simple 92:14
simplest 97:7
simplex 23:11
simply 75:1
sir 11:3 24:4 70:12,21
71:11,17 74:17 75:11
76:4.10 77:25 78:11,23
80:16 82:16,22 83:12
84:5 87:17
sitting 94:12
situated 1:6
situation 11:10 74:16
85:17 112:23
six 29:6.8 41:9 79:17
slight 17:19 80:6,7,7
small 30:12 87:19
smoke 67:5
solemnly 6:4
solid 58:16
solution 16:14 58:6.17
58:17 71:2 73:6,10
somebody 6:19 64:17
86:11 101:21 105:24
somebody's 13:4 104:25
someplace 77:18
sorry 10:9 13:22 76:14
sort 20:17 44:11 49:3
72:8 92:24 94:20 95:1
96:17 112:16
sought 20:5
sounded 72:14
sounds 88:11
source 47:2 71:18 83:16
83:20
sources 38:25 83:22
South 2:7,15
Southaven 1:9 84:10
98:1 117:10
SOUTHEASTERN 1:14
space 51:19
speak 43:20 75:2 81:6
speaking 25:9 33:15
67:22 80:10,17 92:11
95:2
specific 33:5 83:3
117:17

specifically 24:12 28:22
64:22
speculate 113:11
speculation 45:13
108:16
SPENCE 1:13
spend 53:1
spent 27:25 28:3.5 69:8
91:10
spoken 44:7
sponsored 50:19
spring 52:18
springs 52:1
Squibb 65:14
STACIE 1:11
Stan 47:10
stand 42:2
standard 9:8 76:3
started 10:15 15:25 17:7
27:15 52:12 91:6,9,11
91:12 108:16
starting 66:8
starts 82:20
state 3:2 25:10 46:12
48:7 56:7,10 57:6.19
76:25 97:11 107:7
120:2
stated 42:4 86:15 107:7
117:23
statement 41:21 46:8,10
47:6.10 48:9 55:15
74:12 77:2,11 78:24
79:10 81:17 82:8 83:21
88:10 100:19 102:18
104:3 107:9 109:1
116:20
statements 25:14 83:7
120:7
states 1:1 7:12 41:7
stating 98:17
status 8:5
stem 93:21 94:2
stenographically 120:9
Stephen 2:17
Steve 10:17 26:15 70:13
sticks 35:18
stimulant 103:6
stimulation 77:5 79:21
stimuli 105:5
stimulus 9:9
stitch 54:4
stomach 72:21
stop 20:6,10
store 66:4
story 61:2,4
straight 110:9
strange 90:21
Street 2:7,15,22
stressed 98:14
stressful 69:16
strictly 43:24 67:22
structure 52:19 54:1
structures 37:13 51:7
94:5
student 44:16 91:5,17
students 50:11 53:5,12
studied 91:1,4
studies 23:14 28:10
30:18 44:1 111:12

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

**study** 31:12.13.15 51:8
68:13 91:25 92:1 114:1
114:1,3
**studying** 68:16
**stuff** 39:20 53:2 66:16
77:16
**stupid** 59:17
**subcortical** 94:5
**subject** 65:5
**subsequent** 14:1 74:19
74:23
**subsequently** 71:10
**substance** 66:5 67:21
68:1
**substances** 68:10 90:10
104:1
**substantially** 110:4
**substitute** 38:16
**sufficient** 60:2
**suicide** 42:16
**Suite** 2:3,7,19,23
**summaries** 55:6 71:5
**summary** 4:19 12:17,20
12:24 13:1
**summer** 51:11
**Sunshine** 108:12
**super** 46:23
**supervised** 31:4 47:11
**supplement** 14:7 66:4
**supplier** 66:10,11
**supplying** 66:14
**support** 53:9 55:18
100:23
**suppose** 23:7 101:22
**sure** 29:5 38:17 56:22,25
60:22 62:4 71:3 76:23
77:18 79:24 80:14 84:6
89:21 92:14 98:9
**surface** 41:17
**survey** 29:18
**susceptibility** 48:13
**suture** 114:6,7
**swan** 83:25
**swear** 6:4 61:3
**sweating** 17:22 19:10
96:20
**swim** 9:15 42:17 83:4
96:20
**swimming** 82:13
**sworn** 6:8
**sympathetic** 79:23 80:5
80:24
**sympathomimetic** 24:9
24:20
**symptoms** 18:10 72:5
**synapsis** 95:14 102:23
**synaptic** 95:19
**Synesthesias** 79:3
**synthesize** 43:17 50:7
**synthetic** 79:24 107:20
**system** 15:8.11 16:17
23:11,11 32:14 63:2
79:22,24,25 80:6,25,25
86:6 95:3 97:4 110:16
**systems** 92:13 110:21

