**CYRIL H. WECHT, M.D., J.D.**
1119 PENN AVENUE
SUITE 404
PITTSBURGH, PENNSYLVANIA 15222
(412) 281-9090
FAX (412) 261-3650
EMAIL wechtpath@cyrilwecht.com

FORENSIC PATHOLOGY
LEGAL MEDICINE

December 5, 2016

Tim Edwards, Esquire
BALLIN BALLIN & FISHMAN P.C.
Suite 1250 – 200 Jefferson Avenue
Memphis, Tennessee 38103

Re: **Troy Goode, Deceased**

Dear Mr. Edwards:

Pursuant to your request, I have reviewed all the records and materials provided to me in the matter of the death of Troy Goode.

## CLINICAL SUMMARY

On July 18, 2015, after lunch of half a sandwich each and smoking some marijuana at home of Troy and Keli Goode (husband and wife), they went to another residence where Mr. Goode smoked two joints with three friends.

They proceeded to a shady spot in a park and unloaded the car before some friends came over to begin the tail-gating. Mr. Goode had two beers. He did not smoke. The two of them next ate the other half of their sandwiches in the car. The group subsequently took liquid LSD while gathered around in a circle.

It was hot outside. They went to have a drink of water. Mr. Goode proceeded with a friend to purchase a poster from a vendor's booth. Getting back, he told his wife: "I think I took too much." The two, along with a friend Andrew, got back into the car and "debated on what to do".

Sitting after a few moments, Mr. Goode got out of the car and started to walk away toward Goodman Road while Andrew tried to keep up with him. Mrs. Goode drove toward him. He got into the car, took sips of water, expressed feeling claustrophobic, and then got out from



EXHIBIT 7

Tim Edwards, Esquire
December 5, 2016
Page 2

the car twice. Mr. Goode paced in circles, saying "I don't know what to do. I don't know what to do."

Police started to swarm over Troy Goode. Officer Scallorn grabbed his canine and ordered her husband to the ground. He reportedly did not comply, so the officer sent his canine to apprehend Mr. Goode. He was apprehended at his left forearm. After the dog let go of the bite, Mr. Goode was asked to get on the ground. He ran away instead. The Officer deployed his taser. Only one probe struck him. He fell to the ground. With assistance from Officer Rich, handcuffs were placed.

Mr. Goode continued to fight with the two officers, attempting to kick them, so leg shackles were applied by Officer Bond. EMS arrived and transported him to the Emergency Department. Both officers rode with him in the ambulance as Mr. Goode yelled and screamed the entire way while in the ambulance. "Most of the yelling was incoherent mumbling."

He arrived at Baptist OneCare on 7/18/2015 at 8:28 P.M. His blood pressure was 122/84; respiration, 24; and heart rate, 164.

At 9:08 P.M. Lemuel Donja Oliver, M.D., noted that Mr. Goode appeared to be extremely agitated and combative. He was screaming uncontrollably and disrupting the entire department. He appeared "floridly psychotic". He stated: "I don't know how to explode". He was medicated with haloperidol and lorazepam. His wife reported that he dropped 3 to 5 hits of LSD before they were to go to the Wide Spread Panic Concert.

The summary of Mr. Goode's clinical history submitted by Mr. Tim Edwards indicates that multiple officers physically restrained Mr. Goode after the K-9 bit him and a taser had struck his back. The patient was placed in a hog-tied position, in which his hands were handcuffed and his feet were shackled and connected to the handcuffs.

When EMS arrived, he was placed prone on a stretcher with his hands and feet still restrained. Five sets of straps were placed across his body and head, securing the patient to the stretcher. Mr. Goode struggled against the restraints. ECG showed supraventricular tachycardia and decreasing diastolic blood pressure.

Mr. Goode remained restrained and struggling. He was administered haloperidol and lorazepam at 2108. He became unresponsive at 2122. ACLS protocol was applied for 22 minutes. He was pronounced dead at 2144.

