IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KELLI DENISE GOODE, Individually,
and also as the Personal Representative of
Troy Charlton Goode, Deceased, and as
Mother, Natural Guardian, and Next
Friend of R.G., a Minor, and also
on behalf of all similarly situated persons.

    Plaintiff,

v.            Civil Action No. 3:17-cv-060-DMB-RP

THE CITY OF SOUTHAVEN, et al

    Defendants.

## REPORT ON MEDIATION EFFORTS

  Pursuant to the Court's Scheduling Order, Plaintiff submits this Report. Magistrate Judge Percy has broached the subject of mediation with the parties on several occasions. Plaintiff and Defendant City of Southaven both indicated their willingness to proceed with mediation. Defendants Baptist Memorial Hospital Desoto and Dr. Oliver both indicated while they would attend a mediation, neither would offer any funds to get the case settled. Due to the unwillingness of two of the three Defendants to engage in meaningful mediation, there has been no progress towards case resolution.

            RESPECTFULLY SUBMITTED,

            /s/ Tim Edwards
            Tim Edwards, (TN BPR# 5353) *by PHV*
            Kevin M. McCormack, (TN BPR# 29295) *by PHV*
            Ballin, Ballin & Fishman, P.C.

        200 Jefferson Ave., Suite 1250
        Memphis, TN 38103
        Office (901) 525-6278
        Fax (901) 525-6294
        tedwards@bbfpc.com
        kmccormack@bbfpc.com


        /s/ Hiram C. Eastland, III
        Hiram C. Eastland, III (MSBN 101560)
        James F. Garrett (MSBN 4759)
        Eastland & Garrett, PLLC
        103 North Lamar Blvd. Ste. 204
        Post Office Box 3059
        Oxford, MS 38655
        Telephone: (662) 234-0804
        Facsimile: (662) 510-0804
        he3@eastlandgarrett.com
        jfg@eastlandandgarrett.com

        ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

     I, the undersigned attorney for Plaintiff, Kelli Goode, hereby certify that a true and correct copy of the foregoing Report on Mediation Efforts has been sent through the electronic case filing system and/or email to the following individual(s):

Mitchell, McNutt & Sams, P.A.
L. Bradley Dillard, Esq.
P.O. Box 7120
Tupelo, MS 38802-7120
bdillard@mitchellmcnutt.com

Mitchell, McNutt & Sams, P.A.
Berkley N. Huskison, Esq.
P.O. Box 1366
Columbus, MS 39703-1366
bhuskison@mitchellmcnutt.com
*Attorneys for Defendants City of Southaven,*

*Todd Baggett, Jeremy Bond, Tyler Price, Joel Rich, Jason Scallorn, Stacie J. Graham, Mike Mueller, William Painter, Jr., Bruce K. Sebring, Joseph Spence and Richard A. Weatherford*

John M. McIntosh, Esq.
David W. Upchurch, Esq.
Upchurch & Upchurch, P.A.
P.O. Drawer 2529
Tupelo, MS 38803-2529
dupchurch@upchurchpa.com
*Attorneys for Defendant Baptist Memorial Hospital-Desoto, Inc.*

Rainey Kizer Reviere & Bell
Marty R. Phillips, Esq.
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302-1147
mphillips@raineykizer.com

Rainey Kizer Reviere & Bell
Amanda C. Waddell, Esq.
50 N. Front St., Suite 610
Memphis, TN 38103
awaddell@raineykizer.com

Gass, Weber, Mullins, LLC
James R. Gass, Esq.
241 N. Broadway, Suite 300
Milwaukee, WI 53202
gass@gwmlaw.com
*Attorneys for Defendant Lemuel Donja Oliver, M.D.*

Dated this the 4th day of June 2018.

/s/ Tim Edwards
TIM EDWARDS