Troy Goode Page 1

**STATE MEDICAL EXAMINER** MSME

# REPORT OF DEATH INVESTIGATION

Central Office Use Only

_____ (Date of Receipt)

_____ (DOD Code)

_____ (COD Code)

Desoto County

ME Case Number

**DECEDENT:** Troy (First Name) | Charlton (Middle Name) | Goode (Last Name) | (Jr., Sr., III, etc.)

**ADDRESS:** Baptist Desoto ER (Number & street or Route, Box No.) | Southaven MS (City, State) | Desoto (County)

## INFORMATION ABOUT DECEDENT AND DESCRIPTION OF BODY

**AGE** (If less than 2 yrs. give months & days)
30 years

Date of Birth _____

**MARITAL STATUS**
- [X] Married
- [ ] Never Married
- [ ] Widowed
- [ ] Divorced
- [ ] Separated
- [ ] Unknown

**RACE**
- [X] White
- [ ] Black
- [ ] Hispanic
- [ ] Other

**SEX**
- [X] Male
- [ ] Female
- [ ] Undetermined

**HEAD-HAIR**
- [ ] None
- [ ] Partly Bald
- [ ] Blonde
- [X] Brown
- [ ] Red
- [ ] Black
- [ ] Grey
- [ ] White

**OTHER HAIR**
- [ ] Mustache
- [ ] Beard
- [X] Circumcised

**CLOTHING**
- [ ] Clothed
- [ ] Partly Clothed
- [X] Unclothed

**EYES:**
Color _____
R _____ L _____

**WEIGHT:**
130 lbs

**LENGTH:**
5' 11"

**MISCELLANEOUS:**

**BODY TEMPERATURE**
- [X] Warm
- [ ] Cool
- [ ] Cold
(if taken)

**RIGOR (Circle Degree)**

| | 0 | 1 | 2 | 3+ |
|---|---|---|---|---|
| Neck [X] | 0 | 1 | 2 | 3+ |
| Arms [X] | 0 | 1 | 2 | 3+ |
| Legs [X] | 0 | 1 | 2 | 3+ |

**LIVOR**
Color pale/blue
Fixed? [ ] Yes [ ] No
- [X] Anterior
- [X] Posterior
- [ ] Lateral

**BLOOD**
- [ ] Nose
- [ ] Mouth
- [ ] Ears
- [ ] Clothing
- [ ] None

**FROTH**
- [ ] Present
- [X] Absent

**OTHER**
Dirt, water, etc.
- [ ] Nose
- [ ] Mouth
- [ ] Ears
- [ ] None

**DECOMPOSITION**
- [ ] Early
- [ ] Advanced
- [ ] None

**OCCUPATION**
(Please fill in both parts)

**TYPE OF WORK:**
Chemical Engineer

(Example: Machinist, typists, fireman, farmer salesman, homemaker)

**INDUSTRY:**

(Example: textile, banking, fire dept., farming, insurance, home)

- [ ] No Occupational Information

## INFORMATION ABOUT OCCURRENCE

| ITEM | DATE | TIME | LOCATION | COUNTY | TYPE OF PREMISES Home, farm, highway, hospital, etc. |
|---|---|---|---|---|---|
| INJURY OR ONSET OF ILLNESS | 7/18/2015 | 9:44 PM | 7601 Southcrest, Southaven | Desoto | ON THE JOB? [ ] YES ER [X] NO |
| LAST SEEN ALIVE | 7/18/2015 | 9:44 PM | (By Whom: Name and Address) Dr. Oliver 7601 Southcrest, Southaven | Desoto | ER |
| DEATH | 7/18/2015 | 9:44 PM | 7601 Southcrest, Southaven Southaven | Desoto | ER |
| FOUND DEAD BY | 7/18/2015 | 9:44 PM | (By Whom and Name and Address or Title) Dr. Oliver 7601 Southcrest, Southaven | Desoto | ER |
| POLICE NOTIFIED | 7/18/2015 | 7:30 PM | POLICE AGENCY: Investigation | | OFFICER: Southaven PD |
| CORONER/ME NOTIFIED | 7/18/2015 | 9:44 PM | (By Whom: Name and Address) Dr. Oliver ER | | |
| VIEW OF BODY | 7/18/2015 | 10:15 PM | 7601 Southcrest, Southaven | | [ ] NOT VIEWED |
| WITNESS TO INJURY OR ILLNESS AND DEATH | | | (Name) Wife, Kelli Goode | (Address) | BLOOD SAMPLE DRAWN: [X] Yes [ ] No Why not?: |

## MANNER OF DEATH

- [ ] NATURAL
- [ ] HOMICIDE
- [X] ACCIDENT
- [ ] SUICIDE
- [ ] UNKNOWN
- [ ] PENDING

**MEDICO-LEGAL AUTOPSY AUTHORIZED:**
- [X] Yes
- [ ] No

**PATHOLOGIST**
Erin Barnhart MD

**OTHER AUTOPSY DONE:**
- [X] Yes
- [ ] No

**PROBABLE CAUSE OF DEATH:**
1. Complications Of LSD Toxicty

2. Due to:

Contributing factor: Believed to have taken several (Drops) LSD

I hereby certify that after receiving notice of the death described herein I took charge of the body and made inquiries regarding the cause of death in accordance with the Mississippi Code Annotated, and that the information contained herein regarding such deaths is true and correct to the best of my knowledge and belief.

