# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**KELLI DENISE GOODE, Individually,**
**and also as the Personal Representative of**
**Troy Charlton Goode, Deceased, and as**
**Mother, Natural Guardian, and Next**
**Friend of R.G., a Minor, and also**
**on behalf of all similarly situated persons**                                                               **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 3:17CV60-DMB-RP**

**THE CITY OF SOUTHAVEN, et al.**                                                            **DEFENDANTS**

**SOUTHAVEN DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE PRECLUDING DEFENDANTS FROM OFFERING OR INTRODUCING EVIDENCE OF ANY INVESTIGATIONS BY THE FEDERAL BUREAU OF INVESTIGATION (FBI), MISSISSIPPI BUREAU OF INVESTIGATION (MBI), THE DEPARTMENT OF JUSTICE (DOJ) AND/OR THE OFFICE OF THE ATTORNEY GENERAL [511]**

COME NOW Defendants City of Southaven, Todd Baggett, Jeremy Bond, Tyler Price, Joel Rich, Jason Scallorn, Stacie J. Graham a/k/a Witte, Mike Mueller, William Painter, Jr., Bruce K. Sebring, Joseph Spence, and Richard A. Weatherford (collectively the "Southaven Defendants"), by and through counsel, and submits this response to Plaintiff's Motion in Limine to preclude Defendants from offering evidence of any investigations of the Federal Bureau of Investigation (FBI), Mississippi Bureau of Investigation (MBI), the Department of Justice (DOJ) and/or the Office of the Attorney General [511]. For the reasons set forth in Southaven Defendants Response Brief in support of this Response, the motion should be denied.

In support of this Response, Southaven Defendants rely on the supporting Memorandum and on the following exhibits attached:

Exhibit "A" - Excerpts from the deposition of Tom Long, pages 8-11.

1075404

Respectfully submitted, this the 13th day of June, 2018.

        CITY OF SOUTHAVEN, TODD BAGGETT, JEREMY BOND, TYLER PRICE, JOEL RICH, JASON SCALLORN, STACIE J. GRAHAM, MIKE MUELLER, WILLIAM PAINTER, JR., BRUCE K. SEBRING, JOSEPH SPENCE, and RICHARD A. WEATHERFORD, Defendants

By: */s/ Berkley N. Huskison*
     BERKLEY N. HUSKISON, (#9582)
     L. BRADLEY DILLARD (#10114)

Of Counsel:

Mitchell, McNutt & Sams, P.A.
Post Office Box 1366
Columbus, Mississippi 39703-1366
(662) 328-2316 (telephone)
(662) 328-8035 (facsimile)
bhuskison@mitchellmcnutt.com  (email)

Mitchell, McNutt & Sams, P.A.
Post Office Box 7120
Tupelo, Mississippi 38802-7120
(662) 842-3871 (telephone)
(662) 842-8450 (facsimile)
bdillard@mitchellmcnutt.com  (email)

1075404

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system and forwarded such filing via ECF notification to the following:

Tim Edwards, Esquire
Kevin McCormack, Esquire
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103-2007
tedwards@bbfpc.com
kmccormack@bbfpc.com
*Attorneys for Plaintiffs*

Hiram C. Eastland, III, Esquire
James F. Garrett, Esquire
Eastland & Garrett, PLLC
Post Office Box 3059
Oxford, MS 38655
he3@eastlandgarrett.com
jfg@eastlandgarrett.com
*Attorneys for Plaintiffs*

John Mark McIntosh, Esquire
David W. Upchurch, Esquire
Upchurch & Upchurch, P.A.
141 South Commerce Street, Suite B
Tupelo, MS 38804
jmcintosh@upchurchpa.com
dupchurch@upchurchpa.com
*Attorneys for Defendant Baptist Memorial Hospital - Desoto*

Marty R. Phillips, Esquire
Rainey Kizer Reviere & Bell
Post Office Box 1147
Jackson, TN 38302-1147
mphillips@raineykizer.com
*Attorney for Defendant M. D. Lemuel Donja Oliver*

Amanda C. Waddell, Esquire
Rainey Kizer Reviere & Bell - Memphis
50 North Front Street, Suite 610
Memphis, TN 38103
awaddell@raineykizer.com
*Attorney for Defendant M. D. Lemuel Donja Oliver*

James R. Gass, Esquire
Gass, Weber, Mullins, LLC
309 North Water Street
Milwaukee, WI 53202
gass@gwmlaw.com
*Attorney for Defendant M. D. Lemuel Donja Oliver*

This the 13th day of June, 2018.

                                               */s/Berkley N. Huskison*