**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**CIVIL MINUTES**

CASE NO:___3:17cv60-DMB-RP_____          Held: _____OXFORD_____

Style: _KELLI DENISE GOODE, et al. v. THE CITY OF SOUTHAVEN, et al._____

Date/Time Began: June 21, 2018 at 10:00 am_  Date/Time Ended: June 21, 2018 at 11:30 am_
          TOTAL TIME:__1 hour and 30 minutes____

PRESENT: ROY PERCY, UNITED STATES MAGISTRATE JUDGE

_____Brooke Driskell_____          _____
          Deputy Clerk                              Court Reporter

Attorneys for Plaintiff(s):                    Attorneys for Defendant(s):

Hiram C. Eastland, III                         Berkley N. Huskison
James Franklin Garrett                         Lamar Bradley Dillard
John T. (Tim) Edwards                          David Walker Upchurch
Kevin Michael McCormack                        John Mark McIntosh
                                               Marty R. Phillips
                                               Amanda Clearman Waddell
                                               James Ric Gass

PROCEEDINGS: Final Pretrial Conference

Held _____X_____    Not Held _____    Cancelled _____    Reset _____

_____

ENTRY TO BE MADE ON DOCKET:
Final Pretrial Conference held.   Revisions to the Pretrial Order must be made, circulated, signed
and returned to the court no later than Thursday, June 28, 2019.   Any motions objecting to the
altered discharge record found on the laptop of Mr. Goode due to a discovery objection must be
filed by Monday, June 25, 2018, and any response is due Wednesday, June 27, 2018.   No replies
will be allowed.

                              DAVID CREWS, CLERK

                              /s/ Brooke Driskell_____
                              Courtroom Deputy