IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KELLI DENISE GOODE**                                                                        **PLAINTIFF**

**V.**                                          **NO. 3:17-CV-60-DMB-RP**

**THE CITY OF SOUTHAVEN, et al.**                                      **DEFENDANTS**

## NOTICE

**TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

---

| Place | Date and Time |
|---|---|
| **United States Federal Building**<br>**305 Main Street**<br>**Greenville, Mississippi  38701**<br><br>**Courtroom 1 – Third Floor** | **January 7, 2019**<br>**9:45 a.m.** |

---

Type of Proceeding

**MVD/JURY TRIAL BEFORE U. S. DISTRICT JUDGE DEBRA M. BROWN**

**YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE.
YOU SHALL BE PREPARED ON THE ABOVE DATE TO TRY YOUR CASE
AND BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.**

---

                                                                        DAVID CREWS, Clerk of Court

                                                                         By: /s/ Rita Thomas
                                                                              Rita Thomas, Courtroom Deputy

Date:   June 26, 2018

To:     All Counsel of Record
         (electronic notice only)

If you have questions, contact Rita Thomas at 662-335-4416 or rita_thomas@msnd.uscourts.gov