# EXHIBIT

# 4

**In the Matter Of:**

*KELLI DENISE GOODE vs*

*CITY OF SOUTHAVEN, et al.*

*2:16-CV-02029-SHM-cgc*

---

*TODD BAGGETT*

*December 07, 2016*

---



ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, 1st in Technology*

We Bridge the State and Cover the Nation!

www.alphareporting.com

800-556-8974

EXHIBIT 4

27

1    A.    Yelling, kicking his feet, spitting.

2    Q.    And how -- how was he -- how was he

3 kicking his feet if his hands and feet were shackled

4 behind his back?

5    A.    That's -- the space he had on the chain,

6 he was kicking his feet back and forth, back and

7 forth.

8    Q.    I see.  And that was a threat, was it?

9    A.    If we unshackled him, those feet would

10 have been kicking us.

11    Q.    If you un --

12    A.    That's why he was in the four-point

13 restraints, so he couldn't injure us or the EMS

14 people on the scene.

15    Q.    So why didn't you turn him over on his

16 side?

17    A.    He -- actually, one time, they -- he did

18 turn -- if he let his foot down and turned over on

19 his side, he could.

20    Q.    He was strapped down with five straps on

21 to the gurney.  Correct?

22    A.    Like I said, at that one point, I went and

23 talked to his wife.  I wasn't there the whole time

24 when they put him on everything.

25    Q.    You were in the ambulance.

Todd Baggett - December 07, 2016

39

1   proximity to you, were there?

2      A.   Just his -- in between his wife and then

3   the highway, no, sir.

4      Q.   So there was nobody else in close

5   proximity that could have been injured by Mr. Goode.

6   Correct?

7      A.   At the time, we didn't know.

8      Q.   Well, you could see, couldn't you?

9      A.   Well, if he had a weapon, he could just

10  start shooting cars.  You don't -- you can't ever

11  tell.  You don't know.  Until you can check

12  somebody, you never know.

13     Q.   Did you have that fear that he was going

14  to pull out a gun and start shooting cars?

15     A.   With his actions, I had no idea what he --

16  I didn't even know if he was going to run out in

17  front of a car.

18     Q.   His actions that you're referring to were

19  running around and mumbling.  Correct?

20     A.   Incoherently.  Yes, sir.

21     Q.   Incoherently?

22     A.   Uh-huh (affirmative response).

23     Q.   He was running in circles up in the

24  parking lot.  That's the conduct you're talking

25  about?

Alpha Reporting Corporation

**Todd Baggett - December 07, 2016**

41

1    Q.   So that's not -- is that considered part
2  of your report?
3    **A.   It's a interdepartmental memo.**
4    Q.   Can you identify the people in this photo?
5    **A.   I can't tell who any of those people are.**
6  **It looks like some EMS staff and fire.**
7    Q.   So how many fire people are on the scene?
8  Does each one -- let me ask you this.
9    **A.   I mean, I can count them on this.  If**
10  **you're asking me how many was actually there, I**
11  **couldn't tell you.**
12    Q.   Well, I'm asking you in this photo, and
13  the question better put is, the ones with the patch
14  on the left side of their shirts, are those all EMS
15  people or fire people?
16    **A.   I believe those are just firemen.**
17    Q.   Okay.  And who's the guy in the white
18  shirt who's pointing?
19    **A.   That's usually a fire supervisor, I**
20  **believe.**
21    Q.   Who's the guy with the blond hair behind
22  him?
23    **A.   I can't tell.**
24    Q.   Well, he's a very big guy.
25    **A.   I can't see what -- this whole picture is**

**Alpha Reporting Corporation**

1    Q.   By this time, there were other officers on

2    the scene?

3        **A.   Not down where we were at.**

4    Q.   Were there other officers on the scene?

5        **A.   In other places.  We were the only two**

6    **officers down there with Troy Goode.**

7    Q.   There were officers all over around this

8    scene.  Correct?

