# EXHIBIT 29

# Brad Dillard

| | |
|---|---|
| **From:** | Tim Edwards <tedwards@bbfpc.com> |
| **Sent:** | Wednesday, January 17, 2018 3:29 PM |
| **To:** | Brad Dillard; Kevin McCormack; Berk Huskison |
| **Subject:** | RE: Goode v Southaven et al |

We agree.

Tim Edwards
Ballin Ballin & Fishman P.C.
200 Jefferson Ave.
Suite 1250
Memphis, TN 38103
tedwards@bbfpc.com
901-525-6278
Board Certifications: **CIVIL PRETRIAL ADVOCACY and CIVIL TRIAL ADVOCACY**
**Licensed in Tennessee, Montana, Arkansas and Kentucky**

**From:** Brad Dillard [mailto:Bdillard@mitchellmcnutt.com]
**Sent:** Wednesday, January 17, 2018 11:37 AM
**To:** Tim Edwards <tedwards@bbfpc.com>; Kevin McCormack <kmccormack@bbfpc.com>; Berk Huskison <Bhuskison@mitchellmcnutt.com>
**Subject:** Goode v Southaven et al

Tim and Kevin--are you agreeable to voluntarily dismissing your claim arising under T.C.A. 40-32-101, being invasion of privacy by malicious release of expunged records? That claim arises only under Tennessee state law, so I wanted to inquire as to a possible agreement to dismiss that claim. Thank you.

Brad

Brad Dillard, Esq.

MITCHELL, MCNUTT & SAMS, P.A.
105 S. Front Street (38804)
P.O. Box 7120
Tupelo, MS 38802
(T) 662-842-3871
(F) 662-842-8450
bdillard@mitchellmcnutt.com

NOTICE: This electronic mail transmission (including any referenced or attached materials) may be PRIVILEGED, WORK PRODUCT, PROPRIETARY and/or CONFIDENTIAL. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error you are PROHIBITED from disclosing, disseminating, reproducing, using or relying on it and its contents, and you are to immediately delete it from your system without copying it, and notify the sender by reply e-mail of the erroneous transmission. CIRCULAR 230 DISCLOSURE: To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i)avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any transaction, arrangement, or other matter.