


# MISSISSIPPI STATE MEDICAL EXAMINER'S OFFICE
## 1700 E. WOODROW WILSON AVENUE
## JACKSON, MS 39216-1700

**CASE:** ME15-0944
**County:** DESOTO

## AUTOPSY REPORT

**NAME OF DECEDENT:** Troy Goode    **RACE:** W    **SEX:** M    **AGE:** 30

**LOCATION OF DEATH:** 7601 Southcrest, Southaven, MS

**DATE OF DEATH:** July 18, 2015

**DATE OF AUTOPSY:** July 20, 2015

**FORENSIC PATHOLOGIST:** Erin A. Barnhart, M.D.

## FINAL ANATOMIC DIAGNOSES

1. Multiple abrasions and contusions
2. Abrasions and laceration/puncture wounds of left lower arm
3. Pulmonary edema
4. Rib fractures without associated hemorrhage consistent with cardiopulmonary resuscitation

**CAUSE OF DEATH:** Complications of LSD toxicity

**MANNER OF DEATH:** Accident

## IDENTIFICATION:

An autopsy was performed on the body of Troy Goode at the Office of the Medical Examiner on June 20, 2015 by Dr. Erin Barnhart.

## EXTERNAL EXAMINATION:

The body is that of a 72 inch, 170 pound white male who appears consistent with the reported age of 30 years. The body is in full rigor mortis. Livor mortis is on the posterior surfaces of the body. The scalp hair is blonde. The irides are blue. The pupils are 0.4 centimeter in diameter. The conjunctivae have no petechiae. The helices are normally formed and the nares are patent. The native dentition is in good condition. The frenula are intact. The tongue is atraumatic.

The neck is symmetrical. The chest and abdomen are normally formed. The back and buttocks are normally developed. Petechiae are on the back and lateral torso. The external genitalia are those of a normal adult male. The extremities and joints are symmetric and normally developed. Identification bands are on the ankles.

## EVIDENCE OF MEDICAL INTERVENTION:

Endotracheal and nasogastric tubes are normally positioned. Electrocardiograph pads are on the torso. Intravenous lines are in the upper extremities.

## EVIDENCE OF INJURY:

A 5 centimeter abrasion is on the right cheek. A 2 centimeter abrasion is on the chin. Subgaleal hemorrhage is on the right and left parietal skull.

Abrasions are on the central chest. The right 3rd and 5th through 7th ribs are fractured anterolaterally. There is no associated soft tissue hemorrhage.

Linear abrasions contiguous with three punctures ranging from 0.1 to 0.4 centimeter in diameter are on the left lower arm. Parallel, linear contusions measuring 0.5 centimeters in width are on the right and left wrists. There is minimal underlying soft tissue hemorrhage. Contusions are on the right upper thigh. A 5 centimeter abrasion is on the thigh. A 4 centimeter contusion is on the posterior aspect of the left lower leg. Multiple contusions are on the left lower leg. Contusions are on the right and left ankles.

## INTERNAL EXAMINATION:

The thoracic and abdominal organs are in the normal anatomic positions. There are no pleural or intraabdominal adhesions or effusions. The diaphragm is intact.

The soft tissues of the neck are atraumatic. The hyoid bone and thyroid cartilage are intact. The larynx and trachea are unobstructed and lined by smooth tan-pink mucosa.

The heart is 360 grams. The epicardium is smooth. The myocardium is red-brown and homogeneous. The left ventricle is 1.4 centimeters thick, and the right ventricle is 0.3 centimeter thick. The endocardium is normal. The valve leaflets and cusps are thin and normally formed. The coronary circulation is right dominant. The coronary arteries and the aorta have no atherosclerosis. The pulmonary arteries are free of emboli.

The bronchovascular tree is normal in configuration. The pleural surfaces are smooth and glistening. The right and left lungs are 900 grams and 840 grams, respectively. The pulmonary parenchyma is red-purple and markedly edematous. No discrete masses or areas of consolidation are identified.

The liver is 1400 grams. The capsule is smooth and transparent. The hepatic parenchyma is red-brown, has a homogeneous lobular pattern and is congested. The gallbladder contains green-brown viscid bile and no calculi. The hepatobiliary ducts are patent.

The esophagus is lined by tan-gray mucosa. The stomach contains approximately 10 milliliters of green mucoid material. The pancreas is normal in configuration and has soft, lobular parenchyma. The small and large bowel serosa is smooth and glistening. The appendix is normal.

The right and left kidneys are 110 grams and 120 grams, respectively. The capsules and cortical surfaces are smooth. The corticomedullary junctions are well-demarcated. The calyces, pelves and ureters are unremarkable. The bladder has tan trabeculated mucosa. The prostate gland is normal in size.

