
EXHIBIT 26

## Incident Report

| | | | |
|---|---|---|---|
| Case: | Pg 3 of 4 Date/Time: 7/19/2015 1:31:23 PM | | CAD Number |
| | Unit: 313E | | |
| ☐ Domestic Related ☐ Gang Related ☐ Juvenile Related ☐ Warrant ☐ Citation ☐ Accident | | | |

| Street Address | City | State | ZIP |
|---|---|---|---|
| | | TENNESSEE | 38018 |

| Student | Employer/School | Occupation | Work Phone |
|---|---|---|---|
| ☐ | | | |

| Hair Color | Eye Color | Build | Ethnicity |
|---|---|---|---|
| BROWN | BLUE | MEDIUM | NOT OF HISPANIC ORIGIN |

| Injury Code | Victim-Offender Code | Under Influence of Alcohol? | Under Influence of Drugs? |
|---|---|---|---|
| NO APPARENT INJURY | WIFE | U | U |

### Associated Offenses

N/A

### Narrative Information

On 07/18/2015 I, Officer Baggett, was dispatched to 3451 Goodman Rd E, Rancho Grande, in reference to a disturbance in the parking lot. Dispatch advised that a white male in a white shirt and beige shorts was running west on Goodman Rd. I approached the area and the white male was walking back towards the parking lot.

I arrived on scene and spoke with Kelli Denise Goode, W/F, DOB ███ 5'06" 150lbs social security # ███ and resides at ███ TN 38109, Phone ███

Kelli advised me that her husband, Troy Goode W/M DOB 08/21/1984 6'00" 165lbs, social security # ███ end resides at ███ TN 38109. Phone ███

Troy was not himself and had dropped 3 to 5 hits of LSD between 1630hrs and 1730hrs. Kelli stated that they were going to the Wide Spread Panic concert at the Bank Plus Arena and Troy took the LSD before going to the show. She stated some guy gave/sold him the LSD.

Troy began to approach us and I asked him if he was ok and he said no and began running around in the parking lot. He was yelling and talking to himself.

Troy started running towards Goodman Road and K-9 Officer Scallorn stopped his patrol vehicle on Goodman Road and exited his vehicle and Troy ran to the passenger rear door and opened the door. Officer Scallorn's K-9 partner exited the

### Incident Report

Case: 
Pg 4 of 4 Date/Time: 7/19/2015 1:31:23 PM
Unit: 313E
CAD Number: 

☐ Domestic Related ☐ Gang Related ☐ Juvenile Related ☐ Warrant ☐ Citation ☐ Accident

vehicle and nipped at Troy and Officer Scallorn grabbed his canine partner and ordered Troy to the gound and he would not comply. Officer Scallorn then sent his canine partner to apprehend Troy. Troy was apprehended on the left arm and Officer Scallorn's partner let go of the bite and Officer Scallorn again told Troy to get on the ground and he began to run again and I started chasing Troy and Officer Scallorn advised me to stop and his canine partner apprehended Troy on the left forearm and Officer Scallorn deployed his Tazer at Troy, but only one probe struck Troy. Troy fell on the ground and I placed handcuffs on Troy and Officer Rich made scene and assisted me with handcuffing Troy.

Troy continued to fight with Rich and I while he was on the ground and was attempting to kick officers and Officer Bond requested leg shackles and Officer Scallorn handed leg shackles to Officer Bond and Officer Bond placed the leg shackles on Troy to prevent him from kicking at Officers.

EMS arrived and transported Troy to Baptist Desoto and Officer Rich and I rode in the ambulance with the EMS staff and Troy. Troy was yelling a screaming the entire way in the ambulance. Most of the yelling was incoherent mumbling.

We arrived at the hospital and Troy continued to yell and would not answer to his name or acknowledge anyone. Troy was being so loud in the Emergency Department they had to place him in the decontamination area until they could get a room ready.

Troy was moved to room 9 and continued his behavior. The doctor came in and Troy did not acknowledge him or anyone in the room. His nurse left the room and returned and administered some fluids in his IV line and left the room to give the medicine time to take effect. Troy was still yelling and moving and jerking heavily and approximately 10 minutes later he got quiet and I heard him breathing erratic and walked over to him and he looked purple and I moved his head and noticed he was no longer breathing. I pushed the nurse button and looked into the hallway and the nurse replyed on the intercom and I advised her that the patient was not breathing and a nurse came in the room and called for a crash cart and I took the shackles and handcuffs off Troy, so the emergency department could work on Troy. I contacted Lt. Wood and advised him of the situation.

I was later told by hospital personnel that Troy was deceased. I started a crime scene log sheet.

Corner Jeffery Pounders made scene and Troy was turned over to the Corner.

End of Report


Southaven Police Department
Uniform Patrol Division Echo 1
Officer Todd Baggett 1345

000004