Exhibit 24 (BMH Ambulance Bay Video) to be filed conventionally.