

CONFIDENTIAL

```
TRANSMISSION VERIFICATION REPORT

                               TIME    : 07/20/2015 17:08
                               NAME    : BMH DESOTO
                               FAX     : 662-772-2180
                               TEL     :
                               SER.#   : L7J563231

DATE,TIME              07/20  17:07
FAX NO./NAME           914045627478-7909171
DURATION               00:00:47
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

*Called Instructions on answer machine that needed to fax report only.* J

# Baptist Memorial Hospital Desoto

Address: 7601 Southcrest Pkwy, Southaven, MS 38672
City, State, and Zip Code:

## Facsimile Cover Sheet

Date: 7/20/15     # of pages including cover sheet: 3

| To: | From: |
|---|---|
| Joe Ann Hollingsworth | Janet Tidwell |
| CMS-Region IV | Risk Manager |
| Phone: | Phone: 662-772-2356 |
| Fax Phone #: 404-562-7478 | Fax Phone #: |
| Copy: | E-mail: |

Remarks: ☐ Urgent ☒ For your review ☐ As requested ☐ Reply ASAP ☐ Please Comment

Re: Hospital Restraint Worksheet

Form 0100.22 11/09

BMH-D DISCOVERY 0073

CONFIDENTIAL

# HOSPITAL RESTRAINT/SECLUSION DEATH REPORT WORKSHEET
### (Revised 7/08)

**A. Regional Office (RO) Contact Information:**

RO Contact's Name: Joe Ann Hollingsworth

*Date of Report to RO: 7/20/2015          Time: 1630

**B. Provider Information:**

*Hospital Name: Baptist Memorial Hospital Desoto   *CCN: 250141

Address: 7601 Southcrest Parkway   City: Southaven State: Mississippi Zip Code: 38671

Person Filing the Report: Janet Tidwell     Filer's Phone Number: 662-772-2356

**C. Patient Information:**

*Name: Troy Goode                    *Date of Birth: [REDACTED]

*Admitting Diagnoses: Drug abuse, acute psychosis

*Date of Admission: 7/18/2015

*Date of Death: 7/18/2015          *Time of Death: 2144

*Cause of Death: Cardiopulmonary arrest

*Did the Patient Die: *(check one only)*

  __X__ While in Restraint, Seclusion, or Both

  _____ Within 24 Hours of Removal of Restraint, Seclusion, or Both

  _____ Within 1 Week, Where Restraint, Seclusion or Both Contributed to the Patient's Death

*Type: Physical Restraint _____ Seclusion _____ Drug Used as a Restraint __X__

*Was a Two Point Soft Wrist Restraint used alone, without seclusion or chemical restraint or any other type of physical restraint? Yes ____ No __X__

*If YES, check "02" below and stop. No further information is required.*

*If NO, complete the rest of the worksheet.*

*If Physical Restraint(s), Type:

    ____ 01 Side Rails                    ____ 08 Take-downs
    ____ 02 Two Point, Soft Wrist         ____ 09 Other Physical Holds
    ____ 03 Two Point, Hard Wrist         ____ 10 Enclosed Beds
    ____ 04 Four Point, Soft Restraints   ____ 11 Vest Restraints
    ____ 05 Four Point, Hard Restraints   ____ 12 Elbow Immobilizers
    ____ 06 Forced Medication Holds       _X__ 13 Law Enforcement Restraints
    ____ 07 Therapeutic Holds             ____ 14 Other Physical Holds

If Drug Used as Restraint: *Drug Name  Haldol  Dosage 5mg IV
                            Drug Name  Ativan  Dosage 2mg IV

*Mandatory field*

CONFIDENTIAL

**D. *Hospital-Reported Restraint/Seclusion Information:***

*1. Reason(s) for Restraint/Seclusion use: *(mandatory only if answer to D.4. is "yes")*
   Patient attempting to harm self

2. Circumstances Surrounding the Death:
   Called to room, Southaven Police Department officers at bedside, for possible respiratory arrest. Patient in full arrest. Resuscitation efforts begun. Resuscitation unsuccessful

3. Restraint/Seclusion Order Details:
   a. Date & Time Restraint/Seclusion Applied: Haldol and Ativan given on 7/18/15 at 2108
   b. Date & Time Last Monitored: Patient being constantly monitored
   *c. Total Length of Time in Restraint/Seclusion: 36 minutes
*4. Was restraint/seclusion used to manage violent or self-destructive behavior? Yes_X_ No___
   *a. *If YES, was 1 hour face-to-face evaluation documented?* Yes_X_ No___
      *If NO, skip to Section E.*
   *b. Date/Time of Last Face-to-face Evaluation: _7/18/2015 at 2107_
   *c. Was the order renewed at appropriate intervals based on patient's age? Yes_ No_ NA_X_
      *Note: Orders may be renewed at the following intervals for up to 24 hours:*

            > 18 years of age        every 4 hours
            9 – 17 years of age      every 2 hours
            < 9 years of age         every hour
      Not applicable—patient expired before renewal due

*5. If simultaneous restraint and seclusion ordered, describe continuous monitoring method(s):
   Did not seclude patient

**E. *RO Action(s):***

1. *Was a survey authorized? Yes____ No____
   *If YES, date SA received authorization for Investigation:* _____
   *If NO, provide brief rationale:* _____
2. *If answer to E1 is yes, date RO contacted P & A: _____
   (Do not contact the P&A unless a survey was authorized)
3. In the past two years, has a survey related to a restraint/seclusion death at this hospital resulted in finding condition-level patients' rights deficiencies? Yes____ No____

**Mandatory field*