IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KELLI DENISE GOODE, Individually,
and also as the Personal Representative of
Troy Charlton Goode, Deceased, and as
Mother, Natural Guardian, and Next
Friend of R.G., a Minor, and also
on behalf of all similarly situated persons.

                Plaintiff,

v.                                            Civil Action No. 3:17-cv-060-DMB-RP

THE CITY OF SOUTHAVEN, et al

                Defendants.

**PLAINTIFF'S NOTICE OF CONVENTIONAL FILING**

Exhibit 24 to Plaintiff's Renewed Motion for Partial Summary Judgment is a video. This video shows Southaven Paramedic Unit 4 arriving at Baptist Memorial Hospital-Desoto with Troy Goode being unloaded at the Emergency Department. The video is a short version of a video originally produced by Defendant Baptist Memorial Hospital-Desoto. The video is being delivered by U.S. Mail to the Court for filing.

The Exhibit and Notice has been served electronically to all attorneys of record.

                                      /s/ Tim Edwards
                                      Tim Edwards (TN BPR# 5353) *by PHV*
                                      Kevin M. McCormack (TN BPR# 29295) *by PHV*
                                      Ballin, Ballin & Fishman, P.C.
                                      200 Jefferson Ave., Suite 1250
                                      Memphis, TN 38103
                                      Office (901) 525-6278
                                      Fax (901) 525-6294

tedwards@bbfpc.com
kmccormack@bbfpc.com

/s/ Hiram C. Eastland, III
Hiram C. Eastland, III (MSBN 101560)
James F. Garrett (MSBN 4759)
Eastland & Garrett, PLLC
103 North Lamar Blvd. Ste. 204
Post Office Box 3059
Oxford, MS 38655
Telephone: (662) 234-0804
Facsimile: (662) 510-0804
he3@eastlandgarrett.com
jfg@eastlandandgarrett.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for Plaintiff, Kelli Goode, hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF CONVENTIONAL FILING** has been sent via email and through the electronic case filing system to the following individual(s):

Mitchell, McNutt & Sams, P.A.
L. Bradley Dillard, Esq.
P.O. Box 7120
Tupelo, MS 38802-7120
bdillard@mitchellmcnutt.com

Mitchell, McNutt & Sams, P.A.
Berkley N. Huskison, Esq.
P.O. Box 1366
Columbus, MS 39703-1366
bhuskison@mitchellmcnutt.com; Fhankins@mitchellmcnutt.com

Kerby Law Firm, LLC
Katherine S. Kerby, Esq.
P.O. Box 551
Columbus, MS 39703
ksearcyk@bellsouth.net
*Attorneys for Defendants City of Southaven,*

*Todd Baggett, Jeremy Bond, Tyler Price, Joel Rich, Jason Scallorn, Stacie J. Graham, Mike Mueller, William Painter, Jr., Bruce K. Sebring, Joseph Spence and Richard A. Weatherford*

Upchurch & Upchurch, P.A.
John M. McIntosh, Esq.
David W. Upchurch, Esq.
P.O. Drawer 2529
Tupelo, MS 38803-2529
jmcintosh@upchurchpa.com
dupchurch@upchurchpa.com
*Attorneys for Defendant Baptist Memorial Hospital-Desoto, Inc.*


Rainey Kizer Reviere & Bell
Marty R. Phillips, Esq.
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302-1147
mphillips@raineykizer.com

Rainey Kizer Reviere & Bell
Amanda C. Waddell, Esq.
50 N. Front St., Suite 610
Memphis, TN 38103
awaddell@raineykizer.com

Gass, Weber, Mullins, LLC
James R. Gass, Esq.
241 N. Broadway, Suite 300
Milwaukee, WI 53202
gass@gwmlaw.com
*Attorneys for Defendant Lemuel Donja Oliver, M.D.*

Wise Carter Child & Caraway, P.A.
Charles E. Cowan, Esq.
Michael B. Wallace, Esq.
P.O. Box 651
Jackson, MS 39205-0651
cec@wisecarter.com
mbw@wisecarter.com
*Attorneys for Defendant Baptist Memorial Hospital-Desoto, Inc.*
*and Defendant Lemuel Donja Oliver, M.D.*

Dated this the 21st day of March, 2019.

                                          /s/ Tim Edwards
                                          TIM EDWARDS