EXHIBIT 1 – McLaughlin Video, to be filed conventionally