# Transcript of McLaughlin Video

Tentative identification of speakers:

| | |
|---|---|
| Sp #1: | Unknown Female |
| Sp #2: | Male Videographer – believed to be Brady McLaughlin |
| D McL: | believed to be David McLaughlin |
| ?? : | additional unknown speakers |

Sp #1:  [Unintelligible]...

?? :  They hog tied him; they hog tied him.

Sp #1:  Can they do that?

?? :  That is such a bad idea.

Sp #1:  [Unintelligible] I don't think that was being fair.

Sp #2:  He is currently face down on the stretcher.

Sp #1:  I mean, Brady, you're going to get arrested now.

McL:  Well it's a free county, honey.

[Unintelligible]

?? :  Hog tied, which is

Sp #1:  Keep your video ready, just in case he dies.

?? :  Yeah, he'll be

Sp #1:  [Unintelligible] probably knows.

?? :  His family will be thankful

Sp #1:  [Unintelligible]

[Unintelligible]

McL:  Look at him.

Sp #1:  O, oh my Gosh, what is he doing.

McL:  He's like, feeling claustrophobic…did you get that?

1

Sp #2:   I'm getting all of it.

Sp #1:   [Unintelligible]

SP #1 :  Brady, type in he's saying I can't breathe.  *[Laughter]*

Sp #2:   Yeah, I am going to superimpose that.

[Unintelligible]

Sp #1:   Yeah, he's really white…

?? :     They got him hog tied.

Sp #1:   I don't think you are supposed to hog tie.

McL:     You're not.

Sp #1 :  That's hog tie if I ever saw hog tie.

Sp #1:   Brady, Brady stop.

?? :     You talking to me?