# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

KELLI DENISE GOODE, Individually,
and also, as the Personal Representative of
Troy Charlton Goode, Deceased, and as
Mother, Natural Guardian, and Next
Friend of R.G., a Minor.
                Plaintiff,

v.                                                        Civil Action No. 3:17-cv-060-MPM-RP

THE CITY OF SOUTHAVEN, et al

                Defendants.

## NOTICE OF ATTORNEY'S LIEN

Under the authority of the laws of the State of Mississippi (see *Estate of Stevens v. Wetzel et al*, No. 96-CA-00343 COA (1999), as well as the laws of the State of Tennessee (see Tenn. Code Ann. Sec. 23-2-102), Tim Edwards, Esq. and the law firm of Ballin, Ballin & Fishman, P.C. ("Lienholders") hereby give notice of an attorney's lien attaching to any recovery in this action either by settlement or judgment. On July 19, 2015, Plaintiff Kelli Goode as spouse of Troy Goode, deceased, contracted in Memphis, Tennessee with Lienholders for legal representation in the matter of the death of Mr. Goode while in the custody of the Southaven, Mississippi Police Department and under the care of the Southaven Emergency Medical Services, Baptist Memorial Hospital-Desoto, and Lemuel Oliver, M.D. Lienholders have rendered legal services for the period of July 19, 2015 through December 13, 2019.

RESPECTFULLY SUBMITTED

/s/ Tim Edwards
Tim Edwards, (TN BPR# 5353) *by PHV*
Ballin, Ballin & Fishman, P.C.
200 Jefferson Ave., Suite 1250
Memphis, TN 38103
Office (901) 525-6278
Fax (901) 525-6294
tedwards@bbfpc.com
kmccormack@bbfpc.com

/s/ Hiram C. Eastland, III
Hiram C. Eastland, III (MSBN 101560)
James F. Garrett (MSBN 4759)
Eastland & Garrett, PLLC
103 North Lamar Blvd. Ste. 204
Post Office Box 3059
Oxford, MS 38655
Telephone: (662) 234-0804
Facsimile: (662) 510-0804
he3@eastlandgarrett.com
jfg@eastlandandgarrett.com

ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

I, the undersigned hereby certify that a true and correct copy of the foregoing Notice has been provided through the electronic case filing system to the following individual(s):

Kevin McCormack, Esq.
McCormack.km@gmail.com
(901) 550-9186
*Attorney for Plaintiff*

Mitchell, McNutt & Sams, P.A.
L. Bradley Dillard, Esq.

2

Case: 3:17-cv-00060-MPM Doc #: 706 Filed: 12/20/19 3 of 4 PageID #: 22871

P.O. Box 7120
Tupelo, MS 38802-7120
bdillard@mitchellmcnutt.com

Mitchell, McNutt & Sams, P.A.
Berkley N. Huskison, Esq.
P.O. Box 1366
Columbus, MS 39703-1366
bhuskison@mitchellmcnutt.com; Fhankins@mitchellmcnutt.com

Kerby Law Firm, LLC
Katherine S. Kerby, Esq.
P.O. Box 551
Columbus, MS 39703
ksearcyk@bellsouth.net
*Attorneys for Defendants City of Southaven,*
*Todd Baggett, Jeremy Bond, Tyler Price, Joel Rich, Jason Scallorn, Stacie J. Graham, Mike Mueller, William Painter, Jr., Bruce K. Sebring, Joseph Spence and Richard A. Weatherford*

Freeman, Mathis & Gary, LLP
Philip W. Savrin, Esq.
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
*For Appeals case solely; Attorneyfreeman for Defendants City of Southaven,*
*Todd Baggett, Jeremy Bond, Tyler Price, Joel Rich, Jason Scallorn, Stacie J. Graham, Mike Mueller, William Painter, Jr., Bruce K. Sebring, Joseph Spence and Richard A. Weatherford*


Upchurch & Upchurch, P.A.
John M. McIntosh, Esq.
David W. Upchurch, Esq.
P.O. Drawer 2529
Tupelo, MS 38803-2529
jmcintosh@upchurchpa.com
dupchurch@upchurchpa.com
*Attorneys for Defendant Baptist Memorial Hospital-Desoto, Inc.*

Rainey Kizer Reviere & Bell
Marty R. Phillips, Esq.
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302-1147
mphillips@raineykizer.com

3

Rainey Kizer Reviere & Bell
Amanda C. Waddell, Esq.
50 N. Front St., Suite 610
Memphis, TN 38103
awaddell@raineykizer.com
*Attorneys for Defendant Lemuel Donja Oliver, M.D.*

Wise Carter Child & Caraway, P.A.
Charles E. Cowan, Esq.
Michael B. Wallace, Esq.
P.O. Box 651
Jackson, MS 39205-0651
cec@wisecarter.com
mbw@wisecarter.com
*Attorneys for Defendant Baptist Memorial Hospital-Desoto, Inc.*
*and Defendant Lemuel Donja Oliver, M.D.*

Dated this the 20th day of December, 2019.

/s/ Tim Edwards
TIM EDWARDS