---
**T**
---

**table** 36:5
**tachyphylaxis** 73:25

**take** 7:24 12:10 20:19
26:5,8 40:25 47:14
52:21 53:11 71:15
73:25 74:1.3,9 77:14
79:4 100:9 105:4
**taken** 1:20 11:11 15:10
16:19 20:19 22:1 26:17
28:11,17 32:6,23,25
33:8 34:4,17,25 41:4
44:8,10,12,23 45:16
59:22 71:1,2 73:13,17
76:2,7 79:18 83:24
95:12,17 109:18 113:3
114:24 115:9 116:3
118:16 120:4,11
**talk** 18:9 42:21 53:7
55:20 83:9 90:25 92:10
105:7,9 114:16
**talk-down** 105:9
**talked** 28:9 41:22 45:15
65:3 101:2 105:12
107:16
**talking** 21:3 63:8 96:11
114:12
**taught** 52:1,4,17 54:7,7
106:18,21
**Taze** 106:6
**Tazed** 106:2
**teach** 51:25 106:17
**teaching** 52:3 106:25
107:3
**technician** 52:14
**technique** 88:1
**techniques** 88:17
**teleconference** 70:18
**tell** 6:4. 12 20:5 29:10
34:1 37:1 39:25 40:16
83:15 91:4,10 114:20
**telling** 7:7 10:25 86:14
**temperature** 17:19,20
80:7
**ten** 38:16,21 67:2 79:17
106:22
**tender** 87:17
**Tennessee** 1:15 41:8
**tenth** 109:24
**term** 63:8 71:25 72:3
101:18
**terminals** 102:22
**terms** 47:24 50:1 80:1,10
80:12 92:11 95:5
**terrifying** 105:21
**test** 7:22 55:18 89:11
**tested** 15:7 89:2,14
90:10,17,19,19,23
**testified** 6:8 58:13 66:1
67:1 81:2,16 84:15
**testify** 6:20 62:21 66:23
69:12
**testifying** 65:17 67:13
**testimony** 25:10 36:21
56:2,15 59:23 60:3,4
68:4 69:15 71:6,24
84:20 116:16 120:6
**testing** 43:10,16,24
**text** 37:15 38:16 80:21
**textbook** 36:23,24 38:1
**thalamus** 92:24