Tim Edwards, Esquire
December 5, 2016
Page 3

## Chronology of Events

**7:45-8:01 p.m.:** Southaven Mississippi police arrived on the scene and arrested Troy Goode. Troy was placed in a 4-point hog-tied restraint position (Source: Southaven Police Dept. Incident Report).

**8:01-8:08 p.m.:** Southaven Mississippi Fire Dept./EMS arrived on the scene and Troy was placed prone on a stretcher, still hog-tied and strapped five times (Source: Southaven Mississippi Fire Dept. Patient Care Record).

**8:08-8:14 p.m.:** Troy was hog-tied and strapped to the stretcher in the ambulance. While the scene was close to the hospital, eyewitnesses stated that the Fire Dept. ambulance was very slow in leaving the scene to transport Troy to Baptist Memorial Hospital-Desoto. EMS records reflect that Troy had a cardiac arrhythmia while in the ambulance. (Source: Southaven Mississippi Fire Dept. Patient Care Record).

**8:28-8:49 p.m.:** The ambulance conveying Troy who was still hog-tied arrived at Baptist Memorial Hospital-Desoto, Mississippi. Triage reflected oxygen saturation at 90% and respiration at 24. (Source: hospital video of ambulance arriving at emergency department).

**8:49-9:22 p.m.** Troy was in a hospital room with police, still in a hog-tied position. (Source Southaven Police Dept. Incident Report).

Police, not medical personnel, advised medical personnel that Troy was no longer breathing. The police officer then removed the shackles and handcuffs from Troy so that the medical personnel could attempt resuscitation.

**9:22-9:44 p.m.** Code interventions were performed in an unsuccessful attempt to resuscitate. (Source: hospital records).

**9:44 p.m.** Pronouncement of death (Source: hospital records).

## Post –Mortem Examination

On July 20, 2015, Dr. Wecht's autopsy CHW 15-275 listed the Final Pathological Diagnoses:

Tim Edwards, Esquire
December 5, 2016
Page 4

      Abrasions-contusions of face
      Contusion of lower lip
      Abrasions of arms
      Abrasions of trunk
      Punctate lesions of back consistent with Taser impact sites
      Abrasions and contusions of legs
      Abrasions and contusions of back
      Hemorrhage into subcutaneous tissue, lower thoracic region, bilateral
      Hemorrhage into left sphenoid ridge

29 H&E stained slides labeled CHW15 -275 T. Goode show autolyzed organs without any specific histopathologic alterations.

**MEDICOLEGAL QUESTIONS**

1. **What was the exact cause and mechanism of death?**

Less than a handful of human deaths have been related in the medical literature to the pharmacological effects of LSD, and none of these deaths have been unquestionably attributed to LSD's actions.

LSD does not cause death from a recreational dose of 500 ug or 0.5 mg. I do not find any LSD concentration reported for Mr. Troy Goode, who was reported to have taken "3 to 5 hits".

Estimates of lethal doses of LSD are higher than 10 mg or 10,000 ug orally. This would require the ingestion of more than 200 units of street blotter, which typically contain about 50 ug of LSD.

LSD did not cause Troy Goode's death.

Tim Edwards, Esquire
December 5, 2016
Page 5

### 2. Could positional asphyxia have been the mechanism of Mr. Goode's death?

Mr. Goode was hog-tied by police during his restraint and kept in this position as he was transported to the emergency department of Baptist OneCare. Despite his obvious physical and emotional stress, these restraints were not removed until he stopped breathing and became unresponsive.

**OPINION**

Following my review of the hospital record, the police report, the autopsy findings and the microscopic autopsy slides, based upon a reasonable degree of certainty, it is my professional opinion that Mr. Troy Goode most likely died from cardiac arrhythmia that developed as a result of the pathophysiological processes that were precipitated by the prolonged hog-tied position in which he was placed for more than an hour.

There is no forensic scientific basis to attribute his death to LSD toxicity.

Very truly yours,

Cyril H. Wecht, M.D., J.D.

CHW/srw