_____ (Signature of Coroner or Medical Examiner)

2/6/2017 (Date Signed) | DESOTO (County) | _____ (Your Number)

Decedent's Social Security Number: _____

M.S.M.E.

Body Released To: Hernando Funeral Home | Date: 7/19/2015 | Time: _____

ME-1 | Send original to the State Medical Examiner. Copies must be forwarded to County Clerk of Court.

EXHIBIT E

Troy Goode Page 2

## REASON FOR ASSUMING MEDICAL EXAMINER JURISDICTION (Check ONE only)

- ☐ HOMICIDE
- ☐ SUICIDE
- ☐ TRAUMA
- ☐ ACCIDENT
- ☐ DISASTER
- ☐ VIOLENT
- ☐ POISONING
- ☐ UNKNOWN OR SUSPICIOUS
- ☒ POLICE CUSTODY
  - ☐ STATE
  - ☒ LOCAL/OTHER
- ☐ PUBLIC HEALTH HAZARD
- ☐ SUDDEN/UNEXPECTED
- ☐ SURGICAL/ANESTHETIC PROCEDURE
- ☐ UNATTENDED

## MEANS OF DEATH (Agency or Object) - IF DEATH OTHER THAN NATURAL

| IF MOTOR VEHICLE INVOLVED | ☐ Driver ☐ Passenger ☐ Pedestrian ☐ Other | ☐ Lap Belt Used ☐ Shoulder Belt Used ☐ Crash Helmet Worn | ☐ Hit-Run ☐ Non-Highway | ☐ Passenger Car ☐ Truck ☐ Motorcycle ☐ Motorbike | ☐ Farm Vehicle ☐ Other _____ |
|---|---|---|---|---|---|

| IF GUN | ☐ Rifle-Cal. _____ ☐ Handgun-Cal. _____ ☐ Shotgun-Gau. _____ ☐ Unknown Type | ☐ Stippling ☐ Smudging ☐ Abrasion Collar ☐ Round | ☐ Oblong ☐ Stellate ☐ Surg. Treated ☐ Other | LOCATION OF WOUNDS (If no autopsy): |
|---|---|---|---|---|

LOCATION OF WOUNDS (If no autopsy):
_____ Head  _____ Buttocks  _____ Upper Arms
_____ Neck  _____ Thighs  _____ Lower Arms
_____ Chest  _____ Lower Legs  _____ Hands
_____ Abdomen  _____ Feet  _____ Other

| IF INSTRUMENT: ☐ Blunt ☐ Sharp | What Kind: ☐ Unknown Kind | TYPE & LOCATION OF INJURIES: |
|---|---|---|

| IF DRUG, POISON, CHEMICAL (Suspected) | ☒ Alcohol ☐ Other Drugs, Chemical or Poison (Specify by Name) ☐ Unknown | REMARKS/SYMPTOMS: | ☒ Ingested ☐ Injected ☐ Inhaled | ☐ Topical ☐ Other ☐ Unknown |
|---|---|---|---|---|

## MEDICAL HISTORY

**CONDITION:**
- ☐ Alcoholism
- ☐ Cancer
- ☐ Diabetes
- ☒ Drug Abuse
- ☐ Lung Disease
- ☐ Fractures
- ☐ Heart Disease
- ☐ Seizure (specify)
- ☒ Other (specify) Asthmati, Drug abuse LSD

DOCTOR: _____
Where treated: ER
Medications: Decadron 5mg, Ativan 2mg, Both IV in ER.

## NARRATIVE SUMMARY OF CIRCUMSTANCES SURROUNDING DEATH (Add sheet if needed):

Front

Back

Mr. Goode was transported to ER per EMS in Police Custody. He and spouse were in parking lot headed to a concert when Mr. Goode started running and screaming in parking lot and Goodman Rd, Southaven. Spouse Kelli said he had taken several (Drops) of LSD. Police and K9 unit apprehended him after a struggle. He was transported per EMS and police to ER. There, Triaged with cuffed ankles and wrist as he continued to struggle, yell incoherently and stating he was exploding and MD unable to communicate with him. His pulse was 160-180 per EMS. Was placed in a room and given Decadron 5mg, Ativan 2mg Iv and approx. Approx. 12-14 minutes later he stopped breathing and code was called. Was coded unsuccessfully for approx. 35-45 minutes. Has K9 bite left arm, abrasions on face after fall in parking lot while resisting arrest. Taze Was attempted but only one dart struck him in upper back. He Earlier had opened K9 door of PD car on self, letting K9 Dog out. I will obtain medical ER Records and send on Monday, 7/20/2015. Southaven PD is investigating. JP

Next Of Kin: Kelli Goode, Spouse    Phone Number: _____

Funeral Home: Hernando Funeral Home