9        **A.   If you say so.  I --**

10   Q.   No.  I'm asking you.

11       **A.   I -- I don't know.  I was focused on**

12   **something else at the time.  I wasn't worried about**

13   **what everybody was doing.**

14           **I wasn't -- I wasn't looking up trying to**

15   **count people in the parking lot while we were**

16   **dealing with a suspect.**

17   Q.   My question was, there were officers,

18   other officers, besides you and Scallorn, on the

19   scene by this point in time?

20       **A.   I have no idea.  I was -- I -- I was**

21   **focused on what I had in front of me.  I wasn't**

22   **looking around to see what everybody else was doing.**

23   Q.   And you say that --

24       **A.   If I had time to do that, then I had**

25   **time -- it was -- I didn't have time.**

**Todd Baggett - December 07, 2016**

106

1    Q.    So Officer Scallorn shot Troy as he was

2    running away.  Correct?

3        A.    He deployed his taser on Troy as he turned

4    to run away.

5        Q.    Where did he hit him?

6        A.    Just one probe hit him in the back.  The

7    other one just shot off somewhere else.  Because it

8    was right up there by Officer Scallorn's foot.

9            So he got hit with a probe.  One probe

10   won't tase anybody.  You have to have both.

11       Q.    I thought you didn't know anything about

12   tasers.

13       A.    I've been in between handcuffing somebody

14   when it went off.  And if I touched both wires, I

15   got shocked.  If I didn't, I only touched one wire,

16   I didn't.

17           I know enough to know that I'm not doing

18   it if they're going to pull that trigger again.

19       Q.    So one probe hit Mr. Goode where?

20       A.    Somewhere on his back.

21       Q.    And he went to the ground?

22       A.    He got -- they come out in a coiled wire.

23   And the coiled wire got wrapped around his feet, and

24   he tripped and fell.  Because he was still doing the

25   little run around in circle thing.

107

1     Q.    After he got hit by the taser?

2     A.    After, before.  I mean, it -- his whole --

3   everything he was doing was erratic.  He would take

4   off running at a sprint, run in circles, take off

5   running, run in circles.

6     Q.    So he was running in circles?

7     A.    When I say circles, just like

8   pitty-patting around, just stepping this way, step

9   that way, step this way, step that way.

10    Q.    When he was running in circles is when

11  Officer Scallorn tased him?

12    A.    He was -- he was running.  I don't

13  remember if he was running in a circle or straight

14  line.

15    Q.    He was up in the grass.  Right?

16    A.    He was up in the grassy area.  Yes, sir.

17    Q.    And not threatening anybody.  Correct?

18    A.    Well, at this point, he had already -- we

19  already knew we couldn't out -- we couldn't catch

20  him.  And he -- you know, at that point, you know,

21  what is he going to -- is he going to turn again,

22  run toward the road?  You know, what's he going to

23  do?  We're still having to check for weapons.

24          So at that point, yeah, I -- you know,

25  after he hit his dog in the head and the dog let go,

108

1  you know, at that point, you know, is when he

2  deployed the taser.

3      Q.   Your report goes on to say that when Troy

4  fell on the ground -- that was after being struck

5  with the taser.   Correct?

6      A.   The one probe.  Yes, sir.  It got wrapped

7  in his feet.  That's why he fell.

8      Q.   Okay.  You placed handcuffs on Troy?

9      A.   I got one on him.  I couldn't get his

10 other arm out from under his -- he was laying on one

11 arm.  I couldn't get it out.  I had to -- Officer

12 Rich came and helped me.

13     Q.   All right.  And so Officer Rich came

14 and --

15     A.   That's when I knew the first officer made

16 our scene down there when he showed up to help me.

17 Because he was running down the till.

18     Q.   So at the point that you handcuffed Troy,

19 it was you, Officer Rich and Officer Scallorn right

20 there in close proximity?

21     A.   Yeah.  Officer Scallorn was taken out of

22 the equation at that point.

23     Q.   And why was he?

24     A.   He had -- because he had to control -- he

25 had his dog.  He couldn't -- he couldn't go and do

Todd Baggett - December 07, 2016

1    any -- put hands on.  He had his dog.

2        Q.    The dog wouldn't stand there upon command?

3        A.    While all that strug -- the -- all that

4    struggling's going on?

5        Q.    All right.  So -- so at least we've got

6    you and Officer Rich.  Did you put your knee in his

7    back?