The thyroid gland is normal in size and position. The adrenal glands have thin, orange-gold cortices and gray medullae.

The spleen is 260 grams and has firm, purple-red parenchyma. Lymph nodes are inconspicuous.

The skull has no fractures. There is no epidural or subdural hemorrhage. The leptomeninges are thin and transparent. The brain is 1600 grams. The cerebral hemispheres are symmetric. The gray-white matter junction is clearly demarcated; no contusions are present. The ventricles are normal in size and configuration. The basal ganglia, thalami, hippocampi and mammillary bodies are symmetric and normally formed. The midbrain, pons and cerebellum are unremarkable. The cranial nerves are normal. The cerebral arteries have no atherosclerosis or aneurysms. The spinal cord as viewed from the cranial cavity is unremarkable.

**MICROSCOPIC DESCRIPTION:**

Brain: No pathologic change
Heart: No pathologic change
Lungs: Intraalveolar edema; alternating areas of hyperexpansion and atelectasis; intraalveolar pigmented macrophages
Liver: Congestion
Kidney: Medullary congestion
Spleen: Congestion
Pancreas: No pathologic change
Adrenal: No pathologic change

CASE: ME15-0944          Goode, Troy          Page 4 of 4

**OPINION:**

The above decedent was reportedly in the parking lot at a concert when he began behaving erratically. Law enforcement officers were summoned to the scene where the decedent was confused and combative. After a struggle, he was restrained and transported to the hospital. While in the emergency room, he became unresponsive. Extensive resuscitation attempts were unsuccessful. Emergency room records indicate that his body temperature was normal. At autopsy, there were superficial abrasions and contusions. Abrasions and lacerations/puncture wounds of the left lower arm were consistent with a reported K9 unit bite. Toxicology revealed LSD and marijuana in postmortem blood samples. Based upon the autopsy findings and current investigational information, this 30-year-old male died as a result of complications of LSD toxicity. The manner of death is accident.

_____       Date Signed: 11/9/15
Erin A. Barnhart, M.D.
Deputy Chief Medical Examiner

EB/sp
T: 07/23/2015



# NMS Labs

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Supplemental Report

**Report Issued**  09/17/2015 12:59
**Last Report Issued**  09/10/2015 10:01

**To:**  10109
Mississippi State Medical Examiner Office
Attn: Sam Howell
215 Allen Stuart Drive
Pearl, MS  39208

**Patient Name**  GOODE, TROY C.
**Patient ID**
**Chain**
**Age** Not Given  **DOB** Not Given
**Gender**  Not Given
**Workorder**  15256199

**Page 1 of 5**

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Naloxone | Positive | ng/mL | 001 - Heart Blood |
| Lorazepam | 8.7 | ng/mL | 004 - Subclavian Blood |
| 11-Hydroxy Delta-9 THC | 3.9 | ng/mL | 004 - Subclavian Blood |
| Delta-9 Carboxy THC | 26 | ng/mL | 004 - Subclavian Blood |
| Delta-9 THC | 13 | ng/mL | 004 - Subclavian Blood |
| Haloperidol | 12 | ng/mL | 004 - Subclavian Blood |
| LSD | 1.0 | ng/mL | 004 - Subclavian Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 3143B | NBOMe (Qualitative), Blood |
| 8052B | Postmortem Toxicology - Expanded, Blood (Forensic) |
| 9096B | Alcohol Screen, Blood (Forensic) |
| 9566B | Postmortem Toxicology - Synthetic Cannabinoids Screen (Add-On), Blood |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 8 mL | Not Given | Heart Blood | |
| 002 | Gray Top Tube | 8 mL | Not Given | Heart Blood | |
| 003 | Gray Top Tube | 8 mL | Not Given | Heart Blood | |
| 004 | Gray Top Tube | 8 mL | Not Given | Subclavian Blood | |
| 005 | Red Top Tube | 4 mL | Not Given | Vitreous Fluid | |
| 006 | Red Top Tube | 4 mL | Not Given | Bile | |

All sample volumes/weights are approximations.
Specimens received on 08/28/2015.