**Thank** 10:22 62:10 76:16
84:5,14 87:17 98:6,25
99:5 103:18 111:15
116:11 117:24 118:10
118:19,25
**Thanks** 118:20,23
**theoretically** 73:11 89:24
**theory** 103:8
**Therapeutics** 36:25 37:3
**therapist** 30:1,24
**thick** 45:25
**thing** 20:17 32:4 34:19
44:11 58:15 107:6
109:6
**things** 8:25 9:16 42:17
42:18 45:17 46:24
47:14,19 50:7 53:14
59:22 66:14 75:17 79:6
84:2 88:14 89:7,18
92:22 93:25 94:15
97:17 102:6 106:16
**think** 10:1,25 11:25 14:1
14:12 15:20,22 21:5,9
22:23 24:22 25:13,20
26:4,8 34:19 35:21,24
39:11,12,12 40:25
45:20 47:22 53:13
55:15,18 59:21 60:25
61:17 66:22 69:4,14,21
70:1 72:1 78:23 81:2
83:3 84:15 85:13,14,24
86:12,13 87:13 89:16
90:22 93:11 97:10,10
97:12 99:23 100:6,8
101:8,21,24 102:6,9
103:20 105:24 110:16
111:7,9 113:19 115:18
**thinking** 8:19 9:2 22:2
72:7 79:9 83:25 86:3
86:18 94:14 101:25
102:4 106:4
**third** 8:1 37:22 82:18
100:9
**thought** 10:4 12:19
22:17 29:12 39:23
51:17 91:13 103:2
**thoughts** 47:18 94.15
**thousands** 57:21,21,23
58:15 59:7
**thrash** 112:3,10,21
**thrashing** 112:20
**threat** 22:9
**threatening** 105:13
**three** 7:22 16:11,19
23:20,22 46:1 52:1
68:17 69:22 73:1,8,15
109:15
**three-prong** 7:22
**thrown** 114:19
**Thursday** 74:4
**tight** 99:7
**Tim** 11:15 60:19
**time** 13:13 15:10 20:18
27:14 28:3,5,23 32:2
33:21,25 34:4,6,23
35:4,14 53:1,3,5,10,11
57:3 58:21 68:13 69:8
69:13 70:12 72:16,23
73:2,16 75:20,24 79:9

**91:**1,11,17 108:8,15
113:20 120:4,5,7
**times** 31:18 32:18 55:25
**tired** 48:21 51:14
**TN** 2:4,19,23
**today** 27:15 69:18
100:22 101:3,4 107:9
107:11 108:21
**TODD** 1:9
**told** 14:12 15:20 51:14
61:1 62:23 64:14 75:6
81:23
**tolerance** 73:20,24 74:8
74:11,15
**tongue** 71:16
**top** 24:1 51:13 83:24
**topic** 114:10
**topics** 26:20
**total** 91:16
**tox** 23:18,24 24:6 28:23
32:15 34:8 35:6,17
89:19,23 90:13
**toxic** 109:16 110:13
115:9
**toxicity** 28:25 61:2,18
62:19 63:1,4,11 64:10
82:4 110:10,12
**toxicological** 90:8
**toxicologist** 53:18
**toxicology** 23:14
**toxin** 90:2
**trained** 9:7 30:1,24
117:20
**training** 77:21 117:9,17
**trait** 30:21
**transcribed** 120:9
**transcript** 56:14 120:10
**transmitter** 95:12,18
**transmitters** 95:12
**transporters** 103:9,21
**trauma** 96:23
**travel** 69:15 76:15
**treat** 30:14
**treated** 11:11
**treating** 68:13
**treatment** 9:8 11:6,20,21
11:24
**tremors** 18:2
**Troy's** 10:17
**trial** 29:12 56:4,5,6 60:8
60:8 69:12,15 87:12
**tried** 26:25 86:9 114:6
**trip** 8:17 9:6,14 14:19
15:1,18 16:9,24 17:24
19:2,4,5,15 20:16,18
20:20 21:4,8,11,21,23
22:7,23 23:9,10 25:1
25:12,16 26:1,6,10,11
31:7 33:12 44:22,24
71:25 72:3,12 74:17,18
74:21,21,23 75:2,4
77:10 81:7,18 82:1
84:17,21,22 85:1,11,14
86:2,14,15 87:5 96:7,7
97:14,16,18,19 98:10
98:11,18 99:3,6,9,19
100:1,6,14,15 101:22
101:23,24,25 102:2,4
104:16,25 105:2,4,17