8        A.    No, sir.

9        Q.    Did Officer Rich put his knee in his back?

10       A.    I don't remember him putting his knee in

11   his back.  I think -- because at that point, when we

12   got him down, I got that cuff on him.  He was

13   kicking.  So I got behind him.

14           And I had his -- I got ahold of his feet

15   and got his legs up and had my knee not with any

16   weight, just walked up on him so his legs wouldn't

17   kick out.  And Officer Rich, I believe he -- he just

18   had his -- he either had his hand on his -- like

19   around his butt so he couldn't roll over, some --

20   something of that nature.  I can't remember exactly.

21       Q.    Was he handcuffed behind his back?

22       A.    He was.

23       Q.    At the point that you grabbed his feet --

24       A.    Yes, sir.

25       Q.    -- and bent them up?  Okay.  So you -- you

**Alpha Reporting Corporation**

110

1  had gotten him handcuffed?

2      A.    But he was scooting away from me.  He

3  could get away.  He was turning over and trying to

4  kick all of us.

5          In other words, my knee was sitting there,

6  but it wasn't putting any pressure.  If he pushed

7  with his legs, his body would move forward.  That's

8  how little pressure was being put on him at the

9  time.

10     Q.    And you were afraid he was going to get

11 away from you?

12     A.    I didn't know what he was going to do.  Is

13 he going to stand up and go run in traffic now?  Who

14 knows.

15     Q.    Well, he was on his -- he was on his

16 stomach.  He had two officer there.

17     A.    And we didn't even have a -- we didn't

18 even have a chance there to check him for weapons

19 because he was struggling so much.

20     Q.    I know.  He's a dangerous dude.  I know.

21 You have two officers there on him.  You've gotten

22 him handcuffed behind his back.  Correct?

23     A.    That's correct.

24     Q.    And he was still scooting on the ground.

25 Correct?

118

1  suspect that yelled and screamed?

2      **A.    For that period of time, yes, sir.**

3      Q.    You know, he wasn't yelling -- he wasn't

4  kicking and yelling and screaming erratically before

5  he was shackled, was he?

6      **A.    Yes, sir, he was.**

7      Q.    He --

8      **A.    Well, the kicking, that's why we had to**

9  **shackle him because he was kicking us.**

10     Q.    He didn't start kicking until you put the

11 handcuffs behind his back?

12     **A.    Because he was standing up.  Yes, sir.**

13     Q.    And so it was only after you did a

14 four-point restraint, as you call, that he started

15 all of this kicking and screaming as you're

16 referring to?

17     **A.    That's -- if he wouldn't have been kicking**

18 **and would have complied after being handcuffed and**

19 **wasn't kicking us, there would have been no reason**

20 **for the leg shackles because we would have had**

21 **compliance.  We would have stood him up, took him to**

22 **a car, tried to find out what was going on with him.**

23         **But he wasn't compliant.  He was totally**

24 **incoherent.  He was trying to kick us.  We had to**

25 **think about the safety of everybody on the scene**

119

1  including EMS and the fire department.

2          So that's why he was -- we introduced the

3  leg shackles.

4      Q.    And there was no way of lesser force to

5  restrain his legs?  Is that what you're saying?

6      A.    The only other way would have been more

7  force.

8      Q.    You couldn't have -- you couldn't have

9  restricted -- you couldn't have put leg shackles on

10 him --

11     A.    In the front?

12     Q.    -- and kept him from kicking?  Yeah.

13     A.    So he could still kick us?  Now he's got

14 two feet at the same time instead of one foot at a

15 time.

16     Q.    So he was -- he was more dangerous

17 shackled?

18     A.    In the front.

19     Q.    In the front?

20     A.    He could still kick.

21     Q.    All right.  So --

22     A.    He could have kicked the EMS personnel in

23 the ambulance.  He could have -- he could have --

24 with him in the front, he could have got up and

25 started hopping away or trying to move away.

126

1  where it was just you and Mr. Goode?

2      A.    **You know, at different times, it was just**

3  **me and him in there.**

4      Q.    But when he was transported into Room 9 --

5  and you followed.  Correct?