**CONFIDENTIAL**

| | |
|---|---|
| **Workorder** | 15256199 |
| **Chain** | 11906380 |
| **Patient ID** | 15-12269 |

Page 2 of 5

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Naloxone | Positive | ng/mL | 1.0 | 001 - Heart Blood | LC/TOF-MS |
| Lorazepam | 8.7 | ng/mL | 5.0 | 004 - Subclavian Blood | LC-MS/MS |
| 11-Hydroxy Delta-9 THC | 3.9 | ng/mL | 1.0 | 004 - Subclavian Blood | LC-MS/MS |
| Delta-9 Carboxy THC | 26 | ng/mL | 5.0 | 004 - Subclavian Blood | LC-MS/MS |
| Delta-9 THC | 13 | ng/mL | 0.50 | 004 - Subclavian Blood | LC-MS/MS |
| Haloperidol | 12 | ng/mL | 1.0 | 004 - Subclavian Blood | LC-MS/MS |
| LSD | 1.0 | ng/mL | 0.10 | 004 - Subclavian Blood | LC-MS/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1. **11-Hydroxy Delta-9 THC (Active Metabolite) - Subclavian Blood:**

    11-Hydroxy Delta-9 THC is an active intermediate metabolite of tetrahydrocannabinol (THC) the active component of marijuana. Usual peak levels: Less than 10% of THC levels after smoking.

2. **Delta-9 Carboxy THC (Inactive Metabolite) - Subclavian Blood:**

    Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC. The usual peak concentrations in serum for 1.75% or 3.55% THC marijuana cigarettes are 10 - 101 ng/mL attained 32 to 240 minutes after beginning smoking, with a slow decline thereafter. The ratio of whole blood concentration to plasma concentration is unknown for this analyte. THCC may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users. THCC is usually not detectable after passive inhalation.

3. **Delta-9 THC (Active Ingredient of Marijuana) - Subclavian Blood:**

    Marijuana is a DEA Schedule I hallucinogen. Pharmacologically, it has depressant and reality distorting effects. Collectively, the chemical compounds that comprise marijuana are known as Cannabinoids.

    Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. It rapidly leaves the blood, even during smoking, falling to below detectable levels within several hours. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC and may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users.
    THC concentrations in blood are usually about one-half of serum/plasma concentrations. Usual peak levels in serum for 1.75% or 3.55% THC marijuana cigarettes: 50 - 270 ng/mL at 6 to 9 minutes after beginning smoking, decreasing to less than 5 ng/mL by 2 hrs.

4. **Haloperidol (Haldol®) - Subclavian Blood:**

    Haloperidol is a CNS-depressant, antipsychotic agent. It may be used for a number of conditions related to psychoses, e.g., schizophrenia, severe behavioral problems in children, etc. Haloperidol is available in 0.5 to 20 mg tablets for oral administration. The total daily dose for cases of severe psychoses may exceed 100 mg.

    Reported average peak serum levels following a single 10 mg oral dose of haloperidol were 3 ng/mL at 5 hr. Serum concentrations of haloperidol in individuals taking 20 to 200 mg daily ranged proportionately from 6 - 240 ng/mL.

    Overdosage of haloperidol can result in severe extrapyramidal effects, hypotension, coma, respiratory depression and death. Post-mortem blood levels of haloperidol (or reduced haloperidol) in fatalities are typically greater than 1000 ng/mL.

**NMS**

| | |
|---|---|
| Workorder | 15256199 |
| Chain | 11906380 |
| Patient ID | 15-12269 |

Page 3 of 5

### Reference Comments:

5. **LSD (Lysergic Acid Diethylamide) - Subclavian Blood:**

    LSD is a U.S. DEA Schedule I substance with no medical use. It is generally classified as a hallucinogen or psychedelic drug, and may produce illusion, both auditory and visual. Physiological effects are primarily sympathomimetic and may include mydriasis, hyperthermia, seizures, panic and paranoid reactions. Flashback reactions are not uncommon in the experienced user. Effects may develop in as little as 15 min. and generally last no more than 8 hrs, but in rare cases may proceed or exceed 12 hour.

    Blood concentrations of LSD between 4 and 6 ng/mL are usually seen 1 to 2 hr after the usual psychedelic dose; however, levels as high as 16 ng/mL have been reported.

    Death due to the pharmacological effects of LSD is rare with most deaths occurring as a result of LSD-induced suicide and accidental trauma.

6. **Lorazepam (Ativan®) - Subclavian Blood:**

    Lorazepam is a DEA Schedule IV benzodiazepine used in the treatment of anxiety and for short-term relief of anxiety associated with depressive symptoms. It shares the actions and adverse reactions of other CNS-depressants. This compound does have abuse potential and should be used cautiously with other CNS-depressants.

    Lorazepam can be administered by oral, IV and IM routes; daily divided oral doses of up to 10 mg are generally prescribed for anxiety. Following a single oral dose of 2 mg, lorazepam concentrations in plasma averaged 20 ng/mL, declining to 10 ng/mL by 12 hours. Chronic oral administration of 10 mg dose resulted in an average steady-state plasma lorazepam level of 200 ng/mL (range, 140 - 240 ng/mL). In blood, the maximum therapeutic effect with lorazepam is reported to be within the range of 30 - 50 ng/mL.

    Fatalities with lorazepam are relatively rare and generally have postmortem blood concentrations exceeding 300 ng/mL; however, such concentrations are not necessarily fatal.