105:20,20 106:1 114:4
115:13,15,24,25 116:2
116:7.10
**trips** 24:12 25:24 26:2,4
30:12 33:14 45:11,15
81:5 96:8 97:15 100:5
100:8,8,16 105:10
108:18,19
**trivial** 17:21
**trouble** 10:12 52:17 99:2
**Troy** 1:4 11:6 14:16,23
28:22 32:14 46:19
55:13 61:9,20 62:1.16
70:24 84:16 85:21
86:20 90:7 97:8 99:12
99:16 108:2,25 109:9
109:17 110:3 113:3
114:23,25 115:4,8
**true** 13:14,18,23 15:3,4
19:16 28:20 42:3,11,12
43:6 46:10,15,18,20,25
47:1,24,25 48:4,5,9,10
74:13 75:1,5 77:22
89:5 102:18 104:3
107:9,10,11,23 108:21
110:8 113:4,5 120:10
120:16
**truth** 6:4,5,5
**try** 9:15,15 52:10 67:7
76:20 102:7 104:22,23
111:18 118:9
**trying** 21:24 22:5 42:17
47:12 65:7 83:4 96:19
112:16,20 116:8
**Tuesday** 74:1
**Tupelo** 2:8,15
**turn** 23:24
**turns** 66:7
**twice** 53:8
**two** 13:1,3,11,16,24
14:13 15:3,13 20:12
25:23 26:4,7 31:23
32:1.23 35:2 46:1 67:2
67:4 83:9 100:5.8
**two-and-a-half** 31:17
**two-dose** 31:22
**two-year** 106:20
**TYLER** 1:10
**type** 48:3 86:21 102:13
**types** 29:19 117:22
**typical** 8:19 19:11 72:22
84:1
**typically** 16:14 17:22
24:24 102:13 108:22
**typing** 69:9

---
**U**
---

**U.S** 91:23 92:2
**ultimately** 59:4 61:23
**unable** 85:4,15 98:18
**UNC** 49:18.20,21,24
52:11
**uncommon** 24:14.17
**unconscious** 47:4,9.16
47:18
**uncooperative** 84:22
**undergoing** 84:17,22
85:1 86:20

David E. Nichols, Ph.D.
September 1, 2017

Atkinson-Baker Court Reporters
www.depo.com

**understand** 6:21,23 7:5
7:7 15:21 18:11 25:23
30:7 33:4 50:12 54:2,4
63:8 68:16 72:1 80:14
80:23 84:20 85:4,8,9
85:10,17,22,25 86:13
91:14
**understanding** 16:10
70:24 71:17 76:19
85:19
**understood** 7:19 35:11
47:23
**undetected** 89:22
**unique** 73:23
**United** 1:1 41:7
**units** 93:8
**universe** 48:15 49:13
50:3,16,19,20,22 52:7
52:8 66:23 106:19
**unknown** 78:12 107:8
**unlimited** 69:3
**unpredictable** 74:22
**unquote** 72:12
**unreasonable** 32:7 33:1
105:1,10 110:7 115:10
**unusual** 14:23
**unwilling** 85:1,10,14
**unwise** 26:5,8,9 100:9
**Upchurch** 2:6,6,6 4:2
10:7,15 70:16,17 76:11
76:16,17 78:3,9,11,19
78:22 87:10 97:23 98:2
98:6 110:24 115:5,12
115:23 118:4,20,25
**updated** 31:25
**urgent** 95:23 111:7
**usage** 72:3 74:19 75:3,7
82:1 86:21 87:5 116:23
**use** 8:13 14:20 19:3,20
19:21,24 25:19 29:20
32:3 33:6 43:23 46:19
50:2 66:7 72:2 74:12
82:21 95:24 104:1
107:20 111:9
**user** 73:19
**users** 46:13,22 83:3
103:10
**uses** 26:3 74:13,13
**usually** 9:8,18 17:21,24
24:20 30:12,24 69:2,3
**utility** 7:25 8:11