6      A.    **Uh-huh (affirmative response).**

7      Q.    And you went into Room 9.  Correct?

8      A.    **That's correct.**

9      Q.    And then did the people who transported

10  him leave the room, just leaving the two of you,

11  Mr. Goode and yourself?

12      A.    **Not at that time, I don't believe.  I**

13  **think when we got there, a nurse followed in.  But I**

14  **can't -- I can't remember exactly the series of**

15  **events.**

16            **They were in and out at times.  Sometimes**

17  **they were in there; sometimes they weren't in there.**

18      Q.    Did -- did the doctor do anything to check

19  out Mr. Goode?

20      A.    **From what I saw, he just talked to him.  I**

21  **really wasn't -- I mean, that's their specialty.**

22  **It's not mine.  I can't -- I wouldn't know what he**

23  **was doing anyway if he started doing anything.**

24      Q.    Please understand I'm not asking you for a

25  medical opinion.  I was just asking you what you

Todd Baggett - December 07, 2016

127

1    observed.

2          Did the doctor put a stethoscope on him?

3     **A.    I don't remember if he did or not.**

4     Q.    Did they check Mr. Goode's oxygen level by

5    clamping his -- the device on his finger?

6     **A.    I -- I didn't see that.  No.  Not to say**

7    **they didn't do it.  I -- they -- because I know they**

8    **have the little hand-held ones.  They could have**

9    **done that in the decon room and I just didn't see**

10   **it, or they could have done it in that room and I**

11   **didn't see it.**

12    Q.    Well, you know what a heart monitor is,

13   don't you?

14    **A.    Yeah.  That -- no.  He didn't have a heart**

15   **monitor.**

16    Q.    Did not have a heart monitor?

17    **A.    There was -- I don't know how they -- I**

18   **don't know how they would have done it.**

19    Q.    It was done in the ambulance.  Correct?

20    **A.    A what, now?**

21    Q.    It was done in the ambulance, his heart

22   was monitored?

23    **A.    Only from his -- from what I remember, she**

24   **had it on his back.**

25    Q.    Well, regardless of where it was done, his

**Alpha Reporting Corporation**

128

1    heart was monitored in the ambulance.  Correct?

2        A.    She checked breathing sounds.  Yeah.  I'm

3    not sure about the heart.  You're asking me medical

4    stuff.  I don't do medical.

5        Q.    So to your recollection, the doctor did

6    not put hands on Troy?

7        A.    Like I said, I wasn't -- at that point, I

8    was there waiting for him to get medically cleared

9    to take him to Desoto County or back to the station

10   to do a booking.

11       Q.    I'm not --

12       A.    I wasn't paying attention to what the

13   doctor was doing.

14       Q.    Well, what were you doing?

15       A.    I was standing back there minding my own

16   business in the back of the room up against the

17   counter.

18             They came in to work.  They're the

19   doctors.  I'm not a doctor.

20       Q.    Well, your business there was Troy Goode,

21   wasn't it?

22       A.    Huh?

23       Q.    Your business being in the hospital was

24   Troy Goode?

25       A.    That's why he was in the hospital.

Todd Baggett - December 07, 2016

130

1  didn't -- we didn't even touch him, either one of

2  us.

3      Q.   Nether one of you touched him?

4      A.   No, sir.  Not in the ambulance.

5      Q.   Okay.

6      A.   We're not...

7      Q.   Now, after -- after the fluid was put into

8  the IV line by the Baptist nurses, they left the

9  room?

10      A.   Correct.

11      Q.   Between the time that they shot this fluid

12  into the IV line, they being Baptist nurses, was

13  there any medical person there before the time you

14  alerted them that Mr. Goode had stopped breathing?

15      A.   Now, after he gave it, he said he would be

16  back in about ten minutes till it takes effect, and

17  they left.

18      Q.   And by -- they didn't come back before

19  Mr. Goode stopped breathing?

20      A.   No.  I hit the button.

21      Q.   How many -- was it just one nurse that

22  injected the fluid into the IV line?

23      A.   That's correct.

24      Q.   And so when they walked -- when that nurse

25  injected and left, what were you doing?