7. **Naloxone (Narcan®) - Heart Blood:**

    Naloxone is a narcotic antagonist used to counter the central nervous system depression effects of opioids, including respiratory depression. It is also used for the diagnosis of suspected acute opioid overdosage. Naloxone is available as a 0.4 mg/mL solution of the hydrochloride for parenteral injection.

    Naloxone is also available in combination with buprenorphine (Suboxone®) for the treatment of opioid dependence. This combination is available in tablets of 2 mg buprenorphine with 0.5 mg naloxone or 8 mg buprenorphine with 2 mg of naloxone for sublingual administration.

    The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) months from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 15256199 was electronically signed on 09/17/2015 12:58 by:

*Susan B. Crookham*

Susan Crookham,
Certifying Scientist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 3143B - NBOMe (Qualitative), Blood - Subclavian Blood



## Analysis Summary and Reporting Limits:

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 25B-NBOMe | 0.50 ng/mL | 25H-NBOMe | 0.50 ng/mL |
| 25C-NBOMe | 0.50 ng/mL | 25I-NBOMe | 0.50 ng/mL |

Acode 50012B - Benzodiazepines Confirmation, Blood (Forensic) - Subclavian Blood

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 7-Amino Clonazepam | 5.0 ng/mL | Flurazepam | 2.0 ng/mL |
| Alpha-Hydroxyalprazolam | 5.0 ng/mL | Hydroxyethylflurazepam | 5.0 ng/mL |
| Alprazolam | 5.0 ng/mL | Hydroxytriazolam | 5.0 ng/mL |
| Chlordiazepoxide | 20 ng/mL | Lorazepam | 5.0 ng/mL |
| Clobazam | 20 ng/mL | Midazolam | 5.0 ng/mL |
| Clonazepam | 2.0 ng/mL | Nordiazepam | 20 ng/mL |
| Desalkylflurazepam | 5.0 ng/mL | Oxazepam | 20 ng/mL |
| Diazepam | 20 ng/mL | Temazepam | 20 ng/mL |
| Estazolam | 5.0 ng/mL | Triazolam | 2.0 ng/mL |

Acode 50013B - Cannabinoids Confirmation, Blood (Forensic) - Subclavian Blood

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

Acode 52053B - Haloperidol Confirmation, Blood (Forensic) - Subclavian Blood

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Haloperidol | 1.0 ng/mL | | |

Acode 52065B - LSD Confirmation, Blood (Forensic) - Subclavian Blood

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| LSD | 0.10 ng/mL | | |

Acode 8052B - Postmortem Toxicology - Expanded, Blood (Forensic) - Heart Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |



**Analysis Summary and Reporting Limits:**

-Analysis by High Performance Liquid Chromatography/
Time ofFlight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.
Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

Acode 9096B - Alcohol Screen, Blood (Forensic) - Subclavian Blood

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

Acode 9566B - Postmortem Toxicology - Synthetic Cannabinoids Screen (Add-On), Blood - Subclavian Blood

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 5F-AB-001 | 1.0 ng/mL | JWH-018 | 0.10 ng/mL |
| 5F-APICA | 1.0 ng/mL | JWH-081 | 0.10 ng/mL |
| 5F-APINACA (5F-AKB-48) | 2.0 ng/mL | JWH-122 | 0.10 ng/mL |
| 5F-MN-18 | 0.10 ng/mL | JWH-210 | 0.20 ng/mL |
| 5F-PB-22 | 0.10 ng/mL | MDMB-CHMINACA | 0.10 ng/mL |
| AM-2201 | 0.10 ng/mL | MN-18 | 0.10 ng/mL |
| APICA | 0.20 ng/mL | MN-25 | 0.10 ng/mL |
| APINACA (AKB-48) | 1.0 ng/mL | PB-22 | 0.10 ng/mL |
| BB-22 | 0.10 ng/mL | THJ-018 | 0.10 ng/mL |
| FUB-AKB-48 | 0.20 ng/mL | THJ-2201 | 0.10 ng/mL |
| FUB-PB-22 | 0.10 ng/mL | UR-144 | 0.20 ng/mL |
| FUBIMINA | 0.10 ng/mL | XLR-11 | 0.20 ng/mL |

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 5F-ADB-PINACA | 1.0 ng/mL | ADB-CHMINACA | 0.10 ng/mL |
| 5F-ADBICA | 1.0 ng/mL | ADB-FUBINACA | 1.0 ng/mL |
| AB-CHMINACA | 1.0 ng/mL | ADB-PINACA | 0.20 ng/mL |
| AB-FUBINACA | 1.0 ng/mL | ADBICA | 1.0 ng/mL |
| AB-PINACA | 0.20 ng/mL | | |