**V**

**variable** 48:8
**various** 31:18 32:18
41:12
**vary** 72:20
**verify** 38:9
**versus** 96:4,10
**vial** 71:21 88:24 89:4,11
108:24 109:2
**views** 29:14
**violent** 22:4
**virtue** 117:9
**voice** 10:7
**voluntarily** 50:5
**volunteer** 50:13,18
**volunteers** 33:13

**vs** 1:8 56:10

**W**

**W** 2:6
**w-e-a-k** 80:1
**waist** 17:13
**waiting** 70:7
**waiving** 111:22,24
**walking** 82:13 96:20
**want** 12:1 37:4 38:14
51:20 52:13,20,24
61:25 88:21 90:25
92:10 98:20 103:7
107:6 111:19 116:22
**wanted** 49:7 59:15 67:4
**wasn't** 21:15 28:3,12
31:9 44:2 48:25 52:2
66:9,17 67:6,22 100:2
100:11
**water** 59:8,14
**waterfront** 72:8
**way** 42:21 63:1 73:2 89:3
89:9 93:9 97:7 102:23
105:1,10 110:7 115:10
**WD2** 103:2
**we'll** 7:8 10:21 13:1
26:16 36:11 41:2 70:2
**we're** 6:23 10:10 13:4
26:15,20 31:2 34:19
35:22 40:25 83:8 94:12
118:22
**we've** 12:1,15 18:21
37:21 65:3
**weak** 79:23,23 80:1,3
102:17
**weakness** 18:2,3
**weather** 7:20
**WEATHERFORD** 1:13
**WEB** 1:18
**Weber** 2:11
**Wecht** 4:18 11:14 12:2
14:10 17:2,6 18:12
**Wecht's** 18:21
**wedged** 99:7
**Wednesday** 74:3
**week** 53:8,15
**weekend** 118:24
**weekly** 53:7
**weight** 29:20
**weightlifters** 66:5
**welcome** 118:21
**welcomed** 52:16
**went** 9:22 44:18 59:22
**weren't** 49:5 54:5 58:11
**Western** 41:7
**whack** 86:7
**WI** 2:12
**widow** 90:6
**wife** 15:20 52:22 105:8
**WILLIAM** 1:12
**wind** 49:4
**window** 114:5
**wise** 100:10
**wishes** 47:16
**witness** 6:6 10:9,13
38:22 40:3,20 55:20,21
65:4 76:13 78:4,10,16
87:17,24 90:1 97:21

98:7,13 99:6,16 101:18
103:19 115:13,24
120:5,6
**WITTE** 1:11
**word** 58:9,9 79:1
**work** 27:14,18,20 36:17
44:4 47:13 49:7 50:4,5
50:18 51:21 52:14
53:24 54:6,10 55:21
64:9 65:2,4,22,23 68:2
68:21 69:7,8 91:19
103:3 105:1 106:20
**worked** 52:21 65:7,12
68:18 106:13
**working** 49:21 51:25
52:12 53:12 66:3 88:16
91:6,9,9,11,12,13
**works** 7:5
**world** 92:8
**worry** 20:17
**worse** 105:20 111:13
**wouldn't** 16:13 20:6
21:16,18 24:12 26:6,14
33:9 34:13 35:9 45:17
47:20 54:2,3,19 61:3
67:6 74:15,22 85:5,7
97:13 103:22 109:4,5
**write** 28:7 52:13,15
53:12
**writer** 60:22
**writes** 76:24 77:4,25
79:13,16,20 80:24
81:13,19 82:3
**writing** 28:1 48:22 53:1,8
53:11 69:9
**written** 38:7 39:7 61:23
100:18
**wrote** 16:20 37:6,8 59:16
59:16
**Www.depo.com** 1:23