Alpha Reporting Corporation

1    A.    I was just still standing at the back.

2    Q.    Were you -- were you able to sit down

3    somewhere, or were you just standing up?

4    A.    There was a chair, but it was over on the

5    other side, and I was more comfortable standing with

6    all that uniform.  And I didn't really want to sit

7    down.  I was still hot from the chasing him down out

8    there in the middle of July.  So I just stood at the

9    back of the room.

10   Q.    It was very hot, wasn't it?

11   A.    It was hot that day.

12   Q.    Was it --

13   A.    It was cool -- I was able to cool down in

14   the hospital.  Finally, it was cool in there.

15   Q.    Okay.  So while all of the ruckus was

16   going on out there on Goodman Road, the temperature

17   was very -- up around --

18   A.    It was hot.

19   Q.    -- a hundred degrees?

20   A.    It was hot.  Yeah.

21   Q.    All right.  So you're standing in the

22   room, and you reported that you noticed that

23   Mr. Goode had gone still or stopped breathing?

24   A.    He -- he was still yelling.  Feet were

25   still kicking.  And the -- he quit -- at one point,

132

1  he had quit yelling, but his feet were still going.
2  And then his feet slowed down.  And I -- when it --
3  because you could hear the noise of the chain on
4  the -- you know, the two chains together while
5  they're moving.
6      Q.    Pulling back and forth?
7      A.    Exactly.  You could hear that noise.  And
8  then when -- when that started slowing down and then
9  it stopped, I'm like I don't -- this don't sound
10 right.  So I walked up there.  And that's when his
11 face was kind of blue.
12     Q.    So what alerted you was the fact that this
13 grating of the chain had stopped?
14     A.    That and his breathing had changed.  He
15 wasn't yelling anymore.  So that -- it wasn't -- he
16 just -- he wasn't yelling anymore.  His breathing
17 changed kind of erratic a little bit.
18     Q.    What did you do?
19     A.    I walked over to check on him.
20     Q.    How did you check on him?
21     A.    I went over there, and his face was turned
22 to the side.  I saw his head, and I put my hand on
23 his head, and it was purple.  So I hit the call
24 button for the nurse.
25     Q.    And did the nurse come right away?





*Figure 1.* Restraint in 'hog-tied' position

Case: 3:17-cv-00060-DMB-RP Doc #: 422-4 Filed: 01/23/18 26 of 32 PageID #: 7592







**To:** Lieutenant Detective Little

**From:** Officer Todd Baggett 1345

**Date:** 07/18/2015

**Subject:** Incident 201500046947

On Saturday 07/18/2015 I, Officer Baggett, was dispatched to 3451 Goodman Rd E, Rancho Grande, at approximately 1945hrs in reference to a white male and a white female in the parking lot in a disturbance. Dispatch advised before my arrival that the white male was wearing a white shirt and beige shorts and was running west on Goodman Rd. Upon my approach I seen the white male walking back toward the original location. I made scene and spoke with Keili Denise Goode, W/F, DOB 04/16/1984 5'06" 150lbs social security TN DL# 094155151 and resides at 8239 Still Oaks Cove in Cordova TN 38018. Phone # 901-497-7130. Keili stated her husband, Troy Charlton Goode W/M DOB 08/21/1984 6'00" 165lbs social security TN DL# 094864372 and resides at 8239 Still Oaks Cove in Cordova TN 38018. Phone # 901-497-4610.
Keili advised that her husband Troy was acting crazy and had dropped 3 to 5 hits of LSD at approximately 1630 or 1730hrs and was not acting like himself. Troy walked to the area where Keili and I were standing and I asked him if he was ok and he stated no and ran off and was just running around in the parking lot. I attempted to get him to speak to me but he was not acknowledging anyone he was just talking and yelling to himself like he had his own language. Canine Officer Scallorn then pulled up as Troy was running towards Goodman from the parking lot and Officer Scallorn stopped his vehicle and exited and Troy ran up to the passenger rear door and opened the door and Officer Scallorn's