**X**

**Y**

**yeah** 13:17 14:4 18:14
19:19 20:3 26:11 29:3
30:8 33:17,17,19 38:22
40:12 41:25 43:14 44:1
45:22,25 48:13 51:24
56:22 64:25 67:20
69:21 73:17 82:20 87:1
89:4,25 90:1,1 91:24
95:6 99:8 103:19
105:21,24 106:3,18
107:2,17 110:6,6
**year** 54:9 91:10
**years** 30:19 44:7,10
48:21 49:3 68:15 91:16
91:25 106:22
**yelling** 21:6
**yield** 70:9
**you-all** 118:1
**young** 66:3 114:4

**Z**

**0**

**1**

**1** 1:21 3:4 4:18 7:21,21
8:3 43:17,21
**1-10** 1:13
**1,000** 1:01:1
**1,050** 69:17,23
**1,4-butanediol** 66:5
**1.8** 57:15,21 58:9 59:5
**10** 5:5 68:15
**100** 73:25 76:2 109:22,25
**105** 2:15
**11** 5:6 13:9 62:2,12 82:17
**112** 4:6
**113** 4:7
**12** 4:18 68:15
**12:16** 119:1
**1250** 2:3
**13** 4:19
**13th** 120:18
**14** 53:5 109:22,23
**140** 109:24
**141** 2:7
**15** 72:21
**150** 76:25
**16** 32:16 53:5
**160** 4:8
**18** 12:18 13:19 14:16,23
15:6 19:18 21:3 25:11
70:25 71:19,22 72:12
75:22 81:8
**1969** 91:7,7
**1972** 47:22
**1974** 91:8
**1985** 38:4 107:7
**1993** 113:12 114:3

**2**

**2** 4:19 82:17,19 111:10
**2,000** 47:11
**20** 52:9
**200** 2:3 74:2 109:10
**2010** 48:19
**2012** 48:18,19
**2015** 11:15 12:3,18 13:20
14:16,24 15:6 19:18
21:3 25:11 31:14 70:25
71:19,22 72:12 75:22
81:8
**2016** 13:9 27:17,22 36:8
49:13,16,18 82:17
**20162030000** 120:21
**2017** 1:21 3:4 31:15,25
120:18
**22** 37:8 52:9
**23** 4:20
**241** 2:11
**246** 32:17
**250** 75:23
**26** 27:17
**27** 4:21,22
**273** 46:8
**275** 46:12,22
**27517** 1:20
**279** 47:2,21 48:6
**28** 11:15
**288-3376** 1:23
**28th** 12:3
**29** 4:23

**2A** 93:3,18 96:5

**3**

**3** 4:20 24:1
**3.4** 58:9
**30** 44:10 116:4
**300** 74:2 108:13,17
**32** 5:2
**330** 2:19
**34** 58:9,12,18 59:2,3,6
**350** 68:23 69:6
**36** 5:3,4
**38** 5:5 48:21 91:16
**38103** 2:4,23
**38119** 2:19
**38802** 2:15
**38804** 2:8

**4**

**4** 4:21
**40** 72:22 91:25
**40-hour** 53:15

**5**

**5** 4:1,22 24:1,2
**5-HT** 93:3
**50** 2:22 7:12 59:8,9
**500** 68:22 69:1,15
**53202** 2:12
**5400** 2:18
**553** 37:20 38:15
**557** 37:20 38:15

**6**

**6** 4:23
**60** 108:22 109:14
**600** 74:3
**60s** 44:16,18 108:9,10,10
**610** 2:23
**6121** 3:3
**62** 5:6

**7**

**7** 5:2
**70** 4:2 108:22 109:14
**700** 74:3
**75** 76:24
**79** 48:6
**7th** 37:6 38:3,5

**8**

**8** 5:3
**800** 1:23
**84** 4:3
**88** 4:4
**8th** 5:5 36:25 37:6 38:4,7
38:14

**9**

**9** 5:4
**9:19** 3:5
**90** 4:5 97:18 98:9
**90-some** 39:21