partner exited the vehicle and nipped at Troy and Officer Scallorn grabbed his canine partner and ordered Troy to the ground and Troy turned around and started running. Officer Scallorn then gave the command for his partner to apprehend Troy and Officer Scallorn's canine partner apprehended Troy on the left forearm and then Troy struck the canine and he let Troy go and Officer Scallorn grabbed his partner and gave Troy an order to get on the ground and he started running again. I began to chase Troy and Officer Scallorn told me to stop and his partner ran past me and apprehended Troy on the left arm. The apprehension had little effect on Troy as he just swatted at the canine, so Officer Scallorn deployed his tazer on Troy, but only one probe struck Troy. Troy did trip over the wires from the tazer and fell down and I was able to get handcuffs on Troy with Officer Rich's assistance. Kelli attempted to approach the scene and I advised her to stay back she stated she was recording the incident and I told her to record it from her vehicle and not get any closer. Troy was checked for weapons and his wallet and inhaler were found in his pockets. Troy's wallet was given to his wife and his inhaler was taken to the hospital with him. Kelli was apologetic for Troy's behavior. She stated that he had taken LSD before and had the same reaction. Troy continued to fight with Officers and Officer Bond asked for leg shackles because Troy was trying to kick officers. Officer Scallorn brought Officer Bond leg shackles and Officer Bond placed the leg shackles on Troy. EMS made scene and Troy was transported to Baptist Desoto with Officer Rich and I traveling in the ambulance with Troy. The entire trip to the hospital Troy was muttering incoherently and yelling and answering himself and would not acknowledge anyone in the ambulance and was trying to get out of the handcuffs and leg shackles and was injuring himself in the process. We arrived at the hospital and Troy began to get louder and started cursing and the Emergency Department decided him to move him to the Decontamination room until a room became available. Troy was not aware of anyone in the room he was just yelling and cursing and aggressively attempting to escape the handcuffs and leg shackles. Troy was later moved to room 9 his yelling and attempts to escape his restraints continued. We arrived in room 9 and Troy continued yelling and trying to get out of the restraints. Troy was spitting on the gurney and yelling incoherently. The doctor came into the room and

attempted to speak with Troy. Troy appeared to have no idea he was in the room and did not acknowledge the doctor. The doctor spoke with the nurse briefly and both left the room. Troy was still yelling and trying the escape his restraints. I asked the hospital employees about the soft restraints and they advised they would not hold him due to the way he was acting. Two nurses came back into the room and put medication in his IV line. One nurse left and the other said he would be back he had to let the medication take effect. Troy was still yelling, screaming, and trying to escape his restraints.

Approximately 10 minutes after the nurse left Troy began to settle down. I noticed his breathing changed and was erratic. I walked over by him and moved his head and his face was purple. I pushed the nurse button and walked into the hallway and the nurse replied on the intercom and I told her that the patient was not breathing. She advised she would send someone and a nurse came to check him and called for a crash cart. I took the leg shackles and handcuffs off of Troy so the medical personnel could give life saving care to Troy. I stepped out of the room as the room filled with medical personnel. I contacted Lt. Wood and advised him of the situation and he arrived shortly afterwards.

I was informed later by hospital personnel that Troy was deceased. Detective Rosenberg and Detective Lieutenant Little made scene and took photos. Jeff Pounders, corner, made scene.


**End of Report**

**Southaven Police Department**
**Uniform Patrol Division Echo 1**
**Officer Todd Baggett 1345**

EXHIBIT

26

## Incident Report

Pg 3 of 4 Date/Time: 7/19/2015 1:31:23 PM

| Case -201500046947 | | Unit: 313E | | CAD Number 201500046947 | |
|---|---|---|---|---|---|
| ☐Domestic Related | ☐Gang Related | ☐Juvenile Related | ☐Warrant | ☐Citation | ☐Accident |

| Street Address | | City | State | ZIP |
|---|---|---|---|---|
| 8239 STILL OAKS COVE APT | | CORDOVA | TENNESSEE | 38018 |

| Student  Employer/School | Occupation | Work Phone |
|---|---|---|
| ☐ | | |

| Hair Color | Eye Color | Build | Ethnicity |
|---|---|---|---|
| BROWN | BLUE | MEDIUM | NOT OF HISPANIC ORIGIN |
| Injury Code | Victim-Offender Code | Under Influence of Alcohol? | Under Influence of Drugs? |
| NO APPARENT INJURY | WIFE | U | U |

### Associated Offenses

N/A

### Narrative Information

On 07/18/2015 I, Officer Baggett, was dispatched to 3451 Goodman Rd E, Rancho Grande, in reference to a disturbance in the parking lot. Dispatch advised that a white male in a white shirt and beige shorts was running west on Goodman Rd. I approached the area and the white male was walking back towards the parking lot.

I arrived on scene and spoke with Kelli Denise Goode, W/F, DOB 04/16/1984 5'06" 150lbs social security # and resides at 8239 Still Oaks Cove in Cordova TN 38109. Phone 901-497-7130.

Kelli advised me that her husband, Troy Goode W/M DOB 08/21/1984 6'00" 165lbs. social security #              and resides at 8239 Still Oaks Cove in Cordova TN 38109. Phone 901-497-4610.

Troy was not himself and had dropped 3 to 5 hits of LSD between 1630hrs and 1730hrs. Kelli stated that they were going to the Wide Spread Panic concert at the Bank Plus Arena and Troy took the LSD before going to the show. She stated some guy gave/sold him the LSD.

Troy began to approach us and I asked him if he was ok and he said no and began running around in the parking lot. He was yelling and talking to himself.

Troy started running towards Goodman Road and K-9 Officer Scallorn stopped his patrol vehicle on Goodman Road and exited his vehicle and Troy ran to the passenger rear door and opened the door. Officer Scallorn's K-9 partner exited the

000003

## Incident Report

Pg 4 of 4 Date/Time: 7/19/2015 1:31:23 PM

Case  201500046947

Unit:  313E

☐ Domestic Related    ☐ Gang Related    ☐ Juvenile Related    ☐ Warrant    ☐ Citation    ☐ Accident

CAD Number  201500046947

vehicle and nipped at Troy and Officer Scallorn grabbed his canine partner and ordered Troy to the gound and he would not comply. Officer Scallorn then sent his canine partner to apprehend Troy. Troy was apprehended on the left arm and Officer Scallorn's partner let go of the bite and Officer Scallorn again told Troy to get on the ground and he began to run again and I started chasing Troy and Officer Scallorn advised me to stop and his canine partner apprehended Troy on the left forearm and Officer Scallorn deployed his Tazer at Troy; but only one probe struck Troy. Troy fell on the ground and I placed handcuffs on Troy and Officer Rich made scene and assisted me with handcuffing Troy.

Troy continued to fight with Rich and I while he was on the ground and was attempting to kick officers and Officer Bond requested leg shackles and Officer Scallorn handed leg shackles to Officer Bond and Officer Bond placed the leg shackles on Troy to prevent him from kicking at Officers.

EMS arrived and transported Troy to Baptist Desoto and Officer Rich and I rode in the ambulance with the EMS staff and Troy. Troy was yelling a screaming the entire way in the ambulance. Most of the yelling was incoherent mumbling.

We arrived at the hospital and Troy continued to yell and would not answer to his name or acknowledge anyone. Troy was being so loud in the Emergency Department they had to place him in the decontamination area until they could get a room ready.

Troy was moved to room 9 and continued his behavior. The doctor came in and Troy did not acknowledge him or anyone in the room. His nurse left the room and returned and administered some fluids in his IV line and left the room to give the medicine time to take effect. Troy was still yelling and moving and jerking heavily and approximately 10 minutes later he got quiet and I heard him breathing erratic and walked over to him and he looked purple and I moved his head and noticed he was no longer breathing. I pushed the nurse button and looked into the hallway and the nurse replyed on the intercom and I advised her that the patient was not breathing and a nurse came in the room and called for a crash cart and I took the shackles and handcuffs off Troy, so the emergency department could work on Troy. I contacted Lt. Wood and advised him of the situation.

I was later told by hospital personnel that Troy was deceased. I started a crime scene log sheet.

Corner Jeffery Pounders made scene and Troy was turned over to the Corner.

End of Report

Southaven Police Department
Uniform Patrol Division Echo 1
Officer Todd Baggett  1345

000004